## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RENESAS TECHNOLOGY CORP.,

    Plaintiff,

      v.

SAMSUNG ELECTRONICS CO., LTD.,
       -and-
SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendants.

Civil Action No. _____

**JURY TRIAL DEMANDED**

### RULE 7.1(a) STATEMENT
### OF PLAINTIFF RENESAS TECHNOLOGY CORP.

Hitachi, Ltd. owns 55% of plaintiff Renesas Technology Corp. ("Renesas"), and

Mitsubishi Electric Corporation owns the remaining 45% of Renesas.

Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telehpone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED:  January 26, 2007