IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>    Plaintiff,<br><br>        v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>                    -and-<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Civil Action No. 07-54 (UNA)<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE OF JAMES R. KLAIBER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent plaintiff Renesas Technology Corporation: James R. Klaiber, MILBANK, TWEED, HADLEY & McCLOY LLP, 1 Chase Manhattan Plaza, New York, New York 10005, 212.530.5000. Payment in the amount of $25.00 has been submitted to the Clerk's office upon the filing of this motion.

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED: February 1, 2007

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman
Andre G. Bouchard (I.D. No. 2504)
John M. Seaman (I.D. No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2007, that counsel's motion for admission *pro hac vice* is GRANTED.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Federal Circuit Court of Appeals, Eastern District of New York, Southern District of New York and New York, First Department. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Christopher E. Chalsen
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

Dated: January 31, 2007