IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants | C.A. No. 07-54 (JJF)<br><br>**JURY TRIAL DEMANDED** |

### **STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the Court, that:

(1) Samsung Electronics Co. Ltd. stipulates to waiver of service under Fed. R. Civ. P. 4(d), reserving all other rights, objections and defenses as set forth in Fed. R. Civ. P. 4(d)(1);

(2) the time for defendant Samsung Electronics America, Inc., to answer, move or otherwise respond to the Complaint be extended to and including May 10, 2007 (the date by which Samsung Electronics Co. Ltd. must answer, move or otherwise response to the Complaint).

| BOUCHARD, MARGULES & FRIEDLANDER, P.A. | FISH & RICHARDSON P.C. |
|---|---|
| By: /s/ *John M. Seaman*<br>Andre G. Bouchard (#2504)<br>John M. Seaman (#3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>abouchard@bmf-law.com<br>jseaman@bmf-law.com | By: /s/ *Timothy Devlin*<br>Timothy Devlin (#4241)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19801<br>(302) 652-5070<br>tdevlin@fr.com |

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

| Attorneys for Plaintiff<br>Renesas Technology Corp. | Attorneys for Defendants<br>Samsung Electronics Co. Ltd. and<br>Samsung Electronics America, Inc. |
|---|---|

DATED: March 9, 2007

IT IS SO ORDERED this ___ day of _____, 2007.

_____
United States District Judge