# FISH & RICHARDSON P.C.

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

March 27, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
    for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:    Renesas Technology Corp. v. Samsung Electronics Co. Ltd., et al.
       USDC-D. Del. - C.A. Nos. 07-53-JJF, 07-54-JJF

Dear Judge Farnan:

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.
(collectively, "Samsung") hereby request postponement of the Scheduling
Conference currently scheduled for Friday, April 20, 2007 at 12:30 p.m.  (D.I. 8.)
Defendants have also separately filed an unopposed motion to stay C.A. No. 53 under
the mandatory provisions of 28 U.S.C. § 1658(a).  (D.I. 14.)

This request is made because several Samsung counsel have a conflict on the April 20
date, and that date is also before the May 10, 2007 deadline by which Samsung must
answer, move or otherwise respond to the Complaint.  (Under Rule 4(d)(3), May 10 is
the answer date for Samsung Electronics Co., Ltd. due to its waiver of service.  By
stipulation and Order, May 10 was set as the answer date both Defendants (D.I. 10).)

Counsel for Samsung have conferred with Renesas counsel regarding this issue.
Renesas does not oppose Samsung's request to move the Scheduling Conference to a
date after May 10.  Should the Court's schedule permit, the parties have confirmed
that they are both available on June 1 for a Scheduling Conference with Your Honor.

Respectfully submitted,

*/s/ Timothy Devlin*

Timothy Devlin

TXD/kxk / 80043369.doc

cc:    Clerk, U.S. District Court
       Andre G. Bouchard, Esq. (By Hand)
       James R. Klaiber. Esq. (By Electronic Mail)

ATLANTA

AUSTIN

BOSTON

DALLAS

DELAWARE

NEW YORK

SAN DIEGO

SILICON VALLEY

TWIN CITIES

WASHINGTON, DC