IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>   Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and<br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | C.A. No. 07-54-JJF<br><br>Date: June 1, 2007<br><br>Time: 10:00 a.m. |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO CONSOLIDATE AND STAY**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby move to (1) consolidate Civil Action No. 07-54-JJF with Civil Action No. 07-53-JJF and (2) stay Civil Action No. 07-54-JJF pending the outcome of ITC Investigation No. 337-TA-595.

Samsung bases its motion on the supporting memorandum filed herewith.

Dated: May 3, 2007                              FISH & RICHARDSON P.C.

                                                      By  */s/ Timothy Devlin*_____
                                                      Timothy Devlin (#4241)
                                                      919 N. Market Street, Suite 1100
                                                      P.O. Box 1114
                                                      Wilmington, DE  19899-1114
                                                      Telephone: (302) 652-5070
                                                      Facsimile:  (302) 652-0607
                                                      Email:  tdevlin@fr.com

                                                      Michael J. McKeon
                                                      Brian R. Nester (#3581)
                                                      Richard A. Sterba
                                                      Fish & Richardson P.C.
                                                      1425 K Street, N.W., 11th Floor
                                                      Washington, DC  20005-2500
                                                      (202) 783-5070

                                                      *Attorneys for Defendants*
                                                      *Samsung Electronics Co., Ltd. and*
                                                      *Samsung Electronics America, Inc.*

## **RULE 7.1 STATEMENT**

Counsel for defendants have conferred with counsel for plaintiff regarding the issues addressed in this motion and the parties were unable to reach agreement as to all issues.

*/s/ Timothy Devlin*
Timothy Devlin

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I electronically filed DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO CONSOLIDATE AND STAY with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

> Andre G. Bouchard
> John M. Seaman
> BOUCHARD  MARGULES  &
> FRIEDLANDER, P.A.
> 222 Delaware Ave., Suite 1400
> Wilmington, DE  19801

I hereby certify that on May 3, 2007, I have mailed by Federal Express, the document(s) to the following non-registered participants:

> Christopher E. Chalsen
> Michael M. Murray
> James R. Klaiber
> MILBANK, TWEED, HADLEY & MCCLOY, LLP
> 1 Chase Manhattan Plaza
> New York, NY  10005

  */s/ Timothy Devlin*
  Timothy Devlin

80042892

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and <br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 07-54-JJF <br><br> Date:  June 1, 2007 <br><br> Time:  10:00 a.m. |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG
ELECTRONICS AMERICA, INC.
NOTICE OF MOTION TO CONSOLIDATE AND STAY**

PLEASE TAKE NOTICE THAT, in accordance with the procedures set forth in the Court's Standing Order regarding the procedure for filing non-case dispositive motions in patent cases, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") motion to consolidate and stay is to be heard at 10 a.m. on June 1, 2007.

Dated: May 3, 2007  FISH & RICHARDSON P.C.


By  /s/ Timothy Devlin
    Timothy Devlin (#4241)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Telephone: (302) 652-5070
    Facsimile:  (302) 652-0607
    Email:  tdevlin@fr.com

    Michael J. McKeon
    Brian R. Nester (#3581)
    Richard A. Sterba
    Fish & Richardson P.C.
    1425 K Street, N.W., 11th Floor
    Washington, DC  20005-2500
    (202) 783-5070

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, I electronically filed DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. NOTICE OF MOTION TO CONSOLIDATE AND STAY the above with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

> Andre G. Bouchard
> John M. Seaman
> BOUCHARD  MARGULES  &
> FRIEDLANDER, P.A.
> 222 Delaware Ave., Suite 1400
> Wilmington, DE  19801

I hereby certify that on May 3, 2007, I have sent via Federal Express the document(s) to the following non-registered participants:

> Christopher E. Chalsen
> Michael M. Murray
> James R. Klaiber
> MILBANK, TWEED, HADLEY & MCCLOY, LLP
> 1 Chase Manhattan Plaza
> New York, NY  10005

                                           */s/ Timothy Devlin*
                                           Timothy Devlin

80042895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and <br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 07-54-JJF |

**ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. MOTION TO STAY**

WHEREAS, the Court having considered the Motion to Stay of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"), it is

HEREBY ORDERED that the Motion is GRANTED and that

1.   Civil Action No. 07-54-JJF shall be consolidated with Civil Action No. 07-53-JJF, and

2.   Civil Action No. 07-54-JJF shall be stayed until completion of ITC Investigation No. 337-TA-595.

SO ORDERED THIS ____ day of _____, 2007.

_____
Joseph J. Farnan, Jr.
United States District Judge