IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., | |
| Plaintiff, | |
| v. | C.A. No. 07-54 (JJF) |
| SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | **JURY TRIAL DEMANDED** |
| Defendants | |

## STIPULATION AND ORDER EXTENDING BRIEFING ON DEFENDANTS' MOTION TO CONSOLIDATE AND STAY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to approval of the Court, that:

(1)    On or before June 4, 2007, Plaintiff Renesas Technology Corp. ("RTC") will file and serve its opposition to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Motion to Consolidate and Stay;

(2)    Samsung will file and serve its Reply in Support of its Motion to Consolidate and Stay in accordance with the rules of this Court;

(3)    Samsung's Motion to Consolidate and Stay is hereby re-noticed for hearing on July 13, 2007, at 10:00 a.m.

BOUCHARD, MARGULES &
FRIEDLANDER, P.A.

By: John M. Seaman
    Andre G. Bouchard (#2504)
    John M. Seaman  (#3868)
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801
    (302) 573-3500
    abouchard@bmf-law.com
    jseaman@bmf-law.com

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

Attorneys for Plaintiff
Renesas Technology Corp.

DATED: May 16, 2007


FISH & RICHARDSON P.C.

By:  /s/ Timothy Devlin
    Timothy Devlin (#4241)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19801
    (302) 652-5070
    tdevlin@fr.com

OF COUNSEL:

Michael J. McKeon
Brian R. Nester
Richard A. Sterba
FISH & RICHARDSON, P.C.
1425 K. Street NW, Suite 1100
Washington, DC 20005
mckeon@fr.com
nester@fr.com
sterba@fr.com

Attorneys for Defendants
Samsung Electronics Co. Ltd. and
Samsung Electronics America, Inc.


IT IS SO ORDERED this ___ day of _____, 2007.


_____
United States District Judge