UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | CASE NO. 07-54-JJF <br><br> [PROPOSED] SCHEDULING ORDER |

**RULE 16 SCHEDULING ORDER**

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1.  **Pre-Discovery Disclosures.** The parties will exchange by August 31, 2007 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.  **Joinder of other Parties.** All motions to join other parties shall be filed on or before October 22, 2007.

3.  **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by May 13, 2008. Fact discovery shall be completed by June 13, 2008.

    (b) Maximum of forty (40) interrogatories, including contention interrogatories, for each side.

      (c)    Maximum of one hundred (100) requests for admission by each side, not including any requests for admission directly exclusively to the authenticity of documents.

      (d)    Maximum of twelve (12) depositions by plaintiff(s) and twelve (12) by defendant(s), excluding expert depositions [Samsung's position: add "and excluding depositions of any inventor named on any patent in suit"] [Renesas's position: Renesas objects to excluding the depositions of inventors from the total number of depositions allowed.]. Leave for additional depositions may be granted upon a showing of good cause for the need for such depositions.

      (e)    Opening reports required by Fed. R. Civ. P. 26(a)(2) from experts retained by a party having the burden of proof on an issue are due [Renesas's position: "by April 23, 2008"] [Samsung's position: "thirty (30) days after the Court's ruling on *Markman* issues"]; and rebuttal reports from experts retained by a party not having the burden of proof on an issue are due three weeks after service of opening reports.

      (f)    Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said expert's last-served report, unless otherwise agreed in writing by the parties or ordered by the court.

      (g)    The parties will reasonably attempt to exchange electronic discovery in Tagged Image File Format (TIFF) with load files, and shall meet and confer in good faith regarding the form of production for documents not reasonably able to be produced in such form.

(h) A party intending to rely on opinion(s) of counsel as a defense to assertions of willfulness must indicate the party's intention to do so [Renesas's position: "by December 15, 2007"] [Samsung's position: "thirty (30) days after the Court's ruling on *Markman* issues, with reasonable opportunity for the receiving party to take discovery thereafter"].

4. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The date selected shall be within thirty (30) days of the filing of the motion and allow for briefing in accordance with the Federal and Local Rules. Available motion dates will be posted on the Court's website at www.ded.uscourts.gov.

(b) At the motion hearing, each side will be allocated twenty (20) minutes to argue and respond to questions from the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before October 22, 2007.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before June 17, 2008. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7.      **Markman.** A Markman Hearing will be held as soon after April 24, 2008 as the Court's schedule permits. Identification of the claim terms at issue and proposed claim constructions for such terms shall be complete at least twenty-five (25) business days prior to the hearing. Opening briefing on the claim construction issues shall be complete at least twenty (20) business days prior to the hearing. Rebuttal briefing on the claim construction issues shall be complete at least ten (10) business days prior to the hearing. The parties may provide a tutorial concerning the technology at issue [Renesas's position: "at the Court's request and convenience"] [Samsung's position: "for the Court's convenience"]. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8.      **Applications by Motion.**

(a)   Any application to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's December 15, 2006 Order on Procedures for Filing Non-dispositive motions in Patent Cases. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter in a form other than a motion.

(b)   No facsimile transmissions will be accepted.

(c)   No telephone calls shall be made to Chambers.

(d)     Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9.     **Pretrial Conference and Trial.**  After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

[Renesas's position: add "The foregoing schedule has been crafted to allow a trial-ready date of September 2008 in accordance with the Court's April 4, 2007 Order. (D.I. 15)."]

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____        _____
Date                                                        UNITED STATES DISTRICT JUDGE