IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> -and- <br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action Nos. 07-54 (JJF) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I hereby certify that on June 4, 2007, counsel for plaintiff Renesas Technology Corp. ("Renesas") caused copies of ***Plaintiff's First Set of Requests for Production (Nos. 1-170) to Defendants*** to be served on the following by hand delivery and email:

> Timothy Devlin, Esquire
> FISH & RICHARDSON, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19801

> BOUCHARD MARGULES & FRIEDLANDER, P.A.
>
> _/s/ John M. Seaman_
> Andre G. Bouchard (I.D. No. 2504)
> John M. Seaman (I.D. No. 3868)
> 222 Delaware Avenue, Suite 1400
> Wilmington, DE 19801
> Telephone: 302.573.3500
> abouchard@bmf-law.com
> jseaman@bmf-law.com
>
> *Attorneys for Plaintiff*
> *Renesas Technology Corp.*

OF COUNSEL:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

DATED: June 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2007, I caused to be served a copy of the *Notice of Service of Plaintiff's First Set of Requests for Production (Nos. 1-170) to Defendants* upon the following counsel of record by hand and email:

> Timothy Devlin, Esquire
> FISH & RICHARDSON, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE 19801

                                                              */s/ John M. Seaman*
                                                              John M. Seaman (#3868)

{BMF-W0058312.}