## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

RENESAS TECHNOLOGY CORP.,

    Plaintiff,

      v.

SAMSUNG ELECTRONICS CO., LTD.,
        -and-
SAMSUNG ELECTRONICS AMERICA, INC.,

    Defendants.

C.A. No. 07-54-JJF

### DECLARATION OF JOHN M. SEAMAN IN SUPPORT OF
### PLAINTIFF RENESAS TECHNOLOGY CORP.'S ANSWERING BRIEF IN
### OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE AND STAY

STATE OF DELAWARE       )
                      ) ss.
COUNTY OF NEW CASTLE   )

      1.      I am an associate at the firm of Bouchard Margules & Friedlander, P.A.  I

submit this Declaration in Support of Plaintiff Renesas Technology Corporation's

("Renesas") Answering Brief in Opposition to Defendants' Motion to Consolidate and

Stay.

      2.      Attached as Exhibit 1 is a true and correct copy of U.S. Patent No.

7,091,620 (the "'620 patent).

      3.      Attached as Exhibit 2 is a true and correct copy of U.S. Patent No.

7,106,092 (the "'092 patent").

      4.      Attached as Exhibit 3 is a true and correct copy of U.S. Patent No.

7,163,870 (the "'870 patent").

      5.      Attached as Exhibit 4 is a true and correct copy of U.S. Patent No.

7,187,039 (the "'039 patent")

6.    Attached as Exhibit 5 is a true and correct copy of U.S. Patent No.

7,115,344 (the "'344 patent).

7.    Attached as Exhibit 6 is a true and correct copy of U.S. Patent No.

7,116,128 (the "'128 patent").

8.    I declare under the penalty of perjury that the foregoing is true and correct.




    _/s/ John M. Seaman_____
    John M. Seaman (#3868)

Dated: June 13, 2007

# EXHIBIT 1



US007091620B2

(12) **United States Patent**
Miyazaki et al.

(10) Patent No.: **US 7,091,620 B2**
(45) Date of Patent: **Aug. 15, 2006**

(54) **SEMICONDUCTOR DEVICE AND MANUFACTURING METHOD THEREOF**

(75) Inventors: **Chuichi Miyazaki**, Akishima (JP); **Yukiharu Akiyama**, Kodaira (JP); **Masnori Shibamoto**, Saitama (JP); **Tomoaki Kudaishi**, Komoro (JP); **Ichiro Anjoh**, Koganei (JP); **Kunihiko Nishi**, Kokubunji (JP); **Asao Nishimura**, Koganei (JP); **Hideki Tanaka**, Sagamihara (JP); **Ryosuke Kimoto**, Hamura (JP); **Kunihiro Tsubosaki**, Hino (JP); **Akio Hasebe**, Kodaira (JP); **Takehiro Ohnishi**, Higashimurayama (JP); **Noriou Shimada**, Yuwa-machi (JP); **Shuji Eguchi**, Toukai-mura (JP); **Hiroshi Koyama**, Tachikawa (JP); **Akira Nagai**, Hitachi (JP); **Masahiko Ogino**, Hitachi (JP)

(73) Assignees: **Renesas Technology Corp.**, Tokyo (JP); **Hitachi ULSI Systems Co., Ltd.**, Tokyo (JP); **Akita Electronics Systems, Co., Ltd.**, Akita (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/116,209**

(22) Filed: **Apr. 28, 2005**

(65) **Prior Publication Data**

US 2005/0200019 A1      Sep. 15, 2005

**Related U.S. Application Data**

(60) Division of application No. 10/374,997, filed on Feb. 28, 2003, now abandoned, and a continuation-in-part of application No. 09/768,288, filed on Jan. 25, 2001, now abandoned, and a continuation-in-part of application No. 09/771,985, filed on Jan. 30, 2001, now abandoned, and a continuation-in-part of application No. 09/983,286, filed on Oct. 23, 2001, now Pat. No. 6,639,323, said application No. 09/768,288 is a continuation of application No. 09/449,834, filed on Nov. 26, 1999, now Pat. No. 6,342,726, which is a continuation of application No. 08/822,933, filed on Mar. 21, 1997, now abandoned, said application No. 09/983,286 is a continuation of application No. 09/113,500, filed on Jul. 10, 1998, now Pat. No. 6,307,269, said application No. 09/771,985 is a division of application No. 09/449,834, filed on Nov. 26, 1999, now Pat. No. 6,342,726, which is a continuation of application No. 08/822,933, filed on Mar. 21, 1997, now abandoned.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Mar. 22, 1996 | (JP) | .................................... 8-66637 |
| Jul. 11, 1997 | (JP) | ............................... 9-185621 |
| Aug. 27, 1997 | (JP) | ............................... 9-230906 |

(51) **Int. Cl.**
*H01L 23/48* (2006.01)
*H01L 23/52* (2006.01)
*H01L 29/40* (2006.01)

(52) **U.S. Cl.** ...................... **257/778**; 257/723; 257/773; 257/690

(58) **Field of Classification Search** ............... 257/690, 257/723, 773, 778
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,246,595 | A | 1/1981 | Noyori et al. |
| 5,040,052 | A | 8/1991 | McDavid |
| 5,107,325 | A | 4/1992 | Nakayoshi |
| 5,148,265 | A | 9/1992 | Khandros et al. |
| 5,148,266 | A | 9/1992 | Khandros et al. |
| 5,191,404 | A | 3/1993 | Wu et al. |
| 5,258,330 | A | 11/1993 | Khandros et al. |
| 5,272,664 | A | 12/1993 | Alexander et al. |
| 5,346,861 | A | 9/1994 | Khandros et al. |
| 5,347,159 | A | 9/1994 | Khandros et al. |
| 5,398,863 | A | 3/1995 | Grube et al. |



US 7,091,620 B2

Page 2

| | | | |
|---|---|---|---|
| 5,409,865 | A | 4/1995 | Karnezos |
| 5,448,114 | A | 9/1995 | Kondoh et al. |
| 5,489,749 | A | 2/1996 | DiStefano et al. |
| 5,602,059 | A | 2/1997 | Horiuchi et al. |
| 5,648,682 | A | 7/1997 | Nakazawa et al. |
| 5,663,106 | A | 9/1997 | Karavakis et al. |
| 5,668,405 | A | 9/1997 | Yamashita |
| 5,679,977 | A | 10/1997 | Khandros et al. |
| 5,682,061 | A | 10/1997 | Khandros et al. |
| 5,685,885 | A | 11/1997 | Khandros et al. |
| 5,686,757 | A | 11/1997 | Urushima |
| 5,706,174 | A | 1/1998 | Distefano et al. |
| 5,757,078 | A | 5/1998 | Matsuda et al. |
| 5,760,465 | A | 6/1998 | Alcoe et al. |
| 5,763,939 | A | 6/1998 | Yamashita |
| 5,776,796 | A | 7/1998 | Distefano et al. |
| 5,777,387 | A | 7/1998 | Yamashita et al. |
| 5,777,391 | A | 7/1998 | Nakamura et al. |
| 5,789,820 | A | 8/1998 | Yamashita |
| 5,801,446 | A | 9/1998 | DiStefano et al. |
| 5,834,339 | A | 11/1998 | Distefano et al. |
| 5,863,970 | A | 1/1999 | Ghosal et al. |
| 5,886,399 | A | * 3/1999 | Ohsawa et al. ............. 257/668 |
| 5,895,965 | A | 4/1999 | Tanaka et al. |
| 5,990,545 | A | 11/1999 | Schueller et al. |
| 5,994,222 | A | 11/1999 | Smith et al. |
| 6,078,097 | A | 6/2000 | Ohsawa |
| 6,107,678 | A | 8/2000 | Shigeta et al. |
| 6,114,192 | A | 9/2000 | Tsunoda et al. |
| 6,130,112 | A | 10/2000 | Kitano et al. |
| 6,133,639 | A | 10/2000 | Kovac et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0701278 A2 | 3/1996 |
| JP | 03-057248 | 3/1991 |
| JP | 6-181236 | 12/1992 |
| JP | 6-504408 | 5/1994 |
| JP | 7-321244 | 12/1995 |
| JP | 8-070062 | 3/1996 |
| JP | 8-070082 | 3/1996 |
| JP | 8-78574 | 3/1996 |
| JP | 8-236586 | 9/1996 |
| JP | 8-306745 | 11/1996 |
| JP | 9-172033 | 6/1997 |

| | | |
|---|---|---|
| JP | 9-181209 | 7/1997 |
| JP | 9-246417 | 9/1997 |
| JP | 11-054534 | 2/1999 |

OTHER PUBLICATIONS

"Electric Material", Apr. 1, 1995 (Heisei 7), Susumu Honda, pp. 22-28.
"Nikkei Microdevice", Feb. 1, 1995, by Nikkei BPCO, pp. 96-97.
"Nikkei Microdevice", May 1, 1994, pp. 98-102.
"Big Innovations in Mounting Technologies, Start of a Chip Size Package Era", Nikkei Microdevices, Apr. 1997.

* cited by examiner

Primary Examiner—Wael Fahmy
Assistant Examiner—Mursalin B. Hafiz
(74) Attorney, Agent, or Firm—Antonelli, Terry, Stout and Kraus, LLP.

(57)                    ABSTRACT

A semiconductor device includes a semiconductor chip formed with connection terminals, an elastic structure interposed between a main surface of the chip and a wiring substrate formed with wirings connected at first ends thereof to the connection terminals, and bump electrodes connected to the other ends of the wirings. The connection terminals may be at a center part or in peripheral part(s) of the chip main surface and both the elastic structure and wiring substrate are not provided at locations of connection terminals. A resin body seals at least the connection terminals and the exposed first ends of wirings (leads). In a scheme in which the connection terminals are located in a peripheral part of the chip main surface, the wiring substrate protrudes beyond the chip boundary where the connection terminals are arranged, and the resin body shape is restricted by the protruding part of the wiring substrate.

20 Claims, 110 Drawing Sheets

U.S. Patent        Aug. 15, 2006      Sheet 1 of 110        US 7,091,620 B2

# FIG. 1



## FIG. 2



## FIG. 3



## FIG. 4



# FIG. 5



## FIG. 6



## FIG. 7



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*



# FIG. 14



## FIG. 15



## FIG. 16



FIG. 17



FIG. 18



PORTION A

*FIG. 19*

4

11    27

*FIG. 20*

*FIG. 21*



*FIG. 22*



PORTION A

## FIG. 23



## FIG. 24



*FIG. 25*



*FIG. 26*



# FIG. 27



## FIG. 28



FIG. 29



FIG. 30



*FIG. 31*



*FIG. 32*



*FIG. 33*



*FIG. 34*



*FIG.  35*



*FIG.  36*



*FIG. 37*



*FIG. 38*



PRINTING DIRECTION

Case 1:07-cv-00054-JJF     Document 28-2     Filed 06/13/2007     Page 24 of 77

## FIG. 39



## FIG. 40



*FIG. 41*



*FIG. 42*



## FIG. 43



## FIG. 44



*FIG. 45*



*FIG. 46*



## FIG. 47



## FIG. 48



*FIG. 49*



*FIG. 50*



Case 1:07-cv-00054-JJF     Document 28-2     Filed 06/13/2007     Page 30 of 77

*FIG. 51*



*FIG. 52*



## FIG. 53

| LEAD SIZE SYMBOL | | L1 | L2 | b1 | b2 | h | α |
|---|---|---|---|---|---|---|---|
| MEANING OF SYMBOL | | TAPER LENGTH | WIRING LENGTH | TAPER WIDTH | LEAD WIDTH | LEAD THICKNESS | BENDING STRESS RATIO |
| UNIT | | μm | μm | μm | μm | μm | |
| TECHNIQUE STUDIED | ① | 100 | 280 | 60 | 38 | 18 | 1.02 |
| | ② | 80 | 280 | 60 | 38 | 18 | 1.13 |
| EMBODIMENT | ① | 100 | 380 | 65 | 38 | 18 | 1.26 |
| | ② | 80 | 380 | 60 | 38 | 18 | 1.25 |
| | ③ | 100 | 380 | 65 | 38 | 18 | 1.26 |
| | ④ | 100 | 430 | 65 | 38 | 18 | 1.31 |
| | ⑤ | 100 | 480 | 70 | 38 | 18 | 1.46 |

FIG. 54



FIG. 55



FIG. 56



*FIG. 57*



*FIG. 58*



*FIG. 59*



*FIG. 60*



Case 1:07-cv-00054-JJF    Document 28-2    Filed 06/13/2007    Page 35 of 77

FIG. 61



FIG. 62



## *FIG. 63*



## *FIG. 64*



**U.S. Patent**    Aug. 15, 2006    Sheet 34 of 110    US 7,091,620 B2

# FIG. 65



*FIG. 66*



*FIG. 67*



FIG. 68



FIG. 69

## FIG. 70



## FIG. 71



## FIG. 72



*FIG. 73*



*FIG. 74*



# FIG. 75



## FIG. 76



## FIG. 77



# FIG. 78



# FIG. 79



*FIG. 80*



*FIG. 81*





FIG. 82

## FIG. 83(a)



## FIG. 83(b)



## FIG. 83(c)



## FIG. 84(a)

| THIN FILM WIRING SUBSTRATE SPECIFICATION | | |
|---|---|---|
| TAPE MATERIAL | | POLYIMIDE RESIN |
| TAPE THICKNESS | | 25~75 $\mu$m |
| WIRING MATERIAL | | COPPER (ELECTROLYTIC COPPER FOIL) |
| WIRING MATERIAL THICKNESS | | 18~25 $\mu$m |
| WIRING PLATING SPECIFICATION | SPECIFICATION (1) | Au1.5 $\mu$m (BOTH SIDES) |
| | SPECIFICATION (2) | Au/Ni = 3.0/0.5 $\mu$m (CHIP SIDE), 0.3/0.5 $\mu$m (BUMP SIDE) |

## FIG. 84(b)

| ELASTOMER SPECIFICATION | | SPECIFICATION (1) | SPECIFICATION (2) |
|---|---|---|---|
| TYPICAL ELASTOMER SPECIFICATIONS | | | |
| BASIC COMPOSITION | | 3-LAYER POROUS FILM | 3-LAYER POLYIMIDE FILM |
| INTERMEDIATE MATERIAL (SKELETAL LAYER) | | POROUS FLUORIDE RESIN | POLYIMIDE RESIN |
| UPPER/LOWER LAYER MATERIAL (ADHESIVE LAYER) | | EPOXY-IMPREGNATED POROUS FLUORIDE RESIN | ACRYL/EPOXY RESIN |
| ELASTOMER | CHIP LOWER PART | 80~230 $\mu$m | 80~250 $\mu$m |
| | CHIP OUTER PART | 100~250 $\mu$m | |
| INTERMEDIATE LAYER THICKNESS | CHIP LOWER PART | 40~200 $\mu$m | 60~230 $\mu$m |
| | CHIP OUTER PART | 60~220 $\mu$m | |
| UPPER LAYER THICKNESS (CHIP SURFACE) | | 10~80 $\mu$m | 10~80 $\mu$m |
| LOWER LAYER (CHIP SUBSTRATE SURFACE) | | 10~80 $\mu$m | 10~80 $\mu$m |
| LONGITUDINAL ELASTIC MODULUS | | 200~2000MPa | 1000~8000MPa |

## FIG. 84(c)

| TYPICAL SEAL MATERIAL SPECIFICATION | SEAL MATERIAL SPECIFICATION | |
|---|---|---|
| | SPECIFICATION (1) | SPECIFICATION (2) |
| SUBSTRATE COMPOSITION | EPOXY NON-SOLVENT TYPE LIQUID RESIN | EPOXY SOLVENT TYPE LIQUID RESIN |
| NON-VOLATILE COMPONENTS | 100wt% | 60~95wt% |
| MAIN COMPONENTS | EPOXY AND SILICA | EPOXY AND SILICA |
| SILICA CONTENT (OF MAIN COMPONENT) | 0~80wt% (PREFERABLY 50~80wt%) | |
| CURING AGENT | IMIDAZOLE (0.1~10wt%) | PHENOL (10~45wt%) |
| CURING ENHANCER | | IMIDAZOLE (0.1~15wt%) |
| SOLVENT | | GAMMA-BUTYLLACTONE (5~40wt%) |
| VISCOSITY (IN APPLICATION) | 0.5~13Pa·s (PREFERABLY 1~8Pa·s) | |
| RESIN HEATING TEMPERATURE IN APPLICATION | AMBIENT TEMPERATURE~80°C | AMBIENT TEMPERATURE |

## FIG. 84(d)

| | BUMP POLE SPECIFICATION | |
|---|---|---|
| MATERIAL SPECIFICATION | SPECIFICATION (1) | Sn63/Pb37 EUTECTIC SOLDER |
| | SPECIFICATION (2) | OTHER HIGH FUSION POINT SOLDER |
| | SPECIFICATION (3) | Au~68 PLATED Ni ALLOY |
| DIAMETER | 0.3mm~0.6mm | |



FIG. 85

# FIG. 86

| ELASTOMER FIXING CONDITIONS | | |
|---|---|---|
| TEMPERATURE | 110~170℃ | |
| LOAD | 2~10kg/cm² | |
| TIME | 1~5s | |
| CHIP FIXING CONDITIONS | | |
| TEMPERATURE | 110~170℃ | |
| LOAD | 5~20kg/cm² | |
| TIME | 5~20s | |
| CURE CONDITIONS AFTER CHIP FIXING | | |
| TEMPERATURE | 140~170℃ | |
| TIME | 5~30 MIN | |
| INNER LEAD CONNECTION CONDITIONS | | |
| | CONDITION (1) | CONDITION (2) |
| ULTRASONIC WAVE FREQUENCY | 60kHz | 120kHz |
| ULTRASONIC WAVE AMPLITUDE | 1.5~3.5 $\mu$m | 0.1~0.6 $\mu$m |
| JOINING TIME | 10~40ms | 10~40ms |
| JOINING LOAD | 30~90g | 30~90g |
| TEMPERATURE | 150~250℃ | 150~250℃ |
| CURE CONDITIONS AFTER SEALING | | |
| TEMPERATURE | 140~150℃ | |
| TIME | 30 MIN~2 HOURS | |
| HUMP FORMING REFLOW CONDITIONS | | |
| TEMPERATURE | 230~240℃ | |
| TIME | 5~10s | |

## FIG. 87(a)



## FIG. 87(b)



Case 1:07-cv-00054-JJF     Document 28-2     Filed 06/13/2007     Page 55 of 77

## FIG. 88(a)



## FIG. 88(b)



## FIG. 89(a)



## FIG. 89(b)



## FIG. 90(a)



## FIG. 90(b)



## FIG. 91



## FIG. 92(a)



## FIG. 92(b)



### FIG. 93(a)



### FIG. 93(b)



### FIG. 93(c)



## FIG. 94(a)



## FIG. 94(b)



## FIG. 95



## FIG. 97



## FIG. 96(a)



## FIG. 96(b)



## FIG. 96(c)



## *FIG. 98(a)*



## *FIG. 98(b)*



## *FIG. 98(c)*



## FIG. 99



## FIG. 101



## FIG. 100(a)



## FIG. 100(b)



## FIG. 100(c)



*FIG. 102(a)*



*FIG. 102(b)*



*FIG. 102(c)*



## FIG. 103



## FIG. 105



Case 1:07-cv-00054-JJF    Document 28-2    Filed 06/13/2007    Page 69 of 77

## FIG. 104(a)



## FIG. 104(b)



## FIG. 104(c)





FIG. 106(a)

FIG. 106(b)

FIG. 106(c)

FIG. 106(d)

FIG. 106(e)

## FIG. 107

# FIG. 108



### FIG. 109



### FIG. 111



## FIG. 110(a)



## FIG. 110(b)



## FIG. 110(c)



## FIG. 112(a)



## FIG. 112(b)



## FIG. 112(c)



*FIG. 113*



*FIG. 115*



## FIG. 114(a)



## FIG. 114(b)



## FIG. 114(c)



*FIG. 116(a)*

*FIG. 116(b)*

*FIG. 116(c)*



## FIG. 117



## FIG. 119



### FIG. 118(a)



### FIG. 118(b)



### FIG. 118(c)



## FIG. 120(a)



## FIG. 120(b)

## FIG. 120(c)





*FIG. 121(a)*

*FIG. 121(b)*

*FIG. 121(c)*

## FIG. 122(a)



## FIG. 122(b)



## FIG. 122(c)



## FIG. 123(a)



## FIG. 123(b)



## FIG. 123(c)





*FIG. 124(a)*

*FIG. 124(b)*

*FIG. 124(c)*

*FIG. 124(d)*



**FIG. 125(a)**



**FIG. 125(b)**



**FIG. 125(c)**



*FIG. 126(a)*



*FIG. 126(b)*



*FIG. 126(c)*

## FIG. 127

| TYPICAL COLORING ELASTOMER SPECIFICATIONS | | COLORING ELASTOMER SPECIFICATION (1) | COLORING ELASTOMER SPECIFICATION (2) |
|---|---|---|---|
| BASIC COMPOSITION | | 3-LAYER POROUS FILM | 3-LAYER POLYIMIDE FILM |
| INTERMEDIATE MATERIAL (SKELETAL LAYER) | | POROUS FLUORIDE RESIN | POLYIMIDE RESIN |
| UPPER/LOWER LAYER MATERIAL (ADESHIVE LAYER) | | EPOXY-IMPREGNATED POROUS FLUORIDE RESIN WITH COLORANT | ALKYL/EPOXY RESIN WITH COLORANT |
| COLORANT COMPOSITION | COLORANT | CARBON | |
| | TYPICAL SPECIFICATION | PARTICLE DIAMETER 0.1~30 μm (PREFERABLY 0.5~10 μm) | |
| | REASON | WHEN PARTICLE DIAMETER IS LESS THAN 0.1 μm, CARBON PARTICLES AGGLOMERATE AND DISPERSION IS NON-UNIFORM WHICH IS UNDESIRABLE | |
| | | WHEN PARTICLE DIAMETER EXCEEDS 30 μm, CARBON PARTICLES DO NOT EASILY DISPERSE IN RESIN WHICH IS UNDESIRABLE | |
| COLORANT PROPORTION | TYPICAL SPECIFICATION | 0.1~3.0% (PREFERABLY 0.5~2.5%) | |
| | REASON | WHEN PROPORTION IS LESS THAN 0.1%, COLORATION IS INSUFFICIENT WHICH IS UNDESIRABLE | |
| | | WHEN PROPORTION EXCEEDS 3.0%, MATERIAL HAS ELECTRICAL CONDUCTANCE DUE TO CARBON WHICH IS UNDESIRABLE | |



FIG. 128(a)

| | |
|---|---|
| EPOXY RESIN – IMPREGNATED POROUS FLUORIDE RESIN FILM | 3e' |
| POROUS FLUORIDE RESIN FILM | 3d' |
| EPOXY RESIN – IMPREGNATED POROUS FLUORIDE RESIN FILM | 3e' |

FIG. 128(b)

| | |
|---|---|
| ACRYLATED MODIFIED EPOXY RESIN FILM | 3e' |
| POROUS FLUORIDE RESIN FILM | 3d' |
| ACRYLATED MODIFIED EPOXY RESIN FILM | 3e' |

FIG. 128(c)

| | |
|---|---|
| EPOXY RESIN FILM | 3e' |
| POROUS FLUORIDE RESIN FILM | 3d' |
| EPOXY RESIN FILM | 3e' |

FIG. 128(d)

| | |
|---|---|
| EPOXY RESIN COATING LAYER | 3e' |
| POROUS FLUORIDE RESIN FILM | 3d' |
| EPOXY RESIN COATING LAYER | 3e' |



*FIG. 128(e)*

| EPOXY RESIN–IMPREGNATED POROUS POLYIMIDE RESIN FILM |
| POROUS POLYIMIDE RESIN FILM |
| EPOXY RESIN–IMPREGNATED POROUS POLYIMIDE RESIN FILM |

3′
3e′
3d′
3e′

*FIG. 128(f)*

| ACRYLATED MODIFIED EPOXY RESIN FILM |
| POROUS FLUORIDE RESIN FILM |
| ACRYLATED MODIFIED EPOXY RESIN FILM |

3′
3e′
3d′
3e′

*FIG. 128(g)*

| EPOXY RESIN FILM |
| POROUS FLUORIDE RESIN FILM |
| EPOXY RESIN FILM |

3′
3e′
3d′
3e′

*FIG. 128(h)*

| EPOXY RESIN COATING LAYER |
| POROUS FLUORIDE RESIN FILM |
| EPOXY RESIN COATING LAYER |

3′
3e′
3d′
3e′



FIG. 129(a)

| EPOXY RESIN – IMPREGNATED POROUS POLYIMIDE RESIN FILM | 3'  3e' |
| POLYIMIDE RESIN FILM | 3d' |
| EPOXY RESIN – IMPREGNATED POROUS POLYIMIDE RESIN FILM | 3e' |

FIG. 129(b)

| ACRYLATED MODIFIED EPOXY RESIN FILM | 3'  3e' |
| POLYIMIDE RESIN FILM | 3d' |
| ACRYLATED MODIFIED EPOXY RESIN FILM | 3e' |

FIG. 129(c)

| EPOXY RESIN FILM | 3'  3e' |
| POLYIMIDE RESIN FILM | 3d' |
| EPOXY RESIN FILM | 3e' |

FIG. 129(d)

| EPOXY RESIN COATING LAYER | 3'  3e' |
| POLYIMIDE RESIN FILM | 3d' |
| EPOXY RESIN COATING LAYER | 3e' |

FIG. 129(e)

| ACRYLATED MODIFIED EPOXY RESIN FILM | 3'  3e'  3e' |
| POROUS FLUORIDE RESIN FILM | 3d' |
| ACRYLATED MODIFIED EPOXY RESIN FILM | 3e'  3e' |



FIG. 130(b)

3'

3g'    3d'    3h'

TAPE SIDE ADHESIVE LAYER ( 75 μm )

SKELETAL LAYER ( 25 μm )

TAPE SIDE ADHESIVE LAYER ( 50 μm )

FIG. 130(a)

3'

3g'    3d'    3h'

TAPE SIDE ADHESIVE LAYER ( THIN FILM SUBSTRATE SIDE ADHESIVE LAYER ) ( 30 μm )

SKELETAL LAYER ( 100 μm )

CHIP SIDE ADHESIVE LAYER ( 30 μm )

## FIG. 131





## FIG. 133(a)



## FIG. 133(b)



## FIG. 133(c)



## FIG. 134(a)



## FIG. 134(b)







FIG. 136(c)

FIG. 136(d)



FIG. 136(a)



FIG. 136(b)









*FIG. 140(a)*

*FIG. 140(b)*



*FIG. 140(c)*





## FIG. 143(a)



## FIG. 143(b)



## FIG. 143(c)





## FIG. 145







## FIG. 148





FIG. 149(a)

FIG. 149(b)



## FIG. 151



US 7,091,620 B2

1

## SEMICONDUCTOR DEVICE AND MANUFACTURING METHOD THEREOF

This application is the second of two concurrently filed Divisional applications of U.S. application Ser. No. 10/374, 997, filed Feb. 28, 2003, now abandoned which, in turn, is a CIP (Continuation-In-Part) of (i) U.S. application Ser. No. 09/768,288, and now abandoned, filed Jan. 25, 2001, of (ii) U.S. application Ser. No. 09/771,985, filed Jan. 30, 2001, and now abandoned, and of (iii) U.S. application Ser. No. 09/983,286, filed Oct. 23, 2001, and now U.S. Pat. No. 6,639,323, said U.S. application Sers. 09/768,288 and 09/771,985 are, in turn, a continuation application and a divisional application, respectively, of U.S. application Ser. No. 09/449,834, filed Nov. 26, 1999, and now U.S. Pat. No. 6,342,726, which, in turn, was filed as a continuation of U.S. application Ser. No. 08/822,933, filed Mar. 21, 1997, and now abandoned, and said U.S. application Ser. No. 09/983, 286, is a continuation of U.S. application Ser. No. 09/113, 500, filed Jul. 10, 1998, and now U.S. Pat. No. 6,307,269; and the entire disclosures of all of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

The present invention relates, generally, to a semiconductor device technique such as for the manufacture of a semiconductor integrated circuit device and, in particular, relates to a technique useful in the manufacture of a semiconductor device such as a semiconductor integrated circuit device to be applied to portable equipment, such as portable telephones and handy type personal computers, for which there is a strong trend toward reducing the size, the weight and the thickness of the product and, also, to such technique which leads to the manufacture of a relatively low cost semiconductor device such as a low cost semiconductor integrated circuit device package with improved seal properties in the package such as a CSP (Chip Size Package), although not limited thereto.

1. Recently, a trend toward reducing the size, the weight and the thickness of the product has become vigorous for electronic equipment along with an improved function and performance. This is largely due to a rapid increase in the use of personal equipment, such as personal telephones or handy type personal computers in recent years. Further, man-machine interface functions have been increased in personally manipulated equipment, for which easy handlability and operability have been considered increasingly important. It is considered that the trend will become more and more conspicuous in expected regular multimedia areas.

Under such circumstances, development for increasing the density and the degree of integration of semiconductor chips has progressed continuously; however, in addition to the size and the number of electrodes of the semiconductor chips being increased, the size of the packages have also increased accordingly. Accordingly, narrowing of the pitch of terminal leads has been promoted for facilitating the size reduction of the packages, which makes mounting of the package more difficult.

In view of the above, it has been proposed in recent years to provide high density packages with super-multiple pins having the same area as that of the semiconductor chips, and such packaging techniques are mentioned, for example, in various publications, such as "Nikkei Microdevices" p 98–p 102, issued on May 1, 1994, "Nikkei Microdevices" p 96–p 97, issued on Feb. 1, 1995 by Nikkei BP Co. and "Electronic Material", p 22–p 28, issued on Apr. 1, 1995 (Heisei 7) by

2

Kogyo Chosakai. One example of the structures produced with such packaging techniques, for example, as described in FIG. 6 of the "Electronic Material" publication, has a package structure in which a flexible wiring substrate is disposed by way of an elastomer (elastic material) on the surface of a semiconductor chip, leads on one end of wirings of the flexible wiring substrate are electrically connected with bonding pads on the surface of the semiconductor chip, and bump lands on the other end of the wirings of the flexible wiring substrate are electrically connected with the solder bumps.

The package structure has an outer size about equal to or greater than that of a semiconductor chip by the size of a protection frame optionally attached to the periphery of the chip, for which a flexible wiring substrate formed with solder bumps is used. The wiring pattern of the wiring substrate is made of a Cu foil having a Au plating on one side, the top ends of which to be connected with the pad of the chip constitute a lead pattern which is only composed of Au as a result of etching the Cu foil. In this structure, the flexible wiring substrate is bonded by an elastomer on the surface of the semiconductor chip and then the Au leads are connected with the bonding pads of the semiconductor chip.

2. A CSP, for example, which is a thin, compact semiconductor device of chip size, is often used in printed circuit boards built into portable electronic devices such as that referred-to above. The general structure of a CSP comprises a thin film wiring substrate on which are mounted bump electrodes which are external terminals, leads electrically connected to electrode pads of a semiconductor chip, an elastomer (elastic structure/elastic structural material) arranged between the semiconductor chip and the thin film wiring substrate and having approximately the same size as the thin film wiring substrate, and sealing parts which seal the electrode pads and the leads of the thin film wiring substrate connected to it.

Structures of CSPs studied by the inventors for comparison purposes, also, are described, for example, in "Nikkei Microdevices" Apr. 1, 1997, No. 142, pp. 44–53, published by Nikkei BP Co. on Apr. 1, 1997, and, in particular, the next generation CSP structure (comparison examples) described in FIG. 6, on page 48 thereof. This CSP comprises a semiconductor chip having electrode pads formed on its main surface, bump electrodes which are external terminals over the main surface of the semiconductor chip, and a contour ring outside the semiconductor chip.

## SUMMARY OF THE INVENTION

In a study made by the present inventors of the package structure as described in part 1 above, a number of problems were recognized. For example, since the flexible wiring substrate in the package structure described above has a structure typically represented by a TCP (Tape Carrier Package) in which a Cu wiring pattern is formed on the surface of a polyimide tape, and an elastomer is formed to the wiring substrate on the side of the wiring surface, it is difficult to mount the elastomer uniformly and stably because of unevenness of the wiring pattern on the flexible wiring substrate. That is, there exist such problems that voids not filled with the elastomer are formed near both sides of the protrusions of the wiring pattern upon coating or appending the elastomer on the flexible wiring substrate, and the step of bonding the semiconductor chip can not be conducted stably since the size and the shape of the elastomer are not stable.

US 7,091,620 B2

3

Further, bump electrodes are formed on the wiring substrate on the side of the tape. That is, a bump electrode is connected with the wirings by way of a through hole formed in the tape. Since the thickness of the tape is relatively large, for example, as much as 50 μm, if the pitch between the bump electrodes is smaller than the thickness of the tape, the aspect ratio of the through hole is increased to bring about a concern that the bump electrode and the wiring will not be connected. Accordingly, there is a concern that an increase in the number of pins of the package may be restricted.

In view of the above, an object of the present invention is to provide a semiconductor integrated circuit device capable of mounting an elastic structural material to a wiring substrate stably with a high accuracy and making the bonding step of a semiconductor chip stable, thereby enabling assembling with a high yield.

Another object of the present invention is to provide a technique for promoting an increase in the number of pins in a package.

An object of the present invention is to provide a semiconductor integrated circuit device capable of obtaining excellent electrical properties in view of noise resistance by the adoption of a multiple wiring layer structure.

An object of the present invention is to prevent wiring from becoming contaminated ingredients of an elastic structural material.

An object of the present invention is to prevent a semiconductor chip from being damaged, improve the reliability of the semiconductor chip, as well as prevent connection failure between an elastic structural material and the semiconductor chip, worsening of the flatness of the wiring substrate and lowering of reliability.

An object of the present invention is to eliminate a requirement for a soft-modified special wire bonder and to effect a shortening of the contact time upon bonding by further simplifying the trace of the bonding tool.

An object of the present invention is to solve a problem concerning disconnection of wirings.

An object of the present invention is to reduce any damage to a passivation layer or a semiconductor chip therebelow and further improve the bondability by preventing contamination of the wirings.

An object of the present invention is to increase the bonding strength between wirings and a substrate material and obtain a stable notch cutting performance.

An object of the present invention is to suppress warp of a wiring substrate and improve bondability with a bonding material, so as to achieve a package having excellent moisture proofness and reliability.

An object of the present invention is to improve the groove-fillage capability of an elastic structural material, capable of increasing the strength of a metal mask, by using a plurality of one side bridging portions, and further improving the groove-fillage capability by the formation of a stopping dam for sealant flow.

An object of the present invention is to improve the bondability and prevent damage to a semiconductor chip in an inner lead bonding technique.

An object of the present invention is to form a suitable S-shaped configuration with no return of a bonding tool but by merely driving the bonding tool vertically using a wiring design which takes into consideration a bending stress ratio.

An object of the present invention is to reduce the occurrence of cracks in wirings per se and moderate bonding damage to a semiconductor chip.

An object of the present invention is to suppress bleeding of low molecular weight ingredients of an elastic structural

4

material and further avoid a disadvantage involving the creation of voids upon forming the elastic structural material by surface flattening.

An object of the present invention is to improve the fabrication accuracy for hole diameter for connection of a bump electrode in a method of manufacturing a semiconductor integrated circuit.

An object of the present invention is to provide a technique for forming a semiconductor package which is capable of bonding bump electrodes more satisfactorily, reducing the pitch of the bump electrodes and which provides output terminals at a higher density in a method of manufacturing a semiconductor integrated circuit device.

These and other objects, as well as novel features of the present invention will become apparent by consideration of the descriptions in the specification with reference to the accompanying drawings.

Among the featured aspects disclosed in the present application, a summary of typical examples thereof is given below.

That is, one of the semiconductor integrated circuit devices according to the present invention provides a package structure applied to a semiconductor integrated circuit device in which a wiring substrate is disposed by way of an elastic structural material on a main surface of a semiconductor chip, lead portions on one end of the wirings of the wiring substrate are electrically connected with external terminals on the main surface of the semiconductor chip, and land portions on the other end of the wirings of the wiring substrate are electrically connected with bump electrodes, wherein the wiring substrate has wirings formed on a first, main surface of a substrate base material (tape), and an elastic structural material is disposed on a second surface of the substrate base material, opposite the main surface thereof.

Further, the bump electrodes are formed on the side of the wirings.

Further, the bump electrodes are connected with the wirings each by way of a through hole disposed in an insulation film formed on the wirings and having a thickness smaller than that of the wiring base material.

Further, the external terminals of the semiconductor chip are disposed at a central portion or at an outer circumferential portion (i.e., at an outer periphery) of the semiconductor chip, and the bump electrodes connected to the external terminals of the semiconductor chip by way of the wirings of the wiring substrate are disposed to the inside, outside or in both regions inside and outside with respect to the outer circumference of the semiconductor chip.

Further, in a semiconductor integrated circuit device of the present invention, the size of the end of the elastic structural member of the semiconductor chip on the side of the external terminals and the end of the substrate base material of the wiring substrate are determined based on the ingredients of the elastic structural material.

Further, in a semiconductor integrated circuit device of the present invention, a distance M2 between the end of the substrate base material of the wiring substrate and the end of the elastic structural material on the outer circumferential side of the semiconductor integrated circuit device, and a distance M1 between the end of the semiconductor chip and the end of the substrate base material are determined within a range capable of satisfying the relationship:

M1>M2>0.

Further, in a semiconductor integrated circuit device of the present invention, the wirings of the wiring substrate are

US 7,091,620 B2

5

6

formed to such a shape that a portion fixed with the substrate base material of the wiring substrate and a top end portion connected to the external terminals of the semiconductor chip are displaced at least by more than the width of the wirings.

Further, in a semiconductor integrated circuit device of the present invention, the wirings of the wiring substrate are formed as a cantilever structure fixed at one side to the substrate base material of the wiring substrate.

Further, in a semiconductor integrated circuit device of the present invention, the size of the end of an opening in a surface protection film on the semiconductor chip is determined within such a range that the wirings do not interfere with the surface protection film at least on the side thereof on which a bonding tool is driven down.

Further, in a semiconductor integrated circuit device of the present invention, the wirings of the wiring substrate are formed such that an effective area of a wiring portion of the wiring on the side of the notch terminal end is made larger. Particularly, the wiring portion on the side of the notch terminal end is connected with an opposed land portion of the wirings, or is extended longitudinally or laterally in a vacant region of the wirings, or adjacent wirings are connected with each other.

Further, in a semiconductor integrated circuit device of the present invention, the elastic structural material is formed within a range greater over the entire circumference at least by more than the width of a protrusion at the outer circumferential portion formed in the elastic structural material.

Further, in a semiconductor integrated circuit device of the present invention, when the elastic structural material is formed in two parts so as not to be bonded on the external terminals of the semiconductor chip, each of the ends of spaces to which the divided elastic structural materials are opposed is formed in a groove-shape. Particularly, a plurality of grooves are formed at each of the ends of the elastic structural material, or a stepping dam for sealant flow is formed beforehand during a sealing step.

Further, in a semiconductor integrated circuit device of the present invention, the connection structure between the external terminals of the semiconductor chip and the wirings of the wiring substrate are formed by pre-forming stud bumps on the external terminals of the semiconductor chip, and the external terminals of the semiconductor chip and the wirings of the wiring substrate are connected by way of the stud bumps.

Further, in a semiconductor integrated circuit device of the present invention, the connection structure between the external terminals of the semiconductor chip and the wiring substrate is formed by supplying solder beforehand so as to surround the wirings of the wiring substrate and the external terminals of the semiconductor chip, and the external terminals of the semiconductor chip are connected by way of the solder.

Further, in a semiconductor integrated circuit device of the present invention, the connection structure between the external terminals of the semiconductor chip and the wirings of the semiconductor substrate are formed by connecting the wirings of the wiring substrate and the external terminals of the semiconductor chip by way of stud bumps by using stud bumps of solder or Au ball so as to surround the wirings of the wiring substrate from above.

Further, in a semiconductor integrated circuit device of the present invention, the connection structure between the external terminals of the semiconductor chip and the wirings of the wiring substrate are formed by connecting the wirings of the wiring substrate and the external terminals of the semiconductor chip by using Al, solder or Au wire.

Further, in a semiconductor integrated circuit device of the present invention, the wiring structure of the wiring substrate is formed by narrowing the lateral size of the wirings from the end of the substrate base material of the wiring substrate to the top end of the wirings, such that the bending stress ratio $\alpha$ is represented by:

$$\alpha = \sigma 1/\sigma 0$$

where $\sigma 0$ is bending strength caused at the end of the substrate base material and $\sigma 1$ is maximum stress caused at an intermediate portion between the end of the substrate base material and the top end of the wirings, and wherein the lateral size is made constant particularly from a predetermined position, and the size and the shape of the wirings are determined such that the bending stress ratio $\alpha$ is from 1.2 to 1.5 in a case where the bending stress ratio $\alpha$ is represented by the following formula:

$$\alpha = b1 \times (L2 - L1)/(b2 \times L2)$$

in which L1 is a taper length, L2 is a wiring length, b1 is a taper width and b2 is a wiring width.

Further, in a semiconductor integrated circuit device of the present invention, the wiring structure of the wiring substrate is formed by using an electroconductive material as a core material and applying Au plating on the surface.

Further, the wiring structure of the wiring substrate is formed by using Cu as a core material, applying Au plating on the surface and making at least one end connected with the external electrodes of the chip into an S-shaped configuration.

Further, in a semiconductor integrated circuit device of the present invention, a flattening insulation film is formed on the wiring substrate on the side of the wirings and an elastic structural material is disposed on the insulation film.

Further, a method of manufacturing a semiconductor integrated circuit device according to the present invention comprises a step of forming an elastic structural material on the rear face of a wiring substrate (tape side) in which wirings are formed on the substrate base material (tape), a step of bonding a semiconductor chip to the surface of the elastic structural material so as to oppose the wiring substrate, a step of connecting one end of the wirings to the external terminals of the semiconductor chip, a step of forming an insulation film thinner than the substrate base material on a main surface of the wirings, a step of forming openings to the insulation film each at a position corresponding to the other end of the wirings to be joined with the bump electrodes, and a step of forming the bump electrodes being joined to the other end of the wirings by way of the wirings.

Additionally, in a semiconductor device package structure like the CSP having the aforesaid general structure, discussed in part 2 above, problems due to resin flow of the package sealant arise. For example, a sealing resin easily flows onto the sides of the semiconductor chip. This impairs the precision of the contour size of the CSP so that, in some cases, it could not be inserted in its socket. In other words, a problem arises in that the contour shape of the CSP does not remain fixed.

If the amount of sealing resin is reduced in an attempt to solve such a problem in the case of the aforementioned CSP, the leads of the thin film wiring substrate may be exposed. This would adversely affect the sealing properties of the

US 7,091,620 B2

7

package. Namely, the sealing properties of the sealing parts would become inadequate, and humidity resistance would no longer be reliable.

In the comparison of CSP structures of the prior art, if the contour ring is made a separate structure, manufacturing costs increase.

In a CSP having the usual structure, during solder reflow in forming the bump electrodes, the internal pressure rises due to expansion of moisture and gas in the elastomer, and, as a result, the seal part is destroyed causing a "popcorn" phenomenon.

It is, therefore, also an object of this invention to provide a chip size semiconductor device of lower cost and improved sealing properties, and a method of manufacturing such a device.

It is a further object of this invention to provide a semiconductor device and manufacturing method which prevents occurrence of the aforementioned popcorn phenomenon.

These additional and other features of the invention are summarized below with regard to the description of further examples of the featured inventive aspects of the present application.

In a semiconductor device of this invention, a chip size package has its connection terminals provided on the outer periphery of its main surface. Such a package comprises an elastic structure arranged on the main surface of the semiconductor chip leaving the connection terminals exposed, a thin film wiring substrate comprising a substrate body having wirings whereof first ends thereof are electrically connected to the aforesaid terminals via leads and the other ends thereof are electrically connected to bump electrodes which are external terminals and comprising substrate protruding parts having openings which leave the connection terminals exposed and which protrude beyond the openings and the semiconductor chip, and sealing parts which seal the connection terminals of the semiconductor chip and seal the leads of the thin film wiring substrate, the substrate body and the substrate protruding parts of the thin film wiring substrate being formed in a one-piece construction.

As the substrate protruding parts are not separate from the substrate body but are formed together with it in a one-piece construction, the substrate protruding parts need not be formed from costly materials. As a result, the cost of manufacturing the semiconductor device is reduced.

Further, in a semiconductor device of this invention, a chip size structure has its connection terminals provided on the outer periphery of its main surface. Such a device comprises an elastic structure arranged on the main surface of the semiconductor chip comprising elastic protruding parts having openings which leave the connection terminals exposed, a thin film wiring substrate comprising a substrate body having wirings whereof first ends thereof are electrically connected to the aforesaid terminals via leads and the other ends thereof are electrically connected to bump electrodes which are external terminals, and comprising substrate protruding parts having openings which leave the connection-terminals exposed and which protrude beyond the openings and the semiconductor chip, and sealing parts which seal the connection terminals of the semiconductor chip and seal the leads of the thin film wiring substrate, the substrate body and the substrate protruding parts of the thin film wiring substrate being formed in a one-piece construction, and the thin film wiring substrate and the elastic structure having substantially the same size.

Still further, in a semiconductor device of this invention, a chip size structure has its connection terminals provided on

8

the outer periphery of its main surface, comprising an elastic structure arranged on the main surface of the semiconductor chip having parts exposed to the outside for exposing the connection terminals, a thin film wiring substrate comprising a substrate main body having wirings whereof first ends thereof are electrically connected to the aforesaid connection terminals via leads and the other ends thereof are electrically connected to bump electrodes which are external terminals, and comprising openings so as to expose the aforesaid connection terminals, and sealing parts which seal the connection terminals of the semiconductor chip and seal the leads of the thin film wiring substrate.

A method of manufacturing a semiconductor device according to this invention comprises a step for preparing a thin film wiring substrate which is a chip size structure having connection terminals provided on the outer periphery of its main surface, comprising a substrate body with wiring, and comprising substrate protruding parts which protrude beyond openings in which leads are connected to this wiring and formed in a one-piece construction with the substrate body, a step for joining an elastic structure and the substrate body of the thin film wiring substrate, a step for joining the main surface of the semiconductor chip and the elastic structure so as to expose the connection terminals of the semiconductor chip in the openings of the thin film wiring substrate, a step for electrically connecting the connection terminals of the semiconductor chip and the corresponding leads of the thin film wiring substrate, a step for sealing the connection terminals of the semiconductor chip and the leads of the thin film wiring substrate using a sealing resin comprising a low silica material so as to form sealing parts, a step for electrically connecting the wiring of the substrate body so as to form bump electrodes, and a step for simultaneously cutting the substrate protruding parts and sealing parts formed therein to a desired contour size.

Further, a method of manufacturing a semiconductor device according to this invention comprises a step for preparing a thin film wiring substrate which is a chip size structure having connection terminals provided on the outer periphery of its main surface, comprising a substrate main body having wiring joined to an elastic structure and openings in which leads are connected to the wiring, wherein the substrate body is supported in a substrate frame by supporting parts of the elastic structure, a step for joining the main surface of the semiconductor chip and the elastic structure so as to leave the connection terminals of the semiconductor chip exposed in the openings of the thin film wiring substrate, a step for electrically connecting the connection terminals of the semiconductor chip and the corresponding leads of the thin film wiring substrate, a step for resin sealing the connection terminals of the semiconductor chip and the leads of the thin film wiring substrate so as to form sealing parts, a step for electrically connecting the wiring of the substrate body so as to form bump electrodes, a step for cutting the supporting part of the elastic structure so as to separate the substrate body from the substrate frame, and a step for exposing the exposed parts of the elastic structure.

The foregoing and a better understanding of the present invention will become apparent from the following detailed description of the illustrated embodiments and the claims when read in conjunction with the accompanying drawings, all forming a part of the invention. While the foregoing and following written and illustrated disclosure focuses on disclosing various example embodiments depicted as preferred embodiments of the invention, it should be clearly understood that the same is by way of illustration and example only and is not to be construed as being limited thereto. The

US 7,091,620 B2

9 | 10

spirit and scope of the present invention are limited only by the terms of the appended claims.

The following represents brief descriptions of the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view illustrating a semiconductor integrated circuit device which represents an Embodiment 1 of the present invention;

FIG. 2 is a cross sectional view taken along line 2—2 in FIG. 1 of the Embodiment 1 according to the present invention;

FIG. 3 is a plan view illustrating the state of mounting the semiconductor integrated circuit device in the Embodiment 1 according to the present invention to a mounting substrate;

FIG. 4 is a cross sectional view illustrating the state of mounting the semiconductor integrated circuit device in the Embodiment 1 according to the present invention to a mounting substrate;

FIG. 5 is a flow chart illustrating the steps of assembling the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 6 is a cross sectional view of a main portion of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 7 is a cross sectional view of a main portion for comparative explanation of the semiconductor integrated circuit device of the Embodiment 1 according to the present invention and a semiconductor integrated circuit device studied by the present inventors;

FIG. 8 is a cross sectional view of a main portion illustrating both face wirings as a modified embodiment of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 9 is a plan view illustrating a window opening portion of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 10 is a cross sectional view corresponding to the window opening in FIG. 9;

FIG. 11 is a cross sectional view for explaining the size of a window opening and an edge portion of the semiconductor chip in a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 12 is a cross sectional view illustrating a concave shape of an elastomer after printing of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 13 is a cross sectional view illustrating a tape warping after appending a semiconductor chip in a semiconductor integrated circuit device of the Embodiment 1 according to the present invention;

FIG. 14 is a plan view illustrating a planar S-shaped lead of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 15 is a cross sectional view as seen in the direction of arrow B in FIG. 14 of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 16 is a cross sectional view as seen in the direction of arrow A in FIG. 14 in a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 17 is a cross sectional view illustrating a trace of a bonding tool upon forming a standard S-shaped lead in a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 18 is a cross sectional view illustrating a trace of a bonding tool upon forming a planar S-shaped lead in a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 19 is a plan view for explaining a notch lead and a beam lead of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 20 is a plan view illustrating a notch lead at the portion A in FIG. 19 of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 21 is a plan view illustrating a beam lead of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 22 is a cross sectional view illustrating a lead bonding portion of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 23 is a plan view illustrating a lead bonding portion of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 24 is a cross sectional view illustrating, in an enlarged scale, a landing position of a tool in the portion A in FIG. 22, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 25 is a cross sectional view illustrating a bonding portion improved for the size of a passivation opening, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 26 is a plan view illustrating a bonding portion for leads extending in both directions of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 27 is a plan view illustrating standard anchor wirings, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 28 is a plan view illustrating improved anchor wirings, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 29 is a perspective view illustrating a structure of a standard elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 30 is a perspective view illustrating a state of appending a semiconductor chip at a standard elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 31 is a perspective view illustrating a structure of a wide elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 32 is a perspective view illustrating a state of appending a semiconductor chip at a wide elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 33 is a cross sectional view illustrating a state of appending a semiconductor chip at a wide elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 34 is a perspective view illustrating a structure of the standard elastomer after appending a semiconductor chip, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 35 is a cross sectional view illustrating a structure of a standard elastomer after appending the semiconductor chip, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. 36 is a perspective view illustrating a structure of a wide elastomer after appending the semiconductor chip, of

US 7,091,620 B2

11        12

a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **37** is a cross sectional view illustrating a structure of a wide elastomer after appending the semiconductor chip, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **38** is a cross sectional view illustrating a concept of metal mask printing, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **39** is a plan view illustrating a metal mask of a standard elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **40** is a plan view illustrating a metal mask of a wide elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **41** is a plan view illustrating a printed shape for a plurality of suspended wide elastomers, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **42** is a plan view illustrating a potting position for groove-fillage of a wide elastomer, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **43** is a cross sectional view illustrating a bonding portion by a standard lead bonding, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **44** is a cross sectional view illustrating a bonding portion by using stud bumps, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **45** is a cross sectional view illustrating a lead connection by using solder, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **46** is a plan view illustrating a lead connection using solder, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **47** is a cross sectional view illustrating a lead connection by using solder or Au ball, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **48** is a perspective view illustrating a lead connection by using solder or Au ball, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **49** is a cross sectional view illustrating a lead connection by using Al or soldering wire, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **50** is a cross sectional view illustrating a lead connection by using an Au wire, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **51** is a perspective view for explaining a lead design, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **52** is a perspective view illustrating modification of a lead after bonding, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **53** is chart illustrating a relationship between a lead size and a bending stress ratio, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **54** is a cross sectional view illustrating a connection portion of lead connection, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **55** is an enlarged cross sectional view illustrating a lead bent portion, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **56** is an enlarged cross sectional view illustrating a Ni-platingless lead bent portion, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **57** is an enlarged cross sectional view illustrating a lead press contact portion, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **58** is an enlarged cross sectional view illustrating a Ni-platingless lead press contact portion, of a semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **59** is a cross sectional view illustrating a structure of a semiconductor integrated circuit device in an Embodiment 2 according to the present invention;

FIG. **60** is a perspective view illustrating a structure of a semiconductor integrated circuit device in the Embodiment 2 according to the present invention;

FIG. **61** is a plan view, as viewed from the rear face of a semiconductor chip, of a semiconductor integrated circuit device in the Embodiment 3 according to the present invention;

FIG. **62** is a plan view illustrating a semiconductor integrated circuit device in the Embodiment 3 according to the present invention;

FIG. **63** is a cross sectional view illustrating a semiconductor integrated circuit device in the Embodiment 3 according to the present invention;

FIG. **64** is an enlarged cross sectional view illustrating a portion A in FIG. **63**, of a semiconductor integrated circuit device in the Embodiment 3 according to the present invention;

FIG. **65** is a plan view for explaining a wiring structure of a wiring substrate, of a semiconductor integrated circuit device in the Embodiment 3 according to the present invention;

FIG. **66** is a plan view, as viewed from the rear face of a semiconductor chip, of a semiconductor integrated circuit device as an Embodiment 4 according to the present invention;

FIG. **67** is a plan view illustrating a semiconductor integrated circuit device in the Embodiment 4 according to the present invention;

FIG. **68** is a cross sectional view illustrating a semiconductor integrated circuit device in the Embodiment 4 according to the present invention;

FIG. **69** is an enlarged cross sectional view illustrating a portion A in FIG. **68**, of a semiconductor integrated circuit device in the Embodiment 4 according to the present invention;

FIG. **70** is a plan view for explaining a wiring structure of a wiring substrate, of a semiconductor integrated circuit device in the Embodiment 4 according to the present invention;

FIG. **71** is a plan view, as viewed from the rear face of a semiconductor chip, of a semiconductor integrated circuit device in the Embodiment 5 according to the present invention;

FIG. **72** is a plan view illustrating a semiconductor integrated circuit device in the Embodiment 5 according to the present invention;

FIG. **73** is a cross sectional view illustrating a semiconductor integrated circuit device in the Embodiment 5 according to the present invention;

FIG. **74** is an enlarged cross sectional view illustrating a portion A in FIG. **73**, of a semiconductor integrated circuit device in the Embodiment 5 according to the present invention;

FIG. **75** is a plan view for explaining a wiring structure of a wiring substrate, of a semiconductor integrated circuit device in the Embodiment 5 according to the present invention;

FIG. **76** is a cross sectional view illustrating the modified shape of the lead in accordance with the bending stress ratio in a comparative explanation between the semiconductor integrated circuit device in the Embodiment 1 according to the present invention and the semiconductor circuit device studied by the present inventors;

FIG. **77** is a cross sectional view illustrating the modified shape of the lead in accordance with the bending stress ratio, of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **78** is a cross sectional view illustrating the modified shape of the lead in accordance with the bending stress ratio, of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **79** is a cross sectional view illustrating the modified shape of the lead in accordance with the bending stress ratio, of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **80** is a cross sectional view illustrating the modified shape of the lead in accordance with the bending stress ratio, of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **81** is a cross sectional view illustrating a modified example of a package structure, of the semiconductor integrated circuit device in the Embodiment 1 according to the present invention;

FIG. **82** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to an Embodiment 6 of the present invention;

FIGS. **83**(a) to **83**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **82**, in which FIG. **83**(a) is a cross-sectional view through a line 83A—83A in FIG. 82, FIG. 83(b) is a cross-sectional view through a line 83B—83B in FIG. 82, and FIG. 83(c) is a cross-sectional view through a line 83C—83C in FIG. 82;

FIGS. **84**(a), **84**(b), **84**(c) and **84**(d) are specification tables showing example specifications of parts used in the semiconductor device shown in FIG. **82**;

FIG. **85** is a manufacturing sequence showing a typical process for manufacturing the semiconductor device shown in FIG. **82**;

FIG. **86** is a chart showing typical processing conditions in each stage of the production process shown in FIG. **85**;

FIGS. **87**(a), **87**(b) are partial plan views showing a typical method of manufacturing a thin film wiring substrate used for a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **88**(a), **88**(b) are partial plan views showing a typical method of manufacturing a thin film wiring substrate used for a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **89**(a), **89**(b) are partial plan views showing a typical method of manufacturing a thin film wiring substrate

used for a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **90**(a) and **90**(b) are diagrams each showing a typical method of manufacturing the semiconductor device (CSP) according to the first embodiment of this invention, in which FIG. **90**(a) is a partial plan view showing an elastomer attachment, and FIG. **90**(b) is a partial plan view showing a semiconductor chip attachment;

FIG. **91** is a partial plan view showing an example of a cutting position in a method of manufacturing a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **92**(a), **92**(b) are perspective views showing an example of a lead cutting method in a method of manufacturing the semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **93**(a), **93**(b), **93**(c) are perspective views showing an example of an elastomer attachment state in a method of manufacturing a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIGS. **94**(a), **94**(b) are perspective views showing an example of a lead bonding method in a method of manufacturing a semiconductor device (CSP) according to Embodiment 6 of the present invention;

FIG. **95** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 7 of the present invention through the sealing parts;

FIGS. **96**(a) to **96**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **95**, in which FIG. **96**(a) is a cross-sectional view through a line 96A—96A in FIG. 95, FIG. 96(b) is a cross-sectional view through a line 96B—96B in FIG. 95, and FIG. 96(c) is a cross-sectional view through a line 96C—96C in FIG. 95;

FIG. **97** is a plan view showing an example of a structure of a semiconductor device (CSP) according to Embodiment 8 of the present invention through the sealing parts;

FIGS. **98**(a) to **98**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **97**, in which FIG. **98**(a) is a cross-sectional view through a line 98A—98A in FIG. 97, FIG. 98(b) is a cross-sectional view through a line 98B—98B in FIG. 97, and FIG. 98(c) is a cross-sectional view through a line 98C—98C in FIG. 97;

FIG. **99** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 9 of the present invention through the sealing parts;

FIGS. **100**(a) to **100**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **99**, in which FIG. **100**(a) is a cross-sectional view through a line 100A—100A in FIG. 99, FIG. 100(b) is a cross-sectional view through a line 100B—100B in FIG. 99, and FIG. 100(c) is a cross-sectional view through a line 100C—100C in FIG. 99;

FIG. **101** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 10 of the present invention through the sealing parts;

FIGS. **102**(a) to **102**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **101**, in which FIG. **102**(a) is a cross-sectional view through a line 102A—102A in FIG. 101, FIG. 102(b) is a cross-sectional view through a line 102B—102B in FIG. 101, and FIG. 102(c) is a cross-sectional view through a line 102C—102C in FIG. 101;

FIG. **103** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 11 of the present invention through the sealing parts;

FIGS. **104**(a) to **104**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **103**, in

US 7,091,620 B2

15 | 16

which FIG. **104**(*a*) is a cross-sectional view through a line **104**A—**104**A in FIG. **103**, FIG. **104**(*b*) is a cross-sectional view through a line **104**B—**104**B in FIG. **103**, and FIG. **104**(*c*) is a cross-sectional view through a line **104**C—**104**C in FIG. **103**;

FIG. **105** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 12 of the present invention through the sealing parts;

FIGS. **106**(*a*) to **106**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **105**, in which FIG. **106**(*a*) is a cross-sectional view through a line **106**A—**106**A in FIG. **105**, FIG. **106**(*b*) is a cross-sectional view through a line **106**B—**106**B in FIG. **105**, and FIG. **106**(*c*) is a cross-sectional view through a line **106**C—**106**C in FIG. **105**; FIG. **106**(*d*) is the front view of the structure of the semiconductor device shown in FIG. **105**; and FIG. **106**(*e*) is the side view of the structure of the semiconductor device shown in FIG. **105**;

FIG. **107** is a view of a base surface showing the under surface of the semiconductor device (CSP) shown in FIG. **105**;

FIG. **108** is an enlarged partial view showing the detailed structure of the thin film wiring substrate shown in FIG. **89**;

FIG. **109** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 13 of the present invention through the sealing parts;

FIGS. **110**(*a*) to **110**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **109**, in which FIG. **110**(*a*) is a cross-sectional view through a line **110**A—**110**A in FIG. **109**, FIG. **110**(*b*) is a cross-sectional view through a line **110**B—**110**B in FIG. **109**, and FIG. **110**(*c*) is a cross-sectional view through a line **110**C—**110**C in FIG. **109**.

FIG. **111** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 14 of the present invention through the sealing parts;

FIGS. **112**(*a*) to **112**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **111**, in which FIG. **112**(*a*) is a cross-sectional view through a line **112**A—**112**A in FIG. **111**, FIG. **112**(*b*) is a cross-sectional view through a line **112**B—**112**B in FIG. **111**, and FIG. **112**(*c*) is a cross-sectional view through a line **112**C—**112**C in FIG. **111**.

FIG. **113** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 15 of the present invention through the sealing parts;

FIGS. **114**(*a*) to **114**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **113**, in which FIG. **114**(*a*) is a cross-sectional view through a line **114**A—**114**A in FIG. **113**, FIG. **114**(*b*) is a cross-sectional view through a line **114**B—**114**B in FIG. **113**, and FIG. **114**(*c*) is a cross-sectional view through a line **114**C—**114**C in FIG. **113**;

FIG. **115** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 16 of the present invention through the sealing parts;

FIGS. **116**(*a*) to **116**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **115**, in which FIG. **116**(*a*) is a cross-sectional view through a line **116**A—**116**A in FIG. **115**, FIG. **116**(*b*) is a cross-sectional view through a line **116**B—**116**B in FIG. **115**, and FIG. **116**(*c*) is a cross-sectional view through a line **116**C—**116**C in FIG. **115**;

FIG. **117** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 17 of the present invention through the sealing parts;

FIGS. **118**(*a*) to **118**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **117**, in which FIG. **118**(*a*) is a cross-sectional view through a line **118**A—**118**A in FIG. **117**, FIG. **118**(*b*) is a cross-sectional view through a line **118**B—**118**B in FIG. **117**, and FIG. **118**(*c*) is a cross-sectional view through a line **118**C—**118**C in FIG. **117**;

FIG. **119** is a plan view showing an example of a structure of a semiconductor device (CSP) according to an Embodiment 18 of the present invention through the sealing parts;

FIGS. **120**(*a*) to **120**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **119**, in which FIG. **120**(*a*) is a cross-sectional view through a line **120**A—**120**A in FIG. **119**, FIG. **120**(*b*) is a cross-sectional view through a line **120**B—**120**B in FIG. **119**, and FIG. **120**(*c*) is a cross-sectional view through a line **120**C—**120**C in FIG. **119**;

FIGS. **121**(*a*), **121**(*b*), **121**(*c*) are diagrams each showing an unconnected lead in the semiconductor device according to an Embodiment 19 of the present invention, in which FIG. **121**(*a*) is a cross-sectional view when the unconnected lead is deformed, and FIGS. **121**(*b*), **121**(*c*) are cross-sectional views when the unconnected lead is not deformed;

FIGS. **122**(*a*), **122**(*b*), **122**(*c*) are cross-sections each showing a typical structure using a single-layer surface-wired thin film wiring substrate in the semiconductor device according to an Embodiment 20 of the present invention;

FIGS. **123**(*a*), **123**(*b*), **123**(*c*) are cross-sections each showing a typical structure using a two-layer thin film wiring substrate in the semiconductor device according to Embodiment 20 of the present invention;

FIGS. **124**(*a*), **124**(*b*), **124**(*c*), **124**(*d*) are enlarged partial cross-sections each showing an example of a lead tip processing sequence in a method of manufacturing a semiconductor device according to an Embodiment 21 of the present invention, in which FIG. **124**(*a*) shows results before bonding, FIG. **124**(*b*) shows results during bonding, FIG. **124**(*c*) shows results after bonding, and FIG. **124**(*d*) shows results after sealing;

FIGS. **125**(*a*), **125**(*b*), **125**(*c*) are enlarged partial cross-sections showing another example of a lead tip processing sequence in a method of manufacturing a semiconductor device according to an Embodiment 21 of the present invention, for comparison with the lead tip processing sequence of FIG. **124**, in which FIG. **125**(*a*) shows results before bonding, FIG. **125**(*b*) shows results during bonding, and FIG. **125**(*c*) shows results after sealing;

FIGS. **126**(*a*), **126**(*b*), **126**(*c*) are enlarged partial cross-sections showing another example of a lead tip processing sequence in a method of manufacturing a semiconductor device according to Embodiment 21 of this invention, for comparison with the lead tip processing sequence of FIG. **124**, in which FIG. **126**(*a*) shows results before bonding, FIG. **126**(*b*) shows results during bonding, and FIG. **126**(*c*) shows results after sealing;

FIG. **127** is an elastomer specification table showing examples of color specifications of an elastomer (elastic structure) used in a semiconductor device (CSP) according to an Embodiment 22 of the present invention;

FIGS. **128**(*a*) to **128**(*h*) are diagrams showing typical elastomer compositions in a semiconductor device according to an Embodiment 23 of the present invention;

FIGS. **129**(*a*) to **129**(*e*) are diagrams showing typical elastomer compositions in a semiconductor device according to Embodiment 23 of the present invention, in which FIG. **129**(*a*) to **129**(*d*) show a 3-layer structure, and FIG. **129**(*e*) shows a 5-layer structure;

17

FIGS. **130**(*a*) and **130**(*b*) show example thicknesses of a skeleton layer and adhesive layers of an elastomer according an Embodiment 24 of the present invention;

FIG. **131** is a view of a base surface showing the under surface of the semiconductor device (CSP) according to an Embodiment 25 of the present invention;

FIGS. **132**(*a*), **132**(*b*), **132**(*c*), **132**(*d*) are diagrams showing an example structure of a semiconductor device according to an Embodiment 26 of the present invention, in which FIG. **132**(*a*) is a base view, FIG. **132**(*b*) is a side view, FIG. **132**(*c*) is a partial cut-away plan view, and FIG. **132**(*d*) is a front view;

FIGS. **133**(*a*), **133**(*b*), **133**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **132**, in which FIG. **133**(*a*) is a cross-sectional view through a line **133**A—**133**A in FIG. **132**, FIG. **133**(*b*) is a cross-sectional view through a line **133**B—**133**B in FIG. **132**, and FIG. **133**(*c*) is a cross-sectional view through a line **133**C—**133**C in FIG. **132**;

FIGS. **134**(*a*), **134**(*b*) are enlarged partial cross-sections showing the structure of the semiconductor device shown in FIG. **133**, in which FIG. **134**(*a*) is a diagram showing a part D in FIG. **133**(*b*), and FIG. **134**(*b*) is a diagram showing a part E in FIG. **133**(*c*);

FIGS. **135**(*a*) to **135**(*f*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to Embodiment 26 of the present invention, in which FIGS. **135**(*a*), **135**(*c*), **135**(*e*) are partial plan views, and FIGS. **135**(*b*), **135**(*d*), **135**(*f*) are respectively cross-sections through lines **135**B—**135**B, **135**D—**135**D and **135**F—**135**F;

FIGS. **136**(*a*) to **136**(*d*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to Embodiment 26 of the present invention, in which FIGS. **136**(*a*), **136**(*c*) are partial plan views, and FIGS. **136**(*b*), **136**(*d*) are respectively cross-sections through lines **136**B—**136**B and **136**D—**136**D;

FIGS. **137**(*a*) to **137**(*f*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to Embodiment 26 of the present invention, in which FIGS. **137**(*a*), **137**(*d*) are partial plan views, FIGS. **137**(*b*), **137**(*e*) are respectively cross-sections through lines **137**B—**137**B and **137**E—**137**E, and FIGS. **137**(*c*), **137**(*f*) are respectively cross-sections through lines **137**C—**137**C and **137**F—**137**F;

FIGS. **138**(*a*) to **138**(*f*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to Embodiment 26 of the present invention, in which FIGS. **138**(*a*), **138**(*d*) are partial plan views, FIGS. **138**(*b*), **138**(*e*) are respectively cross-sections through lines **138**B—**138**B and **138**E—**138**E, and FIGS. **138**(*c*), **138**(*f*) are respectively cross-sections through lines **138**C—**138**C and **138**F—**138**F;

FIGS. **139**(*a*) to **139**(*f*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to Embodiment 26 of the present invention, in which FIGS. **139**(*a*), **139**(*d*) are partial plan views, FIGS. **139**(*b*), **139**(*e*) are respectively cross-sections through lines **139**B—**139**B and **139**E—**139**E, and FIGS. **139**(*c*), **139**(*f*) are respectively cross-sections through lines **139**C—**139**C and **139**F—**139**F;

FIGS. **140**(*a*), **140**(*b*), **140**(*c*) are diagrams showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to an

18

Embodiment 27 of the present invention, in which FIG. **140**(*a*) is a side view, FIG. **140**(*b*) is a plan view, and FIG. **140**(*c*) is a front view;

FIGS. **141**(*a*), **141**(*b*), **141**(*c*), **141**(*d*) are diagrams showing an example of the structure of a thin film wiring substrate according to an Embodiment 28 of the present invention, in which FIG. **141**(*a*) is a base view, FIG. **141**(*b*) is a side view, FIG. **141**(*c*) is a plan view, and FIG. **141**(*d*) is a front view;

FIGS. **142**(*a*), **142**(*b*) are diagrams showing an example of a state when sealing is complete in a manufacturing method according to Embodiment 28 of the present invention;

FIGS. **143**(*a*), **143**(*b*), **143**(*c*) are diagrams showing cross-sections through the plan view shown in FIG. **143**(*a*), in which FIG. **143**(*a*) is a cross-section showing the plane **143**A—**143**A, FIG. **143**(*b*) is a cross-section showing the plane **143**B—**143**B, and FIG. **143**(*c*) is a cross-section showing the plane **143**C—**143**C;

FIGS. **144**(*a*), **144**(*b*), **144**(*c*) are diagrams showing an example of a state when sealing is complete in a manufacturing method according to Embodiment 28 of the present invention, in which FIG. **144**(*a*) is a plan view, FIG. **144**(*b*) is a side view, and FIG. **144**(*c*) is a base view;

FIG. **145** is a schematic diagram of a state when gas is leaving in the semiconductor device according to Embodiment 28 of the present invention;

FIGS. **146**(*a*) to **146**(*e*) are diagrams each showing an example structure of a semiconductor device according to an Embodiment 29 of the present invention, in which 146(*a*) is a base view, FIG. **146**(*b*) is a side view, FIG. **146**(*c*) is a plan view, FIG. **146**(*d*) is a front view, and FIG. **146**(*e*) is a cross-section through a line **146**E—**146**E in FIG. **146**(*c*);

FIGS. **147**(*a*), **147**(*b*), **147**(*c*) are diagrams showing an example structure of a semiconductor device according to an Embodiment 30 of the present invention, in which FIG. **147**(*a*) is a plan view, FIG. **147**(*b*) is a side view, and FIG. **147**(*c*) is a base view;

FIG. **148** is a partial plan view showing an example of a sealing completion state in a method of manufacturing the semiconductor device according to Embodiment 30 of the present invention;

FIGS. **149**(*a*), **149**(*b*) are diagrams of cross-sections through line **149**A—**149**A and line **149**B—**149**B, respectively, of the partial plan view shown in FIG. **148**;

FIGS. **150**(*a*), **150**(*b*) are diagrams each showing an example of a state when sealing is complete in a manufacturing method according to Embodiment 30 of the present invention, in which FIG. **150**(*a*) is a base view, and FIG. **150**(*b*) is a base view showing a semiconductor chip removed; and

FIG. **151** is a schematic diagram of a state when gas is leaving in the semiconductor device according to Embodiment 30 of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A detailed description of the embodiments with reference to the accompanying drawing illustrations follows:

### Embodiment 1

FIG. **1** is a plan view illustrating a semiconductor integrated circuit device representing an Embodiment 1 according to the present invention, FIG. **2** is a cross sectional view taken along line **2**—**2** in FIG. **1**, FIG. **3** and FIG. **4** are a plan view and a cross sectional view illustrating a state of

US 7,091,620 B2

19                                                                    20

mounting a semiconductor integrated circuit device to a mounting substrate, FIG. 5 is a flow chart illustrating the steps (process) of assembling a semiconductor integrated circuit device, and FIG. 6 to FIG. 58 and FIG. 76 to FIG. 81 are views for comparative explanation between the feature of the semiconductor integrated circuit device representing the Embodiment 1 of the present invention and a semiconductor integrated circuit device representing a comparative example studied by the present inventors. At first, an explanation will be given as to the constitution of a semiconductor integrated circuit device of an Embodiment 1 with reference to FIG. 1 and FIG. 2.

The semiconductor integrated circuit device representing Embodiment 1 of the present invention is in the form of a 40 pin ball grid array type semiconductor package, comprising a semiconductor chip 1 having a plurality of semiconductor elements and a plurality of bonding pads formed on a main surface, and an elastomer 2 (elastic structural material) bonded on the main surface of the semiconductor chip excepting for the portions forming the bonding pads, a flexible wiring substrate 3 (wiring substrate) formed with wirings connected at one end to the bonding pads of the semiconductor chip 1, a solder resist 4 (insulation film) formed on a main surface of the flexible wiring substrate 3, and bumps 5 (bump electrodes) formed on a main surface of the solder resist 4 and connected to the other end of the wirings by way of openings in the solder resist 4, to constitute a package structure in which the bonding portion of the semiconductor chip 1 is covered by a sealant 6, such as a resin.

The semiconductor chip 1 has, for example, a center pad structure as shown in FIG. 1 in which a plurality of bonding pads 7 (external terminals) are formed in one row at a central portion in the longitudinal direction, and the bonding pads are arranged at non-uniform intervals. Predetermined integrated circuits, such as memory circuits and logic circuits, are formed in the semiconductor chip 1, for example, on a semiconductor substrate, such as made of silicon, and the bonding pads 7 made of a material such as Al are disposed as the external terminals for such circuits.

The elastomer 2 is made of an elastic material, for example, a silicone resin, which is formed on the main surface of the semiconductor chip 1, being bisected longitudinally of the chip 1 to provide the portion formed with the bonding pads 7, and is bonded to the main surface of the chip 1 by way of the adhesive 8. The elastomer 2 is provided for moderating stress concentration on the soldering bumps 5 mainly caused by the difference in the heat expansion coefficients of the semiconductor chip 1 and the package mounting substrate.

The flexible wiring substrate 3 comprises, for example, as shown in FIG. 2, a tape 9 as a basic material of the flexible wiring substrate 3 (substrate base material) and wirings 10 bonded on the main surface of the tape 9 by an adhesive 9', in which leads 11 on one end of the wirings 10 are connected to the bonding pads 7 of the semiconductor chip 1, and bump lands 12 on the other end are connected with the soldering bumps 5. In the flexible wiring substrate 3, the rear face of the tape 9 (on the side opposite to the surface formed with the wirings 10) is bonded to the elastomer 2, and the solder resist 4 is formed on the main surface of the wirings 10.

The tape 9 constituting the flexible wiring substrate 3 is made of a material, for example, a polyimide resin, and a material such as Cu is used as the core material for the wiring 10. A portion of the lead 11 serving as one end of the wiring 10 is formed with an Ni plating layer so as to cover the surface of the core material, and an Au plating layer is formed further so as to cover the surface of the Ni plating layer.

The solder resist 4 is made of an insulation material, such as a light sensitive epoxy resin, and the solder bumps 5 are formed on the main surface of the wirings 10 of the flexible wiring substrate 3 by way of the openings in the solder resist 4 for a predetermined range of the wirings 10, except for the connection portion connected to the bump lands.

The soldering bumps 5 are made of a material, for example, a Pb(60%)-Sn(40%) solder or an alloyed solder mainly composed of Pb—Sn, and is connected to the bump lands 12 of the wirings 10 constituting the flexible wiring substrate 3. The solder bumps 5 are arranged in two rows in the regions on both side of the bonding pads 7 of the semiconductor chip 1.

The thus constituted semiconductor integrated circuit device is mounted, for example, as shown in FIG. 3 and FIG. 4, as a semiconductor integrated circuit device of a chip size package 13, for example, a DRAM, together with a semiconductor integrated circuit device of QFP type package 14, onto a mounting substrate 15, which is made, for example, of glass or epoxy, on a memory card and can be retractably mounted with respect to portable equipment, such as a portable telephone or a handy type personal computer by way of external connection terminals 16.

For the function of the Embodiment 1 of the present invention, an outline of the steps of assembling the semiconductor package will be explained on the basis of the process flow shown in FIG. 5.

At first, before assembling the semiconductor package, wirings 10 are formed on the tape 9, the flexible wiring substrates having the leads 11 formed by etching a portion of the wirings 10. Further, the elastomer 2, the semiconductor chip 1 formed with predetermined integrated circuits and provided with the bonding pads 7 as external terminals, the sealant 6, and flux and solder forming the solder balls 17 are provided.

The flexible wiring substrate 3 can be prepared, for example, as typically represented by the technique of a TAB (Tape Automatic Bonding) tape, by bonding a thin metal foil such as Cu on a tape 9 made of a polyimide resin by means of an adhesive, forming a required pattern by photoresist on the metal foil using a photographic technique, then forming a desired wiring pattern 10 by etching (including also leads 11) and, further, applying Ni—Au plating treatment to the surface thereof, for example, by an electric field plating method.

Then, for example, the elastomer 2 is formed by printing to a thickness of 50 to 150 μm on the tape 9 of the flexible wiring substrate 3, and a silicone type adhesive 8 is coated and printed on the surface of the elastomer 2 (steps 501, 502). The elastomer 2 is not always printed, but an elastomer previously formed into a film-shape may be cut into a predetermined shape and bonded to the rear face of the tape 9 by means of the adhesive 8.

Further, the leads 11 at one end of the wirings 10 of the flexible wiring substrate 3 and the bonding pads 7 of the semiconductor chip 1 are aligned such that their relative positions coincide with each other, and the semiconductor chip 1 is appended by adhesion to the elastomer 2 printed on the tape 19 of the flexible wiring substrate 3 (step 503).

Then, the semiconductor chip 1 and the tape 9 of the flexible wiring substrate 3 in a state appended by way of the elastomer 2 are turned upside down in the lead bonding step, the lead 11 is driven down on the bonding pad 7 of the semiconductor chip 1 while being deformed into a S-shaped

US 7,091,620 B2

21                                                                                22

configuration by a bonding tool **18**, as shown by the cross section in FIG. **2**, and the lead **11** and the bonding pad **7** are connected, for example, by a method of supersonic thermal press bonding (step **504**).

Successively, in the sealing step, the lead bonding portion of the bonding pad **7** of the semiconductor chip **1** and the lead **11** of the flexible wiring substrate **3** are resin encapsulated, for example, by coating a sealant **6**, such as an epoxy resin, from a dispenser **19** to thereby enhance the reliability at the junction portion between the semiconductor chip **1** and the flexible wiring substrate **3** (step **505**).

Subsequently, in the cutting step for the flexible wiring substrate **3**, the outer edge portion of the tape **9** is cut along a position somewhat outside the edge of the semiconductor chip **1**, to form a package outer shape of CSP (Chip Size Package or Chip Scale Package) (step **506**).

Then, in the bump attaching step of the solder bump **5**, the bump **5** is formed by joining a solder ball **17** to the corresponding bump land **12** of the wirings **10** of the flexible wiring substrate **3** to form the bump **5** and, finally, by way of the selection and marking, the step of assembling the semiconductor package in the Embodiment **1** according to the present invention is finished (step **507**, **508**).

In the step of assembling the semiconductor package, the order of the tape cutting step (step **506**) and the bump attaching step (step **507**) may be reversed.

Thus, the Embodiment **1** has a semiconductor package structure in which bonding pads **7** are arranged concentrically in one row along a central portion of the semiconductor chip **1**, and the solder bumps **5** are disposed at the inside of the outer circumference of the semiconductor chip **1** connected by way of the wirings **10** of the flexible wiring substrate from the bonding pads **7**.

Now, the feature of the package structure for the semiconductor integrated circuit device of the Embodiment **1** will be explained by comparison with a package structure formed by a technique studied by the present inventors including the structure and the process with reference to FIG. **6** to FIG. **58** successively.

1. Surface Wiring Structure (a Structure in Which the Elastomer is Formed on the Wiring Substrate on the Side of the Tape and the Bump Electrodes are Formed on the Side of the Wirings)

To assist in providing technical explanation of the surface wiring structure, FIG. **6** is a cross sectional view of a main portion illustrating the surface wiring structure, FIG. **7** is a cross sectional view of a main portion illustrating the rear face wiring structure (a structure in which bump electrodes are formed to the wiring substrate on the side of the tape and the elastomer is formed on the side of the wirings) and FIG. **8** is a cross sectional view of a main portion illustrating wirings on both surfaces.

The package structure of the Embodiment **1** is a so-called "surface wiring structure" as shown in an enlarged scale in FIG. **6**, in which an elastomer **2** is bonded to a flexible wiring substrate **3** on one side of a tape **9** (on the side facing the semiconductor chip **1**) and a solder resist **4** and a bump electrode **5** are formed on the other side of the wirings **10**. On the other hand, there is a technique studied by the present inventor which may be referred to as a so-called "rear face wiring structure", as shown in FIG. **7**, in which an elastomer **2** is bonded on one side of the wiring **10** and a solder bump **5** is formed on the other side of the tape **9**. In FIG. **6**, an Au plating **11***a* is formed, for example, by an electric field plating on the surface of a lead **11** on one end and on the surface of a land **12** on the other end of the wiring **10**.

In the rear face wiring structure described above with reference to FIG. **7**, a through hole **12***b* for joining the bump **5** is formed, for example, by punching out an opening in the tape **9**, which is made of a material such as a polyimide resin, whereas in the surface wiring structure of the Embodiment **1**, as seen in FIG. **6**, a solder resist **4** made of a material such as a light sensitive epoxy resin is coated on the main surface of the wiring **10**, and a connection hole **12***a* of a desired size is formed at a desired position by a photographic process, such as exposure and development, so that the following advantages can be expected.

(1) Since the opening for the solder bump **5** is formed by exposure and development of the solder resist **4**, the fabrication accuracy for the hole diameter can be improved compared with a case of puncturing an opening in the tape **9** of the flexible wiring substrate **3** in the rear face wiring structure by machining.

(2) While the minimum thickness of the tape **9**, in practice, is about 50 μm, the solder resist **4** can be coated to a thickness of about 10 to 20 μm stably depending on the coating condition, so that a smaller solder ball **17** can be joined satisfactorily.

For example, in a case of forming a solder bump of about 30 μm diameter, which is less than the thickness of the tape **9**, the aspect ratio of the through hole is excessively large in the rear face wiring structure, thereby possibly resulting in a connection failure. On the other hand, the aspect ratio can be lowered to cope with such a problem in the surface wiring structure.

(3) Since the pitch of the solder bumps **5** can be made smaller in the surface wiring structure as compared with the rear face wiring structure, a semiconductor package having output terminals for the solder bumps arranged with a higher density can be obtained.

(4) Since an elastomer **2** is disposed on the flat surface at the back of the tape **9**, the elastomer **2** can be mounted (coated or appended) in a voidless manner stably with a high accuracy. Further, since the size and the shape of the elastomer **2** are stabilized, the step of bonding the semiconductor chip **1** is also stable, thereby making it possible to conduct assembling at a higher yield.

As described above, the technique of forming the rear face wiring structure results in problems, such as in the formation of the opening in the tape **9** of the flexible wiring substrate **3** and in the bondability between the wirings **10** of the flexible wiring substrate **3** and the elastomer **2**, whereas such problems can be solved by adopting the surface wiring structure as provided in the Embodiment **1**.

Further, in the wiring structure of the flexible wiring substrate **3**, it is possible to use a flexible wiring substrate **3** having a double face wiring structure, for example, as shown in FIG. **8**, that is, having layered wirings on both surfaces of the tape **9**, in addition to the single face wiring structure as shown in FIG. **6**, and it can be applied further to three or more layered wiring structures.

In the example of FIG. **8**, a first wiring **20** is used as a signal wiring while the second wiring **21** is used as a ground plane, in which the second wiring **21** and the bump **5** or the first wiring **20** are electrically connected by way of a via hole **22**. Such a structure has the advantage of obtaining an excellent electric characteristic, for example, from the point of view of noise resistance.

2. Optimization of Tape Edge Position Relative to Elastomer

To assist in providing a technical explanation of the optimization of tape edge position relative to the elastomer, FIG. **9** is a plane view illustrating window openings, FIG. **10**

US 7,091,620 B2

23

is a cross sectional view illustrating a window opening in FIG. 9 and FIG. 11 is a cross sectional view for assisting in the explanation of the size of the window opening portion and the edge portion of the semiconductor chip.

The package structure of the Embodiment 1, as shown in FIG. 9, has a BGA (Ball Grid Array) structure in which the solder bumps 5 are arranged in a matrix on the main surface of the flexible wiring substrate 3. In this example, as shown in FIG. 10, the semiconductor 1 has a center pad arrangement in which a window opening portion 23 is disposed longitudinally at a central portion, and the portion and the peripheral edge of the semiconductor chip 1 are resin capsulated by the sealant 6 to attain a structure of high moisture proofness and reliability in the final structure.

By the way, in the technique studied by the present inventor, when the end of the elastomer 2 (on the side of the window opening 23) is brought closer to the edge of the tape 9, that is, if the length L1 between the end of the elastomer 2 of the semiconductor chip 1 on the side of the bonding pad 7 and the end of the tape 9 is reduced, contamination to the lead 11 results due to a bleeding ingredient and volatile ingredient of the elastomer 2.

On the other hand, if the length L1 is made larger, that is, if the elastomer is excessively retracted (i.e., recessed) from the edge of the tape 9, the length L2 between the end of the elastomer 2 and the solder bump 5 is reduced, and since the elastomer 2 is not present below the innermost portion of the solder bump 5, this may possibly increase the variation in the height of the solder bump 5 or widen the encapsulation region for the window opening 23, making it difficult to fill in the sealant 6.

On the other hand, in the Embodiment 1, these problems can be solved simultaneously by selecting an appropriate length for L1 so as to set the end of the elastomer 2 at an optimal position between the end of the tape 9 and the solder bump 5.

That is, in order to eliminate the foregoing problems related to the window opening 23, the length L1 is defined as indicated below. For example, in this embodiment, the printing accuracy of the elastomer 2 is defined as about ±100 µm. Accordingly, if the length L1 is less than 100 µm, since it may extend outside of the tape 9 due to a printing deviation, it must be greater than the printing accuracy (100 µm) at the least.

Further, since there is no problem from contamination to the lead 11 by a bleeding ingredient or volatile ingredient of the elastomer 2 if it is actually spaced by about 300 µm from the actual edge, the length L2 is set, for example, at 300 µm as a minimum. However, a design with a minimum value of about 100 µm is possible if an elastomer 2 of less contamination and bleeding is used or a countermeasure, for example, cleaning of the contamination, is adopted.

As described above, contamination to the lead 11 caused by bleeding ingredients or volatile ingredients of the elastomer 2 can be prevented, the variation in the height of the solder bumps 5 can be made stable and the sealing region of the window opening 23 can be filled with ease by selecting an appropriate length L1 as provided in the Embodiment 1.

3. Optimization of the Outer Size of the Package

To assist in providing a technical explanation of the optimization of the outer size of the package, FIG. 11 is a cross sectional view for explaining the size of the window opening and the edge portion of the semiconductor chip, FIG. 12 is a cross sectional view illustrating a concave portion of the elastomer after printing and FIG. 13 is a cross sectional view illustrating warp in the tape after appending a semiconductor chip.

24

For example, in the technique studied by the present inventor, looking to FIG. 11 and assuming that the distance between the end of the semiconductor chip 1 on the outer circumference of the package and the end of the tape 9 of the flexible wiring substrate 3 is M1 and the distance between the end of the elastomer 2 and the end of the tape 9 is M2, the following problems are present:

(1) If M1<0, since the outermost circumference of the package is represented by the wall of the semiconductor chip 1, there is a great possibility of inducing cracks in the semiconductor chip 1 during the assembling step, particularly upon insertion and withdrawal of the chip from a receptacle, during tray transportation and the like.

(2) If M1<0, M2>0, since the circuit surface of the semiconductor chip 1 will be exposed to the outside, a problem may be caused which affects the reliability and the sealing for preventing this, although this possibly leads to an increase of the fabrication steps.

(3) If M1−M2<0, peripheral protrusions of the elastomer 2 after printing, as shown in FIG. 12, interferes with the bonding portion of the semiconductor chip 1, as shown in FIG. 13, so as to cause bonding failure upon appending, reducing the flatness of the flexible wiring substrate 3 and causing a reduction of the reliability.

(4) If M2=0, it is necessary to cut the elastomer 2, which causes a problem due to the difficulty of the cutting.

On the other hand, in the Embodiment 1, the foregoing problems can be overcome by determining the relationship for the distance between the end of the semiconductor chip 1 or the end of the elastomer 2 and end of the tape 9 as: M1>M2>0. That is, in the explanatory view illustrating the edge portion of the package in FIG. 11, since the cutting error in the tape cutting step for determining the final outer shape is about 100 µm, it is desirable to ensure that M2 is more than 100 µm in order that the cutting jig does not reach the elastomer 2.

By the way, the cross sectional shape after forming the elastomer 2 by printing and hardening the same by baking is as shown in FIG. 12, which shows that a peripheral portion tends to be higher as a result of being pulled by the mask upon leaving the plate after printing in a case of a material having a thixotropic property which is higher to some extent. For example, if the semiconductor chip 1 is appended to the elastomer 2 under the condition that M1<M2 so that the end of the semiconductor chip extends past the end of the elastomer 2, a problem occurs in that the surface of the tape 9 warps to conform to the cross sectional shape of the elastomer 2, as shown in FIG. 13.

In order to prevent this, it is effective to eliminate the high peripheral portion of the elastomer 2 at the outside of the semiconductor chip 1 by setting M1>M2. For instance, since the width of the protrusion is about 200 µm, it is desirable for (M1−M2) to be 240 µm and the distance M1 to be about 360 µm in view of the distance M2=100 µm being provided for the cutting property.

Cutting the tape 9 at the outer circumference as described above provides advantages in that the outer shape error is reduced, and peripheral jigs such as a receptacle or a tray need not be changed to change the size to some extent of the semiconductor chip 1.

As described above, in the Embodiment 1, it is possible to avoid cracking and chipping of the semiconductor chip 1 to improve the cutting margin during the cutting step. Further, the circuit surface of the semiconductor chip 1 can be entirely disposed below the elastomer 2 to provide the

US 7,091,620 B2

25

advantage of improving the moisture proofness and eliminating the requirement for sealing the outer circumferential portion.

4. Planar S-shaped Lead

To assist in providing a technical explanation of the planar S-shaped lead, FIG. 14 is a plan view illustrating a planar S-shaped lead, FIG. 15 is a cross sectional view as seen in the direction of arrow B in FIG. 14, FIG. 16 is a cross sectional view as seen in the direction of arrow A in FIG. 14, FIG. 17 is a cross sectional view illustrating the trace of a bonding tool upon forming a standard S-shaped lead and FIG. 18 is a cross sectional view illustrating the trace of a bonding tool upon forming a planar S-shaped lead.

The S-shaped configuration is such that the length of a lead 11 at one end of a wiring 10 is substantially longer than the linear distance between a pad 7 of a chip 1 and the edge portion 11b of the tape 9, so that stresses on the lead 11 can be reduced.

For example, in the technique of forming a standard S-shaped lead 24 as studied by the present inventor, the lead which is employed is a linear notch lead or a beam lead, as shown by the dotted line in FIG. 14, and in order to form a sag (S-shaped configuration) sufficient to withstand thermal deformation during bonding, as shown by a fine line in FIG. 15, it is necessary to employ a motion along a special bonding tool trace 25 which involves first driving down the lead 11 just above the semiconductor chip 1, then laterally displacing the lead and then again driving it down onto the bonding pad 7, which operation may require a special wire bonder.

On the other hand, in the Embodiment 1, the foregoing problem can be solved by preparing the lead 11 of the wiring 10 so that it does not have a linear shape, but is a planar lead 26 of a S-shaped configuration in which the base portion 11a of the wiring 10 and the bonding portion at the top end are previously displaced at least by more than the width of the lead 11, as shown in FIG. 14, upon forming the wiring 10 on the tape 9 of the flexible wiring substrate 3.

As described above, by such forming of the planar S-shaped lead 26, a lead having a stable and suitable S-shaped configuration can be formed by a bonding tool trace 25 by simply driving down a typical wire bonder, as shown in FIG. 18, since a sag due to the original planar S-shaped configuration is formed as shown in FIG. 16, although a straightened shape as shown in FIG. 15 is formed.

Thus, a planar S-shaped lead 26 of stable S-shaped configuration can be found with no requirement for a soft-modified special wire bonder and, further, an effect for shortening the contact time upon bonding can also be expected since the bonding tool trace 25 can also be simplified.

5. Beam Lead

To assist in providing a technical explanation of the beam lead, FIG. 19 is a plan view for explaining a notch lead and a beam lead, FIG. 20 is a plan view illustrating a notch lead in a portion A of FIG. 19 and FIG. 21 is a plan view illustrating a beam lead.

For example, in the technique studied by the present inventor, as shown in FIG. 20, which is an enlarged view of the lead 11 in FIG. 19, the lead 11 is formed with a notch 27, for example, of a V-shaped cut at a cutting portion. A portion slightly inside of the notch 27 is driven downwardly by a bonding tool 18 upon bonding, to cut the lead 11 at the portion of the notch 27. However, the width of the notch 27 changes due to varied etching for the wiring 10 in the

26

manufacturing step for producing the flexible wiring substrate 3, leading to the possibility that the lead will not be cut upon bonding.

Further, even if it is cut, there still may be a problem in that the lead may be cut at a portion different from the desired notch 27, or the notch may be too narrow resulting in the lead being disconnected before the plating step of the flexible wiring substrate 3, so that the plating can not be accomplished.

On the other hand, in the Embodiment 1, as shown in FIG. 21, the problem upon cutting the lead 11 as described above can be overcome by forming the lead with a cantilever beam structure, namely, a so-called beam lead 28 in which one end is fixed to the tape 9 of the flexible wiring substrate 3 and the other end as the cutting side formed with the notch 27 is left open.

6. Passivation Size for the Periphery of the Bonding Pad

To assist in providing a technical explanation of the size of the passivation film at the periphery of the bonding pad, FIG. 22 is a cross sectional view illustrating a lead bonding portion, FIG. 23 is a plan view illustrating a lead bonding portion, FIG. 24 is a cross sectional view illustrating a tool landing point at the portion in FIG. 22 in an enlarged scale, FIG. 25 is a cross sectional view illustrating a bonding portion improved for the size of the passivation opening and FIG. 26 is a plan view illustrating a bonding portion of a two way lead.

In a memory chip typically represented by a DRAM or the like, a passivation film 29 made of a polyimide type resin is formed on the chip for preventing soft errors caused by α-rays.

For example, in the technique studied by the present inventor, since the lead 11 is first driven downwardly just above the semiconductor chip 1, then displaced laterally and again driven downwardly on the bonding pad 7 of the semiconductor chip 1, as shown by the bonding tool trace 25 in the bonding sequence in FIG. 22, FIG. 23 and FIG. 24, there is the possibility of a problem in that the passivation film 29 on the semiconductor chip 1 or the semiconductor chip 1 therebelow may undergo damage during the first driving down operation, or ingredients of the passivation film 29 may be deposited to contaminate the bonding portion on the lower surface of the lead 11 to degrade the bondability.

On the other hand, in the Embodiment 1, the foregoing problems can be solved by setting the distance L3 from the edge of the bonding pad 7 to the edge of the passivation film 29 on the side of the bonding pad 7, as seen in FIG. 22, FIG. 23, and FIG. 24, such that the passivation opening 30 is extended and enlarged, whereby the lead 11 does not interfere with the passivation film 29 at least on the side thereof where the bonding tool 18 is driven down, resulting in an improvement, as shown in FIG. 25.

That is, in FIG. 24, the size L3 is about 25 μm in an example of a semiconductor chip 1, for example, a memory device. In this regard, since the size of the bonding pad 7 is 100 μm square and the size of the top end of the bonding tool 18 is equal to or less than that, the distance L3 of the passivation film 29 from the pad 7, as seen in FIG. 25, is desirably, for example, more than 125 μm.

As described above, a suitable bonding property can be attained without the risk of damage to the passivation film 29 on the semiconductor chip 1 or to the semiconductor chip 1 or without deposition of ingredients of the passivation film 29 onto the bonding portion at the lower surface of the lead 11 which could result in contamination.

US 7,091,620 B2

27

28

Further, in a case where the leads 11 extend in both directions, the problem can also be coped with similarly by enlarging the distance from the opening edge of the bonding pad 7 to the edge of the passivation film 29 on the side of the bonding pad 7 at least on the side where the bonding tool is driven down. Enlargement of the space between the edges causes no problem even if applied to the opposite side to such an extent as to avoid exposing the circuit surface of the semiconductor chip 1.

7. Improvement of the Anchor Wiring

To assist in providing a technical explanation of the improvement of the anchor wiring, FIG. 27 is a plan view illustrating a standard anchor wiring and FIG. 28 is a plan view illustrating an improved anchor wiring.

For example, in the technique studied by the present inventors, in a pattern of a standard anchor wiring 31 on the terminal end of a notch, as shown in FIG. 27, if the notch 27 is formed to be smaller than a designed value, there is a possibility that the lead will not be cut at the portion of the notch 27, but the bonding strength between the wiring 10 and the tape 9 ahead of the notch in the standard anchor wiring 31 may not be sufficient to prevent a portion of the standard anchor wiring 31 to be peeled from the tape 9.

On the other hand, in this Embodiment 1, the bonding strength between the wiring 10 and the tape 9 can be increased to obtain a stable cutting performance of the notch 27 by providing an enlarged anchor wiring 32 for enlarging the effective area in the portion for the anchor wiring at the terminal end as shown in FIG. 28.

That is, the following improved examples of enlarged anchor wirings 32 are shown in FIG. 28.

(1) An enlarged anchor wiring 32 is connected to a bump land 12 to an opposing wiring 11.

(2) Enlarged anchor wiring 32 is extended longitudinally in a vacant space in the wirings 11.

(3) Enlarged anchor wiring 32 is extended laterally in a vacant space in the wirings 11.

(4) Adjacent extended anchor wirings 32 are connected with each other. In each of the examples, the cutting performance of the notch 27 can be stabilized by the increase of the adhesion strength between the wiring 10 and the tape 9 by increasing the effective area of the portion of the enlarged anchor wirings 32.

8. Wide Elastomer Structure

To assist in providing technical explanation of the wide elastomer structure, FIG. 29 is a perspective view illustrating a structure of a standard elastomer, FIG. 30 is a perspective view illustrating the state of appending a semiconductor chip to a standard elastomer, FIG. 31 is a perspective view illustrating the structure of a wide elastomer, FIG. 32 is a perspective view illustrating the state of appending a semiconductor chip to the wide elastomer and FIG. 33 is a cross sectional view illustrating the state of appending a semiconductor chip to the wide elastomer.

In the technique studied by the present inventors, the elastomer is bonded on both sides of a bonding pad 7 of a semiconductor chip 1 and, in a structure using a standard elastomer 33, as shown in FIG. 29 and FIG. 30, there is a possibility that warping will occur in the flexible wiring substrate due to the effect of peripheral protrusions in a structure in which the surface of the elastomer 2 is smaller than that of the semiconductor chip 1, as shown in FIG. 13, and that the warping brings about a problem, for example, during the forming of the solder bumps 5 and the mounting of the substrate.

On the other hand, in the structure of a wide elastomer 34 which is larger than the outer size of the semiconductor chip

1 in the embodiment as shown in FIG. 31, the peripheral protrusions of the wide elastomer 34 are outside of the edges of the semiconductor chip, as shown in FIG. 32 and FIG. 33, after appending the semiconductor chip 1, and since the semiconductor chip 1 is bonded substantially to a flat portion of the wide elastomer 34, warping of the flexible wiring substrate 3 can be avoided.

Further, as shown in FIG. 33, since a wide coating area of an adhesive 8 can be employed, the portion in which the adhesive 8 is not provided and which is left unbonded is reduced in size, and since the adhesive will extrude uniformly at the periphery of the semiconductor chip 1 to form an adhesive bead 35, it is possible to constitute a package of excellent moisture proofness and reliability without applying peripheral sealing.

More particularly, the width of the protrusions at the periphery of the wide elastomer 34 is, for example, about 200 to 300 μm depending on the physical property of the material and, accordingly, the wide elastomer 34 extends over a larger range at the entire circumference at least by more than the protrusion width afforded by the chip size of the semiconductor chip 1, as shown in FIG. 33 in the Embodiment 1.

Further, while the flatness is improved by forming the wide elastomer 34 sufficiently large, if the tape 9 is to be cut just at the outer circumference of the semiconductor chip 1, the tape 9 will be cut together with the wide elastomer 34 along a cutting line 36, which is necessary to define the package outer shape.

As described above, by using the wide elastomer 34 which is larger than the outer size of the semiconductor chip 1, warping of the flexible wiring substrate 3 can be suppressed, and the bondability of the semiconductor chip 1 can be made stable to improve the moisture proofness and the reliability of the package.

9. Groove-filling Technique of the Elastomer

To assist in providing a technical explanation of the groove-filling technique of the elastomer, FIG. 31 and FIG. 32 are perspective views illustrating the structure of the wide elastomer and the state of appending the semiconductor chip as described above, FIG. 34 is a perspective view illustrating the structure after appending a semiconductor chip to a standard elastomer, FIG. 35 is a cross sectional view thereof, FIG. 36 is a perspective view illustrating a structure after appending a semiconductor chip to a wide elastomer, FIG. 37 is a cross sectional view thereof, FIG. 38 is a cross sectional view illustrating the concept of metal mask printing, FIG. 39 is a plan view illustrating a metal mask of a standard elastomer, FIG. 40 is a plan view illustrating a metal mask of a wide elastomer, FIG. 41 is a plan view illustrating a printed shape of a wide elastomer having plural bridge portions and FIG. 42 is a plan view illustrating a potting position for groove-filling of the wide elastomer.

For example, in the structure of a standard elastomer 33 as shown in FIG. 34 and FIG. 35, in the technique studied by the present inventor, when an elastomer is formed by printing using a metal mask 37, as shown in FIG. 39, in the structure of the standard elastomer 33 shown in FIG. 34 and FIG. 35, since a bridge portion 39 is always present across the printing area opening 38 of the metal mask 37 shown in FIG. 39, a groove 40 (space) surrounded by walls of the semiconductor chip 1 and the elastomer is present below the tape suspended portion.

Accordingly, when the window opening 23 (FIG. 9) is resin-encapsulated in a structure in which the groove 40 remains at the ends of the space defined by the semiconductor chip 1 and the elastomer, the sealant 6 will leak

US 7,091,620 B2

29

30

through the groove 40, and so it is necessary to previously seal the open end portions by a method such as separate potting and then seal the window opening 23.

As described above, the concept of printing by use of a metal mask 37 is designed to form the elastomer for a desired range to a desired thickness, by positioning and disposing a metal mask 37 having a printing area opening 38 at a predetermined position with respect to a flexible wiring substrate 3, only for the printed portion as shown in FIG. 39 in the case of the standard elastomer 33 and as shown in FIG. 40 in the case of the wide elastomer 34.

Accordingly, in the Embodiment 1, the wide elastomer 34 described above and shown in FIG. 31 is printed by a metal mask 37 as shown in FIG. 40, in which a groove 40 surrounded by the walls of the semiconductor chip 1 and the elastomer 2 can be narrowed by printing the elastomer having a restricted bridge portion 39 for the printing area opening 38 of the metal mask 37. For example, the minimum value for the width of the groove 40 determined by the strength of the bridge portion 39 of the metal mask 37 is about 200 μm.

Further, in a case of a structure in which the semiconductor chip is appended to the elastomer by coating the adhesive 8 on the main surface of the elastomer 2, if the adhesive 8 is coated in a sufficient amount, excessive adhesive 8 will fill the groove 40 in response to the pressure created upon appending to make the window opening 23 a closed space, so that the window opening 23 can be sealed without applying sealing.

Further, the groove-fillage can be improved by restricting the bridge portion 39 of the metal mask 37 thereby narrowing the groove 40, but this results in a side effect of lowering the strength of the metal mask 37. However, by providing a plurality of bridge positions on one side to produce the construction as shown in FIG. 41, the strength of the metal mask 37 can be improved without changing the width of the groove 40 although the number of the grooves 40 is increased.

Further, with an aim toward improving the groove-fillage, as shown in FIG. 42, when resin, adhesive or the like is potted, for example, at the potting position 42 of the groove 40 of the elastomer to form a stopping dam for the sealant flow just before appending the semiconductor chip 1, the groove-fillage can be improved still further.

Further, in a case of filling by potting before sealing the window opening 23 after appending and bonding of the semiconductor chip as in the technique studied above, the sealing performance can be improved outstandingly by restricting the width of the groove 40.

As described above, the groove-fillage can be improved, particularly, by restricting the bridge portion 39 of the metal mask 37 thereby narrowing the groove 40 of the elastomer and, further, the groove-fillage can be improved even more by previously forming a stopping dam for the sealant flow to the potting position 42.

10. Inner Lead Bonding Technique

To assist in providing an explanation of the inner lead bonding technique, FIG. 43 is a cross sectional view illustrating a bonding portion produced by a standard lead bonding, FIG. 44 is a cross sectional view illustrating a bonding portion produced by using a stud bump, FIG. 45 and FIG. 46 are a cross sectional view and a plan view, respectively, illustrating a lead connection using soldering, FIG. 47 and FIG. 48 are a cross sectional view and a perspective view, respectively, illustrating a lead connection using a solder or Au ball, FIG. 49 is a cross sectional view illus-

trating a connection using an Al or solder wire and FIG. 50 is a cross sectional view illustrating a connection using an Au wire.

For example, in the technique studied by the present inventor, a lead 11 on which Au plating is provided is directly driven onto a bonding pad 7 and thermally press bonded using supersonic waves. In this case, if the bonding condition is poor or the shape of the bonding tool 18 is inadequate, there is the possibility of a problem in that the bonding strength is low or the bonding pad for a portion therebelow is subject to damage.

On the contrary, in the Embodiment 1, the problems, for example, of bondability or damage caused by the bonding condition and the shape of the bonding tool 18 as described above can be overcome by adopting the following feature for the bonding state.

That is, FIG. 44 shows an example of using a stud bump 43. This example has a feature of using a semiconductor chip 1 having the stud bump 43 formed previously by a plating method or a ball bonding method onto a bonding pad 7 of the semiconductor chip 1, causing the bondability to be improved and, further, preventing damage to the bonding pad.

Further, FIG. 45 and FIG. 46 are examples of a connection for the lead 11 using solder and showing a connection state in which the lead 11 is surrounded with solder 44. This example concerns a technique for connecting a bonding pad 7 comprising Al or the like of the semiconductor chip 1 and an electrode of the tape 9 such as TAB as a CSP substrate. A method of feeding the solder in this example includes a method of connecting the solder 44 with the bonding pad 7 of the semiconductor chip 1 using the tape 9 on which the solder 44 is already present so as to surround the lead 11.

For the connection method, it is desirable for the shape of the solder 44 provided on the tape 9, such as a TAB, to be made as flat as possible at the surface in contact with the bonding pad 7 of the semiconductor chip 1 in the connection method by pressurizing and heating using a bonder. Further, in a connection method using a reflow furnace, solder paste or flux is provided at the surface of the bonding pad 7 of the semiconductor chip 1 so as to be in contact with the solder 44 of the tape 9, such as a TAB.

Then, in the case of feeding the solder 44 using solder paste, the solder paste may be provided at the surface of the bonding pad 7 of the semiconductor chip 1 by printing or by using a syringe. In this case, the tape 9, such as a TAB, may be bonded previously or subsequently providing that the lead 11 of the tape 9 is in contact with the solder 44 when the tape 9 is bonded to the semiconductor chip 1.

Further, FIG. 47, FIG. 48 show a connection technique having a feature of connecting a lead 11 of a tape 9, such as a TAB, onto a bonding pad 7 of a semiconductor chip 1 by using a stud bump, such as a solder or Au ball 45.

Further, FIG. 49 shows an example of connecting a wiring 10 of a flexible wiring substrate 3 and a bonding pad 7 of a semiconductor chip 1 by using an Al or solder wire 46. Further, FIG. 50 shows an example of connecting a wiring 10 of a flexible wiring substrate 3 and a bonding pad 7 of a semiconductor chip 1 by using an Au wire 47. In the connection examples, the connection is enabled not by way of the inner lead bonding, such as a TAB, but under the concept of a typical wire bonding.

11. Lead Design Technique Capable of Forming an S-shape with No Tool Return

To assist in providing an explanation of the lead design technique capable of forming an S-shape with no tool return, FIG. 17 is a cross sectional view illustrating a trace of a

US 7,091,620 B2

31                                                                                    32

bonding tool upon forming a standard S-shaped lead as explained previously, FIG. **51** is a perspective view for explaining the lead design, FIG. **52** is a perspective view illustrating deformation of a lead after bonding, FIG. **53** is a chart illustrating a relationship between a lead size and a bending stress ratio and FIG. **76** to FIG. **80** are cross sectional views illustrating the deformed shape of a lead in accordance with the bending stress ratio.

More particularly, as explained also in connection with the technique for the planar S-shaped lead **26** in the technique studied by the present inventor, it is necessary for forming the S-shaped configuration of the lead **11** shown in FIG. **17**, to laterally displace the bonding tool **18**, namely, a special bonding tool trace **25** including a tool return is required.

On the contrary, in the Embodiment 1, if the size of a lead **11** shown in FIG. **51** is defined, for example, as shown in FIG. **53**, the bending stress ratio α will fall within a desired range of from 1.2 to 1.5 and a suitable S-shaped configuration for the lead **11** as shown in FIG. **52** can be formed by merely driving down the bonding tool **18** vertically with no tool return. In FIG. **52**, there are shown a tape end **48**, an end **49** on the side of the tape and an end **50** on the side of the chip.

For example, in the example of embodiment (1), the bending stress ratio α=1.26 at the size: taper length L1=100 μm, wiring length L2=380 μm, taper width b1=65 μm, lead width b2=38 μm and lead thickness h=18 μm. In the same manner, the ratio is 1.25 in the embodiment (2), 1.26 in the embodiment (3), 1.31 in the embodiment (4) and 1.46 in the embodiment (5).

On the contrary, in the studied technique, at the size: taper length L1=100 μm, wiring length L2=280 μm, taper width b1=60 μm, lead width b2=38 μm and lead thickness h=18 μm, the bending stress ratio α is 1.02, for example, in the example (1) and 1.13 in the example (2) which is out of the range of 1.2 to 1.5.

As described above, since the bending stress is concentrated to an intermediate portion of the lead **11** in the wiring operation within the range of the bending stress ratio α from 1.2 to 1.5, a moderately distorted satisfactory wiring state is attained. On the other hand, if the bending stress ratio α is less than 1.2 as in the studied technique, since the bending stress is concentrated at the tape end **48** of the lead **11**, it results in a stiffened state. Further, if the ratio exceeds 1.5, the bending stress is concentrated only at the intermediate portion of the lead **11** resulting in a state of a small radius of curvature which can not be said to be a satisfactory wiring state.

FIG. **76** to FIG. **80** show the deformed shape of the lead in accordance with the bending stress ratio α concretely. At first, when the bonding tool **18** is merely driven down vertically to contact the lead of initial shape before wiring shown in FIG. **76**, since the bending stress is concentrated on the tape end **48** of the lead **11**, for example, in the wiring operation at α<0.9, an extremely stiffened wiring state is formed as shown in FIG. **77**. Accordingly, since high repeating stresses are exerted on the lead **11** during the temperature cycle after wiring, the fatigue life is extremely shortened.

Further, since the bending stress is concentrated at the tape end **48** of the lead **11** in the wiring operation at 0.9≦α<1.2 as in the technique studied by the present inventor, a somewhat stiffened wiring state is formed as shown in FIG. **78**. Accordingly, since high repeating stresses are exerted on the lead **11** during the temperature cycle after the wiring, fatigue life is shortened.

On the contrary, since the bending stress is concentrated at an intermediate portion of the lead **11** during the wiring operation at 1.2≦α<1.5 as in the Embodiment 1, a moderately distorted wiring state as shown in FIG. **79** is formed. Accordingly, since no high repeating stresses are exerted on the lead **11** during the temperature cycle after the wiring, the fatigue life is increased.

Further, during wiring operation at 1.5<α with an increased bending stress ratio, since the bending ratio is concentrated only at the intermediate portion of the lead **11**, a wiring state with a small radius of curvature as shown in FIG. **80** is formed. Accordingly, since the initial strength of the bent portion is lowered, the fatigue life during the temperature cycle after wiring is shortened.

As a result, an optimal wiring state with only a moderately distorted wiring shape is formed when the bending stress ratio is set within a range: 1.2≦α<1.5 as in the Embodiment 1, and the temperature cycle life of the lead **11** can be increased.

The bending stress ratio α is defined as a value formed by dividing the stress σ1 generated at the end **49** of the lead **11** on the side of the tape by a stress σ0 generated at the tape end **48** of the lead **11** upon conducting the operation of raising the lead **11** just above the bonding pad **7** with the bonding tool **18**. That is, the bending stress ratio α can be represented by the following formula based on the size of the lead **11** having a feature in the tapered shape:

$$\alpha = \sigma1/\sigma0 = b1 \times (L2 - L1)/(b2 \times L2)$$

As described above, when the size and the shape of the lead **11** are designed such that the bending stress ratio α is from 1.2 to 1.5, a stable and suitable S-shaped wiring state can be formed by a simple driving down movement of a wire bonder like that in the technique for the planar S-shaped lead **26** described previously. Accordingly, since no special soft-modified wire bonder is required and the bonding tool trace **25** can also be simplified, an effect of shortening the contact time upon bonding can also be expected.

12. Ni-platingless Lead

To assist in providing a technical explanation of the Ni-platingless lead, FIG. **54** is a cross sectional view illustrating a connection portion of the lead, FIG. **55** is an enlarged cross sectional view illustrating a bent portion of a lead, FIG. **56** is an enlarged cross sectional view illustrating a bent portion of an Ni-platingless lead, FIG. **57** is an enlarged cross sectional view illustrating a press contact portion of a lead and FIG. **58** is an enlarged cross sectional view illustrating a press-contact portion of the Ni-platingless lead.

As an example, in the technique studied by the present inventor, in the case of a cross sectional structure of a lead **11** in which Ni-plating is applied to a surface of a Cu core and an Au plating is applied thereon, wherein a Cu core lead is employed instead of a pure Au lead, since the Ni-plating layer is hard and brittle, if it is intended to produce an S-shaped lead configuration, there is the possibility of causing a crack **51** to occur at the bent portion of the lead **11** as shown in FIG. **55**, or the bonding pad **7** or a portion therebelow may be subjected to damage **52** as shown in FIG. **57**. The Ni-plating is formed as a barrier layer for preventing Cu atoms from diffusing to the Au plating surface.

On the contrary, in the Embodiment 1, since both the hardness and the brittleness are reduced by using an Ni-platingless lead **11** in order to obtain the S-shaped configuration, the crack **51** is less likely to form the lead per se and, in addition, the damage **52** to the semiconductor chip **1** at the counter-bonding face can also be moderated.

US 7,091,620 B2

33
34

That is, in the connection state of the lead 11 as shown in FIG. 54, in the lead having the constitution of a Cu core 53+Ni plating 54+Au plating 55, as shown in FIG. 55 as an enlargement of the portion A in FIG. 54, the crack 51 is liable to be caused as the radius of curvature in the bent portion is smaller. On the other hand, if the surface of the lead 11 is free from the Ni plating 54 and, for example, is formed only with the Au plating 55 as shown in FIG. 56, the crack 51 is less likely to form at the bent portion of the lead 11 even if the radius of curvature is identical with that in FIG. 55.

Further, also in a press-contact portion of the lead 11 in FIG. 57, illustrating an enlargement of the portion B in FIG. 54, the lead 11 has a constitution comprising: Cu core 53+Ni plating 54+Au plating 55, and so damage 52 is liable to be caused at the periphery of a bonding pad 7. On the other hand, if the surface of the lead 11 is free from the Ni plating 54 and, for example, is formed only with the Au plating 55 as shown in FIG. 58, the damage 52 is less likely even in a case of bonding under the same lead bonding condition.

As described above, it is possible to suppress the occurrence of a crack 51 in the lead 11 and moderate the damage 52 to the semiconductor chip 1 while obtaining the S-shaped configuration, by constituting the lead 11 such that only one plating layer, for example, an Au plating is formed on the core material of the Cu core 53.

Therefore, according to the semiconductor integrated circuit device in the Embodiment 1, excellent effects can be obtained as already explained by comparison with the package structure studied by the present inventor, in the CSP package technique of substantially the identical size with that of the semiconductor chip, in each of the technical items, namely: 1. Surface wiring structure, 2. Optimization of the tape edge position relative to the elastomer, 3. Optimization of outer size of the package, 4. Planar S-shaped lead, 5. Beam lead, 6. Peripheral PIQ size of bonding pad, 7. Improvement of anchor wiring, 8. Wide elastomer structure, 9. Elastomer groove-fillage technique, 10. Inner lead bonding technique, 11. Lead design technique capable of forming S-shaped configuration with no tool return and 12. NI-platingless lead.

In the Embodiment 1, although various explanations have been made with reference to the drawings and the contents of various techniques on the premise of a particular surface wiring structure, the technical items 2 to 12 are not limited to the described surface wiring structure, but the technique of this invention is applicable also to general package structures, such as a rear face wiring structure. Accordingly, it can be expected that the same effect as explained with reference to all of the items can be obtained when the invention is applied to a general package structure.

The package structure of the Embodiment 1 (FIG. 1, FIG. 2) is shown for a case in which the elastomer 2 is larger than the outer shape of the semiconductor chip 1. In a case where the elastomer 2 is smaller than the outer shape of the semiconductor chip 1, as shown in FIG. 81, an improvement of the moisture proofness or the like can be obtained by forming a package structure in which the lateral sides of the semiconductor chip 1 and the elastomer 2 are covered with a sealant 6.

Embodiment 2

FIG. 59 and FIG. 60 are a cross sectional view and a perspective view, respectively, illustrating a rear face wiring solder resist structure in the semiconductor integrated circuit device of Embodiment 2 according to the present invention.

The semiconductor integrated circuit device of the Embodiment 2 is a ball grid array type semiconductor package like that of the Embodiment 1, but it is different from the Embodiment 1 in that it is not based on the surface wiring technique, but is based on and provided for improving a rear face wiring structure. For instance, as shown in FIG. 59 and FIG. 60, in a structure comprising an elastomer 2 (elastic structural material) bonded on a main surface of a semiconductor chip 1 (not shown) and a flexible wiring substrate 3 (wiring substrate) bonded to a main surface of the elastomer 2, a solder resist 56 (insulation film) is formed on the rear face of the flexible wiring substrate 3.

That is, the flexible wiring substrate 3 comprises a tape 9 (substrate material) serving as a base material for the flexible wiring substrate 3 and wirings 10 bonded to the rear face of the tape 9, in which the rear face of the wiring 10 is bonded by way of the solder resist 56 to the elastomer 2. The solder resist 56 is composed of an insulation material, such as a light sensitive epoxy resin like that in the Embodiment 1.

The feature of the package structure of the semiconductor integrated circuit device in the Embodiment 2 will be explained, including the structure and the process of manufacture in comparison with a package structure employing a technique studied by the present inventor.

For instance, in the rear face wiring structure shown in FIG. 7, in the Embodiment 1 as the technique studied by the present inventor, since the elastomer 2 is formed directly on the main surface of the wirings 10 of the flexible wiring substrate 3, low molecular weight ingredients of the elastomer 3 bleed directly to the lead 11 and if they bleed as far as the bonding pad of the lead 11, there is a likelihood of extremely deteriorating the bondability (wire bonding stress) due to the contamination.

Further, compared with the direct plating surface of the lead 11, the surface of the tape 9 in which the wirings 10 are etched out between the leads 11 suffers from violent bleeding since the surface of the tape 9 is roughened also with an aim of improving the bondability between the tape 9 and the wirings 10, and bleeding tends to be most violent at the edge portion of the lead 11 together with the effect of the surface tension.

Further, in the rear face wiring structure in which the elastomer 2 is formed on an uneven surface of the wirings 10 caused by different levels between the portions with or without the wirings 10, voids are liable to be left, for example, in the gap between the wirings, which may cause a degrading of the reliability.

On the contrary, in the Embodiment 2, since the solder resist 56 is formed on the wirings 10 after forming the wirings 10 in the manufacturing step for the flexible wiring substrate 3, direct contact of the elastomer 2 with the wirings 10 can be prevented. In the same manner, contact of the elastomer 2 to the roughened surface of the tape 9 can also be prevented. This can suppress bleeding of the low molecular weight ingredients of the elastomer 2.

Further, by coating the solder resist 56 on the uneven surface of the wirings 10 of the flexible wiring substrate, the surface of the wirings 10 is flattened to avoid a disadvantage, such as the creation of voids upon forming the elastomer 2.

Accordingly, in the semiconductor integrated circuit device of the Embodiment 2, since the solder resist 56 is formed on the wirings 10 of the flexible wiring substrate 3 in the CSP semiconductor package technique based on the rear face wiring structure, it is possible to prevent the

US 7,091,620 B2

35                                              36

lowering of the bondability while preventing contamination to the lead 11, thereby providing a package structure of high reliability with no voids.

### Embodiment 3

FIG. 61 is a plan view of a semiconductor integrated circuit device forming an Embodiment 3 according to the present invention, as viewed from the rear face of a semiconductor chip, FIG. 62 is a plan view thereof, FIG. 63 is a cross sectional view thereof, FIG. 64 is an enlarged cross sectional view of a portion A in FIG. 63 and FIG. 65 is a plan view for explaining the wiring structure of the wiring substrate.

A semiconductor integrated circuit device in the Embodiment 3 adopts, instead of a semiconductor package having a structure in which the bonding pad is formed approximately at the center of the chip, as in the Embodiments 1 and 2 described above, a packaging structure using a semiconductor chip 1a in which a pad is formed to the periphery of the chip, as shown in FIG. 61 to FIG. 65, and in which bumps 5a connected to the bonding pads to the semiconductor chip 1a are disposed in a region inward of the outer circumference of the semiconductor chip 1a. The Embodiment 3 also has a structure which adopts the techniques from "1. Surface wiring structure" to "12. Ni-platingless lead" of Embodiment 1, as well as the technical features of each of the technical items for the rear face wiring solder resist structure as explained with reference to the Embodiment 2.

That is, the semiconductor integrated circuit device in the Embodiment 3 is, for example, a 24 pin ball grid array type semiconductor package structure, in which an elastomer 2a (elastic structural material), a flexible wiring substrate 3a (wiring substrate) having wirings 10a formed on a tape 9a and a solder resist 4a (insulation film) are disposed on a main surface of a semiconductor chip 1a formed with a plurality of bonding pads 7a (external terminals), solder bumps 5a (bump electrodes) are formed to an opening of the solder resist 4a, and a portion for forming the bonding pads 7a and lateral sides of the elastomer 2a and the flexible wiring substrate 3a are covered with a sealant 6a.

The semiconductor chip 1a has a peripheral pad structure, for example, as shown in FIG. 65, in which a plurality of bonding pads 7a are arranged in a square pattern along the outer circumference of the semiconductor chip 1a. Each bonding pad 7a of the semiconductor chip 1a is connected electrically with a solder bump 5a by way of the wiring 10a of the flexible wiring substrate 3a, which is connected at one end of the lead 11a to the pad 7a and joined at the bump land 12a at the other end of the wiring 10a to the bump 5a. The solder bumps 5a are arranged as a 6 row×4 column matrix in a region inward of the arrangement for the bonding pads 7a.

Accordingly, in the semiconductor integrated circuit device of the Embodiment 3, excellent effects can be obtained for each of the technical items as explained for the Embodiments 1 and 2, although there is a difference in the semiconductor package structure relating to the fan-in peripheral pads. Particularly, in the fan-in package structure, a CSP structure package about the same size as the semiconductor chin 1a can be attained similar to that in the Embodiments 1 and 2.

### Embodiment 4

FIG. 66 is a plan view of a semiconductor integrated circuit device forming an Embodiment 4 of the present invention as viewed from the rear face of the semiconductor chip, FIG. 67 is a plan view thereof, FIG. 68 is a cross sectional view thereof, FIG. 69 is an enlarged cross sectional view illustrating a portion A in FIG. 68 and FIG. 70 is a plan view for explaining the wiring structure of a wiring substrate.

The semiconductor integrated circuit device of the Embodiment 4 adopts, instead of a semiconductor package having a structure in which the bump electrodes are disposed in the chip area as in the Embodiments 1 and 2, a package structure using a semiconductor chip 1b of a peripheral pad structure as shown in FIG. 66 to FIG. 70, in which bumps 5b connected to the bonding pads of the semiconductor chip 1b are disposed to a region outward of the outer circumference of the semiconductor chip 1b. This Embodiment 4 also has a structure for adopting the technique from "1. Surface wiring structure" to "12. Ni-platingless lead", as explained for the Embodiment 1, as well as the features for each of the technical items of the rear face wiring solder resist structure explained for the Embodiment 2, respectively.

That is, the semiconductor integrated circuit device of the Embodiment 4 has, for example, a 80 pin ball grid array type semiconductor type package structure in which an elastomer 2b (elastic structural material), a flexible wiring substrate 3b (wiring substrate) having wirings 10b formed on a tape 9b, and a solder resist 4b (insulation film) are disposed on a main surface of a semiconductor chip 1b formed with a plurality of bonding pads 7b (external terminals), solder bumps 5b (bump electrodes) are formed to an opening portion of the solder resist 4b, portions for forming bonding pads 7b are covered with the sealant 6b, and a support ring 57b is disposed to the lateral side of the semiconductor chip 1b to constitute a package structure.

The semiconductor chip 1b has a peripheral pad structure, for example, as shown in FIG. 70, and a plurality of bonding pads 7b are arranged in a square pattern along the outer circumference of the semiconductor chip 1b. Each bonding pad 7b of the semiconductor chip 1b is connected electrically with a solder bump 5b by way of the wiring 10b of the flexible wiring substrate 3b, which is connected at one end of the lead 11b with the pad 7b and joined at the bump land 12b at the other end with the bump 5b. The solder bumps 5b are arranged in two rows in a square pattern concentric to the arrangement of the bonding pads 7b of the semiconductor chip 1b.

Accordingly, the semiconductor integrated circuit device of the embodiment 4 can also provide excellent effects for each of the technical items as explained for the Embodiments 1 and 2, although having a different semiconductor package structure of fan-out peripheral pad configuration. Particularly, the fan-out package structure can provide a package structure corresponding to multi-pin arrangements, although the size of the semiconductor package is increased compared with the Embodiments 1 and 2.

### Embodiment 5

FIG. 71 is a plan view of a semiconductor integrated circuit device forming an Embodiment 5 of the present invention as viewed from the rear face of the semiconductor chip, FIG. 72 is a plan view thereof, FIG. 73 is a cross sectional view thereof, FIG. 74 is an enlarged cross sectional view illustrating a portion A in FIG. 73 and FIG. 75 is a plan view for explaining the wiring structure of a wiring substrate. In FIG. 75, a portion, such as a number of the bonding pads and solder bumps, is omitted for simplification in order to make the arrangement of the wirings clearer.

US 7,091,620 B2

37                                                38

The semiconductor integrated circuit device of the Embodiment 5 adopts, instead of a semiconductor package having a structure in which bump electrodes are disposed in the area of the chip as in the Embodiments 1 and 2, a package structure using a peripheral pad structure semiconductor chip $1c$ as shown in FIG. 71 to FIG. 75, in which solder bumps $5c$ connected to the bonding pads of the semiconductor chip $1c$ are disposed both in inner and outer regions of the semiconductor chip $1c$. This Embodiment 5 also has a structure adopting the technique from "1. Surface wiring structure" to "12. Ni-platingless lead" as explained for the Embodiment 1, as well as features for each of the technical items of the rear face wiring solder resist structure, as explained for the Embodiment 2.

That is, the semiconductor integrated circuit device in the Embodiment 5 is, for example, a 110 pin ball grid array type semiconductor package structure in which an elastomer $2c$ (elastic structural material), a wiring substrate $3c$ (wiring substrate) having wirings $10c$ formed on a tape $9c$, and a solder resist $4c$ (insulation film) on a main surface of a semiconductor chip $1c$ formed with a plurality of bonding pads $7c$ (external terminals), solder bumps $5c$ (bump electrodes) are formed to an opening portion of the solder resist $4c$, a portion of forming the bonding pads $7c$ is covered with a sealant $6c$ and a support ring $57c$ is disposed to the lateral sides of the semiconductor chip $1c$.

The semiconductor chip $1c$ has a peripheral pad structure, for example, as shown in FIG. 75 (actual arrangement in FIG. 72) in which a plurality of bonding pads $7c$ are arranged in a square pattern along the outer circumference of the semiconductor chip $1c$. Each bonding pad $7c$ of the semiconductor chip $1c$ is electrically connected to a solder bump $5c$ by way of the wiring $10c$ of the flexible wiring substrate $3c$ that is connected by a lead $11c$ at one end to the pad $7c$ and joined to the bump $5c$ at the bump land $12c$ at the other end of the wiring $10c$. The solder bumps $5c$ are arranged as 6 row×5 column array in a region inward of the arrangement of the bonding pads $7c$, and are arranged in two rows in a square pattern also in the outer region.

Accordingly, the semiconductor integrated circuit device of the Embodiment 5 can also obtain the same excellent effect in each of the technical items as explained for the Embodiments 1 and 2, although there is a difference in the semiconductor package structure. Particularly, in the fan-in/out package structure, a package structure capable of coping with multi-pin arrangements can be adopted, although the size of the semiconductor package is enlarged compared with the Embodiments 1 and 2.

Embodiment 6

This embodiment is described in connection with FIGS. 82–94 and 108 of the drawings. A semiconductor device (CSP11') according to the first embodiment shown by FIG. 82 and FIG. 83 is a small structure whereof the package size is near the chip size. It comprises a semiconductor chip $1'$ having a main surface $1a'$ and an electrode pad (connection terminal or bonding pad) $1b'$ formed on the outer peripheral part of the main surface $1a'$, and bump electrodes $2'$ which are external terminals arranged on the inside of the semiconductor chip $1'$. This structure, wherein a pad is formed on the periphery of the chip and bump electrodes are arranged inside the chip, will hereafter be referred to as a peripheral pad fan-in CSP.

As the external terminals are bump electrodes, the CSP11 is also a pole grid array.

Describing the structure of this CSP11', it comprises an elastomer $3'$ (elastic structure) arranged on the main surface $1a'$ of the semiconductor chip $1'$ so as to leave electrode pads $1b'$ exposed, a thin film wiring substrate $4'$ comprising a substrate main body $4a'$ provided with wiring $4d'$ of which one end is electrically connected to the electrode pads $1b'$ of the semiconductor chip $1'$ via leads $4c'$ and the other ends are electrically connected to the bump electrodes $2'$, openings $4e'$ for exposing the electrode pads $1b'$, and substrate protruding parts $4b'$ which protrude beyond these openings $4e'$ and the semiconductor chip $1'$, and sealing parts $5'$ which seal the electrode pads $1b'$ of the semiconductor chip $1'$ and seal the leads $4c'$ of the thin film wiring substrate $4'$, the substrate body $4a'$ and the substrate protruding parts $4b'$ of the thin film wiring substrate $4'$ being formed in a one-piece construction. (For the purpose of this invention, "wiring" shall be understood to mean parts formed on the tape, and "leads" shall be understood to mean parts protruding from the tape including the wiring.)

The plan view of the CSP11' shown in FIG. 82 is a view through the seal part $5'$ shown in FIG. 83 in order to show the electrode pads $1b'$ of the semiconductor chip $1'$ and the leads $4c'$ of the thin film wiring substrate $4'$.

Therefore, in the plan view of the CSP11' shown in FIG. 82, the aforesaid sealing parts $5$ are omitted, although the sealing parts $5'$ shown in FIG. 83 are actually formed in the openings $4e'$ of the thin film wiring substrate $4'$ of the CSP11' shown in FIG. 82 (this is also the case hereafter for Embodiments 7 to 25).

In this Embodiment 6, plural electrode pads $1b'$ (herein, six at one side) are disposed on the periphery of each of the two short sides at right angles (hereinafter referred to as the short side direction) to the longitudinal direction of the main surface $1a'$ of the rectangular semiconductor chip $1'$, and twelve bump electrodes $2'$ which are external terminals are therefore disposed in a grid shape covering a plane view area over the main surface of the semiconductor chip $1'$.

Therefore, one each of the rectangular openings $4e'$ is formed at a position corresponding to an outer edge facing the short side direction of the main surface of the semiconductor chip $1'$ in the thin film wiring substrate $4'$.

As a result, the plural electrode pads $1b'$ facing the short side direction of the semiconductor chip $1'$ are exposed by the openings $4e'$ of the thin film wiring substrate $4'$ which are provided at corresponding positions when the semiconductor chip $1'$ is attached to the elastomer $3'$.

The thin film wiring substrate $4'$ of the CSP11' according to the first embodiment comprises a substrate body part $4a'$ comprising wiring $4d'$, two of the openings $4e'$, and substrate protruding parts $4b'$ which protrude beyond the substrate body $4a'$ and two openings $4e'$.

When the semiconductor chip $1'$ is attached to the elastomer $3'$, the substrate body $4a'$, elastomer $3'$ and semiconductor chip $1'$ are laminated together, and the substrate protruding parts $4b'$ of the thin film wiring substrate $4'$ then protrude in an anvil shape beyond the semiconductor chip $1'$.

Twelve bump lands $4f'$ (FIG. 89(a)) which are electrically connected to the wiring $4d'$ and on which the bump electrodes $2'$ are mounted, are provided in the substrate body $4a'$.

The elastomer $3'$ is an insulating elastic material which supports the semiconductor chip $1'$, and is arranged between the thin film wiring substrate $4'$ and semiconductor chip $1'$. The elastomer $3'$ according to the first embodiment comprises protruding parts $3b'$ (elastic protruding parts) which protrude beyond the semiconductor chip $1'$. After assembling the CSP11', predetermined side faces $3a'$ of the elas-

US 7,091,620 B2

39

tomer 3' (herein, the two side faces 3*a'* in the same direction as the longitudinal direction of the semiconductor chip 1') are exposed to the outside.

As shown in FIG. 82 or FIG. 83(*c*), when the elastomer 3' is attached to the thin film wiring substrate 4', the elastomer protruding parts 3*b'* which protrude beyond the semiconductor chip 1' in the elastomer 3' are laid over the substrate protruding parts 4*b'* of the thin film wiring substrate 4'.

The sealing parts 5' are formed by sealing the electrode pads 1*b'* of the semiconductor chip 1' and the leads 4*c'* connected to them, the whole of the opposite side faces 1*c'* in the short side direction of the semiconductor chip 1', and the area near both ends of the two opposite side faces 1*c'* in the longitudinal direction of the semiconductor chip 1' with sealing resin. As the substrate protruding parts 4*b'* of the thin film wiring substrate 4' are formed in the vicinity of the semiconductor chip 1', the sealing resin forms a bridge between (straddles) the substrate protruding parts 4*b'* and the semiconductor chip 1' in the sealing parts 5'.

The specification of each part of the CSP11' (materials, dimensions and thickness, etc.) will now be described referring to FIG. 84(*a*, b, c, d). It should, however, be understood that these specifications are only given as examples, and the invention is not to be construed as being limited in any way by them.

The tape which is the base material of the thin film wiring substrate 4' is formed of polyimide resin, and its thickness is of the order of 25 to 75 μm. The wiring 4*d'* (comprising the leads 4*c'* and bump lands 4*f'*) provided in the thin film wiring substrate 4' is copper foil having a thickness of the order of 18 to 25 μm. The wiring 4*d'* is plated with Au plating to a thickness of 1.5 μm on both sides, or Au/Ni plating of different thickness on the side of the electrode pad 1*b* and the side of the bump electrode 2'.

In the thin film wiring substrate 4' used in the sixth embodiment, the wiring 4*d'* is a single layer structure as shown in FIG. 83(*a*). It is also "single layer back wiring" wherein the wiring 4D' is formed only on the under surface of the tape base material (tape base material 4*g'* in FIG. 87(*a*)).

The elastomer 3' is a three-layer structure (FIG. 128) comprising a base layer (skeleton layer 3*d'*, referred to also as core layer) having adhesive layers 3*e'* on both sides. Examples of its application are specification (1) and specification (2) shown in FIG. 84(*a*, b, c, d). Details of specification (1) are given in Japanese Patent Application No. Hei 9-149106 and details of specification (2) are given in Japanese Patent Application No. Hei 8-136159.

The elastomer 3' used in the first embodiment is also colorless, therefore the elastomer 3' according to the first embodiment is an effectively transparent structure which transmits light.

From the viewpoints of porosity and water repelling properties, it is also desirable that the base layer (skeleton layer 3*d'*) of the elastomer 3' is formed of a porous fluoride resin, i.e. it is desirable to use the elastomer of specification (1).

Herein, the elastomer 3' formed from a porous fluoride resin comprises a skeleton layer 3*d'* having a 3-dimensional mesh structure.

This 3-dimensional mesh structure is a non-woven fabric formed by 3-dimensional entwining of a fibrous compound.

The sealing resin, which is the sealing material for forming the sealing parts 5, has the specification (1) or the specification (2) shown in FIG. 84(*a, b, c, d*).

40

During cure bake after sealing, voids tend to form in the solvent type fluid resin when the solvent vaporizes, and it is therefore desirable to use the resin of specification (1).

The sealing resin used in the CSP11' of the first embodiment is a material of relatively high volatility. However, it is possible to use sealing resin of high volatility by increasing the displacement time of a potting nozzle, not shown, during the coating step (e.g. approximately 30 seconds for coating the six electrode pads 1*b'* on one side of the semiconductor chip 1'), or by heating the sealing resin, and it is thus possible to form a sealing resin between the substrate protruding parts 4*b* and semiconductor chip 1'.

It is also preferable to use a resin containing silica to reduce residual stress due to contraction during seal cure, and more preferable to use a resin containing at least 50 weight percent silica.

The material of the bump electrode 2' is Sn/Pb eutectic solder or other high melting point solder, or Au-plated Ni or the like, and its diameter is of the order of 0.3–0.6 mm.

The CSP11' (semiconductor device) of the first embodiment offers the following advantages.

The substrate body 4*a'* and substrate protruding parts 4*b'* of the thin film wiring substrate 4' are formed in a one-piece construction. As the substrate protruding parts 4*b'* are not a separate structure from the substrate body 4*a'*, it is not necessary to form the substrate protruding parts 4*b'* from costly materials.

Therefore, the cost of manufacturing the CSP11' (semiconductor device) is reduced.

As the substrate protruding parts 4*b'* protrude beyond the openings 4*e'* in the thin film wiring substrate 4', the sealing parts 5' may be formed as a bridge between the substrate protruding parts 4*b'* and the semiconductor chip 1' when the sealing resin is applied via the openings 4*e'*.

As a stable seal is obtained sealing properties are improved and, as a result, humidity resistance is more reliable.

The sealing resin contains at least 50 weight percent silica, so residual stress due to contraction in cure bake can be reduced. Therefore, the reliability of the sealing parts 5 is improved.

The base layer of the elastomer 3' which forms the elastic structure is constructed of a porous fluoride resin, and the two opposite side faces 3*a* of the elastomer 3' in the same direction as the longitudinal direction of the semiconductor chip 1' are exposed to the outside. Therefore, water vapor due to moisture absorbed during reflow can be released to the outside, reflow properties are improved, and entry of water into the CSP11' can be prevented by the water repelling properties of the fluoride in the porous fluoride resin. As a result, degradation of electrical properties of the CSP11' is reduced.

Next, the method of manufacturing the CSP11' (semiconductor device) of the first embodiment will be described together with the advantages gained therefrom.

The method will be described in the sequence shown in FIG. 104 referring to the process conditions shown in FIG. 5.

The elastomer 3' shown in FIG. 90, FIG. 91, FIG. 93 and FIG. 94 comprises openings 3*c*. These figures describe the method of manufacturing the CSP16', 17' of the Embodiments 11 or 12 to be described later, but since the Embodiment 6 is the same as regards the basic manufacturing method, FIG. 90, FIG. 91, FIG. 93 and FIG. 94 will be used also in the Embodiment 6.

First, the thin film wiring substrate 4' comprising the substrate body 4*a'* comprising the wiring 4*d'*, and the sub-

41

strate protruding parts 4b' which protrude beyond the openings 4e' in which the leads 4c' are connected to the wiring 4d', is provided.

The method of manufacturing the thin film wiring substrate 4' will be described referring to FIG. 87 to FIG. 89.

First, the tape base material 4g' comprising the polyimide resin shown in FIG. 87(a) is prepared. An adhesive for attaching the copper foil 4h' shown in FIG. 88(b) is coated on the top and under surfaces of this base tape 4g'.

Next, preparing holes 4i' for tape feed are formed at an approximately equal interval on both sides of the tape base material 4g' as shown in FIG. 87(b).

Next, twelve bump openings 4j' and two wiring join holes 4e' on both sides are formed by stamping as shown in FIG. 88(a) and the copper foil 4h' is laminated on the tape base material 4g' as shown in FIG. 88(b).

The copper foil 4h' is then fashioned into a desired pattern by etching as shown in FIG. 89(a) so as to form a wiring pattern.

This forms the bump lands 4f' and a power supply line 4k'.

In order to make the aforesaid gold plating electrically react after plating the copper foil 4h', adjacent power supply lines 4k' must be connected together.

After etching the copper foil 4h' to form the wiring pattern, the copper foil 4h' is gold plated. The specification of this gold plating is that of the wiring plating shown in FIG. 84(a, b, c, d). It may be gold plating having a thickness of 1.5 μm (wiring plating (1) shown in FIG. 84(a, b, c, d)), gold/nickel differential thickness plating (wiring plating (2) shown in FIG. 84(a, b, c, d)), or another type of plating.

The wiring leads which are connected together as shown in FIG. 89(a) are then cut by a punch die 6a' of a cutter 6' shown in FIG. 92(a) so as to separate the leads 4c' as shown in FIG. 89(b).

As regards the width of the cutting blade of the punch die 6', it is desirable to use a small cutting blade having a width of the order of 50 to 200 μm and more preferably 100 to 150 μm so that the leads 4c' can be fashioned into a beam shape 41' after cutting as shown in FIG. 92(b).

By using a small blade of the order of 125 μm, the cut parts of the leads 4c' can be formed with a dimension of the order of 125 μm, and as a result, the distance between the semiconductor chip 1' and the substrate protruding parts 4b' can be shortened when the semiconductor chip 1 (FIG. 82) is mounted.

The sealing areas of the sealing parts 105 can therefore be made narrow, so sealing properties are improved.

Also as the distance between the semiconductor chip 1' and the substrate protruding parts 4b' can be made short, the CSP11' can be made compact.

By cutting so as to fashion the leads 4c' into the beam shape 41' shown in FIG. 92(b), the thin film wiring substrate 4' shown in FIG. 89(b) is produced.

The detailed structure of the thin film wiring substrate 4' used in the sixth embodiment will now be described referring to FIG. 89 and FIG. 108.

As shown in FIG. 108, four long holes 4q' effectively corresponding to the four sides of the substrate body 4a' are formed around the substrate body 4a'.

The purpose of these holes 4q' is to reduce the cross-sectional area when the substrate body 4a' is cut off, improve ease of cutting, and to lessen distortion when winding up or cutting the thin film wiring substrate 4' which is in the form of a long thin tape.

Positioning holes 4p' for positioning during cutting are provided outside the upper and lower long holes 4q' of the substrate body 4a' (according to this embodiment a total of

42

three holes is provided, i.e. one upper one and two lower ones), but there is no limit on the number of these positioning holes 4p' if they are provided outside both the upper and lower long holes 4q'.

Recognition patterns 4n' formed of the same copper foil as the wiring pattern are also provided in these upper and lower long holes 4q' of the substrate body 4a'.

These recognition patterns 4n' are used to recognize the position of the thin film wiring substrate 4' during cutting, etc., and are such that they can be recognized also from the reverse side of the thin film wiring substrate 4' (side on which there is no wiring pattern) during bonding. Specifically, they straddle the ends of the long holes 4q' so that they can be recognized from the top surface and under surface of the thin film wiring substrate 4'.

The thin film wiring substrate 4' shown in FIG. 108 comprises plural substrate bodies 4a' arranged horizontally in a row with respect to the feed direction, however plural rows of the substrate bodies 4a' (e.g. two) may be arranged horizontally.

In this case, the efficiency of manufacturing the CPU11 may be improved.

Subsequently, thin film wiring substrate supply 20' and elastomer supply 21' shown in FIG. 85 are performed, and elastomer attachment 22' is performed.

To attach the elastomer 3', the substrate body 4a' of the thin film wiring substrate 4' and elastomer 3' are joined as shown in FIG. 90(a) based on elastomer attachment conditions whereof an example is given in FIG. 86. In this way, the thin film wiring substrate 4 is assembled with the elastomer 3'. When the elastomer 3' is attached, there may be three positional relationships of the elastomer 3' and substrate body 4a' as shown in FIGS. 93(a), 93(b), 93(c).

First, FIG. 93(a) shows the case where the edge of the substrate body 4a' protrudes beyond the elastomer 3' by an protruding amount P.

FIG. 93(b) shows the case where the edge of the substrate body 4a' and the edge of the elastomer are perfectly aligned. FIG. 93(c) shows the case where the edge of the substrate body 4a' falls short of the elastomer 3' by an amount Q.

In general, during heat curing after applying a sealing material (herein, a sealing resin), volatile components of the sealing material are produced as volatile gases. As the specific gravity of these volatile gases is less than that of the sealing material, the volatile gases escape to the outside from the upper part of the sealing material.

However, when a P value predetermined range described hereafter is exceeded and the edge of the elastomer 3' does not protrude to the edge of the substrate body 4a' (P>300 μm), volatile gases produced further inside than the edge of the substrate body 4a' cannot escape to the outside of the sealing material as the upper part is obstructed by the edge of the substrate body 4a', so these gases remain as bubbles in the sealing material.

After heat curing of the sealing material, part of the components of the volatile gases in the bubbles gradually escape to the outside through minute (intermolecular) gaps in the sealing material, so the internal pressure of the bubbles is released.

As a result, voids are formed in the sealing material where the bubbles occur.

The voids create unfilled spaces in areas which should be filled by sealing material, and have an adverse effect on the humidity resistance and temperature cycle reliability of the semiconductor device.

It is therefore desirable that the value of P lies within a P value predetermined range of O≦P≦300 μm, and preferably

US 7,091,620 B2

43

O≦P≦100 μm, so that the escape path of the volatile gases is not obstructed by the substrate body 4a′, and so that the volatile gases produced can be released outside the sealing material.

If this is done, voids are not formed in the sealing material.

On the other hand, when a Q value predetermined range described hereafter is exceeded and the edge of the elastomer 3′ protrudes beyond the edge of the substrate body 4a′ (Q>100 μm), part of the leads 4c′ is fixed by the elastomer 3′, so a correct wiring configuration cannot be formed when the leads 4c′ are bonded.

This has an adverse effect on temperature cycle reliability.

It is therefore desirable that the position of the edge of the elastomer 3′ relative to the edge of the substrate body 4a′ is within a Q value predetermined range of for example 0≦Q≦100 μm, and preferably 0≦Q≦50 μm, so that correct bonding of the leads 4c′ can be performed.

Hence, by ensuring that P and Q are within the predetermined ranges, a CSP11′ of high reliability can be manufactured free of voids in the sealing material and wherein the leads 4c′ are correctly bonded.

Subsequently, chip supply 23′ (FIG. 85) is performed wherein the semiconductor chip 1′ is supplied having the electrode pads 1b′ on the outer periphery of the main surface 1a′ as shown in FIG. 83(a). Chip attachment 24′ in FIG. 85 is then performed based on the chip attachment conditions shown in FIG. 86.

Herein, in the chip attachment 24′, the main surface 1a′ of the semiconductor chip 1′ is joined to the elastomer 3′ as shown in FIG. 83(a) leaving the electrode pads 1b′ of the semiconductor chip 1′ exposed in the openings 4e′ of the thin film wiring substrate 4′, as shown in FIG. 82.

Specifically, the semiconductor chip 1′ is attached to the top of the elastomer 3′ as shown in FIG. 90(b).

Subsequently, an elastomer cure bake 25′ shown in FIG. 85 is performed based on the post-chip attachment cure conditions shown in FIG. 86 so as to raise the joining strength of the elastomer 3′ and semiconductor chip 1′.

Next, inner lead connections 26′ shown in FIG. 85 is performed based on the inner lead connection conditions shown in FIG. 86. Two sets of inner lead connection conditions (1) and (2) are shown in FIG. 86, however the inner lead connection conditions are not limited to this.

First, a bonding tool 7′ is lowered to a predetermined position as shown in FIG. 94(a), then one of the leads 4c′ of the thin film wiring substrate 4′ is pressed onto the corresponding electrode pad 1b′ on the semiconductor chip 1′ by the bonding tool 7′ so that the lead 4c′ and the electrode pad 1b′ are electrically connected.

The bonding method of the first embodiment is single bonding.

After bonding, the lead 4c′ is pushed up by the bonding tool 7′ so that it is just above the electrode pad 1b′. If a value obtained by dividing the stress produced in the taper-shaped tip of the lead 4c′ by the stress produced at the edge of the substrate body 4a′ is defined as a bending stress ratio alpha, this bending stress ratio α is given by the following expression from the dimensions of the taper-shaped lead 4c′:

(α=: L×(K−J)/(M×K))(FIG. 94(a)).

The dimensions and shape of the lead 4c′ are therefore designed such that the bending stress ratio α is within the range 1.0 to 1.75.

Subsequently, supply of sealing resin which is the sealing material, i.e. a sealing material supply 27′, is performed as shown in FIG. 85.

44

Specifically, a resin sealing 28 shown in FIG. 85 is performed using a sealing material (sealing resin) shown in the sealing material specifications of FIG. 83(a, b, c, d).

In this step, the sealing resin is allowed to drip from the opening 4e′ of the thin film wiring substrate 4′ shown in FIG. 82 by a potting method using a potting nozzle, not shown, and the electrode pad 1b′ of the semiconductor chip 1′ and lead 4c′ of the thin film wiring substrate 4 are sealed so as to form the sealing parts 5′. The drip time may be for example 30 seconds for the openings 4e′ on one side.

As the space between the substrate protruding parts 4b′ and semiconductor chip 1′ can be sealed in a bridge-like fashion in the CSP11′ of the first embodiment, a stable resin sealing 28′ can be performed, and the humidity resistance of the sealing parts 5′ can therefore be made more reliable.

Next, a sealing material cure bake step 29′ shown in FIG. 85 is performed based on the post-seal curing conditions shown in FIG. 86 so as to harden the sealing parts 5′.

Also, a pole supply 30′ (FIG. 85) is performed for supplying a bump pole material shown in the bump pole specifications of FIG. 84(a, b, c, d) to the bump openings 4f′ (FIG. 88(a)).

A bump forming 31′ shown in FIG. 85 is then performed based on the reflow conditions for bump forming shown in FIG. 86.

The bump forming 31′ is performed by passing the material obtained by supplying the pole material to the openings 4f′ of the substrate body 4a′ through a reflow furnace, not shown.

This electrically connects the wiring 4d′ to the bump electrodes 2′ as shown in FIG. 82 and FIG. 83.

When the bump electrodes 2′ are formed according to the first embodiment, even if the CSP11′ has absorbed moisture and is passed through reflow, the side faces 3a′ in a predetermined direction of the elastomer 3′ (herein, the two opposite side faces 3a′ in the same direction as the longitudinal direction of the semiconductor chip 1′) are exposed to the outside, so water vapor produced during reflow can disperse to the outside through the elastomer 3′. Reflow tolerance is therefore improved.

Next, a mark 32′ (FIG. 85) for marking a number of the product (CSP11′) is performed.

Subsequently, a cutting 33′ shown in FIG. 85 is performed at a cutting position 8′ shown in FIG. 91 so as to obtain different CSP11′ of desired sizes.

Embodiment 7

FIG. 95 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a seventh embodiment of this invention. FIGS. 96(a) to 96(c) are diagrams showing the structure of the semiconductor device shown in FIG. 95. FIG. 96(a) is a cross-sectional view through a line 96A—96A in FIG. 95, FIG. 96(b) is a cross-sectional view through a line 96B—96B in FIG. 95, FIG. 96(c) is a cross-sectional view through a line 96C—96C in FIG. 95.

A CSP12′ (semiconductor device) according to the second embodiment is a peripheral pad fan-in CSP as is the CSP11′ of the sixth embodiment shown in FIG. 82. It has a substantially identical structure to that of the CSP11′; however, a difference from the CSP11′ of the sixth embodiment is that in the cutting step 33′ after the bump forming 31′ shown in FIG. 85, in the regions of the sealing parts 5′ formed in the protruding part 4b′, the substrate protruding parts 4b′ and the sealing parts 5′ are simultaneously cut to a desired size. In

US 7,091,620 B2

45                                                                                   46

this way, the CSP12' can be made even more compact than the CSP11' shown in FIG. 82.

To implement this, a low silica sealing resin having a low proportion of silica must be used as sealing resin.

Specifically, the proportion of silica (filler) in the sealing resin must lie within the range of 0 to 50 weight percent, and it is preferably 0 weight percent.

The silica mentioned herein is extremely hard, but it lowers the residual stress of the sealing resin in the sealing material cure bake shown in FIG. 85.

The remaining features of the construction of the CSP12' according to the second embodiment and of its method of manufacture are identical to those of the CSP11' of the first embodiment, so their description will not be repeated. The advantages of the CSP12' of the second embodiment and its method of manufacture are as follows.

First, in the region of the sealing parts 5' formed in the substrate protruding parts 4b', the substrate protruding parts 4b' and sealing parts 5' are simultaneously cut to a desired size. As this cutting is performed regardless of the extent to which sealing resin has spread in the substrate protruding parts 4b' (size of the sealing parts 5' formed in the substrate protruding parts 4b'), the CSP12' can be made compact.

As the proportion of silica in the sealing resin is low, the hardness of the sealing parts 5' after the sealing resin has hardened can be lowered, so the life of the cutting die used to cut the substrate protruding parts 4b' and sealing parts 5' can be lengthened.

The remaining advantages of the CSP12' according to the second embodiment and of its method of manufacture are identical to those of the CSP11' of the first embodiment, so their description will not be repeated.

### Embodiment 8

FIG. 97 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to an eighth embodiment of this invention. FIGS. 98(a) to 98(c) are diagrams showing the structure of the semiconductor device shown in FIG. 97. FIG. 98(a) is a cross-sectional view through a line 98A—98A in FIG. 97, FIG. 98(b) is a cross-sectional view through a line 98B—98B in FIG. 97, FIG. 98(c) is a cross-sectional view through a line 98C—98C in FIG. 97.

A CSP13' (semiconductor device) according to Embodiment 8 is a peripheral pad fan-in CSP as is the CSP12' of the Embodiment 7 shown in FIG. 95 and FIG. 96. It has a substantially identical structure to that of the CSP12'; however, a difference from the CSP12' of the second embodiment is that in the resin sealing step 28' shown in FIG. 85, the resin sealing 28' is performed on the two opposite side faces 1c' of the semiconductor chip 1' as shown in FIG. 98(c) as well as the resin sealing 28' of Embodiment 6.

During the resin sealing 28' performed on the two opposite side faces 1c' in the longitudinal direction of the semiconductor chip 1', after the sealing material cure bake 29' of the sixth embodiment, the CSP13' is temporarily turned over with its top surface and under sides reversed.

Sealing resin is then applied again to the two opposite side faces 1c' in the longitudinal direction of the semiconductor chip 1' and the adjacent substrate protruding parts 4b' from the under surface (reverse side to the main face 1a) of the semiconductor chip 1' so as to repeat the resin sealing 28'.

Subsequently, in the cutting step 33' shown in FIG. 85, the substrate protruding parts 4b', elastomer protruding parts 3b' of the elastomer 3' and the sealing parts 5' formed therein are simultaneously cut to the desired size.

As a result, in the CSP13' of the third embodiment, the resin sealing 28' is performed over all the four side faces 1c' of the semiconductor chip 1' as shown in FIG. 98, and the sealing parts 5' are thereby formed on all the four side faces 1c' of the semiconductor chip 1'.

The remaining features of the construction of the CSP13' according to the eighth embodiment and of its method of manufacture are identical to those of the CSP12' of the first embodiment, so their description will not be repeated.

The advantages of the CSP13' of the eighth embodiment and its method of manufacture are as follows.

In the CSP13', all of the four side faces 1c' of the semiconductor chip 1' are covered by sealing resin, so the seal properties (herein, humidity resistance) of the semiconductor chip 1' are improved.

As a result, a compact, highly reliable CSP13' can be obtained.

The remaining advantages of the CSP13' according to the eighth embodiment and of its method of manufacture are identical to those of the CSP12' of the seventh embodiment, so their description will not be repeated.

### Embodiment 9

FIG. 99 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a third embodiment of this invention. FIGS. 100(a) to 100(c) are diagrams showing the structure of the semiconductor device shown in FIG. 99. FIG. 100(a) is a cross-sectional view through a line 10A—00A in FIG. 99, FIG. 100(b) is a cross-sectional view through a line 100B—100B in FIG. 99, FIG. 100(c) is a cross-sectional view through a line 100C—100C in FIG. 99.

A CSP14' (semiconductor device) according to the ninth embodiment is a peripheral pad fan-in CSP as is the CSP13' of the eighth embodiment shown in FIG. 97 and FIG. 98. It has a substantially identical structure to that of the CSP13', however a difference from the CSP13' of the third embodiment is that the elastomer 3' and the substrate body 4a' of the thin film wiring substrate 4' are formed with substantially the same size, as shown in FIG. 98.

In other words, the elastomer 3' in the CSP14' of the ninth embodiment does not comprise the elastomer protruding parts 3b' shown in the sixth to eighth embodiments.

Therefore, when the resin sealing 28' is performed by the same method as the resin sealing 28' of the eighth embodiment, all of the four side faces 3a' of the elastomer 3' are covered by sealing resin as well as the all of the four side faces 1c' of the semiconductor chip 1'.

Consequently, all of the outer side faces 1c', 3a' of the semiconductor chip 1' and elastomer 3' are covered together to form the sealing parts 5', and the sealing parts 5' covering all of the outer side faces 1c', 3a' are also directly joined to the substrate protruding parts 4b' of the thin film wiring substrate 4'.

Moreover, all of the surfaces of the elastomer 3' are covered by the sealing parts 5', substrate body 4a' and semiconductor chip 1'.

The remaining features of the construction of the CSP14' according to the ninth embodiment and of its method of manufacture are identical to those of the CSP13' of the eighth embodiment, so their description will not be repeated.

The advantages of the CSP14' of the ninth embodiment and its method of manufacture are as follows.

US 7,091,620 B2

47

48

In the CSP**14'**, as all of the surfaces of the elastomer **3'** are covered, the same advantages as when the side faces **3***a'* of the elastomer **3'** are exposed cannot be obtained. However as all of the side faces **1***c'*, **3***a'* of the semiconductor chip **1** and elastomer **3'** are covered so as to form the sealing parts **5'**, and all of the peripheral sealing parts **5'** are directly joined to the substrate protruding parts **4***b'* or the thin film wiring substrate **4'**, the seal properties (humidity resistance) of the semiconductor chip **1'** are further improved.

The remaining advantages of the CSP**14'** according to the fourth embodiment and of its method of manufacture are identical to those of the CSP**13'** of the eighth embodiment, so their description will not be repeated.

Embodiment 10

FIG. **101** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a tenth embodiment of this invention. FIGS. **102**(*a*) to **102**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **101**. FIG. **102**(*a*) is a cross-sectional view through a line **102**A—**102**A in FIG. **101**, FIG. **102**(*b*) is a cross-sectional view through a line **102**B—**102**B in FIG. **101**, FIG. **102**(*c*) is a cross-sectional view through a line **102**C—**102**C in FIG. **101**.

A CSP**15'** (semiconductor device) according to the tenth embodiment is a peripheral pad fan-in CSP as is the CSP**14'** of the fourth embodiment shown in FIG. **99** and FIG. **100**. It has a substantially identical structure to that of the CSP**14'**; however, a difference from the CSP**14'** of the fourth embodiment is that seal openings **4***m'* are provided at positions corresponding to the two opposite side faces **1***c'* in the longitudinal direction of the semiconductor chip **1'** (FIG. **102**(*c*)) in the substrate protruding parts **4***b'* of the thin film wiring substrate **4'** in addition to the openings **4***e'* exposing the electrode pads **1***b'*, as shown in FIG. **101**.

Specifically, the two openings **4***e'* are provided at positions exposing the electrode pads **1***b* on both sides of the semiconductor chip **1'**, and the two opposite seal openings **4***m'* are provided in a direction at right angles to them, in the thin film wiring substrate **4'** of the CSP**14'** according to the ninth embodiment.

Hence, when the resin sealing **28'** shown in FIG. **85** is performed, sealing resin can be applied through the openings **4***e'* and the seal openings **4***m'* from the top surface of the thin film wiring substrate **4'**.

Therefore, the four side faces **1***c'* of the semiconductor chip **1'** can be covered by sealing resin by this bonding method.

The remaining features of the construction of the CSP**15'** according to the tenth embodiment and of its method of manufacture are identical to those of the CSP**14'** of the ninth embodiment, so their description will not be repeated.

The advantages of the CSP**15'** of the tenth embodiment and of its method of manufacture are as follows.

In the CSP**15'**, as the resin sealing **28'** is performed by applying sealing resin through the openings **4***e'* and the seal openings **4***m'* from the top surface (one side) of the thin film wiring substrate **4'**, there is no need to turn the CSP**15'** over during the resin sealing step, so productivity is improved.

The remaining advantages of the CSP**14'** according to the tenth embodiment and of its method of manufacture are identical to those of the CSP**13'** of the ninth embodiment, so their description will not be repeated.

Embodiment 11

FIG. **103** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to an eleventh embodiment of this invention. FIGS. **104**(*a*) to **104**(*c*) are diagrams showing the structure of the semiconductor device shown in FIG. **103**. FIG. **104**(*a*) is a cross-sectional view through a line **104**A—**104**A in FIG. **103**, FIG. **104**(*b*) is a cross-sectional view through a line **104**B—**104**B in FIG. **103**, FIG. **104**(*c*) is a cross-sectional view through a line **104**C-**104**C in FIG. **103**.

A CSP**16'** (semiconductor device) according to the eleventh embodiment is a peripheral pad fan-in CSP as is the CSP**12'** of the seventh embodiment shown in FIG. **95** and FIG. **96**. It has a substantially identical structure to that of the CSP**12'**, however a difference from the CSP**12'** of the seventh embodiment is that openings **3***c'* to those in the thin film wiring substrate **4'** are provided also in the elastomer **3'** to expose the electrode pads **1***b'* of the semiconductor chip **1'**, as shown in FIG. **103**.

Specifically, the elastomer **3'** in the CSP**16'** comprises the two openings **3***c'* exposing the electrode pads **1***b'*, and elastomer protruding parts **3***b'* (elastic structure protruding parts) which protrude beyond these openings **3***c'* and the semiconductor chip **1'**.

Hence, when the elastomer **3'** is attached to the thin film wiring substrate **4'**, the positions of the two openings **4***e'* and **3***c'* in these members can be aligned.

The elastomer protruding parts **3***b'* of the eleventh embodiment are provided around the whole periphery of the elastomer **3'**.

The resin sealing **28'** (FIG. **85**) in the CSP**16'** according to the eleventh embodiment is identical to the resin sealing **28'** according to the seventh embodiment.

The elastomer protruding parts **3***b'* which are provided in the elastomer **3'** beyond the openings **3***c'* have the additional effect of a dam preventing flow of sealing resin.

Therefore in the CSP**16'** according to the eleventh embodiment, the substrate protruding parts **4***b'* of the thin film wiring substrate **4'** and the elastomer protruding parts **3***b'* laminated on them may be simultaneously cut in the cutting step **33'** shown in FIG. **85**, so the chip package may be made compact.

Specifically, the contour of the thin film wiring substrate **4'** and elastomer **3'** are cut to effectively the same size in the cutting step **33'**.

Further in the CSP**16'**, as the sealing parts **5'** formed by the resin sealing **28'** are not cut in the cutting step **33'**, a sealing resin comprising 50 weight percent or more of silica may be used.

The remaining features of the construction of the CSP**16'** according to the eleventh embodiment and of its method of manufacture are identical to those of the CSP**12'** of the seventh embodiment, so their description will not be repeated.

The advantages of the CSP**16'** of the eleventh embodiment and its method of manufacture are as follows.

In the CSP**16'**, leakage of sealing resin during the resin sealing step **28'** is prevented by the elastomer protruding parts **3***b'* provided in the elastomer **3'**.

As the elastomer protruding parts **3***b'* are provided around the whole periphery of the elastomer **3'**, leakage of sealing resin may be prevented over the whole of the substrate protruding parts **4***b'* of the thin film wiring substrate **4'**.

There is therefore no need to cut the sealing resin in the cutting step **33'**, and the contour of the CSP**16'** may be made compact.

US 7,091,620 B2

49

Further as sealing resin is not cut in the cutting step 33', a sealing resin comprising 50 weight percent or more of silica may be used.

The contraction factor of the sealing resin in the resin material cure bake step 29' shown in FIG. 85 is thereby reduced, and residual stress in the sealing resin is reduced.

The remaining advantages of the CSP16' according to the eleventh embodiment and of its method of manufacture are identical to those of the CSP12' of the seventh embodiment, so their description will not be repeated.

Embodiment 12

FIG. 105 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a twelfth embodiment of this invention. FIGS. 106(a) to 106(c) are diagrams showing the structure of the semiconductor device shown in FIG. 105. FIG. 106(a) is a cross-sectional view through a line 106A—106A in FIG. 105, FIG. 106(b) is a cross-sectional view through a line 106B—106B in FIG. 105, FIG. 106(c) is a cross-sectional view through a line 106C—106C in FIG. 105.

A CSP17' (semiconductor device) according to the twelfth embodiment is a peripheral pad fan-in CSP as is the CSP16' of the eleventh embodiment shown in FIG. 103 and FIG. 104. It has a substantially identical structure to that of the CSP16'; however, a difference from the CSP16' of the eleventh embodiment is that the elastomer 3' is made sufficiently thick when the CSP17' is assembled that the four side walls 1c' of the semiconductor chip 1' are surrounded by the elastomer protruding parts 3c' of the elastomer 3', as shown in FIGS. 106(a), 106(b), 106(c).

In the CSP17, as the elastomer 3' is made thick, the elastomer 3' can be formed of a porous fluoride resin.

Therefore, in the CSP17' according to the seventh embodiment, the semiconductor chip 1' is attached so that the peripheral side faces 1c' are surrounded only by the elastomer protruding parts 3b' (elastic structure protruding parts) of the elastomer 3', as shown in FIG. 106(c).

FIG. 107 shows the layout of the wiring 4d' in the CSP17'.

The method of attaching (fixing) the semiconductor chip 1' shown in FIG. 106(c) will now be described.

To perform the chip attachment 24' shown in FIG. 85, the semiconductor chip 1' is pushed into the elastomer 3' by making use of the fact that the elastomer 3' is a porous fluoride resin.

As the elastomer 3' is a porous fluoride resin, it can be easily depressed under a comparatively small load.

The thickness of the elastomer 3' directly underneath the semiconductor chip 1' can therefore be made much smaller than the thickness of the outer periphery of the semiconductor chip 1'.

As a result, the semiconductor chip 1' can be formed into a structure wherein the side faces 1c' on the outer periphery are surrounded by the elastomer protruding parts 3b' formed all around the periphery.

Sealing resin is then applied through the openings 4e' of the thin film wiring substrate 4' and the openings 3c' of the elastomer 3' so as to form the sealing parts 5' at both ends of the semiconductor chip 1'.

Therefore in the CSP17', by pressing the semiconductor chip 1' into the elastomer 3', the region near the center of the opposite side faces 1c' in the longitudinal direction of the semiconductor chip 1' is covered by the elastomer protruding parts 3b' of the elastomer 3' without sealing using sealing resin, as shown in FIG. 106(c).

50

The remaining features of the construction of the CSP17' according to the twelfth embodiment and of its method of manufacture are identical to those of the CSP16' of the eleventh embodiment, so their description will not be repeated.

The advantages of the CSP17' of the seventh embodiment and its method of manufacture are as follows.

In the CSP17', as the elastomer 3' is a porous fluoride resin, and as the thickness of the elastomer 3' directly underneath the semiconductor chip 1' can be made much smaller than that of the outer periphery of the semiconductor chip 1', the semiconductor chip 1' can be attached so that the side faces 1c' on the outer periphery of the semiconductor chip 1' are surrounded by the elastomer protruding parts 3b'.

Hence, flow of sealing resin to the outside during the resin sealing step 28' of FIG. 85 is prevented by the elastomer protruding parts 3b' and it is unnecessary to cut the sealing resin, so the CSP17' may be made compact.

The remaining advantages of the CSP17' according to the seventh embodiment and its method of manufacture are identical to those of the CSP16' of the eleventh embodiment, so their description will not be repeated.

Embodiment 13

FIG. 109 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a thirteenth embodiment of this invention. FIGS. 110(a) to 110(c) are diagrams showing the structure of the semiconductor device shown in FIG. 109. FIG. 110(a) is a cross-sectional view through a line 110A—110A in FIG. 109, FIG. 110(b) is a cross-sectional view through a line 110B—110B in FIG. 109, FIG. 110(c) is a cross sectional view through a line 110C—110C in FIG. 109.

A CSP18' (semiconductor device) according to the thirteenth embodiment is a peripheral pad fan-in CSP as is the CSP12' of the seventh embodiment shown in FIG. 95. It has a substantially identical structure to that of the CSP12'; however, a difference from the CSP12' of the second embodiment is that open rectangular dam pieces 34' are provided around the openings 4e' on the surfaces of the substrate protruding parts 4b' of the thin film wiring substrate 4' on the chip mounting side to prevent leakage of sealing resin in the resin sealing step 28' (FIG. 85).

These dam pieces 34' are formed by hardening an epoxy coating resin or the like.

In the CSP18', as the sealing parts 5' formed in the resin sealing step 28' are not cut during the cutting 33' (FIG. 85), a sealing resin comprising 50 weight percent or more of silica can be used as sealing material.

Also, in the CSP18', the two opposite side faces 1c' parallel to the longitudinal direction of the semiconductor chip 1' are not sealed and are exposed.

The remaining features of the construction of the CSP18' according to the thirteenth embodiment and of its method of manufacture are identical to those of the CSP12' of the seventh embodiment, so their description will not be repeated.

The advantages of the CSP18' of the thirteenth embodiment and its method of manufacture are as follows.

In the CSP18', as the dam pieces 34' are provided in the substrate protruding parts 4b' of the thin film wiring substrate 4' to prevent leakage of sealing resin in the resin sealing step 28', the sealing resin need not be cut, and the contour of the CSP18' can be made compact.

US 7,091,620 B2

51

52

Further, as sealing resin is not cut in the cutting step **33'**, a sealing resin comprising 50 weight percent or more of silica may be used.

The contraction factor of the sealing resin in the resin material cure bake step **29'** shown in FIG. **85** is thereby reduced, and residual stress in the sealing resin is reduced.

The remaining advantages of the CSP**18'** according to the thirteenth embodiment and its method of manufacture are identical to those of the CSP**12'** of the seventh embodiment, so their description will not be repeated.

Embodiment 14

FIG. **111** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a fourteenth embodiment of this invention. FIGS. **112**(a) to **121**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **111**. FIG. **112**(a) is a cross-sectional view through a line **112**A—**112**A in FIG. **111**, FIG. **112**(b) is a cross-sectional view through a line **112**B—**112**B in FIG. **111**, FIG. **112**(c) is a cross-sectional view through a line **112**C—**112**C in FIG. **111**.

A CSP**19'** (semiconductor device) according to the fourteenth embodiment is a peripheral pad fan-in CSP as is the CSP**18'** of the eighth embodiment shown in FIG. **109**. It has a substantially identical structure to that of the CSP**18'**, however a difference from the CSP**18'** of the thirteenth embodiment is that the dam pieces **34'** provided on the surfaces of the substrate protruding parts **4b'** of the thin film wiring substrate **4'** on the chip mounting side, are formed in the shape of a frame surrounding the entire periphery of the substrate protruding parts **4b'**.

The elastomer **3'** in the CSP**19'** according to the fourteenth embodiment does not therefore comprise the elastomer protruding parts **3b'** (FIG. **109**).

As the dam pieces **34'** are formed in the shape of a frame over the whole outer periphery of the substrate protruding parts **4b'**, in the CSP**19'** according to the fourteenth embodiment, the resin sealing **28'** is performed over all the four side faces **1c'** of the semiconductor chip **1'**.

The remaining features of the construction of the CSP**14'** according to the fourteenth embodiment and of its method of manufacture are identical to those of the CSP**13'** of the eighth embodiment, so their description will not be repeated.

The advantages of the CSP**14'** of the ninth embodiment and its method of manufacture are as follows.

In the CSP**19'**, as all of the surfaces of the elastomer **3'** are covered, the same advantages as when the side faces **3a'** of the elastomer **3'** are exposed cannot be obtained. However as all of the side faces **1c'**, **3a'** of the semiconductor chip **1'** and elastomer **3'** are covered so as to form the sealing parts **5'**, and all of the peripheral sealing parts **5'** are directly joined to the substrate protruding parts **4b'** of the thin film wiring substrate **4'**, the seal properties (humidity resistance) of the semiconductor chip **1'** are improved.

The remaining advantages of the CSP**19'** according to the fourteenth embodiment and its method of manufacture are identical to those of the CSP**18'** of the thirteenth embodiment, so their description will not be repeated.

Embodiment 15

FIG. **113** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a fifteenth embodiment of this invention. FIGS. **114**(a) to **114**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **113**. FIG. **114**(a) is a cross-

sectional view through a line **114**A—**114**A in FIG. **113**, FIG. **114**(b) is a cross-sectional view through a line **114**B—**114**B in FIG. **113**, FIG. **114**(c) is a cross-sectional view through a line **114**C—**114**C in FIG. **113**.

A CSP**40'** (semiconductor device) according to the embodiment is a peripheral pad fan-in CSP as is the CSP**16'** of the eleventh embodiment shown in FIG. **103**. It has a substantially identical structure to that of the CSP**16'**, however a difference from the CSP**16'** of the eleventh embodiment is that seal openings **4m'**, **3f** are provided at positions corresponding to the two opposite side faces **1c'** in the longitudinal direction of the semiconductor chip **1'** (FIG. **114**(c)) in the substrate protruding parts **4b'** of the thin film wiring substrate **4'** and in the elastomer protruding parts **3b'** of the elastomer **3'** in addition to the openings **4e'** exposing the electrode pads **1b'**, as shown in FIG. **113**.

Specifically, the two opposite openings **4e'** and the two opposite openings **3c'** are provided at positions exposing the electrode pads **1b'** on both sides of the semiconductor chip **1'**, the two seal openings **4m'** and the two seal openings **3f** are provided at opposite positions in a direction at right angles to the openings **4e'**, **3c'**, and the thin film wiring substrate **4'** and elastomer **3'** are formed in substantially the same shape.

Hence, when the resin sealing **28'** shown in FIG. **85** is performed, sealing resin can be applied through the openings **4e'**, the openings **3c'**, the seal openings **4m'** and the seal openings **3f** from the top surface of the thin film wiring substrate **4'**.

Therefore, the four side faces **1c'** of the semiconductor chip **1'** can be covered by sealing resin by this bonding method.

Further, as the elastomer **3'** comprises the elastomer protruding parts **3b'** which protrude beyond the four sides of the semiconductor chip **1'**, the resin sealing **28'** can be performed on all the four side faces **1c'** of the semiconductor chip **1'**.

The remaining features of the construction of the CSP**40'** according to the fifteenth embodiment and of its method of manufacture are identical to those of the CSP**16'** of the eleventh embodiment, so their description will not be repeated.

The advantages of the CSP**40'** of the fifteenth embodiment and of its method of manufacture are as follows.

In the CSP**40'**, as all the four side faces **1c'** of the semiconductor chip **1'** are sealed, the seal properties (humidity resistance) of the semiconductor chip **1'** are improved.

Also, as leakage of sealing resin in the resin sealing step **28'** is prevented by the elastomer protruding parts **3b'**, sealing resin is not cut in the cutting step **33'**, and the contour of the CSP**40'** can be made compact.

As sealing resin can be applied to four positions, i.e. one of the openings **3c'**, one of the openings **4e'**, the seal opening **3f** and the seal opening **4m'**, from the same direction, the sealing step is made easier and productivity is improved.

The remaining advantages of the CSP**40'** according to the fifteenth embodiment and of its method of manufacture are identical to those of the CSP**16'** of the eleventh embodiment, so their description will not be repeated.

Embodiment 16

FIG. **115** is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a sixteenth embodiment of this invention. FIGS. **116**(a) to **116**(c) are diagrams showing the structure of the semiconductor device shown in FIG. **115**. FIG. **116**(a) is a cross-

US 7,091,620 B2

53                                                          54

sectional view through a line 116A—116A in FIG. 115, FIG. 116(b) is a cross-sectional view through a line 116B—116B in FIG. 115, FIG. 116(c) is a cross-sectional view through a line 116C—116C in FIG. 115.

A CSP41' (semiconductor device) according to the eleventh embodiment is a peripheral pad fan-in CSP as is the CSP40' of the fifteenth embodiment shown in FIG. 113. It has a substantially identical structure to that of the CSP40'; however, a difference from the CSP40' of the fifteenth embodiment is that when the CSP41' is assembled, the elastomer 3' is formed sufficiently thicker than the elastomer 3' of the CSP40' to the extent that the four side faces 1c' of the semiconductor chip 1' are surrounded by the protruding parts 3b' of the elastomer 3' via the sealing parts 5', as shown in FIG. 116.

In the CSP41', the elastomer 3' is formed of a porous fluoride resin so that it can be formed thick.

Hence, in the CSP41' of the sixteenth embodiment, the semiconductor chip 1' is attached so that the outer side faces 1c' on its outer periphery are surrounded by the protruding parts 3b' of the elastomer 3' via the sealing parts 5', as shown in FIG. 116(c).

Herein, the method of attaching (fixing) the semiconductor chip 1' shown in FIG. 116(c) will be described.

To perform the chip attachment step 24' shown in FIG. 85, the semiconductor chip 1' is pushed into the elastomer 3' by making use of the fact that the elastomer 3' is a porous fluoride resin.

As the elastomer 3' is a porous fluoride resin, it can be easily depressed under a comparatively small load.

The thickness of the elastomer 3' directly underneath the semiconductor chip 1' can, therefore, be made much smaller than the thickness of the outer periphery of the semiconductor chip 1'.

As a result, the semiconductor chip 1' can be formed into a structure wherein the side faces 1c' on the outer periphery are surrounded by the elastomer protruding parts 3b' formed all around the periphery.

Sealing resin is then applied through the openings 4e' of the thin film wiring substrate 4' and the openings 3c' of the elastomer 3', and through the seal openings 4m' of the thin film wiring substrate 4' and the seal openings 3f' of the elastomer 3'. FIG. 116(c).

The sealing parts 5' are thereby formed as a bridge between the periphery of the main surface 1a of the semiconductor chip 1' and the four side faces 1c', and between the substrate protruding parts 4b', elastomer protruding parts 3b' and semiconductor chip 1'.

The remaining features of the construction of the CSP41' according to the sixteenth embodiment and of its method of manufacture are identical to those of the CSP40' of the fifteenth embodiment, so their description will not be repeated.

The advantages of the CSP41' of the sixteenth embodiment and its method of manufacture are as follows.

In the CSP41', as the elastomer 3' is a porous fluoride resin, and as the thickness of the elastomer 3' directly underneath the semiconductor chip 1' can be made much smaller than that of the outer periphery of the semiconductor chip 1', the semiconductor chip 1' can be attached so that the side faces 1c' on the outer periphery of the semiconductor chip 1' are surrounded by the elastomer protruding parts 3b'.

Hence, flow of sealing resin to the outside during the resin sealing step 28' of FIG. 85 is prevented by the elastomer protruding parts 3b' and it is unnecessary to cut the sealing resin, so the CSP41' may be made compact.

The remaining advantages of the CSP41' according to the sixteenth embodiment and its method of manufacture are identical to those of the CSP40' of the fifteenth embodiment, so their description will not be repeated.

### Embodiment 17

FIG. 117 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to a seventeenth embodiment of this invention. FIGS. 118(a) to 118(c) are diagrams showing the structure of the semiconductor device shown in FIG. 117. FIG. 118(a) is a cross-sectional view through a line 118A—118A in FIG. 117, FIG. 118(b) is a cross-sectional view through a line 118B—118B in FIG. 117, FIG. 118(c) is a cross-sectional view through a line 118C—118C in FIG. 117.

A CSP42' (semiconductor device) according to the seventeenth embodiment is a peripheral pad fan-in CSP as is the CSP40' of the fifteenth embodiment shown in FIG. 113. It has a substantially identical structure to that of the CSP40'; however, a difference from the CSP40' of the fifteenth embodiment is that the electrode pads 1b' are formed on the periphery of the four sides of the main surface 1a' of the semiconductor chip 1'.

As the four openings 4e' and four openings 3c' are respectively formed in the thin film wiring substrate 4' and elastomer 3' at corresponding identical positions, the electrode pads 1b' on the four sides of the semiconductor chip 1' can be exposed by these openings 4e', 3c'.

Sealing resin is applied through these four holes 4e', 3c' in the resin sealing step 28' so as to form the sealing parts 5' around the four openings 4e', 3c'.

The remaining features of the construction of the CSP42' according to the seventeenth embodiment and of its method of manufacture are identical to those of the CSP40' of the fifteenth embodiment, so their description will not be repeated.

The advantages of the CSP42' of the seventeenth embodiment and its method of manufacture are as follows.

In the CSP42', even when the electrode pads 1b' are provided on the periphery of the four sides of the main surface 1a' of the semiconductor chip 1', the four openings 4e' and the four openings 3c' are respectively formed in the thin film wiring substrate 4' and elastomer 3'. Therefore, by performing the resin sealing 28' through the four openings 4e' and the four openings 3c', the humidity resistance is made more reliable, and a compact CSP42' can be obtained.

The remaining advantages of the CSP42' according to the seventeenth embodiment and its method of manufacture are identical to those of the CSP40' of the fifteenth embodiment, so their description will not be repeated.

### Embodiment 18

FIG. 119 is a plan view through the sealing parts of a typical structure of a semiconductor device (CSP) according to an eighteenth embodiment of this invention. FIGS. 120(a) to 120(c) are diagrams showing the structure of the semiconductor device shown in FIG. 119. FIG. 120(a) is a cross-sectional view through a line 120A—120A in FIG. 119, FIG. 120(b) is a cross-sectional view through a line 120B—120B in FIG. 119, FIG. 120(c) is a cross-sectional view through a line 120C—120C in FIG. 119.

A CSP43' (semiconductor device) according to the eighteenth embodiment is a peripheral pad fan-in CSP as is the CSP17' of the twelfth embodiment shown in FIG. 105. It has a substantially identical structure to that of the CSP17';

US 7,091,620 B2

55                                                                56

however, a difference from the CSP17' of the twelfth embodiment is that the electrode pads 1*b*' are provided on the peripheries of the four sides of the main surface 1*a*' of the semiconductor chip 1'.

Therefore, the four openings 4*e*' and the four openings 3*c*' are formed at corresponding positions in the thin film wiring substrate 4' and the elastomer 3' so that the electrode pads 1*b*' on the four sides of the semiconductor chip 1' are exposed.

Sealing resin is then applied via the four openings 4*e*' and the four openings 3*c*' in the resin sealing step 28' so as to form the sealing parts 5' in the four openings 4*e*', 3*c*'.

The remaining features of the construction of the CSP43' according to the eighteenth embodiment and of its method of manufacture are identical to those of the CSP17' of the twelfth embodiment, so their description will not be repeated.

The advantages of the CSP43' of the eighteenth embodiment and of its method of manufacture are as follows.

In the CSP43', by forming the four openings 4*e*' and the four openings 3*c*' respectively in the thin film wiring substrate 4' and the elastomer 3', a compact CSP43' having improved humidity resistance can be obtained even if the electrode pads 1*b*' are provided on the peripheries of the four sides of the main surface 1*a*' of the semiconductor chip 1'.

As the sealing resin can be applied to all of the four openings 4*e*', 3*c*' from the same direction in the resin sealing step 28', the sealing step is made easier and productivity is improved.

Further, as the four side faces 1*c*' of the semiconductor chip 1' are sealed by the elastomer protruding parts 3*b*' or the sealing parts 5', the seal properties (humidity resistance) of the semiconductor chip 1' are improved.

The remaining advantages of the CSP43' according to the eighteenth embodiment and of its method of manufacture are identical to those of the CSP17' of the twelfth embodiment, so their description will not be repeated.

### Embodiment 19

FIGS. 121(*a*) to 121(*c*) are diagrams of a typical structure of the unconnected lead of a semiconductor device according to a nineteenth embodiment of this invention. FIG. 121(*a*) is a cross-sectional view when the unconnected lead is bent, FIG. 121(*b*) and FIG. 121(*c*) are cross-sectional views when the unconnected lead is not bent.

According to the nineteenth embodiment, the semiconductor device (CSP) shown in Embodiments 6 to 18 has an unconnected lead 35' (one of the leads 4*c*' which is not connected to the electrode pad 1*b*' of the semiconductor chip 1'). This unconnected lead 35' may or may not be bent.

Due to the unconnected lead 35', the mode of the CSP can be changed over to change over functions, and different wiring configurations 4*d*' can be set up by selecting either a connection or no connection for each of the leads 4*c*' for the same wiring pattern.

Therefore, if no connection is selected for the lead 4*c*', i.e., for the unconnected lead 35', no connection of any kind is performed by the bonding tool (FIG. 94) in the bonding step.

The CSP17' shown in Embodiment 12 will be taken as an example to describe the unconnected lead 35' shown in FIG. 121.

It will, however, be understood that the same features can be applied not only to the twelfth embodiment, but to any of the sixth to eighteenth embodiments.

In the CSP17' shown in FIG. 121(*a*), the unconnected lead 35' is bent towards the electrode pad 1*b*' of the semiconductor chip 1'.

In this process, instead of making a connection with the bonding tool 7' in the bonding step, the lead 4*c*' is pressed down by the bonding tool 7' (i.e. in the direction of the main surface 1*a*' of the semiconductor chip 1') to the extent that it does not touch the electrode pad 1*b*'.

In both FIGS. 121(*b*) and (*c*), the unconnected lead 35' is not bent.

The CSP17' shown in FIG. 121(*b*) represents a state where the unconnected lead 35', which is not bent, is enclosed inside the sealing part 5'.

The CSP17' shown in FIG. 121(*c*) represents a state where the tip of the unconnected lead 35', which is not bent, protrudes beyond the sealing part 5'. As the surface of the sealing part 5' is somewhat depressed when the sealing resin is cured, the unconnected lead 35' is left projecting.

From the viewpoint of sealing properties, when the semiconductor device (CSP) comprises the unconnected lead 35', it is desirable that the unconnected lead 35' is bent in the direction of the main surface of the semiconductor chip 1' as shown in FIG. 121(*a*), but it is not absolutely necessary to bend it and it may be unbent as shown in FIGS. 121(*b*), 121(*c*).

The remaining features of the construction of the semiconductor device (CSP) according to the nineteenth embodiment are identical to those of the sixth to eighteenth embodiments, so their description will not be repeated.

The CSP does not necessarily comprise the unconnected lead 35' described in the nineteenth embodiment, this unconnected lead 35' being used depending on the function of the CSP.

It will be understood that the unconnected lead can also be used not only in the twelfth embodiment, but also in any of the sixth to eighteenth embodiments, although not limited thereto.

Next, the effect obtained by the semiconductor device (CSP) according to the nineteenth embodiment will be described.

In the CSP, a desired circuit can be constructed by selecting the connected/unconnected leads 4*c*' using a common pattern, so it is unnecessary to provide separate wiring patterns for each product. Hence, common parts may be used for different CSPs, and, as a result, the CSP can be manufactured at lower cost.

When the CSP has the unconnected lead 35', by bending the unconnected lead 35' towards the electrode pad 1*b*' of the semiconductor chip 1', the unconnected lead 35' is not left exposed outside the sealing part 5' after resin sealing, so humidity resistance is improved. Also, by bending the unconnected lead 35' towards the electrode pad 1*b*' of the semiconductor chip 1', the unconnected lead 35' can be firmly sealed inside the sealing part 5' even when the surface of the sealing part 5' is depressed.

This reduces the limitations on the sealing resin and increases the number of sealing resins that can be used.

### Embodiment 20

FIGS. 122(*a*), 122(*b*), 122(*c*) are cross-sectional views showing a typical structure using a single layer surface wiring thin film wiring substrate in a semiconductor device according to a twentieth embodiment of this invention, and FIGS. 123(*a*), 123(*b*), 123(*c*) are cross-sectional views using a two-layer wiring thin film wiring substrate in a semiconductor device according to the twentieth embodiment of this invention.

First, whereas the wiring 4*d*' of the thin film wiring substrate 4' in the semiconductor device (CSP) according to

US 7,091,620 B2

57

58

the sixth to nineteenth embodiments was single layer wiring formed only on the reverse side of the tape base material (elastomer side), according to the twentieth embodiment, however, the thin film wiring substrate **4'** is either single layer surface wiring wherein the wiring is formed only on the surface side of the tape (bump electrode side), or two layer wiring. This will now be described using the sixth embodiment (CSP11'), seventh embodiment (CSP12') and twelfth embodiment (CSP17') as examples.

First, FIG. 122 shows the case where the thin film wiring substrate **4'** is a single layer surface wired. FIG. 122(*a*) shows the case where the external structure of the semiconductor device is that of the tape (e.g. the CSP11' of the sixth embodiment). FIG. 122(*b*) shows the case where the external structure of the semiconductor device is that of a sealed contour (e.g. the CSP12' of the seventh embodiment). FIG. 122(*c*) shows the case where the external structure of the semiconductor device is that of the elastomer (e.g. the CSP17' of the twelfth embodiment).

Herein, the single layer surface wiring is the wiring **4d'** formed on the top surface of the tape base material **4g'** of the thin film wiring substrate **4'**, and a solder resist **4r'** which is an insulating coating of approximately 10 to 30 μm thickness is formed at points excluding the bump lands **4f'** on the tape base material **4g'** (FIG. 108).

By using this single layer surface wiring, as the thickness of the solder resist **4r'** is only 10 to 30 μm which is relatively thin, solder corrosion in the region of the joins of the bump lands of the bump electrodes **2'** is suppressed, and unevenness in the attachment height of the bump electrodes **2'** is reduced.

FIG. 123 shows the case where the thin film wiring substrate **4'** has two layer wiring. FIG. 122(*a*) shows the case where the external structure of the semiconductor device is that of the tape (e.g. the CSP11' of the sixth embodiment). FIG. 122(*b*) shows the case where the external structure of the semiconductor device is that of a sealed contour (e.g. the CSP12' of the second embodiment). FIG. 122(*c*) shows the case where the external structure of the semiconductor device is that of the elastomer (e.g. the CSP17' of the twelfth embodiment).

In the case of two layer wiring, the wiring **4d'** is formed on the top surface and reverse side of the tape base material **4g'** of the thin film wiring substrate. The wiring **4d'** of the top and reverse sides is electrically connected by through holes **4w'**, and a solder resist **4r'** which is an insulating coating of approximately 10 to 30 μm thickness is formed at points excluding the bump lands **4f'** on the top surface of the tape base material **4g'**.

The remaining features of the construction of the semiconductor device (CSP) according to the twentieth embodiment are identical to those of the sixth to nineteenth embodiments, so their description will not be repeated.

The CSP does not necessarily have both the single layer surface wiring and the two-layer wiring described in the twentieth embodiment, and may have only the single layer surface wiring. Also, it is understood that these features may be applied not only to the sixth, seventh and twelfth embodiments, but to any of the sixth to nineteenth embodiments.

According to the twentieth embodiment, even when the number of bump electrodes **2'** increases and complex wiring has to be performed, the wiring **4d'** is formed on the both the top and reverse sides of the tape base material **4g'** via the through holes **4w'** so that the complex wiring is possible. As a result, the CSP can be manufactured even when the number of bump electrodes **2'** increases.

Embodiment 21

FIGS. 124(*a*), 124(*b*), 124(*c*), 124(*d*) are enlarged partial cross-sections showing an example of a lead tip processing sequence in a semiconductor device manufacturing method according to a twenty-first embodiment of this invention, as follows: FIG. 124(*a*) shows results before bonding, FIG. 124(*b*) shows results during bonding, FIG. 124(*c*) shows results after bonding, and FIG. 124(*d*) shows results after sealing.

FIGS. 125(*a*) to 125(*c*) and FIGS. 126(*a*) to 126(*c*) are enlarged partial cross-sections showing another example of a lead tip processing sequence in a method of manufacturing a semiconductor device for comparison with the lead tip processing shown in FIG. 124. The lead tip processing sequences thereof are as follows: (i) FIG. 125(*a*) shows results before bonding, FIG. 125(*b*) shows results during bonding, FIG. 125(*c*) shows results after sealing; and (ii) FIG. 126(*a*) shows results before bonding, FIG. 126(*b*) shows results during bonding, and FIG. 126(*c*) shows results after sealing.

The twenty-first embodiment concerns the tip processing of the leads **4c'** during bonding in the semiconductor device (CSP) shown in the sixth to twentieth embodiments. The twenty-first embodiment will be described using the CSP17' described in the twelfth embodiment, as an example.

First, in the comparative example shown in FIG. 125, as a distance P shown in FIG. 125(*a*) is relatively long, the bonding tool **7'** is moved (lowered) to perform bonding as shown in FIG. 125(*b*), and then the resin sealing step **28'** (FIG. 85) is performed to form the sealing part **5'** as shown in FIG. 125(*c*) without tip processing of the leads **4c'**. In this case, as the distance P shown in FIG. 125(*a*) is relatively long, the whole tip of the lead **4c'** after bonding is completely enclosed within the sealing part **5'**, as shown in FIG. 125(*c*).

In the comparative example shown in FIG. 126, the distance P shown in FIG. 126(*a*) is relatively short. The bonding tool **7'** is moved (lowered) to perform bonding as shown in FIG. 126(*b*) and the resin sealing step **28'** (FIG. 85) is performed to form the sealing part **5'** as shown in FIG. 125(*c*) without tip processing of the lead **4c'**. In this case, as the distance P shown in FIG. 126(*a*) is relatively short, tip processing of the lead **4c'** after bonding is not performed as shown in FIG. 126(*b*), so the tip of the lead **4c'** after bonding protrudes beyond the sealing part **5'** so that it is exposed as shown in FIG. 126(*c*).

On the other hand, in the CSP17' of the twenty-first embodiment shown in FIG. 124, the bonding tool **7'** is lowered straight down toward the electrode pad **1b'** of the semiconductor chip **1'**, and the electrode pad **1b'** and the lead **4c'** of the thin film wiring substrate **4'** are then electrically connected by the pressing action of the bonding tool **7'**, as shown in FIG. 124(*b*). The bonding tool **7'** is then moved in the direction of the tip of the lead **4c'** (horizontal displacement) effectively parallel to the main surface **1a'** of the semiconductor chip **1'**, as shown in FIG. 124(*c*). Specifically, after bonding, the pressure of the bonding tool **7'** is removed, and the tip of the bonding tool **7'** is displaced by a predetermined amount (e.g. 10 to 300 μm, but preferably 50 to 200 μm) in the direction of the tip of the lead **4c'**, then the resin sealing step **28'** is performed so as to form the sealing part **5'** as shown in FIG. 124(*d*). The splash angle near the tip of the lead **4c'** can, therefore, be made small.

When the tip processing of the lead **4c'** is performed, the bonding tool **7'** may first be raised by a predetermined amount (e.g. 5 to 100 μm, but preferably 10 to 60 μm) at the

US 7,091,620 B2

59
60

same time as the pressure of the bonding tool 7' is removed, and then displaced horizontally by the predetermined amount (e.g. 10 to 300 μm, but preferably 30 to 200 μm) in the direction of the tip of the lead 4c'.

Regarding the tip processing of the lead 4c', the bonding tool 7' may be moved by the predetermined amount (e.g. 10 to 300 μm, but preferably 30 to 200 μm) in the direction of the tip of the lead 4c' only when at least the distance P is relatively short compared to a length L of the projecting lead 4c' and a thickness E of the elastomer 3' (e.g., P≦L−E, but preferably P≦L−E−100 μm). When the conditions regarding P, L, E shown in FIG. 124(a) are not satisfied, it is not necessary to perform tip processing of the lead 4c'.

It will, moreover, be appreciated that it is not particularly necessary to perform tip processing of the lead 4c' regardless of the distance P, length L and thickness E shown in FIG. 124(a).

The remaining features of the construction of the semiconductor device (CSP) according to the twenty-first embodiment are identical to those of the CSP shown in the sixth to twentieth embodiments, so their description will not be repeated.

The tip processing of the lead 4c' described in the twenty-first embodiment is not indispensable, and may be omitted.

It is understood that these features may be applied not only to the twelfth embodiment, but also to any of the sixth to twentieth embodiments.

According to the sixteenth embodiment, regarding connection of the lead 4c', the tip of the extra length of the lead 4c' is prevented from protruding more than is necessary above the top surface (main surface 1a') of the semiconductor chip 1' regardless of the positions of the electrode pad 1b' on the semiconductor chip 1' even when a lead 4c' that is longer the required length is bonded.

Hence, the tip of the lead 4c' is prevented from being exposed outside the sealing part even after the sealing part 5' has been formed by the resin sealing 28' of the lead 4c' and electrode pad 1b' and, as a result, the humidity resistance of the semiconductor device (CSP17') is more reliable.

Embodiment 22

FIG. 127 shows an elastomer specification showing a typical color specification of the elastomer (elastic structure) used in the semiconductor device (CSP) according to a twenty-second embodiment of this invention.

In this twenty-second embodiment, the case will be described where a colored elastomer is used for the semiconductor device (CSP) shown in the sixth to twenty-first embodiments.

Specifically, the elastomer 3' of the CSP in the sixth to twenty-first embodiments is colorless, and it is an effectively transparent body which transmits light.

On the other hand, the elastomer 3' (elastic structure) of the twenty-second embodiment comprises a coloring agent in the adhesive layer 3e' formed on both sides of the skeleton layer 3d' (FIG. 128 described hereafter).

Specific examples of the specification of the colored elastomer 3' are the specification (1) and specification (2) shown in FIG. 127. The coloring agent used here is carbon.

In the colored elastomer specifications (1) and (2) shown in FIG. 127, the adhesive layer 3e' on both sides of the skeleton layer 3d' contains the coloring agent; however, the invention is not limited to this arrangement and the adhesive layer 3e' on only one side may contain the coloring agent.

In the specifications (1) and (2) shown in FIG. 127 of the twenty-second embodiment, the adhesive layers 3e' contain the coloring agent; however, the intermediate layer which is the skeleton layer 3d' may also contain the coloring agent, or both the adhesive layer 3e' and the skeleton layer 3d' may contain the coloring agent. In other words, it is sufficient if at least one of the parts comprising the elastomer 3' contains the coloring agent.

In the specifications (1) and (2) shown in FIG. 127, the coloring agent is composed of carbon particles; however, the coloring material is not limited to this and may be another inorganic pigment or organic dye.

In the specification (1) and (2) shown in FIG. 127, the coloring agent is black carbon, but the coloring agent may be red, blue, green, pink, yellow or another color, or an intermediate color.

The remaining features of the construction of the semiconductor device (CSP) according to Embodiment 17 are identical to those of the CSP shown in Embodiments 6 to 16, so their description will not be repeated.

It should be noted that it is not absolutely necessary for the elastomer 3' in the CSP of the twenty-second embodiment to contain a coloring agent. However, by arranging for the elastomer 3' to contain a predetermined amount of coloring agent according to the twenty-second embodiment, the transmittance of the elastomer 3' can be lowered without affecting basic properties of the elastomer 3' such as elastic modulus, thermal expansion coefficient, flame-retarding properties and humidity absorption. In this way, the circuit of the semiconductor chip 1' may be obscured from light. As a result, ultraviolet radiation, etc. which may cause incorrect operation of the semiconductor chip 1' can be blocked, and stability of the electrical circuit of the CSP is enhanced.

By using carbon as coloring agent, a predetermined light obscuring effect may be obtained by a small addition amount, so deterioration of the basic characteristics of the elastomer 3' may be suppressed to the minimum. Also, by incorporating the coloring agent in at least one of the adhesive layers 3e' rather than the skeleton layer 3d' of the elastomer 3', the elastomer 3' can be colored at low cost.

Embodiment 23

FIGS. 128(a) to 128(h) are component charts showing examples of the detailed composition of an elastomer in a semiconductor device according to a twenty-third embodiment of this invention. FIGS. 129(a) to 129(e) are component charts showing examples of the detailed composition of an elastomer in a semiconductor device according to the twenty-third embodiment of this invention. FIGS. 129(a) to 129(d) show 3-layer structures, and FIG. 129(e) shows a 5-layer structure.

Embodiment 23 concerns specific materials of each component of the elastomer 3' in the semiconductor device (CSP) of the sixth to twenty-second embodiments. Herein, FIGS. 128 and 129(a) to 129(d) show the case where the elastomer 3' comprises three layers, and FIG. 129(e) shows the case where the elastomer 3' comprises five layers.

In the five layer structure, other thin adhesive layers 3e' are formed between the skeleton layer 3d' and the two (outermost) adhesive layers 3e'. According to Embodiment 23, a specific example of this five layer structure is shown in FIG. 129(e), but in FIG. 128 and FIG. 129, it is particularly effective to use this five layer structure when film layers are formed on both sides of the skeleton layer 3d' instead of coating layers in the elastomer 3'.

In an elastomer 3' wherein the outer upper and lower layers are film layers, the use of this five layer structure further reduces the rigidity of the film layers (adhesive

US 7,091,620 B2

61 62

layers 3e'). As a result, the rigidity of the elastomer 3' is also reduced, so the elastomer easily molds to the contour of the leads 4c' and the contact of the elastomer 3' is improved.

Herein, the materials of each component of the elastomer 3' are not limited to those of the twenty-third embodiment shown in FIG. 128 and FIG. 129, and the elastomer may also be a multi-layer structure wherein the number of layers is not limited to three or five. It is preferable that a porous material (for detailed structure of this porous material, refer to the sixth embodiment) comprising a 3-dimensional mesh structure is used for the skeleton layer 3d'.

The remaining features of the construction of the semiconductor device (CSP) according to Embodiment 23 are identical to those of the CSP shown in Embodiments 6 to 22, so their description will not be repeated.

Embodiment 24

FIG. 130(a), 130(b) are diagrams showing typical thicknesses of the skeleton layer and adhesive layers in an elastomer of a semiconductor device according to a twenty-fourth embodiment of this invention.

The twenty-fourth embodiment concerns the thicknesses of the adhesive layers 3e' (FIG. 128 and FIG. 129) and the skeleton layer 3d' in the elastomer (elastic structure) of the semiconductor device (CSP) shown in the sixth to twenty-third embodiments.

FIG. 130 shows the case where the elastomer 3' comprises three layers.

First, in the elastomer 3', the thickness of the tape side adhesive layer 3g' is made thicker than the wiring 4d' of the tape base material 4g' (e.g., at least 1.2 times or at least 1.5 times).

Specifically, when for example the thickness of the wiring 4d' is 18 μm, the thickness of the tape side adhesive layer 3g' is at least 21.6 μm or, preferably, at least 27 μm.

Further, when for example the thickness of the wiring 4d' is 25 μm, the thickness of the tape side adhesive layer 3g' is at least 30 μm or, preferably, at least 37.5 μm.

FIG. 130(a) shows the case where the tape side adhesive layer 3g' (adhesive layer adjacent to thin film wiring substrate) and the chip side adhesive layer 3h' have the same thickness. As an example, the thickness of these two layers is 30 μm and the thickness of the skeleton layer 3d' which is the intermediate layer is 100 μm. If, for example, the thickness of the wiring 4d' is 18 μm, as the thickness of the upper and lower adhesive layers 3e' (herein, the tape side adhesive layer 3g' and chip side adhesive layer 3h') is 30 μm, and the thickness of the skeleton layer 3d' is 100 μm, the total thickness of the elastomer 3' is 160 μm.

FIG. 130(b) shows the case where the tape side adhesive layer 3g' (adhesive layer adjacent to thin film wiring substrate) is thicker than the chip side adhesive layer 3h'. As an example, the thickness of the tape side adhesive layer 3g' is 75 μm, the thickness of the chip side adhesive layer 3h' is 50 μm, and the thickness of the skeleton layer which is the intermediate layer is 25 μm. If, for example, the thickness of the wiring 4d' is 18 μm, as the thickness of the tape side adhesive layer 3g' is 75 μm, the thickness of the chip side adhesive layer 3h' is 50 μm and the thickness of the skeleton layer 3d' is 25 μm, the total thickness of the elastomer 3' is 150 μm.

It should be noted that the thicknesses given in FIG. 130 are only examples, and the invention is not limited to them. Moreover, the thickness of the tape side adhesive layer 3g' and the chip side adhesive layer 3h' may be identical or different.

According to Embodiment 24, by arranging the thickness of the tape side adhesive layer 3g' to be greater (e.g. at least 1.2 times or at least 1.5 times) than the thickness of the wiring 4d', undulations due to the wiring 4d' on the adhesive surface of the tape side base material 4g' can be covered and, as a result, the contact of the tape side adhesive layer 3g' is improved. This gives a CSP of high reliability. Also, by arranging the tape side adhesive layer 3g' and chip side adhesive layer 3h' to have the same thickness, contact between the tape base material 4g' and semiconductor chip 1' is improved, and a high efficiency, low cost elastomer 3' can be manufactured. Finally, by arranging the thickness of the tape side adhesive layer 3g' to be greater than the thickness of the chip side adhesive layer 3h', even better contact can be obtained with the undulations of the tape side adhesive layer 3g' due to the wiring 4d' within the thickness conditions determined for the elastomer overall. As a result, good adhesion is obtained and a CSP of high reliability can be manufactured.

The remaining features of the construction of the semiconductor device (CSP) according to Embodiment 24 are identical to those of the CSP shown in the Embodiments 6 to 23, so their description will not be repeated.

Embodiment 25

FIG. 131 is a base plane diagram showing the structure of the under surface of a semiconductor device according to a twenty-fifth embodiment of this invention.

The twenty-fifth embodiment concerns the width of the wiring 4d' in the thin film wiring substrate 4' in the semiconductor device (CSP) shown in the sixth to twenty-fourth embodiments.

The twenty-fourth embodiment will be described taking the CSP17' of the twelfth embodiment as an example.

In the CSP17' shown in FIG. 131, the wiring width of connecting parts 4s' which connect with the bump lands 4f' of the wiring 4d' formed in the thin film wiring substrate 4', is formed wider than the wiring width of the wiring 4d' at points remote from the connecting parts 4s', and the wiring width of the connecting parts 4s' progressively becomes narrower with increasing distance from the bump lands 4f'. Specifically, in the wiring 4d' reaching the leads 4c' from the bump land 4f' formed in the tape base material 4g' (FIG. 108), the wiring width of the connecting parts 4s' which connect with the bump lands 4f' is wider than the wiring width of the wiring 4d' at points distant from these connecting parts 4s', these parts tapering off so that the wiring width of the connecting part 4s' gradually becomes narrower with increasing distance from the bump lands 4f'. In the CSP17' shown in FIG. 131, the width of all twelve of the connecting parts 4s' is formed wide, and these wide connecting parts 4s' progressively become narrower with increasing distance from the bump lands 4f.

The remaining features of the construction of the semiconductor device (CSP) according to Embodiment 25 are identical to those of the CSP of the Embodiments 6 to 24, so their description will not be repeated.

However, it is not absolutely necessary to form the connecting parts 4s', such as described in the twenty-fifth embodiment, and they may be omitted.

Of the wiring formed on the tape base material 4g', the wiring 4d' protruding from the connecting parts 4s' which are connected to the bump lands 4f' immediately adjacent to the leads 4c', is a relatively short distance away from the leads 4c'. Therefore when a load acts on the leads 4c' and wiring 4d', stress tends to concentrate in the connecting parts

US 7,091,620 B2

63                                                        64

4s' which are connected to the bump lands 4f' immediately adjacent to the leads. It is therefore desirable that when the connecting parts 4s' are formed, these connecting parts 4s' which are connected to the bump lands 4f' immediately adjacent to the leads 4c' are formed wider than other parts.

According to Embodiment 25, the connecting parts 4s' between the wiring 4d' and bump lands 4f' are formed wide, so stress does not easily concentrate in these connecting parts 4s'. Hence during a temperature cycle, even if the tape base material 4g' and wiring 4d' deform due to thermal contraction and expansion, the connecting parts 4s' between the wiring 4d' and bump lands 4f' do not break.

It is of course understood that the features of this invention may be applied not only to Embodiment 12, but also to Embodiments 6 to 24.

Embodiment 26

FIGS. 132(a) to 132(d) are figures each showing a typical structure of a semiconductor device according to a twenty-sixth embodiment of this invention. FIG. 132(a) is a base plan view, FIG. 132(b) is a side view, FIG. 132(c) is a plan view of which part has been cut away, and FIG. 132(d) shows a front view. FIGS. 133(a) to 133(c) are diagrams of the construction of the semiconductor device shown in FIG. 132. FIG. 133(a) is a cross-sectional view through a line 133A—133A in FIG. 132. FIG. 133(b) is a cross-sectional view through a line 133B—133B in FIG. 132. FIG. 133(c) is a cross-sectional view through a line 133C—133C in FIG. 132. FIGS. 134(a) and 134 (b) are enlarged partial cross-sections of the structure of the semiconductor device shown in FIG. 133. FIG. 134(a) is a view of a part D in FIG. 133(b), FIG. 134(b) is a view of a part E in FIG. 133(c), and FIGS. 135(a) to 135(f) are diagrams each showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to the twenty-sixth embodiment of this invention. FIGS. 135(a), 135(c), 135(e) are partial plan views, and FIG. 135(b), 135(d), 135(f) are, respectively, cross-sectional views showing a section through lines 135A—135A, 135D—135D and 135F—135F. FIGS. 136(a) to 136(d) are diagrams each showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to the twenty-sixth embodiment of this invention. FIGS. 136(a), 136(c) are partial plan views, and FIGS. 136(b), 136(d) are respectively cross-sectional views showing a section through lines 136B—136B, 136D—136D. FIGS. 137(a) to 137(f) are diagrams each showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to the twenty-sixth embodiment of this invention. FIGS. 137(a), 137(d) are partial plan views, FIGS. 137(b), 137(e) are, respectively, cross-sectional views showing a section through lines 137B—137B, 137E—137E, and FIGS. 137(c), 137(f) are, respectively, cross-sectional views showing a section through lines 137C—137C, 137F—137F. FIGS. 138(a) to 138(f) are diagrams each showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device according to the twenty-sixth embodiment of this invention. FIGS. 138(a), 138(d) are partial plan views, FIGS. 138(b), 138(e) are, respectively, cross-sectional views showing a section through lines 138B—138B, 138E—138E, and FIGS. 138(c), 138(f) are respectively cross-sectional views showing a section through lines 138C—138C, 138F—138F. FIGS. 139(a) to 139(f) are diagrams each showing an example of a method of manufacturing a thin film wiring substrate used in the semiconductor device

according to the twenty-sixth embodiment of this invention. FIGS. 139(a), 139(d) are partial plan views, FIGS. 139(b), 139(e) are respectively cross-sectional views showing a section through lines 139B—139B, 139E—139E, and FIGS. 139(c), 139(f) are, respectively, cross-sectional views showing a section through lines 139C—139C, 139F—139F.

A semiconductor device (CSP51') according to the twenty-sixth embodiment is a peripheral pad type fan-in CSP identical to the CSP17' of the twelfth embodiment shown in FIG. 105. It has a substantially identical structure to that of the CSP17'; however, differences from the CSP17' of the twelfth embodiment are that the thin film wiring substrate 4' does not comprise the base protruding parts 4b' shown in FIG. 105, and the elastomer 3' (FIG. 132(a)) which is an elastic structure comprises exposed parts 3i' which are exposed to the outside, as shown in FIG. 132(b).

Specifically, whereas the CSP of Embodiments 6 to 25 is a structure wherein at least the thin film wiring substrate 4' comprises substrate protruding parts 4b' which protrude beyond the periphery of the semiconductor chip 1', the CSP51' according to Embodiment 26 is a structure wherein the thin film wiring substrate 4' does not comprise the substrate protruding parts 4b'.

The CSP51', therefore, does not comprise the elastomer protruding parts 3b' provided in the elastomer of the CSP17' shown in FIG. 105.

Herein, the detailed structure of the CSP51' according to the twenty-sixth embodiment will be described.

The CSP51 comprises the elastomer 3' (elastic structure) provided with the exposed parts 3i' arranged on the main surface 1a' of the semiconductor chip 1' for exposing the electrode pads 1b' (connection terminals), a substrate body 4a' provided with the wiring 4d' whereof one end is electrically connected to the electrode pads 1b' via the leads 4c' and the other ends are electrically connected to the bump electrodes 2' (external terminals), the thin film wiring substrate 4' comprising the openings 4e' for exposing the electrode pads 1b', and a sealing part 5' for sealing the electrode pads 1b' of the semiconductor chip 1' and the thin film wiring substrate 4'.

In the CSP51' shown in FIG. 132, 20 of the bump electrodes 2' are provided.

The CSP51' comprises the exposed parts 3i' of the elastomer 3' (FIG. 132(a)) on the two long side faces 51a' as shown in FIG. 132(b), there being four of the exposed parts 51a' on each of the two sides 51a' of the CSP51'.

The remaining features of the construction of the semiconductor device (CSP) according to Embodiment 26 are identical to those of the CSP17' of Embodiment 12, so their description will not be repeated.

The method of manufacturing the CSP51' according to the twenty-sixth embodiment will now be described.

First, as shown in FIG. 135 and FIG. 136, the elastomer 3' joined to the substrate body 4a' comprising the wiring 4d' is manufactured, the openings 4e' comprising the leads 4c' connected to the wiring 4d' are formed, and the thin film wiring substrate 4' (FIG. 136(c)) wherein the substrate body 4a' is supported in a substrate frame 4f' by supporters 3j' of the elastomer 3' is prepared.

The method of manufacturing the thin film wiring substrate 4' will be described referring to FIG. 135 and FIG. 136.

The tape base material 4g' comprising a polyimide resin shown in FIG. 135(a) is prepared. An adhesive is coated on the top surface, under surface or both the top surface and under surface of the tape base material 4g' in order to attach the copper foil 4h' shown in FIG. 135(c).

US 7,091,620 B2

65                                                                          66

Next, reference holes $4i'$ for tape feed are formed at an approximately equal interval on both sides of the tape base material $4g'$.

Next, 20 of the bump openings $4j'$ are formed. Two of the wiring join openings $4e'$ and two of the long cutting holes $4q'$ are formed on both sides by a punch die as shown in FIG. 135($a$), and the copper foil $4h'$ is laminated on the tape base material $4g'$ as shown in FIGS. 135($c$), 135($d$).

The copper foil $4h'$ is formed into a desired shape by etching as shown in FIG. 135($e$) so as to form the wiring pattern.

Next, the tape base material $4g'$ is attached to the elastomer $3'$ as shown in FIGS. 136($a$), 136($b$).

The elastomer $3'$ used in the twenty-sixth embodiment comprises four long supporting members $3j'$ on each side (a total of eight on both sides) as shown in FIG. 136($a$). These supporting members $3j'$ straddle the four long holes $4q'$ of the thin film wiring substrate $4'$ and are sufficiently long to reach the substrate frame $4t'$. However, the number of the supporting members $3j'$ is not limited to eight, and any number is permitted. The number of these supporting members $3j'$ corresponds to the number of exposed parts $3i'$ of the CSP$51'$. Hence, the elastomer $3'$ is attached to the thin film wiring substrate $4'$, the body of the elastomer $3'$ is attached to the substrate body $4a'$ of the thin film wiring substrate $4'$, and the eight supporting members $3j'$ of the elastomer $3'$ are arranged to straddle the long holes $4q'$ of the thin film wiring substrate $4'$ so as to attach them to the substrate frame $4t'$.

Next, four suspension members $4u'$ supporting the substrate body $4a'$ shown in FIG. 136($a$) are cut so that the substrate body $4a'$ is supported in the substrate frame $4t'$ by the supporting members $3j'$ of the elastomer $3'$.

In other words, the substrate body $4a'$ of the thin film wiring substrate $4'$ shown in FIG. 136($c$) is supported by the elastomer attached to it.

As a result, the thin film wiring substrate $4'$ to which the elastomer $3'$ is attached is formed as shown in FIGS. 136($c$), 136($d$) and FIGS. 137($a$) to 137($c$).

Next, the electrode pads $1b'$ (FIG. 132) of the semiconductor chip $1'$ are exposed by the openings $4e'$ of the thin film wiring substrate $4'$, and the main surface $1a'$ of the semiconductor chip $1'$ and the elastomer $3'$ are joined.

In other words, the semiconductor chip $1'$ is attached to the elastomer $3'$ as shown in FIGS. 137($d$) to 137($f$).

Next, the electrode pads $1b'$ of the semiconductor chip $1'$ (FIG. 132) and the corresponding leads $4c'$ of the thin film wiring substrate $4'$ are electrically connected, as shown in FIG. 138($a$).

Next, the resin sealing $28'$ (FIG. 85) of the electrode pads $1b'$ of the semiconductor chip $1'$ and the leads $4c'$ of the thin film wiring substrate $4'$ is performed by a potting method using sealing resin as shown in FIGS. 138($d$) to 138($f$) so as to form the sealing parts $5'$.

The resin sealing $28'$ may be performed also by the transfer mold method.

Next, a bump pole material is supplied to the bump openings $4j'$ of the substrate body $4a'$, and the bump electrodes $2'$ are formed as shown in FIG. 139($a$)–139($c$) by passing the assembly through a reflow furnace, not shown.

In this way, the wiring $4d'$ of the substrate body $4a'$ (FIG. 132 or FIG. 133) is electrically connected to the bump electrodes $2'$.

Next, the supporting members $3j'$ of the elastomer $3'$ are cut so as to separate them from the substrate frame $4t'$ of the substrate body $4a'$, and the exposed parts $3i'$ (FIG. 139($e$)) of the elastomer $3'$ formed by the cut supporting members $3j'$, are thereby exposed.

Therefore, the CPS$51'$ as shown in FIGS. 139($d$) to 139($f$) or FIG. 132 can be produced.

The remaining features of the method of manufacture of the CSP$51'$ are identical to those of the CSP$17'$ of the twelfth embodiment, so their description will not be repeated.

It will be understood that the techniques of the aforesaid Embodiments 19 to 25 may be applied also to the CSP$51'$ of Embodiment 26.

The advantages of the CSP$51'$ of the twenty-sixth embodiment and of its method of manufacture are as follows.

If the internal pressure of the elastomer rises due to expansion of water vapor and gas during solder reflow when the bump electrodes are formed, this gas (vapor) can escape from the exposed parts $3i'$ of the elastomer $3'$ to the outside via a gas escape path $36'$ as shown in FIG. 132($a$) (gas can escape from any of the eight exposed parts $3i'$).

In other words, gas can be released by the exposed parts $3i'$ of the elastomer $3'$.

The occurrence of the popcorn phenomenon wherein the sealing part $5'$ is ruptured, is thereby prevented.

As a result, reliability of the CSP$51'$ is improved.

The remaining advantages of the method of manufacture of the CSP$51'$ according to the twenty-sixth embodiment are identical to those of the CSP$17'$ of the twelfth embodiment, so their description will not be repeated.

Embodiment 27

FIGS. 140($a$) to 140($c$) show examples of the structure of a semiconductor device according to a twenty-seventh embodiment. FIG. 140($a$) is a side view, FIG. 140($b$) is a plan view, FIG. 140($c$) is a front view.

A CSP$52'$ (semiconductor device) according to the twenty-seventh embodiment is a peripheral pad type fan-in CSP as is the CSP$51'$ of the twenty-sixth embodiment shown in FIG. 132. It has a substantially identical structure to that of the CSP$51'$; however, differences from the CSP$51'$ of the twenty-sixth embodiment are that all of the side faces of the elastomer $3'$ (FIG. 132) are exposed in the side faces $52a'$ of the elastomer $3'$, as shown in FIG. 140. In other words, in the CSP$52'$, all the side faces of the elastomer $3'$ are exposed as the exposed parts $3i'$ after manufacture is complete, as shown in FIG. 140($a$).

The remaining features of the construction of the CSP$52'$ according to the twenty-seventh embodiment are identical to those of the CSP$51'$ of the twenty-sixth embodiment, so their description will not be repeated.

It will be understood that the techniques of the aforesaid Embodiments 19 to 25 may be applied also to the CSP$52'$ of Embodiment 27.

The advantages of the CSP$52'$ of the twenty-seventh embodiment and of its method of manufacture are as follows.

In the CSP$52'$, as the entire side faces of the elastomer $3'$ form the exposed parts $3i'$, the exposed surface area of the elastomer $3'$ is increased. Hence, the gas release effect due to the exposed areas $3i'$ of the elastomer $3'$ is enhanced. As a result, the reliability of the CSP$52'$ is further improved.

The remaining features of the CSP$52'$ according to the twenty-seventh embodiment and of its method of manufacture are identical to those of the CSP$51'$ of the twenty-sixth embodiment, so their description will not be repeated.

Embodiment 28

FIGS. 141($a$) to 141($d$) are plan views each showing a typical structure of a semiconductor device according to a

67
68

twenty-eighth embodiment of this invention. FIG. **141**(*a*) is a plan view, FIG. **141**(*b*) is a side view, FIG. **141**(*c*) is a plan view, and FIG. **141**(*d*) is a front view. FIGS. **142**(*a*) to **142**(*b*) are diagrams each showing an example of a state when sealing is complete in a method of manufacturing the semiconductor device according to the twenty-eighth embodiment of this invention. FIG. **142**(*a*) is a plan view, FIG. **142**(*b*) is a base plan view. FIGS. **143**(*a*) to **143**(*c*) show cross-sections of the plan view shown in FIG. **142**(*a*). FIGS. **143**(*a*) is a cross-sectional view through a line **143**A—**143**A, FIG. **143**(*b*) is a cross-sectional view through a line **143**B—**143**B, FIG. **143**(*c*) is a cross-sectional view through a line **143**C—**143**C. FIGS. **144**(*a*) to **144**(*c*) are diagrams each showing an example of a state when sealing is complete in a method of manufacturing the semiconductor device according to the twenty-eighth embodiment of this invention. FIG. **144**(*a*) is a plan view, FIG. **144**(*b*) is a side view, FIG. **144**(*c*) is a base plan view. FIG. **145** is a schematic diagram showing an example of a gas release state in the semiconductor device according to the twenty-eighth embodiment.

A CSP**53**' (semiconductor device) according to the twenty-eighth embodiment is a peripheral pad type fan-in CSP as is the CSP**51**' of the twenty-sixth embodiment shown in FIG. **132**. It has a substantially identical structure to that of the CSP**51**'; however, differences from the CSP**51**' of the twenty-sixth embodiment are that the sealing parts **5**' are formed only in the vicinity of the two ends of the semiconductor chip **1**' as shown in FIG. **141**(*a*). Hence, the device comprises the exposed parts **3***i*' corresponding to the entire side faces of the elastomer **3**', and the exposed parts **3***i*' formed by exposing the area in the vicinity of the center on the left and right of the peripheral part on the top surface and under surface of the device, as shown in FIGS. **141**(*b*), **141**(*c*).

In other words, in the CSP**53**', the resin sealing **28**' is not performed over all the side faces **1***c*' of the semiconductor chip **1**', but only in the vicinity of the electrode pads **1***b*' (FIG. **132**).

Herein, FIG. **142** and FIG. **143** show the structure obtained when the resin sealing **28**' is complete in the process of manufacturing the CSP**53**'. FIG. **142**(*a*) shows a plan view, and FIG. **142**(*b*) is a base view seen from the under surface.

The sealing parts **5**' are formed on the short side faces **1***c*' of the semiconductor chip **1**' and at both ends of the long side faces **1***c*', as shown in FIG. **142**(*b*). As they are not formed in the vicinity of the center of the side faces **1***c*', the areas in the vicinity of the center on the left and right of the peripheral part of the top surface and under surface of the elastomer **3**' are exposed.

In the CSP**53**' according to the twenty-eighth embodiment, the shape of the elastomer **3**' is substantially identical to that of the tape base material **4***g*', as shown in FIG. **142**. In other words, the shape of the elastomer **3**' is made to effectively fit that of the thin film wiring substrate **4**' including the openings **4***e*', long holes **4***q*' and suspension members **4***u*' of the thin film wiring substrate **4**'.

FIG. **144** shows the situation after resin sealing when the suspension members **4***u*' of the thin film wiring substrate **4**' and suspension pieces **3***k*' of the elastomer **3**' shown in FIG. **142** are cut so as to separate the substrate body **4***a*' from the substrate frame **4***t*'.

The remaining features of the CSP**53**' according to the twenty-eighth embodiment and of its method of manufacture are identical to those of the CSP**51**' of the twenty-sixth embodiment, so their description will not be repeated.

It will be understood that the techniques of the aforesaid Embodiments 19 to 25 may be applied also to the CSP**53**' of Embodiment 28.

The advantages of the CSP**53**' of the twenty-eighth embodiment and of its method of manufacture are as follows.

In the CSP**53**', the areas in the vicinity of the center on the left and right of the peripheral part of the top surface and under surface of the elastomer **3**' are exposed, and as the exposed surface area of the elastomer **3**' is increased with the addition of the exposed parts **3***i*' at the cut positions. Therefore, the gas release effect is further enhanced when gas escapes via the gas escape path **36**' shown in FIG. **145**.

Also, by forming the shape of the elastomer **3**' substantially the same as that of the tape base material **4***g*', the strength of the thin film wiring substrate **4**' in the CSP**53**' is increased. As a result, defects in the CSP**53**' are reduced, and the yield is increased.

The remaining features of the CSP**53**' according to the twenty-eighth embodiment and of its method of manufacture are identical to those of the CSP**51**' of the twenty-sixth embodiment so their description will not be repeated.

Embodiment 29

FIGS. **146**(*a*) to **146**(*e*) is a diagram of a typical structure of a semiconductor device according to a twenty-ninth embodiment of this invention. FIG. **146**(*a*) is a base plan view, FIG. **146**(*b*) is a side view, FIG. **146**(*c*) is a plan view, FIG. **146**(*d*) is a front view, FIG. **146**(*e*) is a section through a line **146**E—**146**E in FIG. **146**(*c*).

A CSP**54**' (semiconductor device) according to the twenty-ninth embodiment is a peripheral pad type fan-in CSP as is the CSP**51**' of the twenty-sixth embodiment shown in FIG. **132**. It has a substantially identical structure to that of the CSP**51**'; however, differences from the CSP**51**' of the twenty-sixth embodiment are that openings **4***v*' for exposing the elastomer **3**' are provided in the thin film wiring substrate **4**' as shown in FIGS. **146**(*c*), **146**5(*e*), and that there are no positions exposing the elastomer **3**' other than the openings **4***v*' as shown in FIG. **146**.

In the CSP**54**' according to the twenty-ninth embodiment, the two openings **4***v*' are provided inside the substrate body **4***a*' of the thin film wiring substrate **4**'. As a result, when the CSP**54**' is assembled, the elastomer **3**' is exposed via these openings **4***v*'. Therefore, the exposed parts **3***i*' of the elastomer **3**' are formed by the openings **4***v*'. In the CSP**54**', there are no positions exposing the elastomer **3**' other than the openings **4***v*'. In other words, the resin sealing **28**' is performed over all the side faces **1***c*' without exposing the side faces **1***c*' of the semiconductor chip **1**' as shown in FIG. **146**(*a*) to **146**(*d*).

In the CSP**54**' according to the twenty-ninth embodiment, the openings **4***v*' are formed in the substrate body **4***a*' of the thin film wiring substrate **4**', and they may be formed at any position provided that the elastomer **3**' is exposed after the CSP**54**' is assembled. Moreover, there is no particular limitation on the number of the openings **4***v*'.

The remaining features of the construction of the CSP**54**' according to the twenty-ninth embodiment and of its method of manufacture are identical to those of the CSP**51**' of the twenty-sixth embodiment, so their description will not be repeated.

It will be understood that the techniques of the aforesaid Embodiments 19 to 25 may be applied also to the CSP**54**' of Embodiment 29.

**69**

**70**

The advantages of the CSP**54'** of the twenty-ninth embodiment and of its method of manufacture are as follows.

In the CSP**54'**, the resin sealing **28'** is performed over all the side faces 1*c'* of the semiconductor chip **1'**, so the sealing properties of the semiconductor chip **1'** are enhanced. As a result, defects in the semiconductor chip **1'** are reduced, and the reliability of the CSP**54'** is improved.

Also, as the openings 4*v'* are provided in the thin film wiring substrate **4'**, gas can be released via these openings 4*v'* even when the resin sealing **28'** is performed over all the side faces 1*c'* of the semiconductor chip **1'**. Therefore, gas release from the elastomer **3'** is enhanced while the sealing properties of the semiconductor chip **1'** are improved.

The remaining advantages of the method of manufacture of the CSP**54'** according to the twenty-ninth embodiment are identical to those of the CSP**51** of the twenty-sixth embodiment, so their description will not be repeated.

Embodiment 30

FIGS. **147**(*a*) to **147**(*c*) are diagrams of a typical structure of a semiconductor device according to a thirtieth embodiment of this invention. FIG. **147**(*a*) is a plan view, FIG. **147**(*b*) is a side view, and FIG. **147**(*c*) is a base plan view. FIG. **148** is a partial plan view showing an example of a sealing completion state in a method of manufacturing the semiconductor device according to the twenty-fifth embodiment of this invention. FIGS. **149**(*a*) and **149**(*b*) are views showing cross-sections through the partial plan view shown in FIG. **148**. FIG. **149**(*a*) is a cross-section through the line **149A**—**149A**, and FIG. **149**(*b*) is a cross-section through the line **149B**—**149B** in FIG. **148**. FIGS. **150**(*a*) and **150**(*b*) are partial plan views each showing an example of a sealing completion state in a method of manufacturing the semiconductor device according to the thirtieth embodiment of this invention. FIG. **150**(*a*) is a base plan view, and FIG. **150**(*b*) is a base plan view of a state with the semiconductor chip removed. FIG. **151** is a schematic diagram showing an example of a gas release state in a semiconductor device according to the thirtieth embodiment of this invention.

A CSP**55'** (semiconductor device) according to the thirtieth embodiment is a structure wherein pads are formed on the chip periphery, and the pad electrodes 1*b'* are formed both inside and outside the chip **1'** as shown in FIG. **147**. Hereafter, this type of CSP will be referred to as a fan-in/fan-out CSP. Differences from the CSP**51** of the twenty-sixth embodiment are that electrode pads 1*b'* are provided on the periphery of the four sides of the main surface 1*a'* of the semiconductor chip **1'**, and the bump electrodes **2'** which are external terminals are arranged inside (substrate body 4*a'*) and outside (substrate protruding parts 4*b'*) the semiconductor chip **1'**.

The CSP**55'** comprises an elastomer **3'** comprising the exposed parts 3*i'* for exposing the electrode pads 1*b'* (connection terminals) arranged on the main surface 1*a'* of the semiconductor chip **1'**, and the elastomer protruding parts 3*b'* (elastic structure protruding parts) which protrude beyond the periphery of the semiconductor chip **1'**, the thin film wiring substrate **4'** comprising the substrate body 4*a'* provided with the wiring 4*d'* whereof one end is electrically connected to the electrode pads 1*b'* via the leads 4*c'* (FIG. **132**) and the other end is electrically connected to the bump electrodes **2'**, and the substrate protruding parts 4*b'* provided with the openings 4*e'* for exposing the electrode pads 1*b'* (FIG. **132**), these protruding parts protruding beyond the openings 4*e'* and the semiconductor chip **1'**, and the sealing

parts **5'** for sealing the electrode pads 1*b'* of the semiconductor chip **1'** and the leads 4*c'* of the thin film wiring substrate **4'**. The thin film wiring substrate **4'** and the elastomer **3'** are formed in approximately the same size, and the bump electrodes **2'** are provided in the substrate body 4*a'*.

Therefore, in the CSP**55'** the thin film wiring substrate **4'** comprises the substrate protruding parts 4*b'* formed in a one-piece construction with the substrate body 4*a'* and its outer periphery, the bump electrodes **2'** being provided in these substrate protruding parts 4*b'* outside the semiconductor chip **1'**.

FIG. **148** to FIG. **150** show the structure of the CSP**55'** when the resin sealing **28'** is complete. FIG. **148** is a plan view, FIG. **148** is a cross-sectional view, FIG. **150**(*a*) is a base plan view seen from the under surface, and FIG. **150**(*b*) is a view of the tape base material 4*g'* seen from the under surface through the semiconductor chip **1'**.

The substrate body 4*a'* and substrate protruding parts 4*b'* are connected and supported by the suspension members 4*u'* of the four angle pieces of the substrate body 4*a'*, via the four openings 4*e'* (FIG. **149**(*a*)) formed in the outer periphery of the substrate body 4*a'*.

In the outer periphery of the substrate protruding parts 4*b'*, the four long holes 4*q'* used for cutting are formed, and the substrate protruding parts 4*b'* are supported in the substrate frame 4*f'* by the suspension members 4*u'* of the four angle pieces.

The elastomer **3'** of the thirtieth embodiment is formed with a shape substantially fitting that of the substrate body 4*a'* and substrate protruding parts 4*b'* in the thin film wiring substrate **4'** shown in FIG. **148**, as shown in FIG. **150**(*a*).

Therefore, the elastomer protruding parts 3*b'* are provided which are supported by the suspension pieces 3*k'* (FIG. **150**(*b*)) and formed with essentially the same shape as that of the substrate protruding parts 4*b'*, and the four openings 3*c'* are formed with effectively the same size as that of the four openings 4*e'* of the thin film wiring substrate.

The sealing parts **5'** are formed only in the four openings 4*e'* of the thin film wiring substrate **4'**, i.e. in the vicinity of the electrode pads 1*b'* of the semiconductor chip **1'**, as shown in FIG. **149**(*a*).

Therefore when assembly is complete, in the CSP**55'** which is a fan-in/fan-out structure, all points on the under surface of the elastomer **3'** excluding those covered by the semiconductor chip **1'** (elastomer protruding parts 3*b'*) and all of the side faces 1*a'* are exposed to form the exposed parts 3*i'*, as shown in FIGS. **147**(*b*), **147**(*c*).

FIG. **147** shows the state where, after resin sealing, the semiconductor device is cut in the suspension members 4*u'* of the angle pieces of the substrate protruding parts 4*b'* of the thin film wiring substrate **4'** shown in FIG. **148** so as to separate the substrate body 4*a'* and substrate protruding parts 4*b'* from the substrate frame 4*f'*.

The remaining features of the construction of the CSP**55'** according to the thirtieth embodiment are identical to those of the CSP**51'** of the twenty-sixth embodiment, so their description will not be repeated.

The method of manufacturing the CSP**55'** according to the thirtieth embodiment will now be described.

First, the substrate body 4*a'* comprising the wiring 4*d'* and the substrate protruding parts 4*b'* on its outer periphery are formed, the elastomer **3'** which has effectively the same shape as that of the substrate protruding parts 4*b'* and substrate body 4*a'* is joined to it, and the thin film wiring substrate **4'** comprising the openings 4*e'* comprising the leads 4*c'* joined to the wiring 4*d'* is prepared.

US 7,091,620 B2

71                                                                    72

Next, the main surface $1a'$ of the semiconductor chip $1'$ and the elastomer $3'$ are joined so as to expose the electrode pads $1b'$ (FIG. 132) of the semiconductor chip $1'$ in the openings $4e'$ of the thin film wiring substrate $4'$.

The electrode pads $1b'$ of the semiconductor chip $1'$ are electrically connected to the corresponding leads $4c'$ of the thin film wiring substrate $4'$.

Next, the resin sealing 28' is applied to the electrode pads $1b'$ of the semiconductor chip $1'$ and the leads $4c'$ of the thin film wiring substrate $4'$ to form the sealing parts 5'.

The state of the device when sealing is complete is shown in FIG. 148, FIG. 149 and FIG. 150.

Next, the bump electrodes 2' are formed in the substrate body $4a'$ and substrate protruding parts $4b'$ so that they are electrically connected to the wiring $4d'$.

The four suspension members $4u'$ in the outer angle pieces of the substrate protruding parts $4b'$ shown in FIG. 148 are cut so that the substrate body $4a'$ and substrate protruding parts $4b'$ are separated from the substrate frame $4t'$.

The state of the device when cutting is complete is shown in FIGS. 147(a), 147(b), 147(c).

The remaining features of the method of manufacturing the CSP55' according to the thirtieth embodiment are identical to those of the CSP51' of the twenty-sixth embodiment, so their description will not be repeated.

It will be understood that the techniques of the aforesaid Embodiments 19 to 25 may be applied also to the CSP55' of Embodiment 30.

The advantages of the CSP55' of the thirtieth embodiment and of its method of manufacture are as follows.

In the CSP55', even in a fan-in/fan-out structure, gas (vapor) can be released via the gas escape path 36' through the suspension members $3k'$ (FIG. 150(b)) provided in the elastomer 3' as shown in FIG. 151.

The occurrence of the popcorn phenomenon which damages the sealing part 5' is thereby prevented, and as a result the reliability of the CSP55' is improved.

The remaining features of the CSP55' according to the thirtieth embodiment and of its method of manufacture are identical to those of the CSP51' of the twenty-sixth embodiment, so their description will not be repeated.

This invention has been described in detail based on the first to thirtieth embodiments; however, the invention is not limited to these thirty embodiments and various modifications are possible within the scope and spirit of the invention.

For example, the specifications of the components shown in FIG. 84(a, b, c, d) and the process conditions shown in FIG. 85 are only examples of optimum conditions, and the invention is not necessarily limited to the examples shown in FIG. 84(a, b, c, d) and FIG. 85.

Further, in the aforesaid embodiments, although not limited thereto, although the case was primarily described where the semiconductor chip $1'$ is longitudinal (elongated rectangle) in shape, the semiconductor chip $1'$ may also have a different plan view shape such as a square.

The electrode pads $1b'$ provided in the semiconductor chip $1'$ are not necessarily located at the two ends of the semiconductor chip $1'$, and may be provided in any other position provided that this position is situated on the outer periphery of the main surface $1a'$ of the semiconductor chip $1'$. They may for example be provided over the whole of the outer periphery.

The number of the electrode pads $1b'$ and the number of bump electrodes 2' provided in the semiconductor chip $1'$ is not limited to 12 or 20, and may be a number less than 12, 13–19 or more than 20.

The shape of the openings $4e'$ of the thin film wiring substrate $4'$ and the openings $3c'$ of the elastomer 3' is not limited to rectangular, and may be another shape provided that the electrode pads $1b'$ of the semiconductor chip $1'$ can be exposed.

The semiconductor device described in the aforesaid embodiments may be used for example in a DRAM (Dynamic Random Access Memory), SDRAM (Synchronous DRAM) SRAM (Static RAM), RAMBUS, flash memory, ASIC (Application Specific IC), CPU (Central Processing Unit) or gate array, although not limited thereto. Typical applications of these devices are modules and cards, but it will be understood that they may be applied to products other than modules and cards.

The techniques in the Embodiments 1–30, also, can be combined as required.

The number of the solder bumps serving as external connection terminals of the semiconductor package and the bonding pads serving as external terminals of the semiconductor chip electrically connected with the solder bumps are not restricted only to those described in connection with the embodiments, but they may be properly modified depending on or in accordance with the specification of the packages, such as the integrated circuits formed on the semiconductor chip.

Further, regarding the materials, for example, for the elastomer forming the elastic structural material, the tape for the flexible wiring substrate, the wiring and lead plating, the solder resist serving as the insulation film and the solder bump serving as a bump electrode, the invention is also applicable in a case of using other materials having respective properties.

For example, as the solder resist, there can be mentioned a resin mixture comprising an acrylic resin and an epoxy resin, the resin mixture described above with addition of a filler, melamine, acryl, polystyrol and polyimide, as well as polyurethane and silicone; although, it is necessary that they have a property of withstanding the soldering temperature and have a resistance to the exposure of a flux and a cleaning solvent.

Advantageous effects obtained by typical examples among those disclosed, although not limited thereto, in accordance with the present invention are briefly explained below.

(1) Since the elastic structural material is disposed on the flat surface on the rear face of the substrate base material by adopting a surface wiring structure in which the elastic structural material is disposed on the rear face of the substrate base material of the wiring substrate, and the insulation film is formed on the main surface of the wirings formed on the main surface of the substrate base material, the elastic structural material can be mounted with a higher accuracy and stably to the substrate base material in a voidless manner and, since the size and the shape of the elastic structural material are made stable, the bonding step for the semiconductor chip is also stable, thereby enabling assembling at a higher yield.

(2) Since the signal wiring layer and the power source ground wiring layer can be separated into different layers by making the wirings of the wiring substrate into a multi-wiring layer structure, an excellent electric characteristic in view of noise resistance can be attained.

(3) Since external terminals of the semiconductor chip can be disposed at the central portion or the peripheral portion, and the bump electrodes connected to the external terminals can be disposed to the inside, outside or both of the regions

US 7,091,620 B2

73

74

outward of the outer circumference of the semiconductor chip, the invention is applicable to package structures of various types and variations.

(4) Since the edge position of the substrate base material can be optimized relative to the elastic structural material by setting the distance between the end of the elastic structural material of the semiconductor chip on the side of the external terminals and the end of the substrate base material of the wirings substrate based on the ingredients of the elastic structural material, a variation in the height of the bump electrodes is not caused, thereby avoiding any difficulty in filling the sealant caused by an enlarged sealing region for the opening of the elastic structural material and it is possible to prevent contamination of wirings caused by the bleeding of ingredients or evaporative ingredients of the elastic structural material.

(5) Since the outer size of the package can be optimized by setting the relation for the distance M2 between the end of the substrate base material of the wiring substrate and the end of the elastic structural material and for the distance M1 between the end of the semiconductor chip and the end of the substrate base material at the outer circumference of the semiconductor integrated circuit device within a range: M1>M2>0, the outermost circumference of the package is not formed by the semiconductor chip, so that a possibility of inducing chip cracks is reduced during the assembling step, as well as during withdrawal and insertion of receptacles and tray transportation, and the circuit surface of the semiconductor chip is not exposed to the outside, thereby making it possible to improve the reliability. Further, since the peripheral protrusions of the elastic structural material after printing do not interfere with the bonding portion of the semiconductor chip, it is possible to prevent bonding failure upon appending the chip, worsening of the flatness of the wiring substrate and lowering of the reliability.

(6) Since the planar S-shaped wiring can be obtained by forming the wiring of the wiring substrate such that the fixed portion with the substrate base material and top end portion connected to the external terminal of the semiconductor chip are displaced at least by more than the width of the wiring, a stable and suitable S-shaped lead can be formed because a sag due to the original planar S-shaped configuration can be obtained by a simple driving down movement of a typical wire bonder, so that a stable S-shaped configuration can be formed for the lead with no requirement of a soft-modified special wire bonder, and further, the contact time upon bonding can also be shortened since the bonding tool trace can also be simplified.

(7) Since the beam wiring can be attained by forming the wiring of the wiring substrate as a cantilever structure which is fixed at one end to the substrate base material, it is possible to overcome such problems as occur in notched wirings wherein cutting is often impossible during bonding due to the variation of the size of the notches and, even if the wiring can be cut, it may be cut at a portion different from the desired notch, or it may be cut before the plating step for the wiring substrate because of the excessively narrowed portion, thereby failing to deposit plating.

(8) Since the end of the opening of the surface protection film on the semiconductor chip is set to a size within a range wherein the wiring does not interfere with the surface protection film when the bonding tool is driven down, it is possible to overcome the problem that the surface protection film or the semiconductor chip suffers from damages (on the semiconductor chip) by the driving down pressure of the tool, and the ingredients of the surface protection film are

prevented from being deposited on the bonding portion at the lower surface of the lead to cause contamination and to worsen the bondability.

(9) Since the effective area of the wired portion can be enlarged by connecting the wiring on the notch terminal end of the wiring substrate to an opposing land portion of the wiring, longitudinally or laterally extending the wiring in the vacant regions of the wirings or connecting the adjacent wirings to each other, it is possible to increase the bonding strength between the wiring and the substrate base material and obtain a stable notch cutting performance.

(10) Since a wide elastic material structure can be attained by forming the elastic structural material in a larger range over the entire circumference at least by more than the width of the protrusions on the outer circumference formed in the elastic structural material as compared with the outer size of the semiconductor chip, protrusions on the periphery of the elastic structural member are located outside of the semiconductor chip after the appending of the semiconductor chip, and it can be bonded substantially on the flat portion of the elastic structural material, whereby the warping of the wiring substrate is suppressed. Further, since a large coating area of adhesive can be provided, a not bonded portion caused by insufficient adhesive is less likely to occur, and the adhesive tends to extrude out uniformly around the periphery of the semiconductor chip, so that a package of excellent moisture proofness and reliability can be constituted with out applying an additional peripheral sealing.

(11) In a case of forming the elastic structural material as divided portions which are spaced so as to be not bonded on the external terminals of the semiconductor chip, when each end of the spaces at which the divided elastic structural materials are opposed is formed as a grooved shape, the metal mask bridge portion can be restricted to narrow the groove of the elastic structural material in the groove-fillage technique of the elastic structural material, so that the groove-fillage of the elastic structural material can be improved.

(12) If a plurality of grooves are formed at each of the ends of the elastic structural material, the strength of the groove-forming metal mask can be improved.

(13) When a stopping dam for sealant flow is previously formed at the grooves at each of the ends of the spaces at which the divided structural materials are opposed, the groove-fillage in the sealing step can further be improved.

(14) By pre-forming stud bumps on the external terminals of the semiconductor chip and connecting the external terminals of the semiconductor chip and the wirings of the wiring substrate by way of the stud bumps, problems in the bondability and the possibility of damage can be solved in the inner lead bonding technique, whereby the bondability is improved by the stud bumps and, further, the possibility of damage can be prevented.

(15) By supplying the solder so as to previously surround the wirings of the wiring substrate and connecting the external terminals of the semiconductor chip and the external terminals of the wiring substrate by way of the solder, bondability can be improved and damage can be suppressed in the bonding technique.

(16) By using the stud bumps, for example, made of solder or Au so as to surround the wirings of the wiring substrate, and by connecting the wirings of the wiring substrate and the external terminals of the semiconductor chip by way of the stud bumps, the bondability can be improved and the possibility of damage can be suppressed in the bonding technique.

US 7,091,620 B2

75                                                                 76

(17) By connecting the wirings of the wiring substrate and the external terminals of the semiconductor chip by using an Al, solder or Au wire, the problem, for example, of bondability or damage can be solved, and it is possible to attain connection by the concept of a typical wire bonding, not by the inner lead bonding, such as a TAB.

(18) By forming the lateral size of the wiring of the wiring substrate such that the size is gradually narrowed from the end of the substrate base material of the wiring substrate to the top end of the wiring and the lateral size is made constant from a predetermined position, and setting the size and the shape of the wiring such that the bending stress ratio $\alpha$ is from 1.2 to 1.5, since a suitable S-shaped configuration can be formed by merely driving down the bonding tool vertically with no return of the bonding tool, a lead of a stably shaped configuration can be formed without requiring a special soft-modified wire bonder; and, further, the contact time upon bonding can also be shortened since the trace of the bonding tool can be simplified.

(19) By using the electroconductive material as a core material for the wiring structure of the wiring substrate and applying only Au plating to the surface, since both the hardness and the brittleness of the lead are lowered as compared with a case of applying Ni-plating between the core material of the conductive material, such as Cu, and Au plating, cracks are less likely in the lead itself, and damage to the semiconductor chip at the counter bonding face can also be moderated.

(20) By forming the wirings on the rear face of the substrate base material of the wiring substrate, forming the insulation film on the rear face of the wirings and disposing the elastic structure material on the rear face of the insulation film, since a rear face wiring insulation film structure can be obtained, direct contact of the elastic structural material with the wiring can be prevented and contact of the elastic structural material to the roughened surface of the substrate base material can also be prevented, so that bleeding of the low molecular weight ingredients of the elastic structure material can be suppressed and, further, the uneven wiring surface can be flattened by coating the insulation film making it possible to avoid disadvantages, such as the creation of voids upon forming the elastic structural material.

(21) In the surface wiring structure, since the opening of the insulation film is formed by defining the coating range of the insulation film material, the fabrication accuracy for the hole diameter can further be improved as compared with a case of forming the opening by machining the substrate base material of the wiring substrate of the rear face wiring structure.

(22) By setting the thickness of the insulation film by determining the coating condition for the insulation film material in the surface wiring structure, since the film can be coated stably at a further reduced thickness and the bump land disposed at a higher density with a small diameter can be formed as compared with the substrate base material, a smaller bump electrode can be joined more satisfactorily.

(23) In the surface wiring structure, since the pitch for the arrangement of the bump electrodes can be reduced as compared with the rear face wiring structure, it is possible to constitute a semiconductor package having output terminals at higher density.

(24) As the substrate body and substrate protruding parts of the thin film wiring substrate in the semiconductor device (CSP) are formed in a one-piece construction, the substrate protruding-parts are not formed independently and, there-

fore, do not have to be formed of costly materials. This lowers the cost of manufacturing the semiconductor device.

(25) By providing the substrate protruding parts outside the openings in the thin film wiring substrate, when a sealing resin is applied via the openings, the sealing parts are formed as a bridge between the substrate protruding parts and the semiconductor chip. In this way, a stable seal can be obtained, sealing properties are improved, and consequently humidity resistance is improved.

(26) When the bump electrodes are formed, even if the semiconductor device is subjected to reflow after it absorbs moisture, water vapor produced during reflow can be released to the outside via the elastic structure as the side faces in a predetermined direction of the elastic structure are exposed to the outside, and reflow tolerance is thereby improved.

(27) By forming the elastic structure of a porous fluoride resin, the water vapor produced during reflow can be released to the outside and at the same time, penetration of moisture into the semiconductor device is prevented by the water repelling properties of the fluoride resin. As a result, deterioration of the electrical characteristics of the semiconductor device is reduced.

(28) By incorporating a coloring agent in the elastic structure, transmittance of light in the elastic structure can be reduced without affecting the basic physical properties of the elastic structure. In this way, the circuit of the semiconductor chip can be shielded from light, ultraviolet light which would cause incorrect operation of the semiconductor chip is blocked, and operational stability of the electrical circuit of the semiconductor device is improved.

(29) In the thin film wiring substrate, by making the connections between the wiring and bump lands wide, concentration of stress in the connections is prevented. Hence, even if the wiring deforms due to thermal contraction and expansion together with the tape base material during temperature cycles, rupture of leads is prevented in the connecting parts $4s$ between the wiring and bump lands.

(30) By forming the exposed parts in the elastic structure, even when the internal pressure of the elastic structure rises as during reflow for example, gas can be released to the outside from the exposed parts of the elastic structure. In this way, occurrence of the popcorn phenomenon which damages the sealing parts, etc., is prevented, and as a result the reliability of the semiconductor device is improved.

This concludes the description of the example embodiments. Although the present invention has been described with reference to a number of illustrative embodiments thereof, it should be understood that numerous other modifications and embodiments can be devised by those skilled in the art that will fall within the spirit and scope of the principles of this invention. More particularly, reasonable variations and modifications are possible in the component parts and/or arrangements of the subject combination arrangement within the scope of the foregoing disclosure, the drawings and the appended claims without departing from the spirit of the invention. In addition to variations and modifications in the component parts and/or arrangements, alternative uses will also be apparent to those skilled in the art.

We claim:

1. A semiconductor device comprising:

a mounting substrate having a first surface, a second surface, opposite to said first surface, and a plurality of external terminals for providing an electrical connection with an external device;

US 7,091,620 B2

77

first semiconductor devices disposed on said first surface of said mounting substrate, said first semiconductor devices each including:

(i) a first semiconductor chip of a quadrilateral shape, in a plan view, containing a dynamic random access memory circuit and bonding pads formed in a main surface thereof, said first semiconductor chip having a first pair of opposed edges extending in a first direction and a second pair of opposed edges extending in a second direction which intersects said first direction, and said bonding pads being arranged in said first direction and being disposed at a substantially central area between said first pair of opposed edges of said first semiconductor chip;

(ii) a wiring substrate having a first surface, a second surface, opposite to said first surface, wiring layers formed on said second surface and an opening passing through said wiring substrate from said first surface to said second surface thereof and extending in said first direction, said first semiconductor chip being disposed on said first surface of said wiring substrate such that said main surface of said first semiconductor chip is facing said first surface of said wiring substrate and said bonding pads are arranged in said opening, in said plan view, and said wiring layers including first wiring layers arranged at one side of said opening and second wiring layers arranged at the other side of said opening in said second direction;

(iii) bonding wires electrically connecting said first and second wiring layers of said wiring substrate with said bonding pads of said semiconductor chip via said opening;

(iv) bump electrodes being disposed on said second surface of said wiring substrate and being electrically connected to said wiring layers of said wiring substrate, said bump electrodes including first bump electrodes electrically connected to said first wiring layers and arranged at said one side of said opening and second bump electrodes electrically connected to said second wiring layers and arranged at the other side of said opening, each of said first and second bump electrodes being arranged in said first and second directions to form a matrix of bump electrodes in said plan view respectively and being overlapped with said first semiconductor chip in said plan view; and

(v) a resin sealing body sealing said bonding wires and said main surface of said first semiconductor chip exposed from said opening; and

at least one second semiconductor device each including a second semiconductor chip, a sealing member and a plurality of leads, said sealing member having an upper surface, a rear surface, opposite to the upper surface, and a side surface between said upper and rear surfaces, and said plurality of leads protruding outwardly from a side surface of said sealing member,

wherein each of said first semiconductor devices is mounted on said mounting substrate through said bump electrodes, respectively,

wherein each said second semiconductor device is mounted on the mounting substrate through said plurality of leads, and

wherein a number of said first semiconductor devices is greater than that constituting said at least one second semiconductor device.

78

**2.** A semiconductor device according to claim **1**, wherein said bump electrodes are arranged with a pitch wider than that of said bonding pads of said first semiconductor chip in said plan view.

**3.** A semiconductor device according to claim **2**, wherein each of said bump electrodes is a solder bump.

**4.** A semiconductor device according to claim **1**, wherein said second semiconductor chip includes a controller circuit for controlling said first semiconductor devices.

**5.** A semiconductor device according to claim **1**, wherein said wiring substrate includes a flexible tape, copper wirings formed on said flexible tape and an elastic layer positioned between said main surface of said first semiconductor chip and said flexible tape.

**6.** A semiconductor device according to claim **1**, wherein said mounting substrate, and said first and second devices comprises a memory card.

**7.** A semiconductor device according to claim **1**, wherein said sealing member of said second semiconductor device has a quadrilateral shape in said plan view, and wherein said plurality of leads are protruded from four sides of said sealing member of said quadrilateral shape.

**8.** A semiconductor device according to claim **1**, wherein each of said first and second wiring layers of said wiring substrate has a first of two end portions thereof connected to one end of each of said bonding wires and the second end portion connected to each of said bump electrodes.

**9.** A semiconductor device according to claim **8**, wherein said second end portion of each of said first and second wiring layers of said wiring substrate has a width larger than that of said first end portion thereof to provide a connection with each of said bump electrodes.

**10.** A semiconductor device comprising:

a mounting substrate having a first surface, a second surface, opposite to said first surface, and a plurality of external terminals for providing an electrical connection with an external device;

first semiconductor devices disposed on said first surface of said mounting substrate, said first semiconductor devices each including:

(i) a first semiconductor chip of a quadrilateral shape, in a plan view, containing a dynamic random access memory circuit and bonding pads formed in a main surface thereof, said semiconductor chip having a first pair of opposed edges extending in a first direction and a second pair of opposed edges extending in a second direction which intersects said first direction, said bonding pads being arranged in said first direction and being disposed at a substantially central area between said first pair of opposed edges of said first semiconductor chip;

(ii) a wiring substrate having a first surface, a second surface, opposite to said first surface, wiring layers formed on said second surface and an opening passing through said wiring substrate from said first surface to said second surface thereof and extending in said first direction, said first semiconductor chip being disposed on said first surface of said wiring substrate such that said main surface of said semiconductor chip is facing said first surface of said wiring substrate and said bonding pads are arranged in said opening, in said plan view, and said wiring layers including first wiring layers arranged at one side of said opening and second wiring layers arranged at the other side of said opening in said second direction;

US 7,091,620 B2

79

(iii) conductor layers electrically connecting said first and second wiring layers of said wiring substrate with said bonding pads of said semiconductor chip via said opening;

(iv) bump electrodes being disposed on said second surface of said wiring substrate and being electrically connected to said wiring layers of said wiring substrate, said bump electrodes including first bump electrodes electrically connected to said first wiring layers and arranged at said one side of said opening and second bump electrodes electrically connected to said second wiring layers and arranged at the other side of said opening, each of said first and second bump electrodes being arranged in said first and second directions to form a matrix of bump electrodes in said plan view, respectively, and being overlapped with said first semiconductor chip, in said plan view; and

(v) a resin sealing body sealing said conductor layers and said main surface of said first semiconductor chip exposed from said opening; and

at least one second semiconductor device each including a second semiconductor chip, a sealing member and a plurality of leads, said sealing member having an upper surface, a rear surface, opposite to the upper surface, and a side surface between said upper and rear surfaces, and said plurality of leads protruding outwardly from a side surface of said sealing member,

wherein each of said first semiconductor devices is mounted on said mounting substrate through said bump electrodes, respectively,

wherein each said second semiconductor device is mounted on the mounting substrate through said plurality of leads, and

wherein a number of said first semiconductor devices is greater than that constituting said at least one second semiconductor device.

11. A semiconductor device according to claim 10, wherein each of said conductor layers is a layer continuously formed with said first and second wiring layers of said wiring substrate.

80

12. A semiconductor device according to claim 11, wherein said bump electrodes are arranged with a pitch wider than that of said bonding pads of said first semiconductor chip in said plan view.

13. A semiconductor device according to claim 12, wherein each of said bump electrodes is a solder bump.

14. A semiconductor device according to claim 11, wherein said second semiconductor chip includes a controller circuit for controlling said first semiconductor devices.

15. A semiconductor device according to claim 11, wherein said wiring substrate includes a flexible tape, copper wirings formed on said flexible tape and an elastic layer positioned between said main surface of said first semiconductor chip and said flexible tape.

16. A semiconductor device according to claim 11, wherein said mounting substrate, and said first and second devices comprises a memory card.

17. A semiconductor device according to claim 11, wherein said sealing member of said second semiconductor device has a quadrilateral shape in said plan view, and wherein said plurality of leads are protruded from four sides of said sealing member of said quadrilateral shape.

18. A semiconductor device according to claim 13, wherein said second semiconductor chip includes a controller circuit for controlling said first semiconductor devices.

19. A semiconductor device according to claim 14, wherein said sealing member of said second semiconductor device has a quadrilateral shape in said plan view, and wherein said plurality of leads are protruded from four sides of said sealing member of said quadrilateral shape.

20. A semiconductor device according to claim 10, wherein said wiring substrate includes a flexible tape, copper wirings formed on said flexible tape and an elastic layer positioned between said main surface of the first semiconductor chip and said flexible tape.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,091,620 B2                          Page 1 of 1
APPLICATION NO. : 11/116209
DATED            : August 15, 2006
INVENTOR(S)      : Chuichi Miyazaki et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:


On the Title Page, Item (75) Inventors should read as follows:

-- Chuichi Miyazaki, Akishima (JP);
   Yukiharu Akiyama, Kodaira, (JP);
   Masnori Shibamoto, Saitama, (JP);
   Tomoaki Kudaishi, Komoro, (JP);
   Ichiro Anjoh, Koganei, (JP);
   Kunihiko Nishi, Kokubunji (JP);
   Asao Nishimura, Koganei (JP);
   Hideki Tanaka, Sagamihara, (JP);
   Ryosuke Komoto, Hamura (JP);
   Kunihiro Tsubosaki, Hino (JP);
   Akio Hasebe, Kodaira (JP). --


Signed and Sealed this

Seventeenth Day of April, 2007


JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 2



US007106092B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,106,092 B2**
Kubo                              (45) **Date of Patent:**     **Sep. 12, 2006**

(54) **SEMICONDUCTOR DEVICE WITH BUS TERMINATING FUNCTION**

(75) Inventor: **Takashi Kubo**, Hyogo (JP)

(73) Assignee: **Renesas Technology Corp.**, Tokyo (JP)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 9 days.

(21) Appl. No.: **10/391,021**

(22) Filed:    **Mar. 19, 2003**

(65)    **Prior Publication Data**

US 2004/0080339 A1 Apr. 29, 2004

(30)    **Foreign Application Priority Data**

Oct. 23, 2002    (JP)    ...................................... 2002-307961

(51) **Int. Cl.**
**H03K 17/16**    (2006.01)

(52) **U.S. Cl.** ........................................... **326/30**; 326/87
(58) **Field of Classification Search** ................... 326/15, 326/21, 30, 86, 87, 82, 83
See application file for complete search history.

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,859,877 | A | | 8/1989 | Cooperman et al. |
| 5,023,488 | A | * | 6/1991 | Gunning ...................... 326/86 |
| 5,438,281 | A | * | 8/1995 | Takahashi et al. .......... 326/86 |
| 5,726,583 | A | * | 3/1998 | Kaplinsky .................... 326/30 |
| 5,949,252 | A | * | 9/1999 | Taguchi ...................... 326/86 |
| 6,054,881 | A | * | 4/2000 | Stoenner ...................... 327/112 |
| 6,239,619 | B1 | * | 5/2001 | Yuan et al. ................. 326/86 |
| 6,331,787 | B1 | * | 12/2001 | Whitworth et al. .......... 326/30 |
| 6,501,108 | B1 | | 12/2002 | Suzuki et al. |
| 6,714,039 | B1 | * | 3/2004 | Salcido et al. .............. 326/30 |
| 6,720,795 | B1 | * | 4/2004 | Partow et al. .............. 326/30 |
| 6,754,132 | B1 | | 6/2004 | Kyung |
| 6,768,393 | B1 | | 7/2004 | Song |
| 6,777,976 | B1 | * | 8/2004 | Kuge ........................... 326/30 |
| 6,809,546 | B1 | * | 10/2004 | Song et al. ................... 326/30 |
| 6,924,669 | B1 | * | 8/2005 | Itoh et al. ................... 326/87 |

| | | | | |
|---|---|---|---|---|
| 6,967,500 | B1 | * | 11/2005 | Lin et al. ...................... 326/30 |
| 2005/0007150 | A1 | | 1/2005 | Omote |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 818 734 A2 | 1/1998 |
| JP | 3-238858 A | 10/1991 |
| JP | 5-224790 A | 9/1993 |
| JP | 5-225358 | 9/1993 |
| JP | 5-326846 A | 12/1993 |
| JP | 07-086509 | 3/1995 |
| JP | 7-860509 A | 3/1995 |
| JP | 07-130947 | 5/1995 |
| JP | 7-130947 A | 5/1995 |
| JP | 8-17936 A | 1/1996 |
| JP | 7-086509 A | 3/1996 |
| JP | 8-204539 A | 8/1996 |
| JP | 10-20974 A | 1/1998 |
| JP | 10-65744 | 3/1998 |
| JP | 10-65744 A | 3/1998 |
| JP | 11-214621 | 8/1999 |
| JP | 11-214621 A | 8/1999 |
| JP | 2000-49251 A | 2/2000 |
| JP | 2000-338191 A | 12/2000 |
| JP | 2000-349165 A | 12/2000 |
| JP | 2001-36073 A | 2/2001 |
| JP | 2001-127173 | 5/2001 |
| JP | 2001-127173 A | 5/2001 |
| JP | 2002-9281 A | 1/2002 |
| WO | WO 03/049291 A1 | 6/2003 |

* cited by examiner

*Primary Examiner*—Linh Nguyen
(74) *Attorney, Agent, or Firm*—McDermott Will & Emery LLP

(57)    **ABSTRACT**

The distance between a drain contact and gate electrode in a terminating transistor, which couples a termination resistor connected to an output terminal to a power source node, is set shorter than in an output transistor, which drives an output node in accordance with an internal signal. The area of the terminating circuit is reduced while the reliability against the surge is maintained. Thus, an output circuit containing the terminating circuit that occupies a small area and is capable of transmitting a signal/data at high speed is provided.

**11 Claims, 17 Drawing Sheets**





FIG.1

# FIG.2



FIG.3





FIG.4

FIG.5





FIG.6

FIG.7





FIG.8

# FIG.9





FIG.10

## FIG.11





FIG.12

## FIG.13





FIG.14

FIG.15





FIG.16

FIG.17



US 7,106,092 B2

1

# SEMICONDUCTOR DEVICE WITH BUS TERMINATING FUNCTION

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a semiconductor device driving an output node, and specifically, to a semiconductor device with a bus terminating function.

### 2. Description of the Background Art

In a semiconductor device, a transistor connected to a pin terminal is easy to be affected by noises, since it is directly connected to the outside of the device via the pin terminal. Among the noises, one at a level enough to destruct a device (a transistor) is referred to as a surge. A destruction of a semiconductor device by the surge is referred to as electrostatic damage (ESD), which is accompanied by breakdown of a gate insulating film of an MOS transistor (insulated gate field effect transistor) and others. Therefore, for the reliability of the semiconductor device, the breakdown voltage enough to withstand the surge is required.

For an input pin receiving an external signal, usually, an input protection circuit is configured by a diode or a diode-connected MOS transistor (insulated gate field effect transistor), or a field transistor with a sufficiently thick gate insulating film. By this input protection circuit, the surge is caused to flow to a power supply terminal or a ground terminal, and thus transmission of the surge to the internal circuitry is prevented.

The protection circuit is not required for an output circuit, since an output transistor serves as a surge absorbing transistor. However, in an MOS output circuit configured with an MOS transistor, a large current may flow into the output transistor or high electric field may be generated at drain due to the surge voltage, which may result in electrostatic damage. In order to reduce the current and the drain electric field for avoiding such electrostatic damage, the resistance value of drain region (hereinafter referred to as a drain diffusion resistance) in the output transistor must be increased. Usually, in order to increase the drain resistance, the distance between the gate of the output transistor and a drain contact for connecting to the output node is required to be sufficiently long. Consequently, the diffusion region area of the drain portion in the output transistor increases, and hence, the size of the output transistor increases.

An arrangement for preventing electrostatic damage with limited area of the output circuit is proposed in Japanese Patent Laying-Open No. 2001-127173. According to this first prior art document, drain diffusion region is made different in impurity concentration from source diffusion region, to have an increased drain diffusion resistance value.

In a second prior art document, Japanese Patent Laying-Open No. 11-214621, an arrangement is disclosed in which a terminating resistance element and a protection element for this terminating resistance element are provided between an output transistor and an output pad. According to this second prior art document, the electrostatic protection element is formed of an MOS transistor, and in order to increase the resistance of the drain region, i.e., drain diffusion resistance, the distance between gate and drain contact of the MOS transistor is made longer. Taking advantage of this large drain diffusion region area, the terminating resistance element is arranged above the drain region of the electrostatic protection element in order not to increase the layout area of the entire output circuit. The terminating

2

resistance element is a current limiting resistance element for avoiding a reflecting wave such as a ringing in signal transmission, and is connected between the output pad and the output node (drain) of the output transistor.

In a third prior art document, Japanese Patent Laying-Open No. 10-65744, an arrangement is disclosed in which impedance switching means is provided between an output terminal and an output circuit. The impedance switching means is set to a low impedance state in transmission and to a high impedance state in reception, to reduce reflection noises due to capacitive load of transmission path.

According to the arrangement shown in the first prior art document, the impurity concentrations of source and drain in the output transistor must be made different, and hence, the number of manufacturing steps increases. The drain diffusion resistance is continuously connected to an external bus via the pin terminal. If the drain diffusion resistance functions as terminating resistance, then an output signal is driven via high drain diffusion resistance in signal outputting, and thus the signal can not be transmitted at high speed.

According to the arrangement disclosed in the second prior art document, the protection circuit for the terminating resistance element is arranged corresponding to the output circuit. The distance between a drain contact and a gate electrode of the MOS transistor of the protection circuit is large enough to place the terminating resistor there above. Accordingly, the interface area between the drain region and the substrate region is made large, and a large drain junction capacitance of this protection circuit is connected to the output pin terminal. Consequently, the parasitic capacitance of the output pin terminal increases, and thus, a signal can not be transmitted at high speed. Further, since the terminating resistance element is connected between the drain of the output transistor and the output pad and functions as a current limiting element for an output signal, the signal can not be transmitted at high speed. Moreover, since the terminating resistance causes a voltage drop, a signal at CMOS level can not be transmitted.

According to the arrangement disclosed in the third prior art document, the impedance switching means is provided for the output pin terminal, which has the impedance switched between a transmission mode and a reception mode. In this case also, however, a protection element against the surge must be provided, which increases the occupying area of the circuit for switching the termination resistance value in accordance with the operation mode. Especially, if the circuit portion for controlling this termination resistance is formed with a transistor having an increased drain diffusion resistance, then the load of the output pin increases accordingly. Thus, a signal can not be transmitted at high speed, and the occupying area of the output circuit increases further. In the third prior art document, the consideration is only given to suppress the ringing in signal transmission and reception, and an arrangement for reducing the output circuit area and for alleviating the load of the transmission path is not considered.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a semiconductor device capable of transferring a signal accurately at high speed, without increase in circuit area and degradation in reliability.

Another object of the present invention is to provide a semiconductor circuit device with an output circuit containing a terminating circuit, which is capable of transferring a

US 7,106,092 B2

**3**

signal of CMOS level at high speed with small occupying area and high reliability.

A semiconductor device according to the present invention includes a first output transistor driving an output node in accordance with an internal signal, a first resistance element having one end connected to the output node, and a first terminating transistor element connected between another end of the first resistance element and a first power supply node and selectively made conductive in accordance with an operation mode designating signal. The distance between a control electrode and a contact of one conduction terminal in the first terminating transistor is shorter than in the first output transistor.

By arranging the terminating circuit inside the semiconductor device, a signal can be transmitted through selective operation of the terminating circuit while maintaining the impedance matching to the bus, even when the system configuration is modified. Therefore, a signal can be transmitted at high speed with no adverse effect by an interconnection line impedance or others.

Additionally, by setting the drain contact-to-gate (control electrode) length in the terminating transistor shorter than in the output transistor, the area will not be increased despite of placing the terminating circuit.

Further, by placing the terminating resistance element, the breakdown voltage against the surge of the terminating transistor can be assured.

Thus, a reliable semiconductor device with a small occupying area, having an output circuit that is capable of transmitting a signal at high speed can be implemented.

The foregoing and other objects, features, aspects and advantages of the present invention will become more apparent from the following detailed description of the present invention when taken in conjunction with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the configuration of a semiconductor device according to a first embodiment of the present invention;

FIG. 2 schematically shows the two dimensional layout of the semiconductor device shown in FIG. 1;

FIG. 3 schematically shows the two dimensional layout of a first modification of the first embodiment of the present invention;

FIG. 4 shows an electric equivalent circuit of the layout shown in FIG. 3;

FIG. 5 schematically shows the two dimensional layout of a second modification of the first embodiment of the present invention;

FIG. 6 shows an electric equivalent circuit of the layout shown in FIG. 5;

FIG. 7 schematically shows the two dimensional layout of a second modification of the first embodiment of the present invention;

FIG. 8 shows an electric equivalent circuit of the layout shown in FIG. 7;

FIG. 9 shows the configuration of a semiconductor device according to a second embodiment of the present invention;

FIG. 10 schematically shows the two dimensional layout of the circuit shown in FIG. 9;

FIG. 11 shows the configuration of a first modification of the second embodiment of the present invention;

FIG. 12 schematically shows the two dimensional layout of the circuit shown in FIG. 11;

**4**

FIG. 13 shows the configuration of a second modification of the second embodiment of the present invention;

FIG. 14 schematically shows the two dimensional layout of the circuit shown in FIG. 13;

FIG. 15 schematically shows the configuration of a third modification of the second embodiment of the present invention;

FIG. 16 schematically shows the two dimensional layout of the circuit shown in FIG. 15; and

FIG. 17 schematically shows the overall configuration of a semiconductor device according to the present invention.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

First Embodiment FIG. 1 shows a configuration of a main part of a semiconductor device according to a first embodiment of the present invention. In FIG. 1, an output circuit 1 and a terminating circuit 10 provided for an external output pad 5 are representatively shown. Pad 5 is connected to a pin terminal, which is not shown.

Output circuit 1 includes P-channel MOS transistors 2$a$ and 2$b$ each connected between a power supply node and an output node 3 and selectively made conductive in accordance with an output control signal ZOTH, and N-channel MOS transistors 4$a$ and 4$b$ each connected between output node 3 and a ground node and selectively made conductive in accordance with an output control signal OTL. Power supply voltage VCCQ for the output circuit is supplied to the power supply node, and ground voltage VSSQ for the output circuit is supplied to the ground node. Output node 3 is connected to output pad 5.

The logic levels of output control signals ZOTH and OTL are set in accordance with an operating condition of output circuit 1 and an internal signal. When output control signal ZOTH is at H level (logical high level) and output control signal OTL is at L level (logical low level), MOS transistors 2$a$, 2$b$, 4$a$ and 4$b$ are all in an off state (non-conductive state), and output circuit 1 is set to an output high impedance state. In this output high impedance state, output circuit 1 is in standby state. When output control signals ZOTH and OTL are both at H level, MOS transistors 2$a$ and 2$b$ are both in off state while MOS transistors 4$a$ and 4$b$ are both in on state (conductive state), and output node 3 is driven to ground voltage VSSQ level.

When output control signals ZOTH and OTL are both at L level, MOS transistors 2$a$ and 2$b$ are both in on state while MOS transistors 4$a$ and 4$b$ are both in off state. Responsively, output node 3 is driven to power supply voltage for output circuit, or output power supply voltage VCCQ level.

In operation of output circuit 1, output control signals ZOTH and OTL are generated in accordance with an internal signal. The internal signal is internal read data when the semiconductor device shown is applied to a memory device, and based on the internal data and a read operation timing control signal, these output control signals ZOTH and OTL are generated.

Two MOS transistors 2$a$ and 2$b$, or two MOS transistors 4$a$ and 4$b$ are arranged in parallel for the following reasons. These MOS transistors 2$a$, 2$b$, 4$a$, and 4$b$ each configured with unit MOS transistors, and using a plurality of unit transistors, required driving power is provided to output circuit 1. Therefore, the number of pull-down N-channel MOS transistors for discharging the output and the number of pull-up P-channel transistors for charging the output are determined as appropriate in accordance with a power

US 7,106,092 B2

5

required for driving external pad **5** and the current drivability of the unit MOS transistor.

Terminating circuit **10** includes a resistance element **13** having one end connected to an output node **12**, P-channel MOS transistors **11a** and **11b** connected between another end of resistance element **13** and a power supply node and receiving a termination control signal ZTERM at their gates, a resistance element **14** having one end connected to an output node **12**, and N-channel MOS transistors **15a** and **15b** connected between the other end of resistance element **14** and a ground node and receiving a termination control signal TERM at their gates.

Voltages VCC and VSS applied to terminating circuit **10** are supplied from a power supply terminal different from that applying voltages VCCQ and VSSQ to output circuit **1**. By applying operation power supply voltages VCCQ and VSSQ dedicatedly to output circuit **1**, the operation of output circuit **1** can be stabilized, or the power supply noise in an output operation is prevented from being transmitted to other circuits. Voltages VCC and VSS applied to terminating circuit **10** may be supplied from the power supply terminal that applies voltages VCCQ and VSSQ to output circuit **1**. Further, voltages VCC and VCCQ may be at the same voltage level, or may be at different voltage levels.

Termination control signals ZTERM and TERM are control signals complementary to each other. When activating the terminating operation of terminating circuit **10**, termination control signal ZTERM is set at L level and termination control signal TERM is set at H level. When deactivating the terminating operation of terminating circuit **10**, termination control signal ZTERM is set at H level and termination control signal TERM is set at L level.

As in output circuit **1**, in terminating circuit **10** as well, two MOS transistors **11a** and **11b** at H level side and two MOS transistors **15a** and **15b** at L level side are arranged, for forming these termination control P-and N-channel switching MOS transistors each with a plurality of unit MOS transistors.

In terminating circuit **10**, MOS transistors **11a** and **11b** are connected to output node **12** via resistance element **13**, while MOS transistors **15a** and **15b** are connected to output node **12** via resistance element **14**. Output node **12** is connected to output pad **5**. Therefore, MOS transistors **11a**, **11b**, **15a**, and **15b** for termination control are not necessarily required to comply with the drain contact-to-gate distance requirement that is specified to assure the reliability against electrostatic damage, and that is the requirement for output MOS transistors **2a**, **2b**, **4a**, and **4b** electrically connected to the output pin. Accordingly, the drain contact-to-gate distances of MOS transistors **11a** and **11b** are set shorter than those of MOS transistors **2a** and **2b**, or the drain contact-to-gate distances of MOS transistors **15a** and **15b** are set shorter than those of MOS transistors **4a** and **4b**. By shortening the drain contact-to-gate distance, the drain resistance is reduced, and hence, the layout area of the drain region of each of terminating transistors **11a**, **11b**, **15a**, and **15b** is reduced.

The relationship between termination control signals TERM and ZTERM, and output control signals ZOTH and OTL for terminating circuit **10** are not specifically determined. The terminating operation of terminating circuit **10** may be activated in a signal/data output operation of output circuit **1**. Further, such an arrangement may be employed that the terminating operation of terminating circuit **10** is deactivated in a signal/data output operation of output circuit **1** and a terminating operation of another circuit connected to a signal bus, not shown, is activated. Still further, where the

6

pad **5** is further connected to a signal input pin and therefore to a not shown input circuit, the terminating operation of terminating circuit **10** may be deactivated or activated in a signal input operation.

The activation period of the terminating operation of terminating circuit **1** may be set in accordance with the condition of a load connected to an external bus.

Therefore, activation/deactivation timing and period of termination control signals TERM and ZTERM needs only to be determined as appropriate in accordance with the termination control condition of the bus of the system to which the semiconductor circuit device is applied.

FIG. **2** shows the two-dimensional layout of MOS transistors in output circuit **1** and terminating circuit **10** shown in FIG. **1**. In FIG. **2**, MOS transistors **2a** and **2b** of output circuit **1** are formed in a rectangular active region **18**, and output MOS transistors **4a** and **4b** are formed in a rectangular active region **19** arranged facing to active region **18**.

Active region **18** includes a drain impurity region PDa formed in the middle portion, and source impurity regions PSa and PSb formed at opposing sides thereof. A gate electrode **22a** is arranged between drain impurity region PDa and source impurity region PSa, and a gate electrode **22b** is arranged between drain impurity region PDa and source impurity region PSb. Drain impurity region PDa is shared by transistors **2a** and **2b**. Output control signal ZOTH is commonly applied to these gate electrodes **22a** and **22b**.

Source impurity regions PSa and PSb are connected to power supply nodes via source contacts **20a** and **20b**, respectively. Drain impurity region PDa is connected to output node **3** via drain contact **21a**. The distance between drain contact **21a** and gate electrode **22a** is Lpo. Similarly, not shown explicitly, the distance between drain contact **21a** and gate electrode **22b** of MOS transistor **2b** is also Lpo.

In active region **19** also, an N-type drain impurity region NDa is arranged in the middle portion, and at opposing sides thereof, N-type source impurity regions NSa and NSb are arranged. A gate electrode **22c** is arranged between N-type source impurity region NSa and N-type drain impurity region NDa, and a gate electrode **22d** is arranged between drain impurity region NDa and source impurity region NSb. Drain impurity region NDa is shared by MOS transistors **4a** and **4b**. Drain impurity region NDa is connected to output node **3** via drain contact **21b**. The distance between drain contact **21b** and gate electrode **22c** is Lno. Similarly, though not shown explicitly in FIG. **2**, the distance between drain contact **21b** and gate electrode **22b** is also Lno. Source impurity regions NSa and NSb are electrically connected to ground nodes via source contacts **22c** and **22d**, respectively.

In terminating circuit **10**, terminating MOS transistors **11a** and **11b** are formed in P-type active region **30**, while MOS transistors **15a** and **15b** are formed in N-type active region **32**. In P-type active region **30**, a drain impurity region PDb is formed in the middle portion, and at opposing sides thereof, source impurity regions PSc and PSd are formed. A gate electrode **22e** is provided between drain impurity region PDb and source impurity region PSc, and a gate electrode **22f** is arranged between drain impurity region PDb and source impurity region PSd.

Impurity region PDb is shared by MOS transistors **11a** and **11b**. Drain impurity region PDb is connected to the other end of resistance element **13** via drain contact **21c**. Source impurity regions PSc and PSd are electrically connected to power supply nodes via source contacts **20e** and **20f**, respectively. The distance between drain contact **21c** and gate electrode **22e** is Lpt, and the distance between drain contact

US 7,106,092 B2

7

21$c$ and gate electrode 22$f$ is also Lpt. In FIG. 2, drain contact-to-gate distance of MOS transistor 11$a$ is indicated.

In N-type active region 32, an N-type drain impurity region NDb is formed at the middle portion, and at opposing sides thereof, N-type source impurity regions NSc and NSd are arranged. A gate electrode 22$g$ is arranged between N-type source impurity region NSc and N-type drain impurity region NDb, and a gate electrode 22$h$ is arranged between N-type drain impurity region NDb and N-type source impurity region NSd. Source impurity regions NSc and NSd are electrically connected to ground nodes via source contacts 20$g$ and 20$h$, respectively. Drain impurity region NDb is connected to the other end of resistance element 14 via drain contact 21$d$. Resistance elements 13 and 14 each have the one end connected to node 12. The distance from drain contact 21$d$ to gate electrodes 22$g$ and to 22$h$ of MOS transistor 15$a$ and 15$b$, respectively, is Lnt.

The drain contact-to-gate electrode distance Lpo of MOS transistors 2$a$ and 2$b$ is longer than the drain contact-to-gate electrode distance Lpt of MOS transistors 11$a$ and 11$b$. The drain contact-to-gate electrode distance Lno of MOS transistors 4$a$ and 4$b$ is longer than the drain contact-to-gate electrode distance Lnt of MOS transistors 15$a$ and 15$b$.

If drain impurity regions PDa and PDb are the same in impurity concentration, and if drain impurity regions NDa and NDb are the same in impurity concentration, then shorter drain contact-to-gate electrode distance results in smaller drain resistance. In this case, the electric relaxation by resistance elements 13 and 14 can compensate for the reduction of drain resistance of MOS transistors 11$a$, 11$b$, 15$a$ and 15$b$ in terminating circuit 10.

Terminating resistance elements 13 and 14 may be configured with diffusion resistance, or may be configured with polysilicon resistance.

As shown in FIG. 2, the length of P-type active region 30 in horizontal direction in FIG. 2 is shorter than P-type active region 18 by at least 2·(Lpo−Lpt). Similarly, the length of N-type active region 32 in horizontal direction is shorter than N-type active region 19 by at least 2·(Lno−Lnt).

Therefore, in terminating circuit 10, the occupying area of active regions 30 and 32 can be reduced, as compared to the case of the countermeasure against the electrostatic damage similar to that for MOS transistor 2$a$, 2$b$, 4$a$, and 4$b$ in output circuit 1. Accordingly, the occupying area of terminating circuit 10 can be reduced, and thus to suppress the increase in occupying area of the semiconductor circuit device including this output circuit and terminating circuit 10. The relaxation of electric field/current at drain in terminating transistor 11$a$, 11$b$, and 15$a$, 15$b$ is achieved by resistance elements 13 and 14, respectively, and thus the electrostatic damage of terminating transistors 11$a$, 11$b$, 15$a$, and 15$b$ can be prevented.

Further, by using terminating circuit 10, a signal can be transmitted at high speed via pad 5, while maintaining impedance matching with the bus.

In the arrangement shown in FIG. 2, the drain contact-to-gate electrode distance satisfies the following relation:

Lpo>Lpt, Lno>Lnt

However, the following conditional relation may be satisfied as well:

Lpo>Lpt, Lno>Lpt,

Lpo>Lnt, and Lno>Lnt.

In the arrangement shown in FIG. 2, with output transistors 2$a$, 2$b$, 4$a$, and 4$b$ each comprised of a unit transistor, the output circuit 1 is constructed, and similarly in terminating

8

circuit 10, MOS transistors 11$a$, 11$b$, 15$a$, and 15$b$ each comprised of a unit transistor are employed for constructing pull-up and pull-down terminating transistors. However, in accordance with the load of pad 5, the output control transistor or the termination control transistor may be formed using three or more unit transistors. Increasing the numbers of unit transistors employed, the effect of area saving achieved by the decreased drain contact-to-gate electrode distance will be more significant.

First Modification

FIG. 3 schematically shows a layout of transistors in output circuit 1 and terminating circuit 10 according to a first modification of the first embodiment of the present invention. The layout of the semiconductor circuit device shown in FIG. 3 is different from that of FIG. 2 in the following points. No pulling-down termination circuit portion is provided in terminating circuit 10. Terminating resistance element 13 and P-type active region 30 forming P-channel MOS transistors 11$a$ and 11$b$ are provided. In P-type active region 30, the distances Lpt from drain contact 21$c$ to gate electrode 22$e$ and to gate electrode 22$f$, respectively, are set sufficiently shorter as compared with the corresponding distance Lpo of P-channel MOS transistors included in output circuit 1. In this case, the distance Lpt is set shorter than the drain contact-to-gate electrode distance Lno of N-channel MOS transistors of output circuit 1.

The other configuration of the circuit layout shown in FIG. 3 is the same as that shown in FIG. 2, therefore corresponding parts are denoted by identical reference numerals or characters and detailed description thereof will not be repeated.

In the arrangement shown in FIG. 3, the configuration of output circuit 1 is identical to the configuration shown in FIG. 2. In terminating circuit 10, since pulling-down resistance element and N-channel MOS transistors are not provided, the occupying area of terminating circuit 10 as well as the parasitic capacitance associated with node 12 can be decreased, allowing output circuit 1 to drive pad 5 at high speed.

FIG. 4 shows an electric equivalent circuit of the configuration shown in FIG. 3. As shown in FIG. 4, in terminating circuit 10, resistance element 13 has one end connected to node 12, and between this resistance element 13 and power supply node, P-channel MOS transistors 11$a$ and 11$b$ receiving termination control signal ZTERM at their gates are connected.

Output circuit 1 includes, similarly to the configuration shown in FIG. 1, pulling-up transistors 2$a$ and 2$b$, and pulling-down transistors 4$a$ and 4$b$.

Terminating circuit 10 can perform the terminating operation at high speed on node 12 with reduced parasitic capacitance, owing to the small drain diffusion resistance of MOS transistors 11$a$ and 11$b$ and absence of pull-down transistors 15$a$ and 15$b$. The terminating operation condition is the same as described above referring to FIG. 1 and determined as appropriate in accordance with the bus termination condition of the system involved.

Further, in terminating circuit 10, since drain junction capacitances of MOS transistors 15$a$ and 15$b$ shown in FIG. 1 will not be coupled to pad 5 via resistance element 13, the load of pad 5 can be reduced, allowing output circuit 1 to drive the pad 5 at high speed.

The configuration of output circuit 1 is the same as the configuration of output circuit 1 shown in FIG. 1, and pad 5 is driven via output node 3 in accordance with output signals ZOTH and OTL.

In termination control circuit 10 shown in FIG. 3, in pulling-down operation, pad 5 is pulled up to power supply

US 7,106,092 B2

9

voltage VCC level. The termination voltage VCC may be the same voltage as voltage VCCQ of output circuit 1, or may be applied from a different power supply terminal. Further, the voltages VCC and VCCQ may be at the same voltage level or may be at different voltage levels. Terminating circuit 10 may be configured only with a pulling-down circuit that drives the pad 5 to ground voltage level in the terminating operation (i.e., may be configured with resistance element 14 and MOS transistors 15a and 15b)

Second Modification

FIG. 5 schematically shows the layout of an output circuit and a terminating circuit according to a second modification of the first embodiment of the present invention. The layout shown in FIG. 5 is different from the layout shown in FIG. 2 in the following points. P-type active region 18 is not arranged, but an N-type active region 19 is arranged in output circuit 1. The distance between drain contact 21b and gate electrode 22c in N-type active region 19 is set to Lno. Source impurity regions NSa and NSb are coupled to ground nodes via source contacts 20c and 20d, respectively.

In output circuit 1, MOS transistors 4a and 4b are arranged to drive output node 3 in accordance with output control signal OTL applied to gate electrodes 22c and 22d. Accordingly, the output circuit 1 drives the external signal line via output pad 5, according to the open-drain scheme.

The configuration of terminating circuit 10 is similar to the layout of terminating circuit 10 shown in FIG. 2, therefore identical reference numerals or characters are allotted to corresponding parts, and detailed description thereof will not be repeated.

In the configuration shown in FIG. 5, the drain contact-to-gate electrode distances Lpt of P-channel MOS transistors 11a and 11b included in terminating circuit 10 are set shorter than the gate electrode-to-drain contact distances Lno of N-channel MOS transistors 4a and 4b included in output circuit 1. Similarly, drain contact-to-gate electrode distances Lnt of N-channel MOS transistors 15a and 15b are set shorter than the drain contact-to-gate electrode distances Lno of N-channel MOS transistors 4a and 4b included in output circuit 1.

This output circuit 1 includes only the circuit of open-drain scheme, which pulls down output node 3 in accordance with output control signal OTL. To output node 3, only the pulling-down N-channel MOS transistors are connected, thus the load of output node 3 is reduced and the pad 5 can be driven at high speed.

FIG. 6 shows an electric equivalent circuit of the configuration shown in FIG. 5. Referring to FIG. 6, in output circuit 1, N-channel MOS transistors 4a and 4b receiving output control signal OTL at their gates are arranged in parallel between output node 3 and ground nodes. The circuit configuration of the terminating circuit 10 is the same as terminating circuit 10 shown in FIG. 1. Terminating transistors 11a, 11b, 15a and 15b, as well as terminating resistors 13 and 14 are provided.

After output pad 5 is driven to ground voltage VSSQ level by output circuit 1 in accordance with output control signal OTL, the pad 5 can be precharged to power supply voltage VCC level again, using terminating circuit 10. Additionally, since the output circuit of open-drain scheme is employed, the load of output circuit 1 is reduced, and thus an output signal can be generated at high speed.

In the configuration of open-drain scheme output circuit 1 also, in terminating circuit 10, the gate electrode-to-drain contact distance of each of the MOS transistors included therein is set short and thus the occupying area of terminating circuit 10 is sufficiently small. Therefore, an output

10

signal can be generated at high speed accurately while suppressing the increase in circuit occupying area.

Third Modification FIG. 7 schematically shows a layout of a third modification of the semiconductor device according to the first embodiment of the present invention. The layout of the semiconductor device shown in FIG. 7 is different from the layout of the semiconductor device shown in FIG. 5 in the following points. Resistance element 14 and N-type active region 32 are not provided in terminating circuit 10 and resistance element 13 and P-type active region 30 are provided. Specifically, P-channel MOS transistors 11a and 11b terminating at power supply voltage level are provided in terminating circuit 10. The distances Lpt from drain contact 21c to gate electrodes 22e and 22f of P-channel MOS transistors 11a and 11b, respectively, are set shorter than the drain contact-to-gate electrode distances Lno of N-channel MOS transistors included in output circuit 1. Source impurity regions PSc and PSd are connected to power supply nodes via source contacts 20e and 20f, respectively.

Similarly, in output circuit 1, source impurity regions NSa and NSb in N active region 19 are connected to ground nodes via source contacts 20c and 20d, respectively. Specifically, in output circuit 1, similarly to the configuration shown in FIG. 5, N-channel MOS transistors 4a and 4b are provided, but pulling-up P-channel MOS transistors are not provided.

In the configuration shown in FIG. 7, pad 5 is driven to ground voltage level by N-channel MOS transistors 4a and 4b in accordance with open-drain scheme, and pad 5 is terminated at power supply voltage level.

In the configuration of terminating circuit 10 and output circuit 1 shown in FIG. 7, output pad 5 is driven in open-drain scheme, and terminating circuit 10 terminates output pad 5 to power supply node at appropriate timing in accordance with the bus condition. The loads on output pad 5 are only the drain junction capacitances and the interconnection line capacitances of active regions 19 and 30, and the drain junction capacitances of N-channel MOS transistors in terminating circuit 10 are eliminated, and thus, output pad 5 is driven at higher speed.

FIG. 8 shows an electric equivalent circuit of the semiconductor device shown in FIG. 7. Referring to FIG. 8, in terminating circuit 10, there are arranged resistance element 13, and P-channel MOS transistors 11a and 11b that selectively connect resistance element 13 to power supply node in accordance with termination control signal ZTERM.

In output circuit 1, N-channel MOS transistors 4a and 4b are connected in parallel, which drive output node 3 to ground voltage VSSQ level in accordance with output control signal OTL. Therefore, by driving output pad 5 in the open-drain scheme and by terminating the pad 5 at power supply voltage VCC level, the load of pad 5 is reduced and a signal can be transmitted at high speed. Power supply voltage VCC applied to terminating circuit 10 may be power supply voltage VCCQ, or may be a different voltage.

In this case also, the drain contact-to-gate electrode distance Lpt of each of terminating P-channel MOS transistors 11a and 11b is set sufficiently shorter than the drain contact-to-gate electrode distance Lno of each of N-channel MOS transistors 4a and 4b of output circuit 1, whereby the occupying area of terminating circuit 10 is made sufficiently small.

In general, an output pad is driven to ground voltage VSSQ level in the open-drain scheme. Alternatively, a pulling-up transistor for performing a pulling up to power supply voltage level in accordance with an output control signal may be provided in output circuit 1, while a transistor

US 7,106,092 B2

11

performing a termination at ground voltage level may be provided in terminating circuit 10.

Where both of a P-channel MOS transistor and an N-channel MOS transistor are used in output circuit 1, the drain contact-to-gate electrode distance Lpo of P-channel transistor and the drain contact-to-gate electrode distance Lno of N-channel transistor may not be made equal to each other. Additionally, where both of a P-channel MOS transistor and a N-channel MOS transistor are used in terminating circuit 10, the drain contact-to-gate electrode distance Lpt and the drain contact-to-gate electrode distance Lnt thereof may not be equal to each other.

The minimum requirement is that the drain contact-to-gate electrode distance of the MOS transistor in the terminating circuit is shorter than the drain contact-to-gate electrode distance of the MOS transistor in the output circuit, and the layout area of such terminating MOS transistors is sufficiently smaller than that of output MOS transistors.

As above, according to the first embodiment of the present invention, the drain contact-to-gate electrode distances of terminating MOS transistors are set shorter than those of output MOS transistors. Accordingly, the layout area of terminating circuit can be reduced sufficiently as compared to a configuration with conventional protection mechanism against electrostatic damage, and thus the occupying area of signal output portion can be reduced.

Further, since the terminating circuit is provided in a semiconductor device, the bus termination condition can be optimized in accordance with the bus utilization condition, and thus a signal/data can be transmitted accurately at high speed, while maintaining bus impedance matching.

Second Embodiment

FIG. 9 schematically shows a configuration of an output circuit and a terminating circuit according to a second embodiment of the present invention (hereinafter, both of the circuits are collectively referred to as a semiconductor device). In the configuration shown in FIG. 9, output node 3 of output circuit 1 is electrically connected to pad 5 via interconnection line 50. Terminating circuit 10 is provided distant from pad 5 relative to output circuit 1. A terminating node 12 of terminating circuit 10 is connected to the same interconnection line 50. Terminating node 12 of terminating circuit 10 and output node 3 of output circuit 1 are electrically connected to pad 5 via common interconnection line 50.

Similarly to the first embodiment, output circuit 1 includes pulling up P-channel MOS transistors 2a and 2b, and pulling down N-channel MOS transistors 4a and 4b, which drive output node 3 in accordance with output control signals ZOTH and OTL, respectively.

Similarly to the first embodiment, terminating circuit 10 includes, as its components, resistance elements 13 and 14, P-channel MOS transistors 11a and 11b that are selectively made conductive in accordance with termination control signal ZTERM, and N-channel MOS transistors 15a and 15b that are selectively made conductive in accordance with termination control signal TERM.

The operations of terminating circuit 10 and output circuit 1 are the same as in the first embodiment, and the logic level of termination control signals ZTERM and TERM for terminating circuit 10 is set in accordance with the termination condition of an external bus connected to pad 5 and the operation of output circuit 1.

In the configuration shown in FIG. 9, termination node 12 of terminating circuit 10 and output node 3 of output circuit

12

1 are connected to pad 5 via common interconnection line 50. This interconnection line 50 extends from pad 5 to terminating circuit 10 via output circuit 1. Therefore, a distance L2 between termination node 12 of terminating circuit 10 and pad 5 is made longer than a distance L1 between output node 3 of output circuit 1 and pad 5.

In operation, output circuit 1 and terminating circuit 10 drive the pad 5 via common interconnection line 50. In output circuit 1, input capacitance to pad 5 exists due to the interconnection line and junction capacitances of MOS transistors 2a, 2b, 4a and 4b. Additionally, there exists a line resistance in interconnection line 50. Accordingly, a low pass filter is formed by the parasitic capacitance and the interconnection line resistance in a path from pad 5 to terminating circuit 10 via interconnection line 50. Even though a surge is generated at pad 5, the steep surge is mitigated by the parasitic low pass filter and then transmitted to terminating circuit 10.

In output circuit 1, MOS transistors 2a, 2b, 4a, and 4b each have the drain contact-to-gate electrode distance set sufficiently long to have large drain resistance, and therefore the reliability against surge is assured. In terminating circuit 10, the surge is mitigated by the parasitic low pass filter formed by output circuit 1 and interconnection line 50, and then transmitted. Therefore, in terminating circuit 10, the requirement of assuring reliability against the surge for MOS transistors 11a, 11b, 15a, and 15b is further relaxed. When the surge is sufficiently mitigated by resistance elements 13 and 14 and the parasitic low pass filter, the drain contact-to-gate electrode distances of MOS transistors 11a, 11b, 15a, and 15b in terminating circuit 10 can be shortened down to the limitation in designing, i.e., to the minimum design size, and thus the occupying area of terminating circuit 10 can be reduced.

FIG. 10 schematically shows a configuration of layout of the semiconductor device shown in FIG. 9. In FIG. 10, output circuit 1 is arranged proximate to pad 5, and terminating circuit 10 is arranged far away from pad 5 as compared to output circuit 1. Termination node 12 of terminating circuit 10 and output node 3 of output circuit 1 are connected to pad 5 via common interconnection line 50.

Output circuit 1 includes P-type active region 18 for forming P-channel MOS transistors, and N-type active region 19 for forming N-channel MOS transistors, as in the first embodiment. In output circuit 1, a part that correspond to a component of output circuit 1 of the first embodiment shown in FIG. 2 is allotted an identical reference numeral or character, and detailed description thereof will not be repeated.

In P-type active region 18, the distances from drain contact 21a, formed in drain impurity region PDa, to gate electrode 22a and to gate electrode 22b each are Lpo. In N-type active region 19, the distances from drain contact 21b, formed in drain impurity region NDa, to gate electrode 22c and to gate electrode 22d each is Lpo. In FIG. 10, only one of the drain contact-to-gate distance for each active region is indicated. By setting the distances Lpo and Lno longer, the drain resistance is increased and the reliability against the surge generated at pad 5 can be assured.

The layout of terminating circuit 10 is identical to that of terminating circuit 10 shown in FIG. 2, except that it is arranged further away from pad 5 via interconnection line 50 as compared to output circuit 1. As for this terminating circuit 10, corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

US 7,106,092 B2

13

In P-type active region 30, the distances from drain contact 21c, formed in drain impurity region PDb, to gate electrodes 22e and 22f of MOS transistors 11a and 11b each are Lpt. In N-type active region 32, the distances between drain contact 21d, formed in drain impurity region NDb, and gate electrodes 22g and 22h of MOS transistors 15a and 15b, respectively, are each Lnt. As previously described, since termination node 12 is electrically connected to pad 5 via interconnection line 50 and output node 3, a parasitic low pass filter is connected equivalently to this termination node 12. Accordingly, the drain contact-to-gate electrode distances Lpt and Lnt are set to minimum design size Lpt (min) and Lnt (min) on designing, respectively. Thus, the layout area of active regions 30 and 32 can be reduced, and hence the occupying area of terminating circuit 10 can further be reduced.

It should be noted that in the second embodiment also, it is not necessary to set Lpt and Lnt equal to each other, nor Lpo and Lno equal to each other.

First Modification

FIG. 11 shows a configuration of a first modification of the second embodiment of the present invention. In a semiconductor device shown in FIG. 11, terminating circuit 10 terminates the pad 5 at power supply voltage VCC. This termination voltage VCC is applied from a power supply terminal different from the terminal that applies power supply voltage VCCQ to output circuit 1. These voltages VCCQ and VCC may be at the same voltage level, or may be at different voltage levels.

Terminating circuit 10 includes resistance element 13 having one end connected to termination node 12, and P-channel MOS transistors 11a and 11b connecting the other end of resistance element 13 to a power supply node in accordance with termination control signal ZTERM.

In terminating circuit 10, no transistor terminating at ground is provided. The configuration of output circuit 1 is identical to that of output circuit 1 shown in FIG. 9, thus corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the configuration shown in FIG. 11 also, termination node 12 of terminating circuit 10 is connected to pad 5 via output node 3 of output circuit 1 by interconnection line 50. Accordingly, the distance L2 from termination node 12 of terminating circuit 10 to pad 5 is sufficiently longer than the distance L1 between output node 3 of output circuit 1 and pad 5, similarly to the configuration shown in FIG. 9. In this interconnection line 50, the parasitic resistance and the parasitic capacitance thereof mitigate the surge abruptly inputted to the output pad 5, and additionally, terminating resistor 13 mitigates the surge voltage, and thus the steep voltage by the surge is changed to a moderate voltage. Accordingly, the drain contact-to-gate electrode distance of MOS transistors 11a and 11b in terminating circuit 10 is set sufficiently shorter than that of MOS transistors 2a and 2b in output circuit 1, and thus the drain resistances of the terminating MOS transistors are reduced.

FIG. 12 schematically shows the layout of the semiconductor device shown in FIG. 11. The layout of the semiconductor device shown in FIG. 12 is identical to that of FIG. 10, except that resistance element 14 and N-type active region 32 is removed from terminating circuit 10. Accordingly, in the configuration shown in FIG. 12, the parts corresponding to the components shown in FIG. 10 are allotted with identical reference numerals or characters and detailed description thereof will not be repeated.

In this arrangement where terminating circuit 10 terminates by power supply, the drain contact-to-gate electrode

14

distance Lpt is set sufficiently shorter than the drain contact-to-gate electrode distance Lpo of each of MOS transistors 2a and 2b of output circuit 1, and preferably, the distance Lpt is set to minimum design size Lpt (min). In this case, the distance Lpt is also set shorter than the drain contact-to-gate electrode distance Lno of each discharging MOS transistor in output circuit 1.

Accordingly, also in this the configuration where terminating circuit 10 terminates at power supply voltage VCC, interconnection line 50 has input capacitance of output circuit 1 as well as interconnection line capacitance and interconnection line resistance, and thus a low pass filter is formed, which mitigates the surge for transmission to terminating circuit 10. Even though the drain contact-to-gate electrode distance in terminating circuit 10 is set to minimum design size Lpt (min), since the surge is sufficiently mitigated and then transmitted, the reliability of these transistors 11a and 11b on occurrence of the surge can be sufficiently maintained.

Accordingly, the effect similar to that provided by the configurations shown in FIGS. 9 and 10 can be provided. Further, since terminating circuit 10 only terminates at power supply voltage VCC level and does not terminate at ground level, the occupying area of terminating circuit 10 can further be decreased. Terminating voltage VCC of terminating circuit 10 may be at an identical voltage level to power supply voltage VCCQ or may be at a different voltage level.

Second Modification

FIG. 13 shows a configuration of a second modification of the semiconductor device according to the second embodiment of the present invention. In the semiconductor device shown in FIG. 13, an output circuit of open-drain scheme that drives output node 3 to ground voltage level is employed as output circuit 1. Specifically, N-channel MOS transistors 4a and 4b that drives output node 3 to ground voltage level in accordance with output control signal OTL are provided in output circuit 1. No pulling up P-channel MOS transistors are provided in output circuit 1.

The configuration of terminating circuit 10 is identical to that of terminating circuit 10 shown in FIG. 9, therefore corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated. Termination node 12 of this terminating circuit 10 is connected to pad 5 via output node 3 of output circuit 1 by interconnection line 50. The distance between termination node 12 and pad 5 is L2, while the distance between output node 3 and pad 5 is L1. Even though the surge is generated at pad 5, since transmission of the surge to terminating circuit 10 is made via interconnection line 50, the surge can be sufficiently mitigated and then transmitted to terminating circuit 10.

Accordingly, when output circuit 1 is an output circuit of open-drain scheme also, the input capacitance due to the drain junction capacitances of MOS transistors 4a and 4b and the parasitic capacitance of interconnection line 50 as well as the parasitic resistance of interconnection line 50 exists. Therefore, since a low pass filter is parasitically connected to termination node 12, the protection against the surge is established. Thus, these four MOS transistors 11a, 11b, 15a, and 15b do not require specific countermeasure against surge and their drain-to-gate electrode distances can be reduced, and the layout area of terminating circuit 10 can be reduced accordingly.

FIG. 14 schematically shows the layout of the semiconductor device shown in FIG. 13. The layout shown in FIG. 14 is identical to that shown in FIG. 11, except that P-type

US 7,106,092 B2

15

active region **15** is removed from output circuit **1**, therefore corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the layout shown in FIG. **14**, the drain contact-to-gate electrode distance Lpt of each of P-channel MOS transistors **11***a* and **11***b* of terminating circuit **10** is set shorter than the drain contact-to-gate electrode distance Lno of each of MOS transistors **4***a* and **4***b* of the output circuit, and preferably set to the minimum design size Lpt (min). Similarly, the drain contact-to-gate electrode distance Lnt of each of MOS transistors **15***a* and **15***b* of terminating circuit **10** is set shorter than the drain contact-to-gate electrode distance Lno of each of MOS transistors **4***a* and **4***b* in output circuit **1**, and preferably set to the minimum design size Lnt (min).

As shown explicitly in the layout in FIG. **14**, the layout area of active regions **30** and **32** in terminating circuit **10** can be reduced, and the layout area is also reduced in output circuit **1**, since only active region **19** is provided therein. Thus, an output circuit, driving the pad **5** in accordance with open-drain scheme at high speed with small occupying area, can be implemented. It should be noted that the ground voltage applied to terminating circuit **10** and the ground voltage applied to output circuit **1** may be applied from the same terminal, or may be from different terminals.

Third Modification

FIG. **15** shows a configuration of a third modification of the second embodiment of the present invention. The configuration shown in FIG. **15** is different from the semiconductor device shown in FIG. **13** in the following points. MOS transistors **11***a* and **11***b* for terminating at power supply voltage and resistance element **13** connecting to termination node **12** are provided in terminating circuit **10**. These MOS transistors **11***a* and **11***b* connect resistance element **13** to a power supply node in accordance with termination control signal ZTERM.

Output circuit **1** has identical configuration to that shown in FIG. **13**, and includes N-channel MOS transistors **4***a* and **4***b* for driving the pad **5** to ground voltage level via output node **3** in accordance with output control signal OTL.

In the configuration shown in FIG. **15** also, termination node **12** of terminating circuit **10** is electrically connected to pad **5** via output node **3** by interconnection line **50**. The distance L2 from termination node **12** to pad **5** and the distance L1 from output node **3** to pad **5** satisfy the relationship of L2>L2, and the surge is sufficiently mitigated by the parasitic low pass filter in interconnection line **50** before arrives at terminating circuit **10**. Therefore, the drain contact-to-gate electrode distance of each of MOS transistors **11***a* and **11***b* in terminating circuit **10** can be set to the minimum size permissible on designing (minimum design size).

FIG. **16** schematically shows the layout of the semiconductor device shown in FIG. **15**. The layout of the semiconductor device shown in FIG. **16** is different from that of the semiconductor device shown in FIG. **14** in the following points. Resistance element **14** and active region **32** are not provided in terminating circuit **10**, and instead, resistance element **13** and P-type active region **30** are provided. The other configuration is the same as that shown in FIG. **14**, thus corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the layout shown in FIG. **16**, the drain contact-to-gate electrode distance Lpt of each of P-channel MOS transistors **11***a* and **11***b* is set shorter than the drain contact-to-gate electrode distance Lno of each of P-channel MOS transistors **4***a* and **4***b*, and set to the minimum design size Lpt (min).

16

As shown in FIG. **16**, terminating circuit **10** merely includes P-type active region **30** and resistance element **13**, and-thus its layout area is reduced. Similarly, output circuit **1** merely includes N-type active region **19** and correspondingly, its layout area is reduced. The only restriction for interconnection line **50** is that both of termination node **12** and output node **3** must be connected to interconnection line **50** while satisfying the condition L2>L1.

FIG. **17** schematically shows overall configuration of a semiconductor circuit device according to the present invention. In FIG. **17**, a semiconductor circuit device **70** includes output circuit **1** for driving the pad **5** via output node **3** in accordance with output control signals ZOTH and OTL, and terminating circuit **10** for terminating the pad **5** at a prescribed voltage level via termination node **12** in accordance with termination control signals ZTERM and TERM.

Output circuit **1** includes a pull-up transistor **2** for driving the output node **3** to power supply voltage level in accordance with output control signal ZOTH, and a pull-down transistor **4** for driving the output node **3** to ground voltage level in accordance with output control signal OTL. These pull-up transistor **2** and pull-down transistor **4** correspond to MOS transistors **2***a*, **2***b* and MOS transistors **4***a*, **4***b* as described in the first and second embodiments above, respectively. Terminating circuit **10** has the identical configuration to that shown in FIG. **9**.

Semiconductor circuit device **70** further includes a main control circuit **72** for controlling various specified operations in accordance with an external control signal, an internal circuit **74** performing a prescribed processing operation under the control of main control circuit **72** to generate output control signals ZOTH and OTL, and a termination control circuit **76** for generating termination control signals ZTERM and TERM under the control of main control circuit **72**.

When internal circuit **74** is a memory circuit, the output control signals ZOTH and OTL are generated through combination of an internal read data and an output control signal. When pad **5** is also used as an input pad for a signal input, then prescribed signal/data is applied to main control circuit **72** or internal circuit **74** via this pad **5**. When the output pad and the input pad are provided separately, then signals/data are applied to main control circuit **72** and internal circuit **74** via input pads that are not shown, respectively.

Termination control circuit **76** changes the state of termination control signals ZTERM and TERM in accordance with the usage condition of the bus to which semiconductor circuit device **70** is connected.

As output circuit **1** shown in FIG. **17**, open-drain type output circuit may be provided only with pull-down transistor **4**. Terminating circuit **10** may have any of the configurations shown in FIGS. **9** to **16**. To terminating circuit **10**, power supply voltage and/or ground voltage may be applied via the same terminal as output circuit **1**, or may be applied via different terminals.

As above, according to the second embodiment of the present invention, the terminating circuit and the output circuit are connected via the common interconnection line, with the terminating circuit arranged further away from the pad as compared to the output circuit. Accordingly, a low pass filter is formed by the parasitic capacitance and the parasitic resistance of the interconnection line, which serves to mitigate the surge. Thus, the drain resistance of the transistors in terminating circuit can be reduced, and the drain contact-to-gate electrode distance can be reduced down to the minimum design size. Accordingly, the layout area of the signal/data output portion can be reduced.

US 7,106,092 B2

17

The distance from gate electrode to drain contact corresponds to the distance from a portion of connecting drain node and an internal node together to a contacting portion (interface portion) of the drain region and the channel region. Usually in MOS transistor, a drain high electric field is generated in a portion just under the gate electrode of the drain region. By adjusting the distance to the interface between the drain and the channel through which signal charges propagate, the drain high electric field on occurrence of the surge can be relaxed. Accordingly, the distance between the drain contact and the gate electrode is the distance when seen in two dimensional layout.

In the above configurations, output circuits are constructed with MOS transistors. Even when the output circuit is constructed with bipolar transistors, the same effect can be achieved by replacing the drain with a collector of a bipolar transistor and the gate with a base of the bipolar transistor.

As above, according to the present invention, the distance between one conduction node and the control electrode of the terminating transistor is set shorter than the distance between one conduction node and the control electrode of the first output transistor driving the output node in accordance with an internal signal. Accordingly, the layout area of terminating circuit can be reduced, and the semiconductor device containing the terminating circuit can be implemented without increasing the layout area.

Although the present invention has been described and illustrated in detail, it is clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the spirit and scope of the present invention being limited only by the terms of the appended claims.

What is claimed is:

1. A semiconductor device, comprising:

a pad;

a first output transistor comprising a first source impurity region, a first drain impurity region, a first gate and a first drain contact in contact with the first drain impurity region and coupled to the pad, wherein the pad is driven by the first output transistor in accordance with an internal signal applied to the first gate;

a terminating circuit including a first resistance element having one end coupled to the pad and a first terminating transistor coupled between another end of the first resistance element and a first voltage node, the first terminating transistor comprising a second source impurity region, a second drain impurity region, a second gate and a second drain contact in contact with the second drain impurity region and coupled to the another end of the first resistance element, the first terminating transistor being made conductive on accordance with a termination control signal;

an interconnection line coupled from the pad to one end of the first resistance element of the terminating circuit, and including a portion coupled to the first drain contact, wherein the terminating circuit is arranged further than the first output transistor away from the pad; and

a first distance between the second drain contact and the second gate of the first terminating transistor being less than a second distance between the first drain contact and the first gate of the first output transistor, measured in a direction of a gate length a gate length of each transistor.

2. The semiconductor device according to claim 1, further comprising a second output transistor sharing the first drain

18

contact and the first drain impurity region with the first output transistor, and comprising a third source impurity region and a third gate disposed between the third source impurity region and the first drain impurity region, wherein the pad is driven by the second output transistor in accordance with the internal signal applied to the third gate, wherein

the terminating circuit further includes a second terminating transistor coupled to the another end of the first resistance element and the first voltage node, the second terminating transistor sharing the second drain contact and the second drain impurity region with the first terminating transistor, and comprising a fourth source impurity region and a fourth gate disposed between the fourth source impurity region and the second drain impurity region, the second terminating transistor being made conductive in accordance with the termination control signal, and

a third distance between the second drain contact and the fourth gate of the second terminating transistor and a fourth distance between the first drain contact and the third gate of the second output transistor, measured in the direction of the gate length of each transistor, are configured such that the third distance is less than each of the second and fourth distances, and the first distance is less than each of the second and fourth distances.

3. The semiconductor device according to claim 2, further comprising:

an input circuit connected to the pad; and

a memory circuit for storing data input from the input circuit,

wherein the internal signal comprises data read out from the memory circuit.

4. The semiconductor device according to claim 3, further comprising a first power supply terminal for supplying a first power supply voltage to the first voltage node.

5. The semiconductor device according to claim 4, further comprising a terminating control circuit for generating the termination control signal.

6. The semiconductor device according to claim 5, further comprising a main control circuit for controlling the memory circuit to perform an operation, and controlling the terminating control circuit to generate the termination control signal in response to a control signal applied externally to the semiconductor device.

7. The semiconductor device according to claim 2, wherein the first and second output transistors are N channel type transistors, and the first and second terminating transistors are P channel type transistors.

8. The semiconductor device according to claim 2, wherein the first and second output transistors are N channel type transistors, and the first and second terminating transistors are N channel type transistors.

9. The semiconductor device according to claim 1, further comprising a second output transistor comprising a third source impurity region, a third drain impurity region, a third gate and a third drain contact in contact with the third drain impurity region and coupled to the pad, wherein said pad is driven by the second output transistor complementarily to the first output transistor in accordance with an internal signal applied to the third gate, wherein

the first distance between the second drain contact and the second gate of the first terminating transistor is less than a third distance between the third drain contact and the third gate of the second output transistor, measured in the direction of the gate length of each transistor.

US 7,106,092 B2

19

**10**. The semiconductor device according to claim **9**, wherein the terminating circuit further includes a second resistance element having one end coupled to the pad and a second terminating transistor coupled between another end of said second resistance element and a second voltage node, the second terminating transistor comprising a fourth source impurity region, a fourth drain impurity region, a fourth gate and a fourth drain contact in contact with the fourth drain impurity region, and being made conductive in accordance with a termination control signal, wherein

20

a fourth distance between the fourth drain contact and the fourth gate of the second terminating transistor is less than the second distance between the first drain contact and the first gate of the first output transistor, measured in the direction of the gate length of each transistor.

**11**. The semiconductor device according to claim **10**, wherein the second terminating transistor is made conductive in synchronization with the conduction of the first terminating transistor.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,106,092 B2                                    Page 1 of 1
APPLICATION NO.   : 10/391021
DATED             : September 12, 2006
INVENTOR(S)       : Takashi Kubo

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 17:
   line 40, change "drivem" to -- driven --;
   line 64, delete the second occurrence of "a gate length".

Signed and Sealed this

Second Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 3

US007163870B2

(12) **United States Patent**
Koubuchi et al.

(10) Patent No.: **US 7,163,870 B2**
(45) Date of Patent: **Jan. 16, 2007**

(54) **SEMICONDUCTOR INTEGRATED CIRCUIT DEVICE**

(75) Inventors: **Yasushi Koubuchi**, Kokubunji (JP);
**Koichi Nagasawa**, Koganei (JP);
**Masahiro Moniwa**, Sayama (JP);
**Youhei Yamada**, Kodaira (JP);
**Toshifumi Takeda**, Tachikawa (JP)

(73) Assignee: **Renesas Technology Corp.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 154 days.

(21) Appl. No.: **10/951,939**

(22) Filed: **Sep. 29, 2004**

(65) **Prior Publication Data**

US 2005/0040537 A1      Feb. 24, 2005

**Related U.S. Application Data**

(60) Division of application No. 10/619,039, filed on Jul. 14, 2003, which is a continuation of application No. 10/075,246, filed on Feb. 15, 2002, now Pat. No. 6,664,642, which is a continuation of application No. 09/846,260, filed on May 2, 2001, now Pat. No. 6,433,438, which is a division of application No. 09/050,416, filed on Mar. 31, 1998, now Pat. No. 6,261,883.

(30) **Foreign Application Priority Data**

May 31, 1997    (JP)    ..................................... 9-81013
Feb. 16, 1998    (JP)    ..................................... 10-33388

(51) **Int. Cl.**
*H01L 21/76*    (2006.01)

(52) **U.S. Cl.** ...................... **438/424**; 438/257; 438/400; 438/618

(58) **Field of Classification Search** ................ 438/257, 438/400, 424, 618
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,916,087 A | 4/1990 | Tateoka et al. |
| 4,916,514 A | 4/1990 | Nowak |
| 5,292,689 A | 3/1994 | Cronin |
| 5,321,304 A | 6/1994 | Rostoker |
| 5,323,049 A | 6/1994 | Motonami |
| 5,361,234 A | 11/1994 | Iwasa |
| 5,441,915 A | 8/1995 | Lee |

(Continued)

FOREIGN PATENT DOCUMENTS

JP        55-135837        10/1980

(Continued)

OTHER PUBLICATIONS

Office Action of Korean Application No. 10-1998-0010428 dated Jan. 31, 2005 with English language translation.

(Continued)

*Primary Examiner*—Long Pham
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout and Kraus, LLP.

(57) **ABSTRACT**

Interconnections are formed over an interlayer insulating film which covers MISFETQ1 formed on the principal surface of a semiconductor substrate, while dummy interconnections are disposed in a region spaced from such interconnections. Dummy interconnections are disposed also in a scribing area. Dummy interconnections are not formed at the peripheries of a bonding pad and a marker. In addition, a gate electrode of a MISFET and a dummy gate interconnection formed of the same layer are disposed. Furthermore, dummy regions are disposed in a shallow trench element-isolation region. After such dummy members are disposed, an insulating film is planarized by the CMP method.

**3 Claims, 27 Drawing Sheets**





**US 7,163,870 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,441,916 A | 8/1995 | Motonami | |
| 5,442,236 A | 8/1995 | Fukazawa | |
| 5,459,093 A | 10/1995 | Kuroda et al. | |
| 5,498,565 A | 3/1996 | Gocho et al. | |
| 5,614,445 A * | 3/1997 | Hirabayashi | 438/430 |
| 5,621,241 A | 4/1997 | Jain | |
| 5,885,856 A | 3/1999 | Gilbert | |
| 5,892,277 A | 4/1999 | Ikemizu | |
| 5,929,528 A | 7/1999 | Kinugawa | |
| 6,077,784 A | 6/2000 | Wu | |
| 6,087,733 A | 7/2000 | Maxim | |
| 6,130,139 A | 10/2000 | Ukeda | |
| 6,171,976 B1 | 1/2001 | Cheng | |
| 6,261,883 B1 | 7/2001 | Koubuchi | |
| 6,346,736 B1 | 2/2002 | Ukeda | |
| 6,433,438 B1 | 8/2002 | Koubuchi | |
| 6,664,642 B1 | 12/2003 | Koubuchi | |
| 2002/0058411 A1* | 5/2002 | Hasegawa et al. | 438/653 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 01-149435 | 6/1989 | |
| JP | 02-138757 | 5/1990 | |
| JP | 2-504575 | 12/1990 | |
| JP | 03-038043 | 2/1991 | |
| JP | 03-071630 | 7/1991 | |
| JP | 04217328 | * | 8/1992 |
| JP | 05-267460 | 10/1993 | |
| JP | 05-275527 | 10/1993 | |
| JP | 5275527 | 10/1993 | |
| JP | 06-069201 | 3/1994 | |
| JP | 6-125013 | 5/1994 | |
| JP | 06-151768 | 5/1994 | |
| JP | 06-216332 | 8/1994 | |
| JP | 06-326106 | 11/1994 | |
| JP | 774175 | 3/1995 | |
| JP | 923844 | 3/1995 | |
| JP | 07092838 | 4/1995 | |
| JP | 08-288295 | 11/1996 | |
| JP | 8314762 | 11/1996 | |
| JP | 09-55421 | 2/1997 | |
| JP | 09-181159 | 7/1997 | |
| JP | 9181159 | 7/1997 | |
| JP | 2802455 | 7/1998 | |
| KR | 1994-0009350 | 10/1994 | |
| KR | 1996-0000962 | 5/1996 | |
| KR | 1997-011056 | 7/1997 | |
| KR | 1996-0043102 | 12/1998 | |
| WO | WO 90/03046 | 3/1990 | |
| WO | 9615552 | 5/1996 | |
| WO | WO 96/15552 | 5/1996 | |

### OTHER PUBLICATIONS

Lee et al "An Optimized Densification of the Filled Oxide For Quarter Micron Shallow Trench Isolation (STI)", 1996, Symposium on VLSI Technology Digest Of Technical Papers, pp. 158-159.

* cited by examiner



FIG. 1

Case 1:07-cv-00054-JJF     Document 28-7     Filed 06/13/2007     Page 5 of 42



FIG. 2

# FIG. 3(a)



# FIG. 3(b)



# FIG. 4





FIG. 5

FIG. 6



FIG. 7

FIG. 8

## FIG. 9



## FIG. 10



## FIG. 11



FIG. 12



FIG. 13



FIG. 14

## FIG. 15(a)



## FIG. 15(b)





FIG. 16

## FIG. 17





*FIG. 20*





FIG. 21



FIG. 22



FIG. 23

## FIG. 24









Case 1:07-cv-00054-JJF     Document 28-7     Filed 06/13/2007     Page 25 of 42

## FIG. 29(a)



## FIG. 29(b)



## FIG. 29(c)



## FIG. 29(d)



*FIG. 30*



DISTANCE BETWEEN DUMMY PATTERNS

## FIG. 31





FIG. 32

FIG.  33



*FIG. 34*



US 7,163,870 B2

1

# SEMICONDUCTOR INTEGRATED CIRCUIT DEVICE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a Divisional Application of U.S. Ser. No. 10/619,039, filed Jul. 14, 2003, which is a Continuation of Ser. No. 10/075,246 filed Feb. 15, 2002, now U.S. Pat. No. 6,664,642, which is a Continuation of Ser. No. 09/846, 260, filed May 2, 2001, now U.S. Pat. No. 6,433,438, which is a Divisional application of Ser. No. 09/050,416, filed Mar. 31, 1998, now U.S. Pat. No. 6,261,883. This application is related to application Ser. No. 10/926,142, filed Aug. 26, 2004, which is a Continuation of application Ser. No. 10/619,039, filed Jul. 14, 2003.

## BACKGROUND OF THE INVENTION

This invention relates to a semiconductor integrated circuit device and to a fabrication process thereof, and more particularly, the invention relates to a technique which is effective when applied to a semiconductor integrated circuit device, which is fabricated by a process including a planarization step using the CMP (Chemical Mechanical Polishing) method.

To satisfy the continuing tendency to decrease the minimum processing size of a semiconductor integrated circuit device, in an exposure optical system, an increase in the performance of a stepper is required, which promotes a widening of the aperture size of a lens and a shortening of the exposure wave length. As a result, the focus depth of the exposure optical system decreases and even a slight unevenness on the surface to be processed becomes a problem. Therefore, the accurate planarization of the surface to be processed becomes an important technical objective for the device process. Furthermore, the above planarization does not aim at the easing of a stepped portion for the purpose of preventing a short cut of interconnections formed on the stepped portion, but is directed to a global planarization, in other words, a complete planarization.

As a surface planarization technique, there are a method of coating an SOG (Spin On Glass) film or a low-melting-point glass by melting it, a method of heat treatment through glass flow, a self planarization method adopting a surface reaction mechanism of CVD (Chemical Vapor Deposition) and the like. Owing to the surface conditions, to the heat treatment conditions being applied or to limitations in processing, in many cases, it is impossible to carry out complete planarization, that is, global planarization, using these methods. Therefore, the etchback and CMP processes are regarded as promising practical techniques which permit complete planarization.

As for the etchback process, the use of a photoresist as a sacrificial film, the use of an SOG film and the use of a self-planarization CVD film are known, but they are accompanied by such drawbacks as a complex procedure, a high cost and a lowering of the yield due to production of particles. The CMP process has, on the other hand, come to be regarded as an excellent process from an overall viewpoint, because, compared with the etchback process, it is more free from the above-described problems. Consequently, the CMP process is considered to be most promising as a practical technique for effecting complete planarization.

The CMP technique is described in, for example, Japanese Patent Application Laid-Open No. HEI 7-74175, U.S. Pat.

2

No. 5,292,689 and "1996 Symposium on VLSI Technology Digest of Technical Papers, 158–159(1996)".

## SUMMARY OF THE INVENTION

During the investigation of a technique for the complete planarization of a device surface to which the CMP method is applied, which technique is not, however, a known process, the present inventors have recognized that there are the following drawbacks.

FIGS. 29(a) to 29(d) are each a cross-sectional view illustrating a planarization technique using the CMP method which the present inventors have investigated. For covering an interconnection with an insulating film and then planarizing the insulating film, an interconnection 102 is formed on an interlayer insulating film 101 (FIG. 29(a)); a first insulating film 103 and a second insulating film 104, such as SOG, are deposited to embed a concave portion thereof by the plasma CVD method or the like using TEOS (Tetraethoxysilane: $(C_2H_5O)_4Si$) (FIG. 29(b)); a third insulating film 105 is deposited by the plasma CVD method using TEOS (FIG. 29(c)); and then the third insulating film 105 is polished by the CMP method for effecting planarization (FIG. 29(d)).

At the present time, in the designing of a layout based on principles of functional design and logic design, the most important consideration concerning the pattern of the interconnection 102 has been based on whether the pattern follows the ordinary layout rule or not, and polishing properties in the CMP step have not been taken into particular consideration.

The interconnection pattern is therefore not uniform, being sparse in some places and dense in some places. In the drawing illustrating the technique under investigation (FIG. 29(d)), it is seen that the interconnections 102 are dense in the portion A, while they are sparse in the other region. When CMP polishing is conducted under such a state, that is, a state where interconnections 102 are not disposed uniformly, being sparse in some places and dense in some places, the surface of the third insulating film 105 cannot be planarized completely. In a region where the interconnections 102 are dense, there appears a difference of 0.2 to 0.3 µm in height in the region A and a large undulation inevitably remains on the surface.

On the surface having such an undulation, the processing margin lowers in the subsequent photolithography step or etching step, and it becomes difficult to satisfy minute processing and heightening requirements of integration, which makes it impossible to bring about an improvement in the reliability of the semiconductor integrated circuit device and also an improvement in the yield. In addition, the existence of an undulation requires the optimization of the process conditions in order to carry out lithography and etching favorably in such a state, and an optimization of the CMP step also becomes necessary to suppress the undulation to a minimum. The time required for such optimization sometimes undesirably delays the starting time of the mass-production process.

In the region where the interconnections 102 are disposed sparsely, the recess between the interconnections 102 is not embedded sufficiently with the second insulating film 104, and so the third insulating film 105 must be thicker in order to fill in such a recess completely, which consequently causes problems, such as an increase in the polishing amount of the third insulating film 105 and a rise in the step load in the CMP step, as well as an increase in the step load, such as a long deposition time, of the third insulating film 105.

US 7,163,870 B2

3

An object of the present invention is to completely planarize the surface of a member which has been polished by the CMP method.

Another object of the present invention is to provide a technique which can improve the processing margin in the photolithography and etching steps, thereby to achieve minute processing and an increased integration, while, at the same time, improving the reliability and yield of the semiconductor integrated circuit device.

A further object of the present invention is to facilitate the start of the process.

A still further object of the present invention is to reduce the amount of polishing of a member to be polished by the CMP method and to decrease the load and time of the polishing step, thereby improving the cost competitive advantage.

A still further object of the present invention is to provide a method of designing a member pattern which can be planarized completely by the CMP method.

A still further object of the present invention is to suppress an increase in the parasitic capacitance of an interconnection or the like which is caused by the measures to achieve complete planarization, thereby maintaining the performance of the semiconductor integrated circuit device.

The above-described and other objects, and novel features of the present invention will be more apparent from the following description and accompanying drawings.

Typical features of the invention disclosed by the present application will be satisfied briefly.

(1) The semiconductor integrated circuit device according to the present invention comprises actual interconnections which are formed on a principal surface of a semiconductor substrate or an interlayer insulating film constituting a semiconductor integrated circuit element, and an insulating film containing a film which covers the actual interconnections and has been planarized by the CMP method; wherein dummy interconnections, formed of the same material as that of the actual interconnections, but not functioning as an element, are formed in an empty space between adjacent, spaced interconnections in the interconnection layer where said actual interconnections are formed.

In addition, the semiconductor integrated circuit device according to the present invention comprises a shallow trench formed on the principal surface of a semiconductor substrate, an element isolation region having an insulating film, which contains a film planarized by the CMP method, embedded in the shallow trench, and active regions of the semiconductor integrated circuit element separated by said element isolation region, wherein dummy regions, which do not function as a semiconductor integrated circuit element, are formed on the principle surface of the semiconductor substrate in an empty space of the semiconductor substrate between said spaced active regions.

By providing such a semiconductor integrated circuit device with dummy interconnections or dummy regions formed in an empty space to prevent the formation of a sparse portion, the surface of the insulating film which covers the interconnections or the principal surface of the semiconductor substrate can therefore be planarized completely.

Described more specifically, in the case where only actual interconnections or active regions (element constituting members) are formed without dummy interconnections or dummy regions (dummy members), an empty space appears between adjacent but spaced element constituting members. If an insulating film is deposited without eliminating such an empty region, the surface of the insulating film near the

4

empty region becomes uneven reflecting the shape of each of the element constituting members precisely. Such an uneven shape becomes a factor for inhibiting complete planarization, as illustrated in FIG. 29(d).

In accordance with the present invention, therefore, dummy members are disposed in such an empty region to ease the uneven shape of the insulating film, whereby the surface of the insulating film is planarized completely after polishing by the CMP method. The surface of the insulating film is planarized completely in this manner so that the process margin in the subsequent lithography step or etching step can be increased. As a result, the production yield of the semiconductor integrated circuit device can be improved and the starting time for the process can be shortened.

Incidentally, examples of the interconnection include a metal interconnection formed on an interlayer insulating film, a gate interconnection of a MISFET (Metal-Insulator-Semiconductor Field Effect Transistor) and a bit line of a DRAM (Dynamic Random Access Memory). It is needless to say that not only the interconnection of memory devices, such as a DRAM, but also the interconnection of logic devices, are included in the metal interconnection and gate interconnection. In particular, the logic device generally has a multilayer interconnection formed of at least three layers so that the application of the present invention to such an interconnection brings about marked effects.

(2) In another aspect, the semiconductor integrated circuit device according to the present invention contains a high-density member region which satisfies the conditions that the distance between adjacent members of the dummy interconnections and the actual interconnections, or between adjacent members of dummy regions and active regions, is set to at least the minimum space width which is required by the resolution power of lithography, and that said distance is set to at least twice the height of the interconnection or the depth of the shallow trench; and the area of the high-density member region is at least 95% of the whole chip area.

By setting the distance between the adjacent members of the dummy interconnections and the actual interconnections or between the adjacent members of the dummy regions and active regions at not greater than twice the height of the interconnections or depth of the shallow trench, there is no pattern dependence of the member pattern on the CMP polishing rate of the insulating film formed over such members, and the CMP polishing rate becomes uniform, which makes it possible to attain substantially complete surface flatness of the insulating film.

FIG. 30 shows data indicating the finding of the present inventors obtained as a result of test and investigation and it graphically represents the fluctuation of a CMP polishing amount relative to the distance between dummy patterns. The distance between dummy patterns standardized by the height of the pattern is plotted along the abscissa, while the CMP polishing amount of the insulating film on the pattern relative to the standard pattern (solid pattern) is plotted along the ordinate. As is apparent from FIG. 30, the CMP polishing amount of the insulating film does not show a change even it the distance between the dummy patterns becomes approximately twice the height of the pattern. In other words, if the distance between the adjacent members of the dummy interconnections and the actual interconnections, or between the adjacent members of the dummy regions and active regions, is set at not greater than twice the height of the interconnection or the depth of the shallow bench, the CMP rate of the insulating film formed over such members becomes fixed irrespective of the pattern and the insulating film can be planarized completely.

US 7,163,870 B2

5

In order to attain planarization over the whole chip, the region where complete planarization can be materialized, that is, the high-density member region preferably is as wide as possible, but it is not necessary for the whole area of the chip to be a high-density member region. A sufficiently flat surface suited for practical use can be obtained so long as the high-density member region permitting complete planarization occupies at least 95% of the chip area.

Another condition that the distance between these members is set at not less than the minimum space width required by the resolution power of lithography is established because a processing space exceeding the minimum processing size is necessary for favorable member processing. It is possible to carry out processing of the interconnections or dummy interconnections, or the active regions or dummy regions, by satisfying the above condition. Incidentally, when a KrF exima laser is used as an exposure source, 0.2 μm can be given as an example of the minimum space width.

Incidentally, in the remaining 5% region which is not a high-density member region, it is preferred that the distance between adjacent members of dummy interconnections and actual interconnections, or between adjacent members of the dummy regions and active regions, is set at not greater than four times the height of the interconnection or the depth of the shallow trench. The polishing amount of the insulating film in such a region where the pattern distance is set at not greater than four times the height of the interconnection or the depth of the shallow trench, that is, a low-density member region shows fluctuations about twice as much as that of the high-density member region, as is illustrated in FIG. **30**. Because the area of the low-density member region is not larger than 5% of the chip area, however, the influence of the fluctuation can be neglected.

In addition, in the semiconductor integrated circuit device according to the present invention, the dummy interconnections or dummy regions each have a width not smaller than the minimum line width which is required by the resolution power of lithography, or has a length not smaller than twice the minimum line width; and at the same time, in the scribing area, the width and length of each of the dummy interconnections or dummy regions is not larger than the distance between bonding pads. Incidentally, the minimum space width and minimum line width can each be set at 0.2 μm and the distance between bonding pads can be set at 10 μm.

According to such a semiconductor integrated circuit device, by setting the width of each of the dummy interconnections or dummy regions at not smaller then the minimum line width, which is required by the resolution power of lithography, the dummy interconnections or dummy regions can be processed with precision; and by setting the length of each of the dummy interconnections or dummy regions at not less than twice the minimum line width, the resolution of such members can be maintained with certainty. In other words, there is a potential problem that a pattern having the minimum processing size in width and length cannot be resolved accurately, but such a potential problem can be avoided in the case of the present invention by setting the length of each of the dummy interconnections or dummy regions at not less than twice the minimum processing size. The width or length of each of the dummy interconnections or dummy regions is set at 30 μm or less, with 20 μm or less being frequently used and 10 μm or less being preferred.

In addition, by setting each of the width and length of the dummy interconnections or dummy regions at not greater than 30 μm, a parasitic capacitance of the interconnection

6

and the like and also failure due to short circuits between the bonding pads can be reduced. Described specifically, an increase in the width or length of each of the dummy interconnections or dummy regions inevitably enlarges such dummy members, which increases the parasitic capacitance of the interconnection or the like functioning as a semiconductor integrated circuit element and impairs the performance of the semiconductor integrated circuit device, such as the high-speed responsiveness thereof. If the width or length is not greater than 30 μm, on the other hand, it is possible to suppress the parasitic capacitance of the interconnection or the like to an extent not causing a problem in practical use. When the dummy interconnections are disposed in a scribing area, there is a possibility that the scribed chips may become conductive dust. Even if they unfortunately become conductive dust, they cause a short-circuit only between bonding pads. So, by setting the width and length of each of the dummy interconnections at not greater than the distance between the bonding pads, the scribed chips do not cause a short circuit even if they become conductive dust. Owing to these advantages, deterioration in the performance and yield of the semiconductor integrated circuit device can be prevented.

In addition, in the semiconductor integrated circuit device according to the present invention, the dummy interconnections or dummy regions are formed also in the scribing area. According to such a semiconductor integrated circuit device, complete planarization can be maintained even in the scribing area, whereby complete planarization all over the wafer can be actualized.

In addition, in the semiconductor integrated circuit device according to the present invention, a pattern density of interconnections formed of the dummy interconnections and actual interconnections, or a pattern density of regions formed of the dummy regions and active regions, is made substantially uniform all over the regions on the semiconductor substrate.

Even by the semiconductor integrated circuit device as described above, complete planarization of the insulating film on these patterns can be actualized. Described more specifically, as indicated above, the existence of unevenness in the pattern density inhibits the flatness of the insulating film on the pattern. The evenness of the insulating film is therefore improved also by disposing dummy members so as not to cause unevenness in the pattern density.

(3) In a further aspect, the semiconductor integrated circuit device according to the present invention is similar to the above-described one except that, in the same interconnection layer which includes a bonding pad portion or marker portion for photolithography disposed on the semiconductor substrate, dummy interconnections are not formed at the periphery of the bonding pad portion or a marker portion.

Such a semiconductor integrated circuit device makes it possible to smoothly perform automatic detection of a bonding pad upon wire bonding and also automatic detection of a marker used for mask alignment during photolithography. Described more specifically, if dummy members made of the same material as that of the bonding pad or marker have been formed at the periphery thereof, there is a possibility that the dummy members will disturb, in the manner of a noise, the smooth detection of the bonding pad or marker. The present invention is free from such a possibility. Incidentally, it is possible that the dummy interconnections are not formed in a region 20 μm from the bonding pad portion or 60 μm from the marker portion.

US 7,163,870 B2

7

In addition, the semiconductor integrated circuit device according to the present invention may contain, as the insulating film, a silicon oxide film formed by the SOG or high-density plasma CVD method, a BPSG (Boron-doped Phospho-Silicate Glass) or PSG (Phospho-Silicate Glass) film formed by the reflow method or a polysilazane film. According to such a semiconductor integrated circuit device, since the silicon oxide film formed by the SOG or high-density plasma CVD method, the BPSG or PSG film formed by the reflow method or the polysilazane film is excellent in step covering properties and has properties of embedding a concave portion therewith, a concave portion formed by adjacent members of the interconnections and dummy interconnections or of the active regions and dummy regions is filled in favorably with such a film, whereby the thickness of the insulating film to be polished by the CMP method can be decreased. Such a decrease in the thickness of the film to be polished by the CMP method leads to not only a reduction in the load of the deposition step of the film to be polished by the CMP method, but also a reduction in the load of the CMP step, which in turn brings about an improvement in the cost competitive advantage of the semiconductor integrated circuit device, for example, by reducing the process time.

The process for the fabrication of a semiconductor integrated circuit device according to the present invention is a process for the fabrication of the above-described semiconductor integrated circuit device, which comprises (a) depositing a conductive film containing polycrystalline silicon or a metal over the principal surface of a semiconductor substrate or over an interlayer insulating film and patterning said conductive film to form actual interconnections and dummy connections, (b) depositing a first insulating film, which is composed of a silicon oxide film formed by the SOG method or high-density plasma CVD method, a BPSG or PSG film formed by the re-flow method or a polysilazane film, over the actual interconnections and dummy interconnections including inner surfaces of concave portions formed by the actual interconnections and dummy interconnections and filling the concave portions with said film, (c) depositing a second insulating film over said first insulating film and (d) polishing the surface of said second insulating film by the CMP method; and wherein the second insulating film is formed to have a thickness sufficient for planarizing the unevenness on the surface of the first insulating film.

According to such a fabrication process of a semiconductor integrated circuit device, the second insulating film can be deposited to give a smaller film thickness, whereby the deposition time of the second insulating film can be shortened; and at the same time, the polishing amount of the second insulating film in the CMP polishing step can be reduced. As a result, in spite of the fact that the above process comprises conventional steps, the step time can be shortened and the step load can be reduced, which brings about an improvement in the cost competitive advantage in a semiconductor integrated circuit device.

Described more specifically, in the fabrication process according to the present invention, the concave portions formed between the actual interconnections and dummy interconnections are filled in with the first insulating film composed of a silicon oxide film formed by the SOC or high-density plasma CVD method, a BPSG or PSG film formed by the re-flow method or a polysilazane film, whereby the unevenness remaining on the surface of the second insulating film is lessened compared with the unevenness before the formation of the film. Accordingly, the thickness of the second insulating film must be sufficient for the planarization of the unevenness on the surface of the

8

first insulating film, but the surface of the second insulating film can be planarized sufficiently even by a thin film.

(4) Incidentally, a rigid pad can be used for said CMP polishing. Alternatively, polishing by the CMP method can be employed only for the surface finish polishing after the unevenness on the surface attributable to the existence of the actual interconnections and dummy interconnections is substantially planarized by the first and second insulating films. As a polishing means employed for the surface finish, not only the CMP method, but also other polishing means, such as dry belt polishing and lapping, may be used.

The process for the fabrication of a semiconductor integrated circuit device according to the present invention is a process for the fabrication of the above-described semiconductor integrated circuit device, which comprises (a) depositing a silicon nitride film on the principal surface of a semiconductor substrate and patterning a portion of the silicon nitride film and semiconductor substrate in regions except for the active regions and dummy regions to form a shallow trench, (b) depositing an insulating film composed of a silicon oxide film on the semiconductor substrate, interconnections and silicon nitride film including the inner surface of the shallow trench, thereby filling in the trench with the insulating film, and (c) polishing the insulating film by the CMP method to expose the silicon nitride film.

According to the above-described fabrication process of a semiconductor integrated circuit device, dummy regions are formed also in an element isolation region so that dishing, that is, the formation of a recess, in the element isolation region can be prevented and the surface of the semiconductor substrate can be planarized completely. In addition, since the silicon nitride film having a lower CMP polishing rate than the silicon oxide film is formed between the insulating film, which is a film to be polished by the CMP method, and the active region of the semiconductor substrate, the silicon nitride film serves as a stopper layer for the CMP polishing and more complete flatness can be attained.

Incidentally, the above process may further comprise a step of using an alkaline slurry, which contains a silicon oxide as an abrasive, as the slurry used for the CMP method in the step (c) and subsequent to the step (c), etching of the insulating film formed in the shallow trench is performed through wet etching or dry etching to make the surface of the insulating film equal to or lower then the principal surface of the semiconductor substrate. When the alkaline slurry containing a silicon oxide as an abrasive is used, the ratio of the polishing rate of the silicon oxide film to the silicon nitride film becomes 3 or 4:1 so that it is necessary to thicken the silicon nitride film. In such a case, when the height of the principal surface of the semiconductor substrate, that is, the active region, and the height of the silicon oxide film, which is an element isolation region after the removal of the silicon nitride film, are compared, the silicon oxide film is found to be higher. The silicon oxide film is therefore etched by wet etching or dry etching to make the surface of the insulating film equal to or lower than the principal surface of the semiconductor substrate, whereby minute gate processing can be carried out.

Alternatively, a slurry containing cerium oxide as an abrasive can be used as the slurry in the CMP method in the step (c). In this case, the ratio of the polishing rate of the silicon oxide film to the silicon nitride film becomes 30 to 50:1 so that it is not necessary to thicken the silicon nitride film. The thickness of the silicon nitride film can be set to a value which is negligible in the process, for example, not

US 7,163,870 B2

9

greater than 50 nm so that the etching of the silicon oxide film subsequent to the removal of the silicon nitride film is not required.

(5) The method of designing a semiconductor integrated circuit device according to the present invention comprises forming a mask pattern for a mask used for the processing of members each constituting a semiconductor integrated circuit element, wherein said mask pattern includes a member pattern for members and a dummy pattern which is not disposed in a dummy placement prohibited region; and a mask pattern is formed so as to satisfy all of the following conditions: a first condition wherein a pattern distance between adjacent patterns of the member patterns and dummy patterns is not less than the minimum space width which is required by the resolution power of lithography, or not less than 0.2 μm; a second condition wherein the pattern distance is not greater then twice the height of the member in a region of at least 95% of the chip area, and in a region of at most 5% of the chip area, the pattern distance is not greater than four times the height of the member; a third condition wherein the width of the dummy pattern is at least the minimum line width which is required by the resolution power of lithography, or at least 0.2 μm; a fourth condition wherein the width of the dummy pattern is not greater than the distance between bonding pads disposed in the semiconductor integrated circuit device or not greater than 10 μm; a fifth condition wherein the length of the dummy pattern is not less than twice the minimum line width or not less than 0.2 μm; and a sixth condition wherein the length of the dummy pattern is not greater than the distance between the bonding pads or not less than 10 μm.

Such a method of designing a semiconductor integrated circuit device makes it possible to design a mask for member patterns necessary for the fabrication of said semiconductor integrated circuit device. By the above-described conditions, the advantages of the above-described semiconductor integrated circuit device can be actualized.

Incidentally, it is needless to say that the dummy patterns can be disposed also in a scribing area of the semiconductor substrate. The dummy placement prohibited-region can be set within a range of 20 μm from an end portion of the pattern to be a bonding pad, a range of 60 μm from an end portion of the pattern to be a marker for photolithography, a range of 0.5 μm from a region in which a contact hole is to be formed, or a fuse region. By setting the dummy placement prohibited region as described above, it becomes easier to detect the bonding pad or the marker for the mask alignment upon wire bonding or photolithography, which makes it possible to form a contact hole between the interconnections of different layers or a contact hole between the interconnection and the semiconductor substrate.

In the case of a metal interconnection wherein the member and the storage capacitative element which is to be formed above a bit line are formed in substantially the same layer, the dummy placement can be prohibited in a region which is to have a storage capacitative element thereon. In such a case, the first metal interconnection layer and the storage capacitative element of a DRAM can be formed in the same layer and dummy interconnections can be disposed in a region of the first metal interconnection layer.

In the case of the active region wherein members are formed on the principal surface of the semiconductor substrate, the placement of dummy regions can be prohibited in a region wherein a gate interconnection is formed on the principal surface of the semiconductor substrate. In such a case, since no dummy region is formed belong the gate

10

interconnection, the capacitance between the gate interconnection and the semiconductor substrate can be reduced. Described more specifically, because the dummy regions on the principal surface of the semiconductor substrate and the active region of the semiconductor substrate apparently have the same structure, the formation of the gate interconnection on the dummy regions increases the capacitance of the gate interconnection. The dummy regions are therefore not formed below the gate interconnection, which brings about an improvement in the performance of the semiconductor integrated circuit device, such as the high-peed responsiveness thereof.

In addition, the method of designing a semiconductor integrated circuit device according to the present invention comprises disposing dummy patterns so as to minimize the floating capacitance of a member which will otherwise be increased by the dummy members formed by the dummy patterns, whereby the performance of the semiconductor integrated circuit device, such as the high-speed responsiveness thereof, can be improved. Incidentally, such disposal of elements can be effected by satisfying the above-described conditions for the method of designing a semiconductor integrated circuit device and then, optimizing the dummy patterns so as to minimize the area and the number of the dummy patterns. Such optimization can be calculated automatically by an information processor such as computer which forms a layout pattern.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 1 of the semiconductor integrated circuit device of the present invention;

FIG. 2 is a fragmentary plan view illustrating the layout of the interconnections and dummy interconnections in the first interconnection layer in FIG. 1;

FIG. 3(b) is a plan view illustrating a layout rule applied to the layout of the interconnections and dummy interconnections and FIG. 3(a) is a cross-sectional view taken along a line A—A of FIG. 3(-b);

FIG. 4 is a cross-sectional view illustrating an enlarged interconnection portion in FIG. 1;

FIG. 5 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 6 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 7 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 8 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 9 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 10 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 11 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 12 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 2;

US 7,163,870 B2

11                                              12

FIG. 13 is a plan view illustrating a layout of interconnections and dummy interconnections in the fifth interconnection layer;

FIG. 14 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 3 of the present invention;

FIGS. 15(a) and (b) are each a plan view illustrating another example of the logic integrated circuit device according to Embodiment 3;

FIG. 16 is a cross-sectional view illustrating one example of DRAM according to Embodiment 3;

FIG. 17 is a graph illustrating a relationship between a pattern size and focus depth of lithography;

FIG. 18 is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. 19 is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. 20 is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. 21 is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. 22 is a cross-sectional view illustrating one example of a fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. 23 is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 4;

FIG. 24 is a plan view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4;

FIG. 25 is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. 26 is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. 27 is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. 28 is a cross-sectional view illustrating one example of the semiconductor integrated circuit-device according to Embodiment 4 in the order of the steps;

FIGS. 29(a) to 29(d) are each a cross-sectional view illustrating planarization technique by the CMP method investigated by the present inventors;

FIG. 30 is a graph illustrating the fluctuations of CMP polishing amount relative to the distance between patterns;

FIG. 31 is a plan view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 of the present invention;

FIG. 32 is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 5 of the present invention;

FIG. 33 is a fragmentary plan view of the semiconductor integrated circuit device of FIG. 32; and

FIG. 34 is a fragmentary plan view of the semiconductor integrated circuit device of FIG. 32

EMBODIMENTS OF THE PRESENT INVENTION

The embodiments of the present invention will next be described in detail with reference to accompanying drawings. Incidentally, in each of the drawings illustrating the following embodiments, like elements will be identified by like reference numerals and overlapping descriptions will be omitted.

(Embodiment 1)

FIG. 1 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 1 of the semiconductor integrated circuit device of the present invention. In FIG. 1, a scribing area A, a pad and peripheral circuit region B and a logic circuit region C of the semiconductor integrated circuit device are illustrated.

In the logic integrated circuit device according to Embodiment 1, a shallow trench 2 is formed on the principal surface of the semiconductor substrate 1, and in the shallow trench 2 a silicon oxide film, which is an insulating film, is embedded, whereby an element isolation region 3 is formed. By this element isolation region 3, an active region 4 formed on the principal surface of the semiconductor substrate 1 is defined. Incidentally, as an element isolation structure, a shallow trench is exemplified here, but a field insulating film formed by the LOCOS (Local Oxidation of Silicon) method may be employed as well. Although not illustrated here, P-type and N-type well regions may be formed on the principal surface of the semiconductor substrate.

In the active region 4, a MISFET is formed. On the principal surface of—the semiconductor substrate, a gate interconnection 6 is formed via a gate insulating film 5 of the MISFET. The gate insulating film 5 maybe, for example, a silicon oxide film formed by thermal oxidation, while the gate interconnection 6 may be, for example, a polycrystalline silicon film formed by the CVD method. On the surface of the polycrystalline silicon film, a silicide film is formed in order to reduce the—electrical resistance.

A portion of the gate interconnection 6 is formed to extend over the element separation region 3 and another portion is formed to be a gate electrode 7 of a MISFETQ1 formed in the active region 4 of the semiconductor substrate 1. On both sides of the gate electrode 7 in the active regions 4 on the principal surface of the semiconductor substrate 1, impurity semiconductor regions 8 are formed. The impurity semiconductor regions 8 function as a source drain region for the MISFETQ1. It is also possible to employ the region 8 as a so-called LDD (Lightly Doped Drain). On the side of the gate interconnection 6, a side wall spacer 8b is formed. The side wall spacer 8b can be formed of a silicon oxide film or a silicon nitride film.

The MISFETQ1 formed in the logic circuit region C functions as an active device for the logic circuit. Although not illustrated in FIG. 1, the MISFET formed in the pad and peripheral circuit region B functions as an active device for the peripheral circuit. Incidentally, the MISFET is exemplified as a transistor formed in the logic circuit region C and pad and peripheral circuit region B, but a bipolar transistor or Bi-CMOS transistor can also be employed.

The gate interconnection 6 is covered with an interlayer insulating film 9, over which interconnections 10 and dummy interconnections 11 are formed in the first interconnection layer. The interlayer insulating film 9 can be formed, for example, of a PSG film, BPSG film or a silicon oxide film such as SOG film. Alternatively, a lamination film with a TEOS silicon oxide film can be used for the prevention of diffusion of—impurities. It is preferred that the surface of the interlayer insulating film 9 has been planarized by the CMP method or etchback method.

The interconnection 10 and dummy interconnection 11 are made of the same material and formed by the same step

US 7,163,870 B2

13

(same layer). Examples of the material include metals, such as aluminum (Al) and copper (Cu). They may alternatively be made of a polycrystalline silicon film doped with impurities at a high concentration. In the case of the polycrystalline silicon film, the surface thereof may be converted into a silicide.

FIG. 2 is a plan view illustrating the layout of the interconnections 10 and dummy interconnections 11 in the first layer. The dummy interconnections 11 are formed in a region (void region) where the space between adjacent interconnections 10 is wide. As a result, the dummy interconnections are placed evenly in a region where the interconnections 10 have not been disposed, the space between the adjacent members of the dummy interconnections 11 and interconnections 10 becomes narrow; and the dummy interconnections seem to be filled in the void region densely.

The dummy interconnections 11 are formed also in the scribing area A, whereby the flatness of an insulating film 12 is maintained all over the semiconductor substrate 1, which will be described later. The width and length of the dummy interconnection 11 formed in the scribing area A are constituted so as to be not greater than the distance between the bonding pads.

FIG. 3(b) is a plan view illustrating a layout rule applied to the placement of the interconnections 10 and the dummy interconnections 11, and FIG. 3(a) is a cross-sectional view taken along a line A—A of FIG. 3(b).

The member space S, which is a space between the interconnection 10 and the dummy interconnection 11, or a space between adjacent dummy interconnections 11, is not greater than twice the height of the interconnection height H of the dummy interconnection 11 or interconnection 10. As described above with reference to FIG. 30, by setting the member space S at not greater than twice the interconnection height H, the CMP polishing amount of the insulating film 12 can be made uniform and the surface of the insulating film 12 can be completely planarized. In a region not wider than 5% of the chip area, the member space S is allowed to have a height of at most four times the interconnection height H. In this case, although the fluctuations of the polishing amount of the insulating film 12 increase about twice, they can be neglected as a whole because this area amounts to not greater than 5% of the chip area. The flatness of the whole insulating film 12 therefore can be substantially maintained.

In addition, as the member space S, a space not smaller than the minimum space width required by a lithographic tool is necessary. This condition permits accurate processing of the interconnection 10 and dummy interconnection 11, whereby each member can be processed accurately according to the design. In the case of an exposure apparatus using a KRF exima laser as a light source, 0.2 μm can be given as an example of the minimum space width.

The width (a) of the dummy interconnection 11 is set to be not smaller than the minimum line width required by a lithographic tool. By setting the width (a) to be not smaller than the minimum line width, the dummy interconnections 11 can be processed with certainty. In the scribing area, the width (a) of each of the dummy interconnections 11 is set at not greater than the distance between bonding pads 13. By doing so, even if the dummy interconnections 11 are peeled off into minute chips by dicing or the like and produce conductive dust, no short circuit occurs between the bonding pads 13, which makes it possible to eliminate a cause for possible failure. The width (a) of each of the dummy interconnections 11 is set to be, for example, not greater than 30 μm, with 20 μm being frequently employed and with 10

14

μm being preferred. The distance between the bonding pads 13 can be set at about 10 μm. Even if the dummy interconnections 11 of such a size are formed, the parasitic capacitance of the interconnection 10 does not increase and therefore does not cause a problem of retarding a signal transferred to the interconnection 10. As a result, the performance of the logic integrated circuit device is not deteriorated.

The length (b) of each of the dummy interconnections 11 is set at not less than twice the minimum line width, and in the scribing area, it is set at not greater than the distance between the bonding pads, for example, not greater than 10 μm. When the width (b) and length (a) of each of the dummy interconnections 11 are each set at the minimum line width, there is a possibility that proper resolution of the dummy interconnections 11 will not be attained. By setting the length (b) at least twice the minimum line width, the resolution of the dummy interconnections 11 can be carried out with certainty even if the width (a) is the minimum line width, which makes it possible to process it with certainty. For the same reason in the width (a), the length (b) is set at, for example, not greater than the distance between bonding pads, for example, not greater than 10 μm. Similar to the width (a), the length (b) of each of the dummy interconnections 11 is constituted at not greater than 30 μm, with 20 μm or less being frequently employed and with 10 μm or less being preferred.

In Embodiment 1, the dummy interconnections 11 are in a rectangular form, but may be in a triangular, trapezoidal, circular or another polygonal form so long as they satisfy the above-described conditions. For minimizing the parasitic capacitance of the interconnection 10, the size and number of the dummy interconnections 11 are each preferred to be as small as possible. For minimizing the parasitic capacitance of the interconnection 10 within a range satisfying the above-described conditions, it is most preferred to set the member space S at twice the interconnection height H, the width (a) of each of the dummy interconnections at the minimum line width and the length (b) of each of the dummy interconnections at not less than twice the minimum line width. In this Embodiment, for example, the dummy interconnections are constituted to have a width (a) of 0.6 to 1 μm and a length (b) of 10 to 25 μm.

The interconnections 10 and dummy interconnections 11 are covered with the insulating film 12. The surface of the insulating film 12 has been polished by the CMP method so that the film has a completely planarized surface.

FIG. 4 is an enlarged cross-sectional view of the interconnection portion of FIG. 1. The insulating film 12 has an insulating film 12a, an insulating film 12b, an insulating film 12c and an insulating film 12d laminated in this order from the side contiguous to the interconnection 10 and dummy interconnection 11.

As the insulating film 12a, a silicon oxide film formed by the CVD method using TEOS can be employed for example. As illustrated in the drawing, the insulating film 12a is formed, faithfully tracing the surface line including a step difference. The film thickness can be set, for example, at 300 nm.

As the insulating film 12b, an inorganic SOG film, a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film can be employed. In short, a film having properties for filling a concave portion therewith can be employed. As illustrated in the drawing, the film is embedded in the concave portion and the thickness of the film in the convex portion is formed to be thin. The reason why the concave portion can be embedded with the insu-

US 7,163,870 B2

15                                                16

lating film **12***b* is because the above-described dummy interconnections **11** are formed under the above-described conditions and the concave portion formed between adjacent dummy interconnections **11** is not greater than a given space necessary for embedding the insulating film **12***b*. The film thickness is for example set at 125 nm on the convex portion.

As the insulating film **12***c*, for example, a silicon oxide film formed by the CVD method using TEOS can be employed, with its surface being polished by the CMP method. The existence of the dummy interconnections **11** has enabled complete planarization of the polished surface. This film can be formed to give a thickness of 500 nm on the convex portion.

As the insulating film **12***d*, a silicon oxide film formed by the CVD method using TEOS can be employed. It has, for example, a film thickness of 200 nm. Incidentally, the insulating film **12***d* can be omitted. In such a case, it is necessary to add the thickness of the insulating film **12***d* to the thickness of the insulating film **12***c* upon deposition of the insulating film **12***c*.

Over the insulating film **12**, interconnections **14**, dummy interconnections **15** and an insulating film **16** of the second interconnection layer are formed, over which interconnections **17**, dummy interconnections **18** and an insulating film **19** of the third interconnection layer are formed and then, interconnections **20**, dummy interconnections **21** and an insulating film **22** are formed. The interconnections **14**, **17** and **20**, dummy interconnections **15**, **18** and **21** and insulating films **16**, **19** and **22** are formed similarly to the interconnection **10**, dummy interconnection **11** and insulating film **12** of the first interconnection layer, respectively.

Over the fourth interconnection layer, interconnections **23** and an insulating film **24** of the fifth interconnection layer are formed followed by the formation of a passivation film **25**. As the passivation film **25**, for example, a silicon nitride film can be employed. The interconnections **23** include the bonding pad **13**.

A process for the fabrication of the logic integrated circuit device of Embodiment 1 will next be described with reference to FIGS. **5** to **11**, which are cross-sectional views illustrating one example of the fabrication process of the logic integrated circuit device of Embodiment 1 in the order of the steps thereof.

As illustrated in FIG. **5**, on a semiconductor substrate **1**, a shallow trench **2** is formed using photolithography and etching techniques. On the principal surface of the semiconductor substrate **1** having the shallow trench **2** formed therein, a silicon oxide film is deposited, and then, it is polished by the CMP method or the like to form an element isolation region **3**. Then, N-type and P-type well regions may be formed.

As illustrated in FIG. **6**, a silicon oxide film to be a gate insulating film **5** is then formed by the thermal oxidation or thermal CVD method, followed by the deposition of a polycrystalline silicon film by the CVD method. The polycrystalline silicon film is patterned using photolithography and etching techniques, whereby a gate interconnection **6** (gate electrode **7**) is formed. With the gate electrode **7** serving as a mask, impurities are subjected to ion implantation in self alignment relative to the gate electrode **7**, whereby an impurity semiconductor region **8** is formed. After the deposition of a silicon oxide film, anisotropic etching is conducted, whereby a side-wall spacer **8***b* is formed. It is possible to carry out ion implantation of highly-concentrated impurities to form the impurity semiconductor region **8** as a so-called LDD structure.

As illustrated in FIG. **7**, a PSG film is formed, followed by planarization by the etchback or CMP method, whereby an interlayer insulating film **9** is formed. Over the interlayer insulating film, an aluminum film is deposited by the sputtering or deposition method. The aluminum film so obtained is patterned by photolithography and etching techniques, whereby interconnections **10** and dummy interconnections **11** are formed. Patterning is conducted in accordance with the conditions as described above with regards to the dummy interconnections **11**.

As illustrated in FIG. **8**, an insulating film **12***a* is formed by the CVD method using TEOS. As the CVD method, a plasma CVD method can be employed, but a thermal CVD method using ozone in combination can be employed alternatively. The film thickness of the insulating film **12***a* is set at 300 nm. Incidentally, FIGS. **8** to **11** are cross-sectional views each illustrating only an interconnection layer and the layers therebelow are omitted.

Then, an insulating film **12***b* is formed using an inorganic SOG film and gaps formed by adjacent ones of the interconnections **10** and dummy interconnections **11** are filled therewith. The inorganic SOG film can be formed by coating inorganic SOG and then baking it. The film thickness of the insulating film **12***b* is set at 125 nm on the convex portion. Incidentally, the insulating film **12***b* may be a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film.

Since the width of the gap is narrow owing to the formation of the dummy interconnections **11**, it becomes possible to embed the gap with the insulating film **12***b* favorably. In other words, the film thickness in the concave portion is made thicker than that on the convex portion. As a result, the unevenness on the surface of the insulating film **12***b* is lessened and the difference in the height can be reduced.

As illustrated in FIG. **9**, an insulating film **12***c* is then formed by the CVD method using TEOS. The insulating film **12** can be formed to have a film thickness of 700 nm. In the case where no dummy interconnection is disposed as is illustrated in FIG. **29**, the thickness of the insulating film **12***c* is required to be about 1700 nm, but in Embodiment 1, the thickness can be decreased to 700 nm because of the presence of the dummy interconnections **11**. As a result, the step for deposition the insulating film **12** can be shortened, whereby the step load can be reduced.

As illustrated in FIG. **10**, the surface of the insulating film **12***c* is then polished by the CMP method and planarized. In Embodiment 1, the surface shape of the insulating film **12***c* reflects the shapes of the interconnections **10** and dummy interconnections **11**, as well as that of the insulating film **12***b*, so that the insulating film **12***c* has substantially an even height at any place. As a result, the polishing rate becomes substantially uniform irrespective of the locations, whereby the surface of the insulating film **12***c* can be substantially planarized. In addition, the insulating film **12***c* has a film thickness as little as 700 nm, which makes it possible to reduce the CMP polishing amount and to reduce the load of the CMP polishing step. Incidentally, the polishing amount can be decreased to 200 nm.

Then, a surface washing after CMP polishing is effected, followed by the formation of an insulating film **12***d* by the CVD method-using TEOS, as is illustrated in FIG. **11**. The insulating film **12***d* can be formed to have a thickness of 200 nm. Incidentally, it is possible to omit the insulating film **12***d* and to form the insulating film **12***c* to have a thickness of 900 nm.

US 7,163,870 B2

17
18

In this manner, the first interconnection layer is completed. Similar to the first interconnection layer, the second to fourth interconnection layers are then formed, followed by the formation of the fifth interconnection layer similarly. Over the fifth interconnection layer, a passivation film 25 is formed, whereby the logic integrated circuit device as illustrated in FIG. 1 is almost completed.

According to the fabrication process of Embodiment 1, the surfaces of the insulating films 12, 16, 19 and 22 are completely planarized and at the same time, the step for deposition of an insulating film to be polished by CMP and CMP polishing step can be shortened, whereby step loads can be reduced. In general, such an advantage becomes particularly marked when a multi-layer interconnection, such as a logic device, composed of at least 3 layers is formed.

Incidentally, an interconnection layer composed of five layers is exemplified in this Embodiment 1, however, it may be formed of any number of layers either greater or less than five layers.

(Embodiment 2)

FIG. 12 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 2 of the present invention.

The logic integrated circuit device according to Embodiment 2 is substantially similar to that of Embodiment 1 except for the fifth interconnection layer. Accordingly, description of the common features is omitted herein and only the differences will be described below.

The logic integrated circuit device according to Embodiment 2 has, in the fifth interconnection layer, dummy interconnections 26 in addition to interconnections 23. The dummy interconnections 26 are disposed under substantially similar conditions to the dummy interconnections 11 described in Embodiment 1. The interconnections 23 of the fifth interconnection layer however include the bonding pad 13 so that the disposing conditions of the dummy interconnections 26 are different at the periphery of the bonding pad 13.

FIG. 13 is a plan view illustrating the layout of the interconnections 23 and the dummy interconnections 26 of the fifth interconnection layer. At the periphery of the bonding pad 13, a prohibited area 27 free from dummy interconnections 26 is disposed. The prohibited area 27 can extend within a range of 20 μm from each end of the bonding pad 13.

Such a logic integrated circuit device makes it possible to completely planarize also the surface of the passivation film 25, because the dummy interconnections 26 are formed in the fifth interconnection layer. As a result, it becomes possible to carry out processing of a BLM (Ball Limiting Metalization) film 29, which is to be an underground film for a bump 28, as illustrated in FIG. 14. In addition, by disposing the prohibited area 27 at the periphery of the bonding pad 13, automatic detection of the bonding pad 13 by a wire bonding apparatus can be conducted with certainty.

Incidentally, in the present Embodiment 2 and also the above-described Embodiment 1, the dummy interconnections 11, 15, 18, 21 and 26 can be formed in the scribing area A. When markers 30a and 30b for lithography are formed, as illustrated in FIGS. 15(a) and 15(b), respectively, in the scribing area A or another area, prohibited areas 31a and 31b free from the placement of the dummy interconnections 11, 15, 18, 21 or 26 can be disposed in the vicinity of the markers. The prohibited area 31a or 31b can be disposed within a range of 60 μm from each end of the marker 30a or 30b.

By disposing such a prohibited area 31a or 31b, it becomes possible to carry out automatic detection of the marker 30a or 30b favorably by an exposure apparatus used for photolithography. Incidentally, the prohibited area 31a or 31b is formed for at least the dummy interconnections 26 of the uppermost interconnection layer, and it is not necessary to apply it to the dummy interconnections 11, 15 and 18 in the lower interconnection layers. Alternatively, it is not necessary to dispose the dummy interconnections themselves.

(Embodiment 3)

FIG. 16 is a cross-sectional view illustrating one example of a DRAM which represents Embodiment 3 of the present invention.

A semiconductor substrate 1, a shallow trench 2, an element isolation region 3 and an active region 4 of DRAM according to Embodiment 3 are similar to those of Embodiment 1. On the principal surface of the semiconductor substrate 1, a p-type well region 32 and an n-type well region 33 are formed.

In the active region 4 of the p-type well region 32, a selective MISFETQt constituting a memory cell M of the DRAM and a MISFETQn of a peripheral circuit are formed, while in the active region 4 of the n-type well region 33, MISFETQp of the peripheral circuit is formed. In FIG. 16, shown on the left side is a memory cell area, while on the center and right side, a peripheral circuit area is shown. The memory cell M of the DRAM has a selective MISFETQt and a storage element SN which is a capacitative element.

Gate electrodes 7 for MISFETQt, MISFETQn and MISFETQp are each formed of a polycrystalline silicon film, said film having a suicide layer 7a on the surface thereof. In the active region 4 existing on both sides of the gate electrode 7 for MISFETQt, MISFETQn or MISFETQp, impurity semiconductor regions 8 are formed and constitute a source and drain region of the MISFET. The conductivity type of the impurity semiconductor region 8 differs depending on the conductivity type of the MISFET. The MISFETQt and the MISFETQn have an n-type conductivity, while the MISFETQp has a p-type conductivity. Incidentally, concerning the MISFETQn and MISFETQp of the peripheral circuit, the impurity semiconductor regions 8 are illustrated to have an LDD structure, but it is not necessary that they have an LDD structure.

In the layer where the gate electrodes 7 exist, gate interconnections 6 and dummy gate interconnections (dummy members) 34 are formed. The gate electrodes 7 are also part of the gate interconnections 6. Since the gate interconnections 6 and dummy gate interconnections 34 are formed simultaneously with the gate electrodes 7 (in the same layer), silicide layers 6a and 34a are formed on the surfaces thereof. On the side walls and upper surfaces of the gate interconnections 6 and dummy gate interconnections 34, side walls 8b and cap insulating films 8c, each formed of a silicon oxide film, are formed, over which an insulating film 35 is formed. The insulating film 35 may be formed of, for example, a TEOS silicon oxide film. Over the insulating film 35, an insulating film 36 planarized by the CMP method is formed. The insulating film 36 may be formed, for example, of a BPSG film. In Embodiment 3, dummy gate interconnections 34 are disposed so that the insulating film 36 can be almost completely planarized. Even if the focus depth of the lithography becomes shallow, such complete

US 7,163,870 B2

19

20

planarization makes it possible to mass -produce the products, on which minute patterns on the level of 0.2 μm have been formed, as illustrated by FIG. 17.

The dummy gate interconnections 34 are disposed under similar conditions to those for the dummy interconnections 11 described in Embodiment 1. Incidentally, the dummy gate interconnections 34 are not disposed in a region where a contact hole is to be formed, which makes it possible to open the contact hole smoothly. The dummy gate interconnections 34 are formed mainly on the element isolation region 3.

Over the insulating film 36, an insulating film 37 composed of, for example, a silicon oxide film formed using TEOS can be formed. Alternatively, it can be formed. Over the insulting film 37, in addition to the bit line 38 of the DRAM, interconnections 39 and dummy interconnections 40, which are formed in the same layer with the bit line, are formed. These interconnections can be composed of a polycrystalline silicon film having, for example, a CVD tungsten film as an adhesive layer. The dummy interconnections 40 are formed in accordance with the conditions employed for the above-described dummy interconnections 11 of Embodiment 1. However, they are not disposed in a region having a contact hole formed therein, whereby the contact hole can be opened smoothly. On the side walls and upper surfaces of the bit line 38, interconnection 39 and dummy interconnection 40, side walls 41b and cap insulating film 41c, each composed of a silicon oxide film, are formed, over which an insulating film 42 is laid. The insulating film 42 is composed of, for example, a BPSG film which has been polished by the CMP method for planarization. Incidentally, an insulating film 43 composed of a silicon oxide film formed using TEOS can be formed over the insulating film 42, but alternatively, it can be omitted. In this Embodiment 3, the dummy interconnections 40 are disposed, which makes it possible to planarize the insulating film 42 almost completely.

Over the insulating film 43, a storage capacitative element SN of the DRAM and a first metal interconnection layer are formed. The storage capacitative element SN is constituted of a lower electrode 45 which is connected with the impurity semiconductor region 8 of a MISFETQt through a plug 44, and a plate electrode 47 formed opposite to the lower electrode 45 through a capacitative insulating film 46. The storage capacitative element SN is covered with an insulating film 48. It is also covered with an insulating film 49 composed of a silicon oxide film formed, for example, by the high-density plasma method. Over the insulating film 49, the interconnections so and dummy interconnections 51 of the first interconnection layer are formed. Each of the interconnections so is connected through the contact hole with a plate electrode 47 can an impurity semiconductor region 8 on the principal surface of the semiconductor substrate 1. The interconnections so and dummy interconnections 51 are formed simultaneously, and they are composed of, for example, a tungsten film having as an adhesive layer CVD tungsten or an aluminum film. The dummy interconnections 51 are disposed under similar conditions to those described in Embodiment 1 with regard to the dummy interconnections 11. However, they are not disposed in a memory mat region in which the storage capacitative element SN is to be formed.

The interconnections 50 and dummy interconnections 51 are covered with an insulating film 52 composed of, for example, a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film. Over the insulating film 52, an insulating film 53 composed of a TEOS silicon oxide film is formed. The insulating film 53 is polished by the CMP method and planarized. It has almost

complete flatness because of having therebelow the dummy interconnections 51. The insulating film 53 is overlaid with interconnections 54, dummy interconnections 54 and an insulating film 56 of the second layer, followed by the formation of the interconnections 57, dummy interconnections 58 and an insulating film 59 of the third layer. The interconnections 54, dummy interconnections 55, insulating film 56, interconnections 57, dummy interconnections 58 and insulating film 59 are formed in a similar manner to the interconnections 10, dummy interconnections ii and insulating film 12 in Embodiment 1.

The DRAM according to Embodiment 3 makes it possible to provide each insulating film with complete flatness because dummy members 34, 40, 51, 55 and 58 are disposed for the gate interconnections 6, bit line 38, interconnections so of the first layer, interconnections 54 of the second layer and interconnections 57 of the third layer. By disposing the dummy gate interconnections 34 and dummy interconnections 40, 51, 55 and 58 between the memory cell region and peripheral circuit area, the insulating film of each layer can be planarized.

Incidentally, the process for the fabrication of the DRAM of Embodiment 3 will next be described with reference to FIGS. 18 to 21. FIGS. 18 to 21 are cross-sectional views each illustrating one example of the fabrication process of the DRAM of Embodiment 3 in the order of the steps thereof.

The steps leading up to the formation of the element isolation region 3 on the principal surface of the semiconductor substrate 1 are similar to those of Embodiment 1 so that their description will be omitted.

Then, as illustrated in FIG. 18, a silicon oxide film, which will be a gate insulating film 5, is formed, followed by the deposition thereon of a polycrystalline silicon film to be a gate interconnection 6, gate electrode 7 and dummy gate interconnection 34, and then a silicon oxide film which will be formed as a cap insulating film 8c. These films so laminated are patterned, whereby the gate interconnection 6, gate electrode 7 and dummy gate interconnection 34 are formed. The gate interconnection 6 (gate electrode 7) is patterned in accordance with an ordinarily employed layout rule, while the dummy gate interconnection 34 is patterned so as to be disposed in the element isolation region 3, while substantially satisfying, in addition to the ordinarily employed layout rule, the conditions in Embodiment 1 concerning the dummy interconnection 11.

Then, as illustrated in FIG. 19, a side-wall spacer 8b is formed, followed by the deposition of an insulating film 35 and then a BPSG film. The BPSG film is thereafter polished by the CMP method, whereby an insulating film 36 is formed. The BPSG film can be formed to give a thickness of 800 nm and the CMP polishing amount can be suppressed to 400 nm. When the dummy gate interconnections 34 are not formed, it is necessary to deposit a thicker BPSG film and the CMP polishing amount inevitably increases. As described above, by decreasing the thickness of the BPSG film and reducing the CMP polishing amount, advantages such as reduction in the step load can be brought about. Incidentally, instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Also, the side wall spacer 8b and the cap insulating film 8c can each be formed of a silicon nitride film, instead. When the silicon nitride film is used, etching upon the opening of a contact hole can be carried out by self alignment.

As illustrated in FIG. 20, subsequent to the washing after the CMP polishing, an insulating film 37 is deposited to a

US 7,163,870 B2

21                                                                    22

thickness of 100 nm. It is also possible to omit the insulating film 37. Then, a plug 44 to be connected with a bit line 38 and a lower electrode 45 of a storage capacitative element SN are formed, followed by the formation of the bit line 38, interconnections 39 and dummy interconnections 40. The dummy interconnections 40 are disposed under similar conditions to those for the dummy interconnections 11 of Embodiment 1. Then, a side wall 41b and a cap insulating film 41c are formed and a BPSG film is deposited thereon, followed by polishing of the BPSG film by the CMP method, whereby an insulating film 42 is formed. Incidentally, instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Since the dummy interconnections 40 have been formed, the insulating film 42 is able to have a completely planarized surface and at the same time, it is possible to decrease the thickness of the BPSG film and reduce the CMP polishing amount. Then, washing is effected after the CMP polishing, followed by the deposition of an insulating film 43 by the plasma CVD method using TEOS or the like method. It is also possible to omit this insulating film 43.

Then, as illustrated in FIG. 21, a storage capacitive element SN is formed and a BPSG film is deposited thereon, followed by a baking treatment, whereby an insulating film 49 is formed. The insulating film 49 can be formed to a thickness of 500 nm. Subsequent to the opening of a contact hole, a tungsten film to be a first interconnection layer is formed by the CVD method, followed by the formation of an aluminum film by the sputtering method. Then, the resulting aluminum and tungsten films are patterned, whereby interconnections 50 and dummy interconnections 51 are formed. The dummy interconnections 51 are disposed under similar conditions to those for the dummy interconnections 11, and in addition, it is a condition that the dummy interconnections 51 are not disposed in a memory mat region where the storage capacitative device is disposed. FIG. 22 is a plan view illustrating the above conditions. A BPSG film is then deposited to form an insulating film 52. A TEOS silicon oxide film is deposited thereover, followed by polishing by the CMP method, whereby an insulating film 53 is formed. Instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Here, the formation of the dummy interconnections 51 makes it possible to completely planarize the surface of the insulating film 53 and, at the same time, to decrease the thickness of the TEOS silicon oxide film and reduce the CMP polishing amount.

In a similar manner to Embodiment 1, second and third interconnection layers are then formed, whereby the DRAM of Embodiment 3 is almost completed. According to the fabrication process of Embodiment 3, the complete planarization of the insulating film of each of the layers can be attained and at the same time, the step load can be reduced.

Also in this Embodiment 3, dummy members can be disposed in the scribing area, but not at the peripheries of the bonding pad and marker, as illustrated in connection with Embodiments 1 or 2. In addition, it is possible to not dispose the dummy members at the periphery of the region in which a fuse is formed. Moreover, it is needless to say that the dummy gate interconnections 34 as described in Embodiment 3 can be disposed in the semiconductor integrated circuit device of Embodiments 1 or 2.

(Embodiment 4)

FIG. 23 is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 4. The semiconductor integrated circuit device according to Embodiment 4 has dummy regions 60 formed in an element isolation region D,3 which defines an active region 4 of a semiconductor substrate 1. In other words, the dummy regions (dummy members) 60 are formed in the wide element isolation region D. Since elements and interconnections on the semiconductor substrate, except for the element isolation structure, are similar to those of Embodiment 1, a description thereof will be omitted. The dummy regions 60 may be formed in a scribing area, and they are disposed under similar conditions to those in Embodiment 1 concerning the dummy interconnections it. The dummy regions 60 have been formed as described above so that, upon the formation of the element isolation region D,3 by the CMP method, no dishing occurs in the element isolation region D,3 and therefore, the planarization of the surface of the semiconductor substrate 1 can be attained. In addition, by decreasing the size of the dummy regions 60 and optimizing the number of them, a rise in the parasitic capacitance attributable to the existence of the dummy regions 60 can be prevented, whereby the performance of the semiconductor integrated circuit device can be maintained.

Incidentally, in a region where gate interconnections 6 are to be formed, on the principal surface of the semiconductor substrate 1, it is not recommended to dispose the dummy regions 60. In other words, below the gate interconnections 6, a prohibited area 70 is provided in which no dummy region 60 is disposed. Such a state is illustrated in FIGS. 24 and 31. The dummy regions 60 have the same effects with the active region 4 of the semiconductor substrate 1. When the gate interconnection 6 is formed right above the dummy region 60, the gate interconnection 6 and the active region 4 become opposed to each other through the gate insulating film 5 and the parasitic capacitance of the gate interconnection 6 increases. When the dummy regions 60 are not disposed in the area where the gate interconnection 6 is to be formed, on the other hand, the parasitic capacitance of the gate interconnection 6 does not show an increase. As a result, such a constitution prevents the deterioration in the performance of the semiconductor integrated circuit device. In this Embodiment, the dummy regions 60 each has a quadrate shape having as width (a) and length (b), about 15 to 20 μm. This Embodiment is not limited to the use of a quadrate shape, but another shape, such as a square, also can be employed.

A description will next be made of the fabrication process of the semiconductor integrated circuit device according to Embodiment 4 with reference to FIGS. 25 to 28.

As illustrated in FIG. 25, a silicon nitride film 61 is deposited on the principal surface of the semiconductor substrate 1, followed by the patterning of the silicon nitride film 61 and the semiconductor substrate 1 to form shallow trenches 2. The shallow trenches 2 include both those which will be element isolation regions D,3 and those which are dummy regions 60. In other words, the shallow trenches 2 are formed so that the dummy regions 60 are disposed in the element isolation region D,3 which defines the active region 4.

As illustrated in FIG. 26, a silicon oxide film is deposited, for example, by the CVD method. As a first polishing, the resulting film is polished by the CMP method and embedded in the shallow trench 2, whereby the element isolation region D,3 and dummy regions 60 are formed. For the first polishing, an alkaline slurry containing silicon oxide particles as an abrasive can be employed. In this case, it is necessary to form the silicon oxide film to a certain thickness so that a ratio of the polishing rate of the silicon oxide film to that of the silicon nitride film becomes 3 to 4:1.

US 7,163,870 B2

23

As illustrated in FIG. 27, secondary polishing is carried out to remove foreign matter and the damaged layer. For secondary polishing, either a soft pad or a chemical solution may be used. Instead, pure water may also be used. Then, both sides of the semiconductor substrate 1 are scrubbed and washed with hydrofluoric acid, followed by washing with ammonia and then hydrochloric acid. Then, the element isolation regions 3 and dummy regions 60 are etched back. The etchback can be effected either by dry etching or wet etching. By the etchback of the element isolation regions 3 and dummy regions 60 as described above, their heights can be made equal or lower than that of the active region, which makes it possible to carry out minute processing of a gate interconnection.

In the final step, the silicon nitride film 61 is removed, whereby the semiconductor substrate 1 as illustrated in FIG. 28 having the element isolation region D,3, which defines the active region 4, formed thereon is prepared. A description of the subsequent steps will be omitted because they are similar to those of embodiment I.

Incidentally, the first polishing can be conducted using a slurry containing cerium oxide as an abrasive. In this case, the ratio of the polishing rate of the silicon oxide film to that of the silicon nitride film falls within a range of from 30–50 to 1, whereby the thickness of the silicon nitride film 61 can be suppressed to 50 nm or less. Since such a small thickness is negligible in the process design, the above-described etchback of the element isolation regions 3 and the dummy regions 60 can be omitted, leading to a simplification of the process.

The present invention made by the present inventors has been described above specifically based on some embodiments. It should however be borne in mind that the present invention is not limited to the specific embodiments. It is needless to say that various changes and modifications can be made so long as they do not depart from the essence of the invention.

For example, in the above Embodiments 1 to 4, the CMP step serves as a step for polishing an insulating film. The present invention makes it possible to secure flatness to some extent prior to the CMP polishing so that the CMP polishing can be employed as a finishing step. In this case, not only the CMP method, but also dry-belt polishing or lapping method, can be adopted as the finishing step.

As illustrated in FIG. 32, the dummy gate interconnections 34 as shown in Embodiment 3 may be disposed in Embodiment 4. FIG. 33 is a fragmentary plan view of FIG. 32. Dummy gate interconnections 34 are constituted so that they extend over element isolation regions D,3 and dummy regions 60. Each of the dummy gate interconnections 34 is formed on the dummy region 60 thorough a gate insulating film 5 under the electrically floating state.

By ion implantation using as a mask a resist film covering the element isolation region D,3 upon the formation of a semiconductor region 8, which is to be a source and drain region for the MISFETQ1, impurities are not introduced into each of the dummy regions 60 and a semiconductor region 8 is not formed in this region.

As illustrated in FIG. 34, the dummy gate interconnections 34 may be formed to be slender over the interconnection as illustrated in FIG. 34, which makes it possible to improve the flatness of the surface of the insulting film.

24

The dummy gate interconnections 34 may be formed to extend only over the element isolation region 3 and not to extend over the dummy regions 60, so that the capacitance between the substrate I and the dummy gate interconnections 34 is decreased. Incidentally, it is needless to say that the dummy regions 60 as is shown in this Embodiment can be employed in Embodiment 3.

The advantages available by the typical embodiments, among those disclosed herein, will hereinafter be described simply.

The surface of a member after polishing by the CMP method can be planarized completely.

The process margin in the photolithography step, etching step and the like can be heightened, a demand for minute processing and integration heightening can be satisfied, and the reliability and yield of the semiconductor integrated circuit device can be improved.

The process can be started easily.

The amount of polishing of the member to be polished by the CMP method can be reduced, which decreases the load and time of the step, leading to an improvement in the cost competitive advantage.

A method of designing a member pattern permitting the complete planarization by the CMP method can be provided.

An increase in the parasitic capacitance of interconnections or the like, which is derived from the measures to actualize the complete planarization, can be suppressed, whereby the performance of the semiconductor integrated circuit device can be maintained.

What is claimed is:

1. A method of manufacturing a semiconductor integrated circuit device, comprising steps of:

forming trenches in a semiconductor substrate such that said trenches defines active regions and dummy regions not functioning as a semiconductor element;

forming a first insulating film over said trenches;

filling said first insulating film in said trenches by polishing said first insulating film to form element isolation insulating films filled in said trenches;

forming semiconductor elements on said active regions;

forming a second insulating film over said semiconductor elements;

polishing said second insulating film,

forming dummy interconnections over said second insulating film such that said dummy interconnections do not function as an element;

forming a third insulating film over said dummy interconnections; and

polishing said third insulating film,

wherein said dummy regions and said dummy interconnections are regularly arranged at a scribing area, respectively.

2. A method of manufacturing a semiconductor integrated circuit device according to claim 1, wherein said dummy interconnection is formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

3. A method of manufacturing a semiconductor integrated circuit device according to claim 1, wherein said dummy interconnections are formed over said dummy regions.

* * * * *

# EXHIBIT 4



US007187039B2

(12) **United States Patent**     (10) **Patent No.:**    **US 7,187,039 B2**

Koubuchi et al.         (45) **Date of Patent:**      **Mar. 6, 2007**

(54) **SEMICONDUCTOR INTEGRATED CIRCUIT DEVICE**

(75) Inventors: **Yasushi Koubuchi**, Kokubunji (JP);
**Koichi Nagasawa**, Koganei (JP);
**Masahiro Moniwa**, Sayama (JP);
**Youhei Yamada**, Kodaira (JP);
**Toshifumi Takeda**, Tachikawa (JP)

(73) Assignee: **Renesas Technology Corp.**, Tokyo (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 97 days.

(21) Appl. No.: **11/101,446**

(22) Filed: **Apr. 8, 2005**

(65) **Prior Publication Data**

US 2005/0179110 A1    Aug. 18, 2005

**Related U.S. Application Data**

(60) Division of application No. 10/956,159, filed on Oct. 4, 2004, which is a division of application No. 10/619,039, filed on Jul. 14, 2003, which is a continuation of application No. 10/075,246, filed on Feb. 15, 2002, now Pat. No. 6,664,642, which is a continuation of application No. 09/846,260, filed on May 2, 2001, now Pat. No. 6,433,438, which is a division of application No. 09/050,416, filed on Mar. 31, 1998, now Pat. No. 6,261,883.

(30) **Foreign Application Priority Data**

May 31, 1997   (JP)   .................................... 9-81013
Feb. 16, 1998   (JP)   .................................... 10-33388

(51) **Int. Cl.**
*H01L 29/76*      (2006.01)
(52) **U.S. Cl.** ...................................... **257/374**; 257/400
(58) **Field of Classification Search** ................ 257/374, 257/400
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,916,087 A | 4/1990 | Tateoka et al. |
| 4,916,514 A | 4/1990 | Nowak |
| 5,292,689 A | 3/1994 | Cronin |
| 5,321,304 A | 6/1994 | Rostoker |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 55-135837 | 10/1980 |
|---|---|---|

(Continued)

OTHER PUBLICATIONS

Lee et al "An Optimized Densification of the Filled Oxide For Quarter Micron Shallow Trench Isolation (STI)", 1996, Symposium on VLSI Technology Digest Of Technical Papers, pp. 158-159.

*Primary Examiner*—Long Pham
(74) *Attorney, Agent, or Firm*—Antonelli, Terry, Stout and Kraus, LLP.

(57) **ABSTRACT**

Interconnections are formed over an interlayer insulating film which covers MISFETQ1 formed on the principal surface of a semiconductor substrate, while dummy interconnections are disposed in a region spaced from such interconnections. Dummy interconnections are disposed also in a scribing area. Dummy interconnections are not formed at the peripheries of a bonding pad and a marker. In addition, a gate electrode of a MISFET and a dummy gate interconnection formed of the same layer are disposed. Furthermore, dummy regions are disposed in a shallow trench element-isolation region. After such dummy members are disposed, an insulating film is planarized by the CMP method.

**38 Claims, 27 Drawing Sheets**





**US 7,187,039 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,323,049 | A | 6/1994 | Motonami |
| 5,361,234 | A | 11/1994 | Iwasa |
| 5,441,915 | A | 8/1995 | Lee |
| 5,441,916 | A | 8/1995 | Motonami |
| 5,442,236 | A | 8/1995 | Fukazawa |
| 5,459,093 | A | 10/1995 | Kuroda et al. |
| 5,498,565 | A | 3/1996 | Gocho et al. |
| 5,614,445 | A | 3/1997 | Hirabayashi |
| 5,621,241 | A | 4/1997 | Jain |
| 5,885,856 | A | 3/1999 | Gilbert |
| 5,892,277 | A | 4/1999 | Ikemizu |
| 5,929,528 | A | 7/1999 | Kinugawa |
| 6,077,784 | A | 6/2000 | Wu |
| 6,087,733 | A | 7/2000 | Maxim et al. |
| 6,130,139 | A | 10/2000 | Ukeda |
| 6,171,976 | B1 | 1/2001 | Cheng |
| 6,261,883 | B1 | 7/2001 | Koubuchi |
| 6,346,736 | B1 | 2/2002 | Ukeda |
| 6,433,438 | B2 | 8/2002 | Koubuchi |
| 6,664,642 | B2 | 12/2003 | Koubuchi |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 01-149435 | 6/1989 |
| JP | 02-138757 | 5/1990 |
| JP | 2-504575 | 12/1990 |
| JP | 03-038043 | 2/1991 |
| JP | 03-071630 | 7/1991 |
| JP | 05-267460 | 10/1993 |
| JP | 05-275527 | 10/1993 |
| JP | 5275527 | 10/1993 |
| JP | 06-069201 | 3/1994 |
| JP | 6-125013 | 5/1994 |
| JP | 06-151768 | 5/1994 |
| JP | 06-216332 | 8/1994 |
| JP | 06-326106 | 11/1994 |
| JP | 774175 | 3/1995 |
| JP | 923844 | 3/1995 |
| JP | 07 092838 | 4/1995 |
| JP | 8 314762 | 11/1996 |
| JP | 09-55421 | 2/1997 |
| JP | 9181159 | 7/1997 |
| JP | 2802455 | 7/1998 |
| KR | 1994-0009350 | 10/1994 |
| KR | 1996-0000962 | 5/1996 |
| KR | 1997-011056 | 7/1997 |
| KR | 1996-0043102 | 12/1998 |
| WO | WO 90/03046 | 3/1990 |
| WO | 9615552 | 5/1996 |
| WO | WO 96/15552 | 5/1996 |



FIG. 1



FIG. 2

# FIG. 3(a)



# FIG. 3(b)



*FIG. 4*







*FIG. 9*



*FIG. 10*



*FIG. 11*



FIG. 12



FIG. 13



FIG. 14

## FIG. 15(a)



## FIG. 15(b)





FIG. 16

# FIG. 17







*FIG. 20*



FIG. 21



FIG. 22



FIG. 23

## FIG. 24









FIG. 27

FIG. 28

## FIG. 29(a)



## FIG. 29(b)



## FIG. 29(c)



## FIG. 29(d)



# *FIG. 30*



FIG. 31





FIG. 32

## FIG. 33



FIG. 34



US 7,187,039 B2

1

# SEMICONDUCTOR INTEGRATED CIRCUIT DEVICE

## CROSS REFERENCE TO RELATED APPLICATION

This application is a Divisional Application of U.S. Ser. No. 10/956,159 filed Oct. 4, 2004, which is a Divisional Application of U.S. Ser. No. 10/619,039, filed Jul. 14, 2003, which is a Continuation of Ser. No. 10/075,246 filed Feb. 15, 2002, now U.S. Pat. No. 6,664,642, which is a Continuation of Ser. No. 09/846,260, filed May 2, 2001, now U.S. Pat. No. 6,433,438, which is a Divisional application of Ser. No. 09/050,416, filed Mar. 31, 1998, now U.S. Pat. No. 6,261, 883. This application is related to copending application Ser. No. 10/926,142, filed Aug. 26, 2004, which is a Divisional Application of application Ser. No. 10/619,039, filed Jul. 14, 2003, This application is also related to copending application Ser. No. 09/951,939, filed Sep. 29, 2004, which is a divisional application of application of Ser. No. 10/619,039, filed Jul. 14, 2003.

## BACKGROUND OF THE INVENTION

This invention relates to a semiconductor integrated circuit device and a fabrication process thereof, and more particularly, the invention relates to a technique which is effective when applied to a semiconductor integrated circuit device, which is fabricated by a process including a planarization step using the CMP (Chemical Mechanical Polishing) method.

To satisfy the continuing tendency to decrease the minimum processing size of a semiconductor integrated circuit device, in an exposure optical system, an increase in the performance of a stepper is required, which promotes a widening of the aperture size of a lens and a shortening of the exposure wave length. As a result, the focus depth of the exposure optical system decreases and even a slight unevenness on the surface to be processed becomes a problem. Therefore, the accurate planarization of the surface to be processed becomes an important technical objective for the device process. Furthermore, the above planarization does not aim at the easing of a stepped portion for the purpose of preventing a short cut of interconnections formed on the stepped portion, but is directed to a global planarization, in other words, a complete planarization.

As a surface planarization technique, there are a method of coating an SOG (Spin On Glass) film or a low-melting-point glass by melting it, a method of heat treatment through glass flow, a self planarization method adopting a surface reaction mechanism of CVD (Chemical Vapor Deposition) and the like. Owing to the surface conditions, to the heat treatment conditions being applied or to limitations in processing, in many cases, it is impossible to carry out complete planarization, that is, global planarization, using these methods. Therefore, the etchback and CMP processes are regarded as promising practical techniques which permit complete planarization.

As for the etchback process, the use of a photoresist as a sacrificial film, the use of an SOG film and the use of a self-planarization CVD film are known, but they are accompanied by such drawbacks as a complex procedure, a high cost and a lowering of the yield due to production of particles. The CMP process has, on the other hand, come to be regarded as an excellent process from an overall viewpoint, because, compared with the etchback process, it is more free from the above-described problems. Conse-

2

quently, the CMP process is considered to be most promising as a practical technique for effecting complete planarization.

The CMP technique is described in, for example, Japanese Patent Application Laid-Open No. HEI 7-74175, U.S. Pat. No. 5,292,689 and "1996 Symposium on VLSI Technology Digest of Technical Papers, 158–159(1996)".

## SUMMARY OF THE INVENTION

During the investigation of a technique for the complete planarization of a device surface to which the CMP method is applied, which technique is not, however, a known process, the present inventors have recognized that there are the following drawbacks.

FIGS. 29(a) to 29(d) are each a cross-sectional view illustrating a planarization technique using the CMP method which the present inventors have investigated. For covering an interconnection with an insulating film and then planarizing the insulating film, an interconnection 102 is formed on an interlayer insulating film 101 (FIG. 29(a)); a first insulating film 103 and a second insulating film 104, such as SOG, are deposited to embed a concave portion thereof by the plasma CVD method or the like using TEOS (Tetraethoxysilane: $(C_2H_5O)_4Si$) (FIG. 29(b)); a third insulating film 105 is deposited by the plasma CVD method using TEOS (FIG. 29(c)); and then the third insulating film 105 is polished by the CMP method for effecting planarization (FIG. 29(d)).

At the present time, in the designing of a layout based on principles of functional design and logic design, the most important consideration concerning the pattern of the interconnection 102 has been based on whether the pattern follows the ordinary layout rule or not, and polishing properties in the CMP step have not been taken into particular consideration.

The interconnection pattern is therefore not uniform, being sparse in some places and dense in some places. In the drawing illustrating the technique under investigation (FIG. 29(d)), it is seen that the interconnections 102 are dense in the portion A, while they are sparse in the other region. When CMP polishing is conducted under such a state, that is, a state where interconnections 102 are not disposed uniformly, being sparse in some places and dense in some places, the surface of the third insulating film 105 cannot be planarized completely. In a region where the interconnections 102 are dense, there appears a difference of 0.2 to 0.3 μm in height in the region A and a large undulation inevitably remains on the surface.

On the surface having such an undulation, the processing margin lowers in the subsequent photolithography step or etching step, and it becomes difficult to satisfy minute processing and heightening requirements of integration, which makes it impossible to bring about an improvement in the reliability of the semiconductor integrated circuit device and also an improvement in the yield. In addition, the existence of an undulation requires the optimization of the process conditions in order to carry out lithography and etching favorably in such a state, and an optimization of the CMP step also becomes necessary to suppress the undulation to a minimum. The time required for such optimization sometimes undesirably delays the starting time of the mass-production process.

In the region where the interconnections 102 are disposed sparsely, the recess between the interconnections 102 is not embedded sufficiently with the second insulating film 104, and so the third insulating film 105 must be thicker in order to fill in such a recess completely, which consequently

US 7,187,039 B2

3

causes problems, such as an increase in the polishing amount of the third insulating film **105** in the CMP step, as well as a rise in the step load in the CMP step, such as a long deposition time, of the third insulating film **105**.

An object of the present invention is to completely planarize the surface of a member which has been polished by the CMP method.

Another object of the present invention is to provide a technique which can improve the processing margin in the photolithography and etching steps, thereby to achieve minute processing and an increased integration, while, at the same time, improving the reliability and yield of the semiconductor integrated circuit device.

A further object of the present invention is to facilitate the start of the process.

A still further object of the present invention is to reduce the amount of polishing of a member to be polished by the CMP method and to decrease the load and time of the polishing step, thereby improving the cost competitive advantage.

A still further object of the present invention is to provide a method of designing a member pattern which can be planarized completely by the CMP method.

A still further object of the present invention is to suppress an increase in the parasitic capacitance of an interconnection or the like which is caused by the measures to achieve complete planarization, thereby maintaining the performance of the semiconductor integrated circuit device.

The above-described and other objects, and novel features of the present invention will be more apparent from the following description and accompanying drawings.

Typical features of the invention disclosed by the present application will be described briefly.

(1) The semiconductor integrated circuit device according to the present invention comprises actual interconnections which are formed on a principal surface of a semiconductor substrate or an interlayer insulating film constituting a semiconductor integrated circuit element, and an insulating film containing a film which covers the actual interconnections and has been planarized by the CMP method; wherein dummy interconnections, formed of the same material as that of the actual interconnections, but not functioning as an element, are formed in an empty space between adjacent, spaced interconnections in the interconnection layer where said actual interconnections are formed.

In addition, the semiconductor integrated circuit device according to the present invention comprises a shallow trench formed on the principal surface of a semiconductor substrate, an element isolation region having an insulating film, which contains a film planarized by the CMP method, embedded in the shallow trench, and active regions of the semiconductor integrated circuit element separated by said element isolation region, wherein dummy regions, which do not function as a semiconductor integrated circuit element, are formed on the principle surface of the semiconductor substrate in an empty space of the semiconductor substrate between said spaced active regions.

By providing such a semiconductor integrated circuit device with dummy interconnections or dummy regions formed in an empty space to prevent the formation of a sparse portion, the surface of the insulating film which covers the interconnections or the principal surface of the semiconductor substrate can therefore be planarized completely.

Described more specifically, in the case where only actual interconnections or active regions (element constituting members) are formed without dummy interconnections or

4

dummy regions (dummy members), an empty space appears between adjacent but spaced element constituting members. If an insulating film is deposited without eliminating such an empty region, the surface of the insulating film near the empty region becomes uneven reflecting the shape of each of the element constituting members precisely. Such an uneven shape becomes a factor for inhibiting complete planarization, as illustrated in FIG. 29(*d*).

In accordance with the present invention, therefore, dummy members are disposed in such an empty region to ease the uneven shape of the insulating film, whereby the surface of the insulating film is planarized completely after polishing by the CMP method. The surface of the insulating film is planarized completely in this manner so that the process margin in the subsequent lithography step or etching step can be increased. As a result, the production yield of the semiconductor integrated circuit device can be improved and the starting time for the process can be shortened.

Incidentally, examples of the interconnection include a metal interconnection formed on an interlayer insulating film, a gate interconnection of a MISFET (Metal-Insulator-Semiconductor Field Effect Transistor) and a bit line of a DRAM (Dynamic Random Access Memory). It is needless to say that not only the interconnection of memory devices, such as a DRAM, but also the interconnection of logic devices, are included in the metal interconnection and gate interconnection. In particular, the logic device generally has a multilayer interconnection formed of at least three layers so that the application of the present invention to such an interconnection brings about marked effects.

(2) In another aspect, the semiconductor integrated circuit device according to the present invention contains a high-density member region which satisfies the conditions that the distance between adjacent members of the dummy interconnections and the actual interconnections, or between adjacent members of dummy regions and active regions, is set to at least the minimum space width which is required by the resolution power of lithography, and that said distance is set to at least twice the height of the interconnection or the depth of the shallow trench; and the area of the high-density member region is at least 95% of the whole chip area.

By setting the distance between the adjacent members of the dummy interconnections and the actual interconnections or between the adjacent members of the dummy regions and active regions at not greater than twice the height of the interconnections or depth of the shallow trench, there is no pattern dependence of the member pattern on the CMP polishing rate of the insulating film formed over such members, and the CMP polishing rate becomes uniform, which makes it possible to attain substantially complete surface flatness of the insulating film.

FIG. 30 shows data indicating the finding of the present inventors obtained as a result of test and investigation and it graphically represents the fluctuation of a CMP polishing amount relative to the distance between dummy patterns. The distance between dummy patterns standardized by the height of the pattern is plotted along the abscissa, while the CMP polishing amount of the insulating film on the pattern relative to the standard pattern (solid pattern) is plotted along the ordinate. As is apparent from FIG. 30, the CMP polishing amount of the insulating film does not show a change even it the distance between the dummy patterns becomes approximately twice the height of the pattern. In other words, if the distance between the adjacent members of the dummy interconnections and the actual interconnections, or between the adjacent members of the dummy regions and active regions, is set at not greater than twice the

US 7,187,039 B2

5

height of the interconnection or the depth of the shallow bench, the CMP rate of the insulating film formed over such members becomes fixed irrespective of the pattern and the insulating film can be planarized completely.

In order to attain planarization over the whole chip, the region where complete planarization can be materialized, that is, the high-density member region preferably is as wide as possible, but it is not necessary for the whole area of the chip to be a high-density member region. A sufficiently flat surface suited for practical use can be obtained so long as the high-density member region permitting complete planarization occupies at least 95% of the chip area.

Another condition that the distance between these members is set at not less than the minimum space width required by the resolution power of lithography is established because a processing space exceeding the minimum processing size is necessary for favorable member processing. It is possible to carry out processing of the interconnections or dummy interconnections, or the active regions or dummy regions, by satisfying the above condition. Incidentally, when a KrF exima laser is used as an exposure source, 0.2 μm can be given as an example of the minimum space width.

Incidentally, in the remaining 5% region which is not a high-density member region, it is preferred that the distance between adjacent members of dummy interconnections and actual interconnections, or between adjacent members of the dummy regions and active regions, is set at not greater than four times the height of the interconnection or the depth of the shallow trench. The polishing amount of the insulating film in such a region where the pattern distance is set at not greater than four times the height of the interconnection or the depth of the shallow trench, that is, a low-density member region shows fluctuations about twice as much as that of the high-density member region, as is illustrated in FIG. 30. Because the area of the low-density member region is not larger than 5% of the chip area, however, the influence of the fluctuation can be neglected.

In addition, in the semiconductor integrated circuit device according to the present invention, the dummy interconnections or dummy regions each have a width not smaller than the minimum line width which is required by the resolution power of lithography, or has a length not smaller than twice the minimum line width; and at the same time, in the scribing area, the width and length of each of the dummy interconnections or dummy regions is not larger than the distance between bonding pads. Incidentally, the minimum space width and minimum line width can each be set at 0.2 μm and the distance between bonding pads can be set at 10 μm.

According to such a semiconductor integrated circuit device, by setting the width of each of the dummy interconnections or dummy regions at not smaller then the minimum line width, which is required by the resolution power of lithography, the dummy interconnections or dummy regions can be processed with precision; and by setting the length of each of the dummy interconnections or dummy regions at not less than twice the minimum line width, the resolution of such members can be maintained with certainty. In other words, there is a potential problem that a pattern having the minimum processing size in width and length cannot be resolved accurately, but such a potential problem can be avoided in the case of the present invention by setting the length of each of the dummy interconnections or dummy regions at not less than twice the minimum processing size. The width or length of each of the dummy interconnections or dummy regions is set at 30 μm

6

or less, with 20 μm or less being frequently used and with 10 μm or less being preferred.

In addition, by setting each of the width and length of the dummy interconnections or dummy regions at not greater than 30 μm, a parasitic capacitance of the interconnection and the like and also failure due to short circuits between the bonding pads can be reduced. Described specifically, an increase in the width or length of each of the dummy interconnections or dummy regions inevitably enlarges such dummy members, which increases the parasitic capacitance of the interconnection or the like functioning as a semiconductor integrated circuit element and impairs the performance of the semiconductor integrated circuit device, such as the high-speed responsiveness thereof. If the width or length is not greater than 30 μm, on the other hand, it is possible to suppress the parasitic capacitance of the interconnection or the like to an extent not causing a problem in practical use. When the dummy interconnections are disposed in a scribing area, there is a possibility that the scribed chips may become conductive dust. Even if they unfortunately become conductive dust, they cause a short-circuit only between bonding pads. So, by setting the width and length of each of the dummy interconnections at not greater than the distance between the bonding pads, the scribed chips do not cause a short circuit even if they become conductive dust. Owing to these advantages, deterioration in the performance and yield of the semiconductor integrated circuit device can be prevented.

In addition, in the semiconductor integrated circuit device according to the present invention, the dummy interconnections or dummy regions are formed also in the scribing area. According to such a semiconductor integrated circuit device, complete planarization can be maintained even in the scribing area, whereby complete planarization all over the wafer can be actualized.

In addition, in the semiconductor integrated circuit device according to the present invention, a pattern density of interconnections formed of the dummy interconnections and actual interconnections, or a pattern density of regions formed of the dummy regions and active regions, is made substantially uniform all over the regions on the semiconductor substrate.

Even by the semiconductor integrated circuit device as described above, complete planarization of the insulating film on these patterns can be actualized. Described more specifically, as indicated above, the existence of unevenness in the pattern density inhibits the flatness of the insulating film on the pattern. The evenness of the insulating film is therefore improved also by disposing dummy members so as not to cause unevenness in the pattern density.

(3) In a further aspect, the semiconductor integrated circuit device according to the present invention is similar to the above-described one except that, in the same interconnection layer which includes a bonding pad portion or marker portion for photolithography disposed on the semiconductor substrate, dummy interconnections are not formed at the periphery of the bonding pad portion or a marker portion.

Such a semiconductor integrated circuit device makes it possible to smoothly perform automatic detection of a bonding pad upon wire bonding and also automatic detection of a marker used for mask alignment during photolithography. Described more specifically, if dummy members made of the same material as that of the bonding pad or marker have been formed at the periphery thereof, there is a possibility that the dummy members will disturb, in the manner of a noise, the smooth detection of the bonding pad

US 7,187,039 B2

7
8

or marker. The present invention is free from such a possibility. Incidentally, it is possible that the dummy interconnections are not formed in a region 20 μm from the bonding pad portion or 60 μm from the marker portion.

In addition, the semiconductor integrated circuit device according to the present invention may contain, as the insulating film, a silicon oxide film formed by the SOG or high-density plasma CVD method, a BPSG (Boron-doped Phospho-Silicate Glass) or PSG (Phospho-Silicate Glass) film formed by the reflow method or a polysilazane film. According to such a semiconductor integrated circuit device, since the silicon oxide film formed by the SOG or high-density plasma CVD method, the BPSG or PSG film formed by the reflow method or the polysilazane film is excellent in step covering properties and has properties of embedding a concave portion therewith, a concave portion formed by adjacent members of the interconnections and dummy interconnections or of the active regions and dummy regions is filled in favorably with such a film, whereby the thickness of the insulating film to be polished by the CMP method can be decreased. Such a decrease in the thickness of the film to be polished by the CMP method leads to not only a reduction in the load of the deposition step of the film to be polished by the CMP method, but also a reduction in the load of the CMP step, which in turn brings about an improvement in the cost competitive advantage of the semiconductor integrated circuit device, for example, by reducing the process time.

The process for the fabrication of a semiconductor integrated circuit device according to the present invention is a process for the fabrication of the above-described semiconductor integrated circuit device, which comprises (a) depositing a conductive film containing polycrystalline silicon or a metal over the principal surface of a semiconductor substrate or over an interlayer insulating film and patterning said conductive film to form actual interconnections and dummy connections, (b) depositing a first insulating film, which is composed of a silicon oxide film formed by the SOG method or high-density plasma CVD method, a BPSG or PSG film formed by the re-flow method or a polysilazane film, over the actual interconnections and dummy interconnections including inner surfaces of concave portions formed by the actual interconnections and dummy interconnections and filling the concave portions with said film, (c) depositing a second insulating film over said first insulating film and (d) polishing the surface of said second insulating film by the CMP method; and wherein the second insulating film is formed to have a thickness sufficient for planarizing the unevenness on the surface of the first insulating film.

According to such a fabrication process of a semiconductor integrated circuit device, the second insulating film can be deposited to give a smaller film thickness, whereby the deposition time of the second insulating film can be shortened; and at the same time, the polishing amount of the second insulating film in the CMP polishing step can be reduced. As a result, in spite of the fact that the above process comprises conventional steps, the step time can be shortened and the step load can be reduced, which brings about an improvement in the cost competitive advantage in a semiconductor integrated circuit device.

Described more specifically, in the fabrication process according to the present invention, the concave portions formed between the actual interconnections and dummy interconnections are filled in with the first insulating film composed of a silicon oxide film formed by the SOC or high-density plasma CVD method, a BPSG or PSG film formed by the re-flow method or a polysilazane film, whereby the unevenness remaining on the surface of the

second insulating film is lessened compared with the unevenness before the formation of the film. Accordingly, the thickness of the second insulating film must be sufficient for the planarization of the unevenness on the surface of the first insulating film, but the surface of the second insulating film can be planarized sufficiently even by a thin film.

(4) Incidentally, a rigid pad can be used for said CMP polishing. Alternatively, polishing by the CMP method can be employed only for the surface finish polishing after the unevenness on the surface attributable to the existence of the actual interconnections and dummy interconnections is substantially planarized by the first and second insulating films. As a polishing means employed for the surface finish, not only the CMP method, but also other polishing means, such as dry belt polishing and lapping, may be used.

The process for the fabrication of a semiconductor integrated circuit device according to the present invention is a process for the fabrication of the above-described semiconductor integrated circuit device, which comprises (a) depositing a silicon nitride film on the principal surface of a semiconductor substrate and patterning a portion of the silicon nitride film and semiconductor substrate in regions except for the active regions and dummy regions to form a shallow trench, (b) depositing an insulating film composed of a silicon oxide film on the semiconductor substrate, interconnections and silicon nitride film including the inner surface of the shallow trench, thereby filling in the trench with the insulating film, and (c) polishing the insulating film by the CMP method to expose the silicon nitride film.

According to the above-described fabrication process of a semiconductor integrated circuit device, dummy regions are formed also in an element isolation region so that dishing, that is, the formation of a recess, in the element isolation region can be prevented and the surface of the semiconductor substrate can be planarized completely. In addition, since the silicon nitride film having a lower CMP polishing rate than the silicon oxide film is formed between the insulating film, which is a film to be polished by the CMP method, and the active region of the semiconductor substrate, the silicon nitride film serves as a stopper layer for the CMP polishing and more complete flatness can be attained.

Incidentally, the above process may further comprise a step of using an alkaline slurry, which contains a silicon oxide as an abrasive, as the slurry used for the CMP method in the step (c) and subsequent to the step (c), etching of the insulating film formed in the shallow trench is performed through wet etching or dry etching to make the surface of the insulating film equal to or lower then the principal surface of the semiconductor substrate. When the alkaline slurry containing a silicon oxide as an abrasive is used, the ratio of the polishing rate of the silicon oxide film to the silicon nitride film becomes 3 or 4:1 so that it is necessary to thicken the silicon nitride film. In such a case, when the height of the principal surface of semiconductor substrate, that is, the active region, and the height of the silicon oxide film, which is an element isolation region after the removal of the silicon nitride film, are compared, the silicon oxide film is found to be higher. The silicon oxide film is therefore etched by wet etching or dry etching to make the surface of the insulating film equal to or lower than the principal surface of the semiconductor substrate, whereby minute gate processing can be carried out.

Alternatively, a slurry containing cerium oxide as an abrasive can be used as the slurry in the CMP method in the step (c). In this case, the ratio of the polishing rate of the silicon oxide film to the silicon nitride film becomes 30 to 50:1 so that it is not necessary to thicken the silicon nitride

US 7,187,039 B2

9
10

film. The thickness of the silicon nitride film can be set to a value which is negligible in the process, for example, not greater than 50 nm so that the etching of the silicon oxide film subsequent to the removal of the silicon nitride film is not required.

(5) The method of designing a semiconductor integrated circuit device according to the present invention comprises forming a mask pattern for a mask used for the processing of members each constituting a semiconductor integrated circuit element, wherein said mask pattern includes a member pattern for members and a dummy pattern which is not disposed in a dummy placement prohibited region; and a mask pattern is formed so as to satisfy all of the following conditions: a first condition wherein a pattern distance between adjacent patterns of the member patterns and dummy patterns is not less than the minimum space width which is required by the resolution power of lithography, or not less than 0.2 μm; a second condition wherein the pattern distance is not greater then twice the height of the member in a region of at least 95% of the chip area, and in a region of at most 5% of the chip area, the pattern distance is not greater than four times the height of the member; a third condition wherein the width of the dummy pattern is at least the minimum line width which is required by the resolution power of lithography, or at least 0.2 μm; a fourth condition wherein the width of the dummy pattern is not greater than the distance between bonding pads disposed in the semiconductor integrated circuit device or not greater than 10 μm; a fifth condition wherein the length of the dummy pattern is not less than twice the minimum line width or not less than 0.2 μm; and a sixth condition wherein the length of the dummy pattern is not greater than the distance between the bonding pads or not less than 10 μm.

Such a method of designing a semiconductor integrated circuit device makes it possible to design a mask for member patterns necessary for the fabrication of said semiconductor integrated circuit device. By the above-described conditions, the advantages of the above-described semiconductor integrated circuit device can be actualized.

Incidentally, it is needless to say that the dummy patterns can be disposed also in a scribing area of the semiconductor substrate. The dummy placement prohibited-region can be set within a range of 20 μm from an end portion of the pattern to be a bonding pad, a range of 60 μm from an end portion of the pattern to be a marker for photolithography, a range of 0.5 μm from a region in which a contact hole is to be formed, or a fuse region. By setting the dummy placement prohibited region as described above, it becomes easier to detect the bonding pad or the marker for the mask alignment upon wire bonding or photolithography, which makes it possible to form a contact hole between the interconnections of different layers or a contact hole between the interconnection and the semiconductor substrate.

In the case of a metal interconnection wherein the member and the storage capacitative element which is to be formed above a bit line are formed in substantially the same layer, the dummy placement can be prohibited in a region which is to have a storage capacitative element thereon. In such a case, the first metal interconnection layer and the storage capacitative element of a DRAM can be formed in the same layer and dummy interconnections can be disposed in a region of the first metal interconnection layer.

In the case of the active region wherein members are formed on the principal surface of the semiconductor substrate, the placement of dummy regions can be prohibited in a region wherein a gate interconnection is formed on the principal surface of the semiconductor substrate. In such a case, since no dummy region is formed belong the gate interconnection, the capacitance between the gate interconnection and the semiconductor substrate can be reduced. Described more specifically, because the dummy regions on the principal surface of the semiconductor substrate and the active region of the semiconductor substrate apparently have the same structure, the formation of the gate interconnection on the dummy regions increases the capacitance of the gate interconnection. The dummy regions are therefore not formed below the gate interconnection, which brings about an improvement in the performance of the semiconductor integrated circuit device, such as the high-peed responsiveness thereof.

In addition, the method of designing a semiconductor integrated circuit device according to the present invention comprises disposing dummy patterns so as to minimize the floating capacitance of a member which will otherwise be increased by the dummy members formed by the dummy patterns, whereby the performance of the semiconductor integrated circuit device, such as the high-speed responsiveness thereof, can be improved. Incidentally, such disposal of elements can be effected by satisfying the above-described conditions for the method of designing a semiconductor integrated circuit device and then, optimizing the dummy patterns so as to minimize the area and the number of the dummy patterns. Such optimization can be calculated automatically by an information processor such as computer which forms a layout pattern.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 1 of the semiconductor integrated circuit device of the present invention;

FIG. 2 is a fragmentary plan view illustrating the layout of the interconnections and dummy interconnections in the first interconnection layer in FIG. 1;

FIG. 3(b) is a plan view illustrating a layout rule applied to the layout of the interconnections and dummy interconnections and FIG. 3(a) is a cross-sectional view taken along a line A—A of FIG. 3(-b);

FIG. 4 is a cross-sectional view illustrating an enlarged interconnection portion in FIG. 1;

FIG. 5 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 6 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 7 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 8 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 9 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 10 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

FIG. 11 is a cross-sectional view illustrating one example of the fabrication process of the logic integrated circuit device according to Embodiment 1 in the order of the steps;

US 7,187,039 B2

11                                          12

FIG. **12** is a cross-sectional view illustrating a layout of a logic integrated circuit device according to Embodiment 2;

FIG. **13** is a plan view illustrating a layout of interconnections and dummy interconnections in the fifth interconnection layer;

FIG. **14** is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 3 of the present invention;

FIGS. **15**(*a*) and (*b*) are each a plan view illustrating another example of the logic integrated circuit device according to Embodiment 3;

FIG. **16** is a cross-sectional view illustrating one example of DRAM according to Embodiment 3;

FIG. **17** is a graph illustrating a relationship between a pattern size and focus depth of lithography;

FIG. **18** is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. **19** is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. **20** is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. **21** is a cross-sectional view illustrating one example of the fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. **22** is a cross-sectional view illustrating one example of a fabrication process of DRAM according to Embodiment 3 in the order of the steps;

FIG. **23** is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 4;

FIG. **24** is a plan view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4;

FIG. **25** is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. **26** is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. **27** is a cross-sectional view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 in the order of the steps;

FIG. **28** is a cross-sectional view illustrating one example of the semiconductor integrated circuit-device according to Embodiment 4 in the order of the steps;

FIGS. **29**(*a*) to **29**(*d*) are each a cross-sectional view illustrating planarization technique by the CMP method investigated by the present inventors;

FIG. **30** is a graph illustrating the fluctuations of CMP polishing amount relative to the distance between patterns;

FIG. **31** is a plan view illustrating one example of the semiconductor integrated circuit device according to Embodiment 4 of the present invention;

FIG. **32** is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 5 of the present invention;

FIG. **33** is a fragmentary plan view of the semiconductor integrated circuit device of FIG. **32**; and

FIG. **34** is a fragmentary plan view of the semiconductor integrated circuit device of FIG. **32**

## EMBODIMENTS OF THE PRESENT INVENTION

The embodiments of the present invention will next be described in detail with reference to accompanying drawings. Incidentally, in each of the drawings illustrating the following embodiments, like elements will be identified by like reference numerals and overlapping descriptions will be omitted.

(Embodiment 1)

FIG. **1** is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 1 of the semiconductor integrated circuit device of the present invention. In FIG. **1**, a scaling area A, a pad and peripheral circuit region B and a logic circuit region C of the semiconductor integrated circuit device are illustrated.

In the logic integrated circuit device according to Embodiment 1, a shallow trench **2** is formed on the principal surface of the semiconductor substrate **1**, and in the shallow trench **2** a silicon oxide film, which is an insulating film, is embedded, whereby an element isolation region **3** is formed. By this element isolation region **3**, an active region **4** formed on the principal surface of the semiconductor substrate **1** is defined. Incidentally, as an element isolation structure, a shallow trench is exemplified here, but a field insulating film formed by the LOCOS (Local Oxidation of Silicon) method may be employed as well. Although not illustrated here, P-type and N-type well regions may be formed on the principal surface of the semiconductor substrate.

In the active region **4**, a MISFET is formed. On the principal surface of—the semiconductor substrate, a gate interconnection **6** is formed via a gate insulating film **5** of the MISFET. The gate insulating film **5** maybe, for example, a silicon oxide film formed by thermal oxidation, while the gate interconnection **6** may be, for example, a polycrystalline silicon film formed by the CVD method. On the surface of the polycrystalline silicon film, a silicide film is formed in order to reduce the—electrical resistance.

A portion of the gate interconnection **6** is formed to extend over the element separation region **3** and another portion is formed to be a gate electrode **7** of a MISFETQ1 formed in the active region **4** of the semiconductor substrate **1**. On both sides of the gate electrode **7** in the active regions **4** on the principal surface of the semiconductor substrate **1**, impurity semiconductor regions **8** are formed. The impurity semiconductor regions **8** function as a source drain region for the MISFETQ1. It is also possible to employ the region **8** as a so-called LDD (Lightly Doped Drain). On the side of the gate interconnection **6**, a side wall spacer **8***b* is formed. The side wall spacer **8***b* can be formed of a silicon oxide film or a silicon nitride film.

The MISFETQ1 formed in the logic circuit region C functions as an active device for the logic circuit. Although not illustrated in FIG. **1**, the MISFET formed in the pad and peripheral circuit region B functions as an active device for the peripheral circuit. Incidentally, the MISFET is exemplified as a transistor formed in the logic circuit region C and pad and peripheral circuit region B, but a bipolar transistor or Bi-CMOS transistor can also be employed.

The gate interconnection **6** is covered with an interlayer insulating film **9**, over which interconnections **10** and dummy interconnections **11** are formed in the first interconnection layer. The interlayer insulating film **9** can be formed, for example, of a PSG film, BPSG film or a silicon oxide film such as SOG film. Alternatively, a lamination film with a TEOS silicon oxide film can be used for the prevention of

US 7,187,039 B2

13

diffusion of impurities. It is preferred that the surface of the interlayer insulating film 9 has been planarized by the CMP method or etchback method.

The interconnection 10 and dummy interconnection 11 are made of the same material and formed by the same step (same layer). Examples of the material include metals, such as aluminum (Al) and copper (Cu). They may alternatively be made of a polycrystalline silicon film doped with impurities at a high concentration. In the case of the polycrystalline silicon film, the surface thereof may be converted into a silicide. FIG. 2 is a plan view illustrating the layout of the interconnections 10 and dummy interconnections 11 in the first layer. The dummy interconnections 11 are formed in a region (void region) where the space between adjacent interconnections 10 is wide. As a result, the dummy interconnections are placed evenly in a region where the interconnections 10 have not been disposed, the space between the adjacent members of the dummy interconnections 11 and interconnections 10 becomes narrow; and the dummy interconnections seem to be filled in the void region densely.

The dummy interconnections 11 are formed also in the scribing area A, whereby the flatness of an insulating film 12 is maintained all over the semiconductor substrate 1, which will be described later. The width and length of the dummy interconnection 11 formed in the scribing area A are constituted so as to be not greater than the distance between the bonding pads.

FIG. 3(b) is a plan view illustrating a layout rule applied to the placement of the interconnections 10 and the dummy interconnections 11, and FIG. 3(a) is a cross-sectional view taken along a line A—A of FIG. 3(b).

The member space S, which is a space between the interconnection 10 and the dummy interconnection 11, or a space between adjacent dummy interconnections 11, is not greater than twice the height of the interconnection height H of the dummy interconnection 11 or interconnection 10. As described above with reference to FIG. 30, by setting the member space S at not greater than twice the interconnection height H, the CMP polishing amount of the insulating film 12 can be made uniform and the surface of the insulating film 12 can be completely planarized. In a region not wider than 5% of the chip area, the member space S is allowed to have a height of at most four times the interconnection height H. In this case, although the fluctuations of the polishing amount of the insulating film 12 increase about twice, they can be neglected as a whole because this area amounts to not greater than 5% of the chip area. The flatness of the whole insulating film 12 therefore can be substantially maintained.

In addition, as the member space S, a space not smaller than the minimum space width required by a lithographic tool is necessary. This condition permits accurate processing of the interconnection 10 and dummy interconnection 11, whereby each member can be processed accurately according to the design. In the case of an exposure apparatus using a KRF exima laser as a light source, 0.2 μm can be given as an example of the minimum space width.

The width (a) of the dummy interconnection 11 is set to be not smaller than the minimum line width required by a lithographic tool. By setting the width (a) to be not smaller than the minimum line width, the dummy interconnections 11 can be processed with certainty. In the scribing area, the width (a) of each of the dummy interconnections 11 is set at not greater than the distance between bonding pads 13. By so doing, even if the dummy interconnections 11 are peeled off into minute chips by dicing or the like and produce

14

conductive dust, no short circuit occurs between the bonding pads 13, which makes it possible to eliminate a cause for possible failure. The width (a) of each of the dummy interconnections 11 is set to be, for example, not greater than 30 μm, with 20 μm being frequently employed and with 10 μm being preferred. The distance between the bonding pads 13 can be set at about 10 μm. Even if the dummy interconnections 11 of such a size are formed, the parasitic capacitance of the interconnection 10 does not increase and therefore does not cause a problem of retarding a signal transferred to the interconnection 10. As a result, the performance of the logic integrated circuit device is not deteriorated.

The length (b) of each of the dummy interconnections 11 is set at not less than twice the minimum line width, and in the scribing area, it is set at not greater than the distance between the bonding pads, for example, not greater than 10 μm. When the width (b) and length (a) of each of the dummy interconnections 11 are each set at the minimum line width, there is a possibility that proper resolution of the dummy interconnections 11 will not be attained. By setting the length (b) at least twice the minimum line width, the resolution of the dummy interconnections 11 can be carried out with certainty even if the width (a) is the minimum line width, which makes it possible to process it with certainty. For the same reason in the width (a), the length (b) is set at, for example, not greater than the distance between bonding pads, for example, not greater than 10 μm. Similar to the width (a), the length (b) of each of the dummy interconnections 11 is constituted at not greater than 30 μm, with 20 μm or less being frequently employed and with 10 μm or less being preferred.

In Embodiment 1, the dummy interconnections 11 are in a rectangular form, but may be in a triangular, trapezoidal, circular or another polygonal form so long as they satisfy the above-described conditions. For minimizing the parasitic capacitance of the interconnection 10, the size and number of the dummy interconnections 11 are each preferred to be as small as possible. For minimizing the parasitic capacitance of the interconnection 10 within a range satisfying the above-described conditions, it is most preferred to set the member space S at twice the interconnection height H, the width (a) of each of the dummy interconnections at the minimum line width and the length (b) of each of the dummy interconnections at not less than twice the minimum line width. In this Embodiment, for example, the dummy interconnections are constituted to have a width (a) of 0.6 to 1 μm and a length (b) of 10 to 25 μm.

The interconnections 10 and dummy interconnections 11 are covered with the insulating film 12. The surface of the insulating film 12 has been polished by the CMP method so that the film has a completely planarized surface.

FIG. 4 is an enlarged cross-sectional view of the interconnection portion of FIG. 1. The insulating film 12 has an insulating film 12a, an insulating film 12b, an insulating film 12c and an insulating film 12d laminated in this order from the side contiguous to the interconnection 10 and dummy interconnection 11.

As the insulating film 12a, a silicon oxide film formed by the CVD method using TEOS can be employed for example. As illustrated in the drawing, the insulating film 12a is formed, faithfully tracing the surface line including a step difference. The film thickness can be set, for example, at 300 nm.

As the insulating film 12b, an inorganic SOG film, a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film can be employed. In short, a

US 7,187,039 B2

15

16

film having properties for filling a concave portion therewith can be employed. As illustrated in the drawing, the film is embedded in the concave portion and the thickness of the film in the convex portion is formed to be thin. The reason why the concave portion can be embedded with the insulating film 12b is because the above-described dummy interconnections 11 are formed under the above-described conditions and the concave portion formed between adjacent dummy interconnections 11 is not greater than a given space necessary for embedding the insulating film 12b. The film thickness is for example set at 125 nm on the convex portion.

As the insulating film 12c, for example, a silicon oxide film formed by the CVD method using TEOS can be employed, with its surface being polished by the CMP method. The existence of the dummy interconnections 11 has enabled complete planarization of the polished surface. This film can be formed to give a thickness of 500 nm on the convex portion.

As the insulating film 12d, a silicon oxide film formed by the CVD method using TEOS can be employed. It has, for example, a film thickness of 200 nm. Incidentally, the insulating film 12d can be omitted. In such a case, it is necessary to add the thickness of the insulating film 12d to the thickness of the insulating film 12c upon deposition of the insulating film 12c.

Over the insulating film 12, interconnections 14, dummy interconnections 15 and an insulating film 16 of the second interconnection layer are formed, over which interconnections 17, dummy interconnections 18 and an insulating film 19 of the third interconnection layer are formed and then, interconnections 20, dummy interconnections 21 and an insulating film 22 are formed. The interconnections 14, 17 and 20, dummy interconnections 15, 18 and 21 and insulating films 16, 19 and 22 are formed similarly to the interconnection 10, dummy interconnection 11 and insulating film 12 of the first interconnection layer, respectively.

Over the fourth interconnection layer, interconnections 23 and an insulating film 24 of the fifth interconnection layer are formed followed by the formation of a passivation film 25. As the passivation film 25, for example, a silicon nitride film can be employed. The interconnections 23 include the bonding pad 13.

A process for the fabrication of the logic integrated circuit device of Embodiment 1 will next be described with reference to FIGS. 5 to 11, which are cross-sectional views illustrating one example of the fabrication process of the logic integrated circuit device of Embodiment 1 in the order of the steps thereof.

As illustrated in FIG. 5, on a semiconductor substrate 1, a shallow trench 2 is formed using photolithography and etching techniques. On the principal surface of the semiconductor substrate 1 having the shallow trench 2 formed therein, a silicon oxide film is deposited, and then, it is polished by the CMP method or the like to form an element isolation region 3. Then, N-type and P-type well regions may be formed.

As illustrated in FIG. 6, a silicon oxide film to be a gate insulating film 5 is then formed by the thermal oxidation or thermal CVD method, followed by the deposition of a polycrystalline silicon film by the CVD method. The polycrystalline silicon film is patterned using photolithography and etching techniques, whereby a gate interconnection 6 (gate electrode 7) is formed. With the gate electrode 7 serving as a mask, impurities are subjected to ion implantation in self alignment relative to the gate electrode 7, whereby an impurity semiconductor region 8 is formed. After the deposition of a silicon oxide film, anisotropic

etching is conducted, whereby a side-wall spacer 8b is formed. It is possible to carry out ion implantation of highly-concentrated impurities to form the impurity semiconductor region 8 as a so-called LDD structure.

As illustrated in FIG. 7, a PSG film is formed, followed by planarization by the etchback or CMP method, whereby an interlayer insulating film 9 is formed. Over the interlayer insulating film, an aluminum film is deposited by the sputtering or deposition method. The aluminum film so obtained is patterned by photolithography and etching techniques, whereby interconnections 10 and dummy interconnections 11 are formed. Patterning is conducted in accordance with the conditions as described above with regards to the dummy interconnections 11.

As illustrated in FIG. 8, an insulating film 12a is formed by the CVD method using TEOS. As the CVD method, a plasma CVD method can be employed, but a thermal CVD method using ozone in combination can be employed alternatively. The film thickness of the insulating film 12a is set at 300 nm. Incidentally, FIGS. 8 to 11 are cross-sectional views each illustrating only an interconnection layer and the layers therebelow are omitted.

Then, an insulating film 12b is formed using an inorganic SOG film and gaps formed by adjacent ones of the interconnections 10 and dummy interconnections 11 are filled therewith. The inorganic SOG film can be formed by coating inorganic SOG and then baking it. The film thickness of the insulating film 12b is set at 125 nm on the convex portion. Incidentally, the insulating film 12b may be a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film.

Since the width of the gap is narrow owing to the formation of the dummy interconnections 11, it becomes possible to embed the gap with the insulating film 12b favorably. In other words, the film thickness in the concave portion is made thicker than that on the convex portion. As a result, the unevenness on the surface of the insulating film 12b is lessened and the difference in the height can be reduced.

As illustrated in FIG. 9, an insulating film 12c is then formed by the CVD method using TEOS. The insulating film 12c can be formed to have a film thickness of 700 nm. In the case where no dummy interconnection is disposed as is illustrated in FIG. 29, the thickness of the insulating film 12c is required to be about 1700 nm, but in Embodiment 1, the thickness can be decreased to 700 nm because of the presence of the dummy interconnections 11. As a result, the step for deposition the insulating film 12 can be shortened, whereby the step load can be reduced.

As illustrated in FIG. 10, the surface of the insulating film 12c is then polished by the CMP method and planarized. In Embodiment 1, the surface shape of the insulating film 12c reflects the shapes of the interconnections 10 and dummy interconnections 11, as well as that of the insulating film 12b, so that the insulating film 12c has substantially an even height at any place. As a result, the polishing rate becomes substantially uniform irrespective of the locations, whereby the surface of the insulating film 12c can be substantially planarized. In addition, the insulating film 12c has a film thickness as little as 700 nm, which makes it possible to reduce the CMP polishing amount and to reduce the load of the CMP polishing step. Incidentally, the polishing amount can be decreased to 200 nm.

Then, a surface washing after CMP polishing is effected, followed by the formation of an insulating film 12d by the CVD method-using TEOS, as is illustrated in FIG. 11. The insulating film 12d can be formed to have a thickness of 200

US 7,187,039 B2

17

18

nm. Incidentally, it is possible to omit the insulating film 12d and to form the insulating film 12c to have a thickness of 900 nm.

In this manner, the first interconnection layer is completed. Similar to the first interconnection layer, the second to fourth interconnection layers are then formed, followed by the formation of the fifth interconnection layer similarly. Over the fifth interconnection layer, a passivation film 25 is formed, whereby the logic integrated circuit device as illustrated in FIG. 1 is almost completed.

According to the fabrication process of Embodiment I, the surfaces of the insulating films 12, 16, 19 and 22 are completely planarized and at the same time, the step for deposition of an insulating film to be polished by CMP and CMP polishing step can be shortened, whereby step loads can be reduced. In general, such an advantage becomes particularly marked when a multi-layer interconnection, such as a logic device, composed of at least 3 layers is formed.

Incidentally, an interconnection layer composed of five layers is exemplified in this Embodiment 1, however, it may be formed of any number of layers either greater or less than five layers.

(Embodiment 2)

FIG. 12 is a cross-sectional view illustrating one example of a logic integrated circuit device according to Embodiment 2 of the present invention.

The logic integrated circuit device according to Embodiment 2 is substantially similar to that of Embodiment 1 except for the fifth interconnection layer. Accordingly, description of the common features is omitted herein and only the differences will be described below.

The logic integrated circuit device according to Embodiment 2 has, in the fifth interconnection layer, dummy interconnections 26 in addition to interconnections 23. The dummy interconnections 26 are disposed under substantially similar conditions to the dummy interconnections 11 described in Embodiment 1. The interconnections 23 of the fifth interconnection layer however include the bonding pad 13 so that the disposing conditions of the dummy interconnections 26 are different at the periphery of the bonding pad 13.

FIG. 13 is a plan view illustrating the layout of the interconnections 23 and the dummy interconnections 26 of the fifth interconnection layer. At the periphery of the bonding pad 13, a prohibited area 27 free from dummy interconnections 26 is disposed. The prohibited area 27 can extend within a range of 20 μm from each end of the bonding pad 13.

Such a logic integrated circuit device makes it possible to completely planarize also the surface of the passivation film 25, because the dummy interconnections 26 are formed in the fifth interconnection layer. As a result, it becomes possible to carry out processing of a BLM (Ball Limiting Metalization) film 29, which is to be an underground film for a bump 28, as illustrated in FIG. 14. In addition, by disposing the prohibited area 27 at the periphery of the bonding pad 13, automatic detection of the bonding pad 13 by a wire bonding apparatus can be conducted with certainty.

Incidentally, in the present Embodiment 2 and also the above-described Embodiment 1, the dummy interconnections 11, 15, 18, 21 and 26 can be formed in the scribing area A. When markers 30a and 30b for lithography are formed, as illustrated in FIGS. 15(a) and 15(b), respectively, in the scribing area A or another area, prohibited areas 31a and 31b

free from the placement of the dummy interconnections 11, 15, 18, 21 or 26 can be disposed in the vicinity of the markers. The prohibited area 31a or 31b can be disposed within a range of 60 μm from each end of the marker 30a or 30b.

By disposing such a prohibited area 31a or 31b, it becomes possible to carry out automatic detection of the marker 30a or 30b favorably by an exposure apparatus used for photolithography. Incidentally, the prohibited area 31a or 31b is formed for at least the dummy interconnections 26 of the uppermost interconnection layer, and it is not necessary to apply it to the dummy interconnections 11, 15 and 18 in the lower interconnection layers. Alternatively, it is not necessary to dispose the dummy interconnections themselves.

(Embodiment 3)

FIG. 16 is a cross-sectional view illustrating one example of a DRAM which represents Embodiment 3 of the present invention.

A semiconductor substrate 1, a shallow trench 2, an element isolation region 3 and an active region 4 of DRAM according to Embodiment 3 are similar to those of Embodiment 1. On the principal surface of the semiconductor substrate 1, a p-type well region 32 and an n-type well region 33 are formed.

In the active region 4 of the p-type well region 32, a selective MISFETQt constituting a memory cell M of the DRAM and a MISFETQn of a peripheral circuit are formed, while in the active region 4 of the n-type well region 33, MISFETQp of the peripheral circuit is formed. In FIG. 16, shown on the left side is a memory cell area, while on the center and right side, a peripheral circuit area is shown. The memory cell M of the DRAM has a selective MISFETQt and a storage element SN which is a capacitative element.

Gate electrodes 7 for MISFETQt, MISFETQn and MISFETQp are each formed of a polycrystalline silicon film, said film having a suicide layer 7a on the surface thereof. In the active region 4 existing on both sides of the gate electrode 7 for MISFETQt, MISFETQn or MISFETQp, impurity semiconductor regions 8 are formed and constitute a source and drain region of the MISFET. The conductivity type of the impurity semiconductor region 8 differs depending on the conductivity type of the MISFET. The MISFETQt and the MISFETQn have an n-type conductivity, while the MISFETQp has a p-type conductivity. Incidentally, concerning the MISFETQn and MISFETQp of the peripheral circuit, the impurity semiconductor regions 8 are illustrated to have an LDD structure, but it is not necessary that they have an LDD structure.

In the layer where the gate electrodes 7 exist, gate interconnections 6 and dummy gate interconnections (dummy members) 34 are formed. The gate electrodes 7 are also part of the gate interconnections 6. Since the gate interconnections 6 and dummy gate interconnections 34 are formed simultaneously with the gate electrodes 7 (in the same layer), silicide layers 6a and 34a are formed on the surfaces thereof. On the side walls and upper surfaces of the gate interconnections 6 and dummy gate interconnections 34, side walls 8b and cap insulating films 8c, each formed of a silicon oxide film, are formed, over which an insulating film 35 is formed. The insulating film 35 may be formed of, for example, a TEOS silicon oxide film. Over the insulating film 35, an insulating film 36 planarized by the CMP method is formed. The insulating film 36 may be formed, for example, of a BPSG film. In Embodiment 3, dummy gate interconnections 34 are disposed so that the insulating film

19

36 can be almost completely planarized. Even if the focus depth of the lithography becomes shallow, such complete planarization makes it possible to mass-produce the products, on which minute patterns on the level of 0.2 μm have been formed, as illustrated by FIG. 17.

The dummy gate interconnections 34 are disposed under similar conditions to those for the dummy interconnections 11 described in Embodiment 1. Incidentally, the dummy gate interconnections 34 are not disposed in a region where a contact hole is to be formed, which makes it possible to open the contact hole smoothly. The dummy gate interconnections 34 are formed mainly on the element isolation region 3.

Over the insulating film 36, an insulating film 37 composed of, for example, a silicon oxide film formed using TEOS can be formed. Alternatively, it can be omitted. Over the insulting film 37, in addition to the bit line 38 of the DRAM, interconnections 39 and dummy interconnections 40, which are formed in the same layer with the bit line, are formed. These interconnections can be composed of a polycrystalline silicon film having, for example, a CVD tungsten film as an adhesive layer. The dummy interconnections 40 are formed in accordance with the conditions employed for the above-described dummy interconnections 11 of Embodiment 1. However, they are not disposed in a region having a contact hole formed therein, whereby the contact hole can be opened smoothly. On the side walls and upper surfaces of the bit line 38, interconnection 39 and dummy interconnection 40, side walls 41b and cap insulating film 41c, each composed of a silicon oxide film, are formed, over which an insulating film 42 is laid. The insulating film 42 is composed of, for example, a BPSG film which has been polished by the CMP method for planarization. Incidentally, an insulating film 43 composed of a silicon oxide film formed using TEOS can be formed over the insulating film 42, but alternatively, it can be omitted. In this Embodiment 3, the dummy interconnections 40 are disposed, which makes it possible to planarize the insulating film 42 almost completely.

Over the insulating film 43, a storage capacitative element SN of the DRAM and a first metal interconnection layer are formed. The storage capacitative element SN is constituted of a lower electrode 45 which is connected with the impurity semiconductor region 8 of a MISFETQt through a plug 44, and a plate electrode 47 formed opposite to the lower electrode 45 through a capacitative insulating film 46. The storage capacitative element SN is covered with an insulating film 48. It is also covered with an insulating film 49 composed of a silicon oxide film formed, for example, by the high-density plasma method. Over the insulating film 49, the interconnections so and dummy interconnections 51 of the first interconnection layer are formed. Each of the interconnections so is connected through the contact hole with a plate electrode 47 or an impurity semiconductor region 8 on the principal surface of the semiconductor substrate 1. The interconnections so and dummy interconnections 51 are formed simultaneously, and they are composed of, for example, a tungsten film having as an adhesive layer CVD tungsten or an aluminum film. The dummy interconnections 51 are disposed under similar conditions to those described in Embodiment 1 with regard to the dummy interconnections 11. However, they are not disposed in a memory mat region in which the storage capacitative element SN is to be formed.

The interconnections 50 and dummy interconnections 51 are covered with an insulating film 52 composed of, for example, a silicon oxide film formed by the high-density plasma CVD method or a polysilazane film. Over the insulating film 52, an insulating film 53 composed of a

20

TEOS silicon oxide film is formed. The insulating film 53 is polished by the CMP method and planarized. It has almost complete flatness because of having therebelow the dummy interconnections 51. The insulating film 53 is overlaid with interconnections 54, dummy interconnections 54 and an insulating film 56 of the second layer, followed by the formation of the interconnections 57, dummy interconnections 58 and an insulating film 59 of the third layer. The interconnections 54, dummy interconnections 55, insulating film 56, interconnections 57, dummy interconnections 58 and insulating film 59 are formed in a similar manner to the interconnections 10, dummy interconnections ii and insulating film 12 in Embodiment 1.

The DRAM according to Embodiment 3 makes it possible to provide each insulating film with complete flatness because dummy members 34, 40, 51, 55 and 58 are disposed for the gate interconnections 6, bit line 38, interconnections so of the first layer, interconnections 54 of the second layer and interconnections 57 of the third layer. By disposing the dummy gate interconnections 34 and dummy interconnections 40, 51, 55 and 58 between the memory cell region and peripheral circuit area, the insulating film of each layer can be planarized.

Incidentally, the process for the fabrication of the DRAM of Embodiment 3 will next be described with reference to FIGS. 18 to 21. FIGS. 18 to 21 are cross-sectional views each illustrating one example of the fabrication process of the DRAM of Embodiment 3 in the order of the steps thereof.

The steps leading up to the formation of the element isolation region 3 on the principal surface of the semiconductor substrate 1 are similar to those of Embodiment 1 so that their description will be omitted.

Then, as illustrated in FIG. 18, a silicon oxide film, which will be a gate insulating film 5, is formed, followed by the deposition thereon of a polycrystalline silicon film to be a gate interconnection 6, gate electrode 7 and dummy gate interconnection 34, and then a silicon oxide film which will be formed as a cap insulating film 8c. These films so laminated are patterned, whereby the gate interconnection 6, gate electrode 7 and dummy gate interconnection 34 are formed. The gate interconnection 6 (gate electrode 7) is patterned in accordance with an ordinarily employed layout rule, while the dummy gate interconnection 34 is patterned so as to be disposed in the element isolation region 3, while substantially satisfying, in addition to the ordinarily employed layout rule, the conditions in Embodiment 1 concerning the dummy interconnection 11.

Then, as illustrated in FIG. 19, a side-wall spacer 8b is formed, followed by the deposition of an insulating film 35 and then a BPSG film. The BPSG film is thereafter polished by the CMP method, whereby an insulating film 36 is formed. The BPSG film can be formed to give a thickness of 800 nm and the CMP polishing amount can be suppressed to 400 nm. When the dummy gate interconnections 34 are not formed, it is necessary to deposit a thicker BPSG film and the CMP polishing amount inevitably increases. As described above, by decreasing the thickness of the BPSG film and reducing the CMP polishing amount, advantages such as reduction in the step load can be brought about. Incidentally, instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Also, the side wall spacer 8b and the cap insulating film 8c can each be formed of a silicon nitride film, instead. When the silicon nitride film is used, etching upon the opening of a contact hole can be carried out by self alignment.

US 7,187,039 B2

21

As illustrated in FIG. **20**, subsequent to the washing after the CMP polishing, an insulating film **37** is deposited to a thickness of 100 nm. It is also possible to omit the insulating film **37**. Then, a plug **44** to be connected with a bit line **38** and a lower electrode **45** of a storage capacitative element SN are formed, followed by the formation of the bit line **38**, interconnections **39** and dummy interconnections **40**. The dummy interconnections **40** are disposed under similar conditions to those for the dummy interconnections **11** of Embodiment 1. Then, a side wall **41***b* and a cap insulating film **41***c* are formed and a BPSG film is deposited thereon, followed by polishing of the BPSG film by the CMP method, whereby an insulating film **42** is formed. Incidentally, instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Since the dummy interconnections **40** have been formed, the insulating film **42** is able to have a completely planarized surface and at the same time, it is possible to decrease the thickness of the BPSG film and reduce the CMP polishing amount. Then, washing is effected after the CMP polishing, followed by the deposition of an insulating film **43** by the plasma CVD method using TEOS or the like method. It is also possible to omit this insulating film **43**.

Then, as illustrated in FIG. **21**, a storage capacitive element SN is formed and a BPSG film is deposited thereon, followed by a baking treatment, whereby an insulating film **49** is formed. The insulating film **49** can be formed to a thickness of 500 nm. Subsequent to the opening of a contact hole, a tungsten film to be a first interconnection layer is formed by the CVD method, followed by the formation of an aluminum film by the sputtering method. Then, the resulting aluminum and tungsten films are patterned, whereby interconnections **50** and dummy interconnections **51** are formed. The dummy interconnections **51** are disposed under similar conditions to those for the dummy interconnections **11**, and in addition, it is a condition that the dummy interconnections **51** are not disposed in a memory mat region where the storage capacitative device is disposed. FIG. **22** is a plan view illustrating the above conditions. A BPSG film is then deposited to form an insulating film **52**. A TEOS silicon oxide film is deposited thereover, followed by polishing by the CMP method, whereby an insulating film **53** is formed. Instead of the BPSG film, a PSG film or a silicon oxide film formed by the high-density plasma CVD method can be employed. Here, the formation of the dummy interconnections **51** makes it possible to completely planarize the surface of the insulating film **53** and, at the same time, to decrease the thickness of the TEOS silicon oxide film and reduce the CMP polishing amount.

In a similar manner to Embodiment 1, second and third interconnection layers are then formed, whereby the DRAM of Embodiment 3 is almost completed. According to the fabrication process of Embodiment 3, the complete planarization of the insulating film of each of the layers can be attained and at the same time, the step load can be reduced.

Also in this Embodiment 3, dummy members can be disposed in the scribing area, but not at the peripheries of the bonding pad and marker, as illustrated in connection with Embodiments 1 or 2. In addition, it is possible to not dispose the dummy members at the periphery of the region in which a fuse is formed. Moreover, it is needless to say that the dummy gate interconnections **34** as described in Embodiment 3 can be disposed in the semiconductor integrated circuit device of Embodiments 1 or 2.

22

(Embodiment 4)

FIG. **23** is a cross-sectional view illustrating one example of a semiconductor integrated circuit device according to Embodiment 4. The semiconductor integrated circuit device according to Embodiment 4 has dummy regions **60** formed in an element isolation region D,**3** which defines an active region **4** of a semiconductor substrate **1**. In other words, the dummy regions (dummy members) **60** are formed in the wide element isolation region D. Since elements and interconnections on the semiconductor substrate, except for the element isolation structure, are similar to those of Embodiment 1, a description thereof will be omitted. The dummy regions **60** may be formed in a scribing area, and they are disposed under similar conditions to those in Embodiment 1 concerning the dummy interconnections it. The dummy regions **60** have been formed as described above so that, upon the formation of the element isolation region D,**3** by the CMP method, no dishing occurs in the element isolation region D,**3** and therefore, the planarization of the surface of the semiconductor substrate **1** can be attained. In addition, by decreasing the size of the dummy regions **60** and optimizing the number of them, a rise in the parasitic capacitance attributable to the existence of the dummy regions **60** can be prevented, whereby the performance of the semiconductor integrated circuit device can be maintained.

Incidentally, in a region where gate interconnections **6** are to be formed, on the principal surface of the semiconductor substrate **1**, it is not recommended to dispose the dummy regions **60**. In other words, below the gate interconnections **6**, a prohibited area **70** is provided in which no dummy region **60** is disposed. Such a state is illustrated in FIGS. **24** and **31**. The dummy regions **60** have the same effects with the active region **4** of the semiconductor substrate **1**. When the gate interconnection **6** is formed right above the dummy region **60**, the gate interconnection **6** and the active region **4** become opposed to each other through the gate insulating film **5** and the parasitic capacitance of the gate interconnection **6** increases. When the dummy regions **60** are not disposed in the area where the gate interconnection **6** is to be formed, on the other hand, the parasitic capacitance of the gate interconnection **6** does not show an increase. As a result, such a constitution prevents the deterioration in the performance of the semiconductor integrated circuit device. In this Embodiment, the dummy regions **60** each has a quadrate shape having as width (a) and length (b), about 15 to 20 μm. This Embodiment is not limited to the use of a quadrate shape, but another shape, such as a square, also can be employed.

A description will next be made of the fabrication process of the semiconductor integrated circuit device according to Embodiment 4 with reference to FIGS. **25** to **28**.

As illustrated in FIG. **25**, a silicon nitride film **61** is deposited on the principal surface of the semiconductor substrate **1**, followed by the patterning of the silicon nitride film **61** and the semiconductor substrate **1** to form shallow trenches 2. The shallow trenches 2 include both those which will be element isolation regions D,**3** and those which are dummy regions **60**. In other words, the shallow trenches 2 are formed so that the dummy regions **60** are disposed in the element isolation region D,**3** which defines the active region **4**.

As illustrated in FIG. **26**, a silicon oxide film is deposited, for example, by the CVD method. As a first polishing, the resulting film is polished by the CMP method and embedded in the shallow trench 2, whereby the element isolation region D,**3** and dummy regions **60** are formed. For the first polishing, an alkaline slurry containing silicon oxide particles as

US 7,187,039 B2

23                                                                24

an abrasive can be employed. In this case, it is necessary to form the silicon oxide film to a certain thickness because a ratio of the polishing rate of the silicon oxide film to that of the silicon nitride film becomes 3 to 4:1.

As illustrated in FIG. 27, secondary polishing is carried out to remove foreign matter and the damaged layer. For secondary polishing, either a soft pad or a chemical solution may be used. Instead, pure water may also be used. Then, both sides of the semiconductor substrate 1 are scrubbed and washed with hydrofluoric acid, followed by washing with ammonia and then hydrochloric acid. Then, the element isolation regions 3 and dummy regions 60 are etched back. The etchback can be effected either by dry etching or wet etching. By the etchback of the element isolation regions 3 and dummy regions 60 as described above, their heights can be made equal or lower than that of the active region, which makes it possible to carry out minute processing of a gate interconnection.

In the final step, the silicon nitride film 61 is removed, whereby the semiconductor substrate 1 as illustrated in FIG. 28 having the element isolation region D,3, which defines the active region 4, formed thereon is prepared. A description of the subsequent steps will be omitted because they are similar to those of embodiment I.

Incidentally, the first polishing can be conducted using a slurry containing cerium oxide as an abrasive. In this case, the ratio of the polishing rate of the silicon oxide film to that of the silicon nitride film falls within a range of from 30–50 to 1, whereby the thickness of the silicon nitride film 61 can be suppressed to 50 nm or less. Since such a small thickness is negligible in the process design, the above-described etchback of the element isolation regions 3 and the dummy regions 60 can be omitted, leading to a simplification of the process.

The present invention made by the present inventors has been described above specifically based on some embodiments. It should however be borne in mind that the present invention is not limited to the specific embodiments. It is needless to say that various changes and modifications can be made so long as they do not depart from the essence of the invention.

For example, in the above Embodiments 1 to 4, the CMP step serves as a step for polishing an insulating film. The present invention makes it possible to secure flatness to some extent prior to the CMP polishing so that the CMP polishing can be employed as a finishing step. In this case, not only the CMP method, but also dry-belt polishing or lapping method, can be adopted as the finishing step.

As illustrated in FIG. 32, the dummy gate interconnections 34 as shown in Embodiment 3 may be disposed in Embodiment 4. FIG. 33 is a fragmentary plan view of FIG. 32. Dummy gate interconnections 34 are constituted so that they extend over element isolation regions D,3 and dummy regions 60. Each of the dummy gate interconnections 34 is formed on the dummy region 60 thorough a gate insulating film 5 under the electrically floating state.

By ion implantation using as a mask a resist film covering the element isolation region D,3 upon the formation of a semiconductor region 8, which is to be a source and drain region for the MISFETQ1, impurities are not introduced into each of the dummy regions 60 and a semiconductor region 8 is not formed in this region.

As illustrated in FIG. 34, the dummy gate interconnections 34 may be formed to be slender over the interconnection as illustrated in FIG. 34, which makes it possible to improve the flatness of the surface of the insulting film.

The dummy gate interconnections 34 may be formed to extend only over the element isolation region 3 and not to extend over the dummy regions 60, so that the capacitance between the substrate I and the dummy gate interconnections 34 is decreased. Incidentally, it is needless to say that the dummy regions 60 as is shown in this Embodiment can be employed in Embodiment 3.

The advantages available by the typical embodiments, among those disclosed herein, will hereinafter be described simply.

The surface of a member after polishing by the CMP method can be planarized completely.

The process margin in the photolithography step, etching step and the like can be heightened, a demand for minute processing and integration heightening can be satisfied, and the reliability and yield of the semiconductor integrated circuit device can be improved.

The process can be started easily.

The amount of polishing of the member to be polished by the CMP method can be reduced, which decreases the load and time of the step, leading to an improvement in the cost competitive advantage.

A method of designing a member pattern permitting the complete planarization by the CMP method can be provided.

An increase in the parasitic capacitance of interconnections or the like, which is derived from the measures to actualize the complete planarization, can be suppressed, whereby the performance of the semiconductor integrated circuit device can be maintained.

What is claimed is:

1. A semiconductor integrated circuit device comprising:
a first trench formed in a semiconductor substrate, said first trench surrounding active regions;
a second trench formed in said semiconductor substrate, said second trench surrounding dummy regions not functioning as an element;
element isolation insulating films filled in said first trench and said second trench; and
dummy interconnections formed over said substrate and not functioning as an element,
wherein said dummy regions are formed at a scribing area and are regularly arranged at said scribing area,
wherein said dummy interconnections are formed at said scribing area and are regularly arranged over said regularly arranged dummy regions,
wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,
wherein at least one said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and
wherein said dummy regions do not serve as a part of a MISFET.

2. A semiconductor integrated circuit device according to claim 1, wherein a plurality of said dummy interconnections are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

3. A semiconductor integrated circuit device comprising:
a trench formed in a semiconductor substrate, said trench surrounding an active region and dummy regions not functioning as an element;
an element isolation insulating film filled in said trench; and
dummy interconnections formed over said substrate and not functioning as an element,

US 7,187,039 B2

25
26

wherein said dummy regions are formed at a scribing area and are regularly arranged at said scribing area,

wherein said dummy interconnections are formed at said scribing area and are regularly arranged over said regularly arranged dummy regions,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

4. A semiconductor integrated circuit device according to claim 3, wherein a plurality of said dummy interconnections are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

5. A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining active regions and dummy regions not functioning as an element;

element isolation insulating films filled in said trenches; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy regions are formed at a scribing area and are regularly arranged at said scribing area,

wherein said dummy interconnections are formed at said scribing area and are regularly arranged over said regularly arranged dummy regions,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

6. A semiconductor integrated circuit device according to claim 5, wherein a plurality of said dummy interconnections are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

7. A semiconductor integrated circuit device comprising:

a first trench formed in a semiconductor substrate, said first trench surrounding an active region such that an MISFET includes a source region and a drain region formed in said active region;

second trench formed in said semiconductor substrate so as to surround dummy regions not functioning as an element;

element isolation insulating films filled in said first trench and said second trench;

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as said interconnections,

wherein said dummy regions are regularly arranged at a scribing area,

wherein said dummy interconnections are regularly arranged over said regularly arranged dummy regions at said scribing area,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

8. A semiconductor integrated circuit device according to claim 7, wherein said MISFET comprises an MISFET of a memory cell.

9. A semiconductor integrated circuit device according to claim 7,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory.

10. A semiconductor integrated circuit device according to claim 9, wherein a capacitor element of said memory cell is formed over said interconnection memory.

11. A semiconductor integrated circuit device comprising:

a trench formed in a semiconductor substrate, said trench surrounding an active region and dummy regions not functioning as an element such that an MISFET includes a source region and a drain region formed in said active region;

an element isolation insulating film filled in said trench;

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as said interconnections,

wherein said dummy regions are regularly arranged at a scribing area,

wherein said dummy interconnections are regularly arranged over said regularly arranged dummy regions at said scribing area,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

12. A semiconductor integrated circuit device according to claim 11, wherein said MISFET comprises an MISFET of a memory cell.

13. A semiconductor integrated circuit device according to claim 11,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory.

14. A semiconductor integrated circuit device according to claim 13, wherein a capacitor element of said memory cell is formed over said interconnection memory.

15. A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining an active region and dummy regions not functioning as

US 7,187,039 B2

27

an element such that an MISFET includes a source region and a drain region formed in said active region;

element isolation insulating films filled in said trenches;

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as interconnections,

wherein said dummy regions are regularly arranged at a scribing area,

wherein said dummy interconnections are regularly arranged over said regularly arranged dummy regions at said scribing area,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**16**. A semiconductor integrated circuit device according to claim **15**, wherein said MISFET comprises an MISFET of a memory cell.

**17**. A semiconductor integrated circuit device according to claim **15**,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory.

**18**. A semiconductor integrated circuit device according to claim **17**, wherein a capacitor element of said memory cell is formed over said interconnection memory.

**19**. A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining active regions and dummy regions not functioning as an element;

element isolation insulating films filled in said trenches; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy regions and said dummy interconnections are regularly arranged at a scribing area, respectively,

wherein said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions,

wherein said dummy regions do not serve as a part of a MISFET.

**20**. A semiconductor integrated circuit device according to claim **19**, wherein a plurality of said dummy interconnections are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

**21**. A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining an active region and dummy regions not functioning as an element such that an MISFET includes a source region and a drain region formed in said active region;

element isolation insulating films filled in said trenches;

28

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as interconnections,

wherein said dummy regions and said dummy interconnections are regularly arranged at a scribing area, respectively,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**22**. A semiconductor integrated circuit device according to claim **21**, wherein said MISFET comprises an MISFET of a memory cell.

**23**. A semiconductor integrated circuit device according to claim **21**,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory,

wherein a capacitor element of said memory cell is formed over said interconnection.

**24**. A semiconductor integrated circuit device comprising:

a first trench formed in a semiconductor substrate, said first trench surrounding active regions;

a second trench formed in said semiconductor substrate, said second trench surrounding dummy regions not functioning as an element;

element isolation insulating films filled in said first trench and said second trench; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy regions and said dummy interconnections are regularly arranged at a scribing area, respectively,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**25**. A semiconductor integrated circuit device according to claim **24**, wherein a plurality of said dummy interconnections are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

**26**. A semiconductor integrated circuit device comprising:

a first trench formed in a semiconductor substrate, said first trench surrounding an active region such that an MISFET includes a source region and a drain region formed in said active region;

a second trench formed in said semiconductor substrate so as to surround dummy regions not functioning as an element;

element isolation insulating films filled in said first trench and said second trench;

US 7,187,039 B2

29

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as said interconnections,

wherein said dummy regions and said dummy interconnections are regularly arranged at a scribing area, respectively,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**27.** A semiconductor integrated circuit device according to claim **26**, wherein said MISFET comprises an MISFET of a memory cell.

**28.** A semiconductor integrated circuit device according to claim **26**,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory,

wherein a capacitor element of said memory cell is formed over said interconnection.

**29.** A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining active regions and dummy regions not functioning as an element;

element isolation insulating films filled in said trenches; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy regions and said dummy interconnections are arranged at a scribing area, respectively,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein at least one of said active region serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said active region,

wherein said dummy region does not serve as a part of a MISFET.

**30.** A semiconductor integrated circuit device according to claim **29**, wherein a plurality of said dummy interconnection are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

**31.** A semiconductor integrated circuit device comprising:

trenches formed in a semiconductor substrate and defining an active region and dummy regions not functioning as an element such that an MISFET (Qt) includes a source region and a drain region formed in said active region;

element isolation insulating films filled in said trenches;

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as said interconnections,

30

wherein said dummy regions and said dummy interconnections are arranged at a scribing area,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**32.** A semiconductor integrated circuit device according to claim **31**, wherein said MISFET comprises an MISFET of a memory cell.

**33.** A semiconductor integrated circuit device according to claim **31**,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory,

wherein a capacitor element of said memory cell is formed over said interconnection.

**34.** A semiconductor integrated circuit device comprising:

a first trench formed in a semiconductor substrate, said first trench defining an active region;

a second trench formed in said semiconductor substrate, said second trench defining dummy regions not functioning as an element;

element isolation insulating films filled in said first trench and said second trench; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy regions and said dummy interconnections are arranged at a scribing area, respectively,

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of a MISFET,

wherein said active region serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said active region,

wherein said dummy region does not serve as a part of a MISFET.

**35.** A semiconductor integrated circuit device according to claim **34**, wherein a plurality of said dummy interconnection are formed by the same level layer as interconnections functioning as bit lines of a dynamic random access memory.

**36.** A semiconductor integrated circuit device comprising:

a first trench formed in a semiconductor substrate, said first trench defining an active region such that MISFET includes a source region and a drain region formed in said active region;

a second trench formed in said semiconductor substrate, said second trench defining dummy regions not functioning as an element;

element isolation insulating films filled in said first trench and said second trench;

an interconnection formed over said substrate and electrically connecting one of said source region and said drain region; and

dummy interconnections formed over said substrate and not functioning as an element,

wherein said dummy interconnections are formed by the same level layer as said interconnections,

wherein said dummy regions and said dummy interconnections are arranged at a scribing area, respectively,

US 7,187,039 B2

31

wherein a plurality of said dummy interconnections are formed by the same level layer as a gate electrode of said MISFET,

wherein at least one of said active regions serves as a part of said MISFET such that a source region and a drain region of said MISFET are formed in said at least one of said active regions, and

wherein said dummy regions do not serve as a part of a MISFET.

**37**. A semiconductor integrated circuit device according to claim **36**, wherein said MISFET comprises an MISFET of a memory cell.

32

**38**. A semiconductor integrated circuit device according to claim **36**,

wherein said MISFET comprises an MISFET of a memory cell of a dynamic random access memory,

wherein said interconnection is a bit line of said dynamic random access memory,

wherein a capacitor element of said memory cell is formed over said interconnection.

\* \* \* \* \*

# EXHIBIT 5



US007115344B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,115,344 B2**

Hasegawa et al.     (45) **Date of Patent:**     **Oct. 3, 2006**

(54) **PHOTOMASK AND PATTERN FORMING METHOD EMPLOYING THE SAME**

(75) Inventors: **Norio Hasegawa**, Tokyo (JP); **Fumio Murai**, Tokyo (JP); **Katsuya Hayano**, Hachioji (JP)

(73) Assignee: **Renesas Technology Corp.**, Tokyo (JP)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 111 days.

(21) Appl. No.: **10/777,060**

(22) Filed:     **Feb. 13, 2004**

(65)     **Prior Publication Data**

US 2004/0161707 A1     Aug. 19, 2004

**Related U.S. Application Data**

(60) Continuation of application No. 10/096,599, filed on Mar. 14, 2002, now Pat. No. 6,733,953, which is a continuation of application No. 09/893,532, filed on Jun. 29, 2001, now Pat. No. 6,383,718, which is a continuation of application No. 09/577,367, filed on May 23, 2000, now Pat. No. 6,258,513, which is a continuation of application No. 09/359,732, filed on Jul. 23, 1999, now Pat. No. 6,087,074, which is a continuation of application No. 09/188,368, filed on Nov. 10, 1998, now Pat. No. 6,013,398, which is a continuation of application No. 08/904,754, filed on Aug. 1, 1997, now Pat. No. 5,851,703, which is a continuation of application No. 08/699,732, filed on Aug. 20, 1996, now Pat. No. 5,656,400, which is a continuation of application No. 08/418,402, filed on Apr. 7, 1995, now Pat. No. 5,578,421, which is a division of application No. 08/162,319, filed on Dec. 7, 1993, now Pat. No. 5,429,896.

(30)     **Foreign Application Priority Data**

Dec. 7, 1992     (JP)     .............................. 2004-326433

(51) **Int. Cl.**
 *G01F 9/00*     (2006.01)
 *G03C 5/00*     (2006.01)

(52) **U.S. Cl.** .......................................... **430/5**; 430/311

(58) **Field of Classification Search** ................... 430/5, 430/311

See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| 4,360,586 A | 11/1982 | Flanders et al. |
| 4,890,309 A | 12/1989 | Smith et al. |
| 5,328,807 A | 7/1994 | Tanaka et al. |
| 5,364,716 A | 11/1994 | Nakagawa et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

JP     62-50811     10/1987

(Continued)

OTHER PUBLICATIONS

Watanabe, et al., "Transparent Phase Shifting Mask"; *IEDM Technical Digest.* International Electron Devices Meeting 1990, pp. 821-824.

(Continued)

*Primary Examiner*—S. Rosasco

(74) *Attorney, Agent, or Firm*—Mattingly, Stanger, Malur & Brundidge, P.C.

(57)     **ABSTRACT**

A semitransparent phase shifting mask has, in the periphery of a pattern element area, a light shielding portion which is formed by a semitransparent phase shifting portion and a transparent portion with the optimal size combination. A pattern is formed employing the semitransparent phase shifting mask.

**19 Claims, 4 Drawing Sheets**



LIGHT INTENSITY ON WAFER

**US 7,115,344 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,429,897 A | | 7/1995 | Yoshioka et al. |
| 5,472,813 A | | 12/1995 | Nakagawa et al. |
| 5,574,492 A | | 11/1996 | Suzuki |
| 5,589,305 A | | 12/1996 | Tomofuji et al. |
| 5,595,844 A | | 1/1997 | Tomofuji et al. |
| 5,660,956 A | | 8/1997 | Tomofuji et al. |
| 5,837,405 A | | 11/1998 | Tomofuji et al. |
| 6,660,438 B1 * | | 12/2003 | Tanaka et al. ................ 430/22 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 144453 | 6/1991 |
| JP | 269532 | 12/1991 |
| JP | 4-136854 | 5/1992 |
| JP | 4-204653 | 7/1992 |
| JP | 4-223464 | 8/1992 |
| KR | 1750/95 | 2/1995 |

OTHER PUBLICATIONS

Terasawa, et al., "Imaging Characteristics of Multi-Phase-Shifting and Halftone Phase-Shifting Masks." *Japanese Journal of Applied Physics,* vol. 30, No. 11B (1991), pp. 2991-2997.
Flanders et al, "Spatial period division—A new technique for exposing submicrometer-line width periodic and quasiperiodic patterns", Journal of Vaccum Science Technology, 16(6), Nov./Dec. 1979, pp. 1949-1952.

* cited by examiner

## FIG. 1A



## FIG. 1B

LIGHT
INTENSITY
ON WAFER

## FIG. 2A

## FIG. 2B



## FIG. 3A



## FIG. 3B



*FIG. 4*



*FIG. 5A*



*FIG. 5B*

LIGHT
INTENSITY
ON WAFER



## FIG. 6A



## FIG. 6B



## FIG. 6C



## FIG. 6D

US 7,115,344 B2

1

# PHOTOMASK AND PATTERN FORMING METHOD EMPLOYING THE SAME

This is a continuation application of U.S. Ser. No. 10/096,599, filed Mar. 14, 2002, now U.S. Pat. No. 6,733,953; which is a continuation application of U.S. Ser. No. 09/893,532, filed Jun. 29, 2001, now U.S. Pat. No. 6,383,718; which is a continuation application of U.S. Ser. No. 09/577,367, filed May 23, 2000, now U.S. Pat. No. 6,258,513; which is a continuation application of U.S. Ser. No. 09/359,732, filed Jul. 23, 1999, now U.S. Pat. No. 6,087,074; which is a continuation application of U.S. Ser. No. 09/188,368, filed Nov. 10, 1998, now U.S. Pat. No. 6,013,398; which is a continuation application of U.S. Ser. No. 08/904,754, filed Aug. 1, 1997, now U.S. Pat. No. 5,851,703; which is a continuation application of U.S. Ser. No. 08/699,732, filed Aug. 20, 1996, now U.S. Pat. No. 5,656,400; which is a continuation application of U.S. Ser. No. 08/418,402, filed Apr. 7, 1995, now U.S. Pat. No. 5,578,421; which is a divisional application of U.S. Ser. No. 08/162,319, filed Dec. 7, 1993, now U.S. Pat. No. 5,429,896.

## BACKGROUND AND SUMMARY OF THE INVENTION

The present invention relates to a photomask which is used to manufacture a semiconductor device and the like, and more particularly to a photomask which has been subjected to a processing of shifting a phase of exposure light beams and a pattern forming method employing the same.

Along with an increase of the integration scale for semiconductor devices, sizes of patterns for forming constituent elements of the devices become fine, and size equal to or smaller than the critical resolution of a projection aligner are required. As a method of fulfilling such a request, in JP-B-62-50811 published on Oct. 27, 1987, and corresponding to JP-A-57-62052 (laid open on Apr. 14, 1982) for example, a photomask is employed in which a transparent film for shifting a phase of exposure light beams is provided on a transparent portion on one of the opposite sides sandwiching an opaque portion, and thus the resolution of a pattern is exceptionally improved.

In the above-mentioned prior art, a phase shifter needs to be arranged in one of the transparent portions adjacent to each other, and for the arrangement of the phase shifter in the complicated element pattern, high trial and error is necessarily required. Thus, there is required considerable labor. In addition, since the number of processes of manufacturing a photomask is doubled as compared with the prior art, the reduction in yield and the increase in cost become problems.

Those problems can be settled by employing a semitransparent phase shifting mask in which a semitransparent portion and a transparent portion are provided, and some of the light beams passed through the semitransparent portion are phase-inverted with respect to light beams having passed through the transparent portion. With respect to this point, the description will hereinbelow be given with reference to the accompanying drawings.

FIG. 1A is a cross sectional view showing a structure of an example of a semitransparent phase shifting mask. In the figure, reference numeral **1** designates a transparent substrate, and a reference numeral **2** designates a semitransparent film. A thickness of the semitransparent film **2** is adjusted such that the light beams having passed through the transparent portion **3** are phase-inverted with respect to the light

2

beams having passed through a semitransparent portion **4**. The semitransparent film **2** has a transmittance such that a light beam having passed through the transparent substrate **1** and the semitransparent film **2** has an intensity high enough to cause interference with a light beam having passed through the transparent substrate **1**. The transparent film used in this specification means a film having the above-mentioned transmittance.

The light intensity distribution of the projected light beams on a wafer becomes, as shown in FIG. 1B, a sharp light intensity distribution. The reason such a sharp light intensity distribution is obtained is that, since the light beams having passed through the transparent portion are phase-inverted with respect to the light beams having passed through the semitransparent portion, the former and the latter cancel each other in a boundary portion of the pattern so that the light intensity becomes approximately zero. In addition, since the intensity of the light beams having passed through the semitransparent portion is adjusted to be equal to or lower than the sensitivity of a photoresist, the intensity of the light beams having passed through the semitransparent portion is not an obstacle to the formation of the pattern. That is, in this method, since the phase inversion effect between the pattern to be transferred and the semitransparent portion therearound is utilized, there is no need to take, as in the normal phase shifting mask, the arrangement of the phase shifter into consideration. In addition, in the prior art phase shift mask, the two lithography processes are required for the formation of the mask. However, in this method, one lithography process has only to be performed. Thus, it is possible to form the mask very simply.

In this method, the light beams, which have an intensity that is equal to or lower than the sensitivity of a photoresist to which the pattern of the mask is to be transferred, are made to pass through the semitransparent film so that the light beams which have passed through the semitransparent film are phase-inverted with respect to the light beams which have passed through the transparent portion, and thus, the contrast of the pattern is improved. As a result, it is possible to improve the resolution of an aligner for transferring the mask pattern. The basic principle of the semitransparent phase shifting mask is described in D. C. Flanders et al.: "Spatial Period Division—A New Technique for Exposing Submicrometer—Linewidth Periodic and Quasiperiodic Patterns" J. Vac. Sci. Technol., 16(6), November/December pp 1949 to 1952 (1979), U.S. Pat. Nos. 4,360,586 and 4,890,309 and JP-A-4-136854 (laid open on May 11, 1992).

In the lithography process in which the above-mentioned semitransparent phase shifting mask is employed, in the normal exposed area, good pattern formation can be performed. However, it has been made clear by the investigations made by the present inventors that since in the actual exposure of the wafer, the mask pattern is repeatedly transferred by step-and-repeat exposure, the light beams which have leaked from the semitransparent area, which is located outside the periphery of the actual pattern element corresponding to an active region of a substrate, leak out to the adjacent exposed area, and thus this is an obstacle to good pattern formation.

It is therefore an object of the present invention to provide a photomask by which a good pattern can be obtained even in the case of an exposure, in which a mask pattern is repeatedly transferred by step-and-repeat exposure, and a pattern forming method employing the same.

According to one aspect of the present invention, the above-mentioned object can be attained by effectively making a light-shielding or opaque area of a semitransparent

US 7,115,344 B2

**3**

phase shift mask which is located outside the periphery of a pattern element formation area of the semitransparent phase shifting mask.

These and other objects and many of the attendant advantages of the invention will be readily appreciated as the same become better understood by reference to the following detailed description when considered in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B are respectively a cross-sectional view showing a structure of a semitransparent phase shifting mask, and a view showing the light intensity distribution of projected light beams on a wafer when using the mask shown in FIG. **1**A.

FIGS. **2**A and **2**B are respectively a plan view and a cross sectional view each showing a structure of a photomask according to the present invention.

FIG. **3**A is a plan view showing a structure of a light shielding portion of the photomask according to the present invention.

FIG. **3**B is a graphical representation showing the relationship between the size of a transparent pattern of the photomask according to the present invention and the intensity of projected exposure light beams.

FIG. **4** is a plan view showing a structure of a mask for forming contact holes of a 64 Mbit-DRAM according to the present invention.

FIGS. **5**A and **5**B are respectively a plan view showing a structure of a window pattern portion for aligning the position of the mask according to the present invention, and a view showing the light intensity distribution of the projected light beams on the wafer when using the mask shown in FIG. **5**A.

FIGS. **6**A through **6**D are cross sectional views showing steps of a process of manufacturing a semiconductor device according to the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Embodiment 1

A first embodiment of the present invention will hereinafter be described in detail. FIGS. **2**A and **2**B are respectively a plan view and a cross sectional view each showing the appearance of a photomask employed in the present embodiment. In those figures, reference numeral **1** designates a transparent substrate, and reference numeral **5** designates an element pattern portion in which both a semitransparent phase shifting portion and a transparent portion are arranged. Moreover, reference numeral **6** designates a portion acting, on a wafer, as a light shielding portion in which semitransparent phase shifting patterns are arranged at a pitch equal to or smaller than the resolution.

Reference numeral **7** designates a masking blade for shielding, on the aligner side, the exposure light beams. Since the masking blade **7** is poor in positional accuracy, it is positioned so as to shield the light beams passing through the portion which is located outside the intermediate position of the width of the area **6** acting as the light shielding portion.

The details of the area **6** acting as the light shielding portion will hereinbelow be described with reference to FIGS. **3**A and **3**B. FIG. **3**A is a plan view showing a structure of a pattern. In this connection, each transparent pattern

**4**

portion **10** is formed within a semitransparent phase shifting portion **9**. An arrangement pitch **11** of the transparent patterns **10** is determined depending on the resolution characteristics of the projection optical system employed. The arrangement pitch P is expressed by the following expression: $P = \alpha \cdot \lambda/NA$, where NA represents a numerical aperture of a projection lens, $\lambda$ represents a wavelength of the exposure light beams, and $\alpha$ represents a coefficient.

In this connection, on the basis of the experiments made by the present inventors, it is desirable that the coefficient $\alpha$ is set to a value equal to or smaller than 0.8. However, the optimal value of $\alpha$ is not limited thereto or thereby because the optimal value of $\alpha$ depends on the characteristics of the illuminating system, the pattern configuration and the like.

The width **12** of the transparent pattern **10** influences largely the formation of a dark portion. When both a semitransparent phase shifting pattern and a transparent pattern are arranged with the same size and at a pitch equal to or lower than the critical resolution, a pattern image can be erased. But, in this case, the resulting uniform light intensity does not become zero. This reason is that since there is a difference between the quantity of light beams having passed through the semitransparent phase shifting portion and that of light beams having passed through the transparent portion, the function of cancelling those light beams each other due to the phase inversion effect is not efficiently performed. Then, when the ratio of the area of the semitransparent phase shifting portion to that of the transparent portion is adjusted in accordance with a set transmittance of the semitransparent phase shifting portion, it is made clear that the light intensity can be zero.

FIG. **3**B shows the intensity of the projected light beams which is obtained on the wafer when changing the width **12** of the transparent pattern **10**. The intensity of the projected light beams shows the intensity of the light beams which have passed through the pattern of FIG. **3**A. The pitch of the transparent patterns **10** was determined to be 0.4 μm by using $\alpha = 0.1$ in the expression of the arrangement pitch.

With respect to the three kinds of transmittance 9%, 16% and 25% of the semitransparent phase shifting portion, the change in the intensity of the projected light beams were examined by changing the size of the transparent pattern **10**. The axis of abscissa of the graph represents the size of the transparent pattern **10**. From the graph of FIG. **3**B, it can be seen that a minimum value is present in the intensity of the projected light beams depending on the size of the transparent pattern, and this local minimum value is variable depending on the transmittance of the semitransparent phase shifting portion. That is, it can be seen that in accordance with the transmittance of the semitransparent phase shifting portion **9**, an optimal transparent pattern size can be found.

Denoting the size ratio of size **12** of the transparent pattern to the size **13** of the semitransparent phase shifting portion **13** by $\alpha$, an optimal value thereof will be expressed by the following expression: $\alpha = \beta \cdot \sqrt{T}$, where T represents a transmittance of the semitransparent phase shifting portion, and $\beta$ represents a coefficient. The allowable intensity of the projected light beams is variable depending on the intended purpose. In the case of preventing exposure of a photoresist due to a double exposure, the allowable intensity of the projected light beams may be set to about one-half the intensity of light which has passed through the semitransparent phase shifting portion. However, in the case of preventing a double exposure of a dark portion with a fine pattern containing portion, the change in the size of the fine pattern needs to be reduced as much as possible, and thus it is desirable that the allowable intensity of the projected light

US 7,115,344 B2

5

beams is set to a value equal to or lower than 0.05. The value of β in this case is in the range of about 0.5 to about 2.0.

Then, the area 6 of FIG. 2A was formed on the basis of the optimal conditions thus obtained, and by actually using the projection aligner, the pattern element 5 corresponding to the active region was exposed by the step-and-repeat process. As a result, a good pattern element corresponding to the active region could be formed without pattern destruction and size shifting even in the area in which the area 6 was double-exposed.

As described above, the semitransparent phase shifting portion and the transparent portion were formed with the optimal size combination, whereby the effective dark portion could be formed. Incidentally, although in the present embodiment, the example is shown in which the line transparent pattern is formed in the semitransparent phase shifting area, the present invention is not limited thereto or thereby. That is, for example, there is particularly no problem even in the case of an island-like pattern and other patterns. In such cases, if a in the expression α=β·√T is replaced with the area ratio of the area of the transparent pattern to the area of the semitransparent phase shifting portion, substantially the same effects can be obtained.

In addition, in the present embodiment, the combination of the semitransparent phase shifting pattern and the transparent pattern is applied to prevent the double exposure. However, this application of the present invention is not limited thereto or thereby. It is, of course, to be understood that the combination is applicable to the necessary portions such as a window pattern for aligning the mask position, a pattern for detecting the wafer position, and a semitransparent phase shifting portion having a large area, all of which require a dark portion. Further, the above-mentioned photomask having a light shielding portion is useful for pattern formation when manufacturing a semiconductor device.

Incidentally, the above-mentioned light shielding portion is applicable to the formation of a light shielding portion in a pattern element region of a substrate. In this case, since the ratio of the transmittance of the transparent portion to that of the light shielding portion can be made large, it is possible to increase the tolerance for the variation of the quantity of light beams required for the exposure.

As for the materials used for the formation of the semitransparent phase shifting portion, a lamination film of a semitransparent metal film (made of chromium, titanium or the like) or a silicide film (e.g., a molybdenum silicide film) and a silicon oxide film for the phase shift, or a single layer film such as a metal oxide film (e.g., a chromium oxide film) or metal nitride film (e.g., a chromium nitride film) may be employed. In the case where a single layer film such as a chromium oxide film or a chromium nitride film is employed, since the refractive index thereof is larger than that of the silicon oxide film, the film can be thinned. As a result, since the influence of the light diffraction can be reduced, this single layer film is suitable for the formation of a fine pattern.

### Embodiment 2

A second embodiment of the present invention will hereinafter be described with reference to FIG. 4. FIG. 4 is a plan view showing a structure of a photomask which is used to form contact holes of a 64 Mbit-dynamic random access memory (DRAM). Two DRAM element areas 5 are arranged in a transparent substrate 1. A scribing area 14 is provided between the two pattern element areas 5. In addition, in a peripheral scribing area 15 on two sides perpen-

6

dicular to each other, a pattern for measuring the accuracy of the mask alignment, a target pattern for the mask alignment, and the like are arranged, which becomes necessary for the process of manufacturing a device.

In the two sides opposite to the other sides of the scribing area, a pattern configuration 6' of light shielding portion 6 of the present invention is arranged. The step-and-repeat process in the projection aligner is performed at a pitch 16 in the transverse direction and at a pitch 17 in the longitudinal direction. The peripheral portion which is located outside a dotted line 18 as the setting center is mechanically shielded from the light beams by a mechanical light shielding plate of the aligner. In this connection, the dotted line 18 is set at a distance equal to or longer than the positional accuracy of the mechanical light shielding plate from the scribing area such that the mechanical light shielding plate is not shifted to the scribing area by mistake. In addition, the width of the pattern configuration 6' is set to a value equal to or larger than the positional accuracy of the mechanical light shielding plate, and the dotted line 18 is arranged in about the central portion of the pattern configuration 6'. Further, at least three of the four corner portions have pattern configurations.

As a result of using this photomask in order to manufacture the 64 Mbit-DRAM, the double exposure in the periphery of the chip can be perfectly prevented, and thus a good device can be manufactured. In addition, in the case where the pattern element area 5 is formed by one chip, or the photomask having the pattern configuration 6' is applied to devices other than DRAM, the same effects can be obtained.

Further, a description will hereinbelow be given with respect to an example in which the pattern configuration 6' of the present invention is arranged in the periphery of a window pattern which is used to align the mask position with reference to FIGS. 5A and 5B. FIG. 5A is a plan view showing a structure of the window pattern portion which is used to align the mask position. FIG. 5B shows the distribution of the light intensity on the wafer corresponding to the mask position.

As shown in FIG. 5A, a transparent portion 10 which has a size fulfilling the conditions for forming the dark portion of FIG. 3B is formed around a window pattern 19. It can be seen that in the distribution of the light intensity on the wafer of the photomask of FIG. 5A at that time, the light intensity in the periphery of the window pattern is, as shown in FIG. 5B, zero, and thus signals representing the window pattern are obtained with a high signal-to-noise (S/N) ratio and the judgment of the position is performed with accuracy. In such a way, the light shielding pattern configuration of the present invention is applicable to a pattern utilizing light intensity signals each having a high S/N ratio from a mask pattern and other patterns requiring the light shielding portion, as well as to the light shielding in the periphery of a device chip.

### Embodiment 3

Hereinbelow, an example will be shown in which a semiconductor device is manufactured according to the present invention. FIGS. 6A through 6D are cross sectional views showing steps of a process of manufacturing a semiconductor device. By using the conventional method, a P type well layer 21, a P type layer 22, a field oxide film 23, a polycrystalline Si/SiO₂ gate 24, a high impurity concentration P type diffusion layer 25, a high impurity concentration N type diffusion layer 26, and the like are formed in an N— type Si substrate 20.

US 7,115,344 B2

7

Next, by using the conventional method, an insulating film 27 made of phosphor silicate glass (PSG) is deposited thereon. Then, a photoresist 28 is applied thereto, and a hole pattern 29 is formed by using the semitransparent phase shifting mask of the present invention (refer to FIG. 6B).

Next, an insulating film 27 is selectively etched by dry etching with the resultant photoresist as an etching mask, thereby to form contact holes 30 (refer to FIG. 6C). Then, by using the conventional method, a W/TiN electrode wiring 31 is formed, and an interlayer insulating film 32 is also formed.

Next, a photoresist is applied thereto, and then by using a conventional method, a hole pattern 33 is formed using the semitransparent phase shifting mask of the present invention. Then, a W plug is plugged in the hole pattern 33 to connect a second level Al wiring 34 thereto (refer to FIG. 6D). In a subsequent passivation process, the conventional method is employed.

Incidentally, in the present embodiment, only the main manufacturing processes have been described. In this connection, the same processes as those of the conventional method are employed except that the semitransparent phase shifting mask of the present invention is used in the lithography process of forming the contact hole. By the above-mentioned process, CMOS LSI chips can be manufactured at a high yield.

As set forth hereinabove, according to the present invention, it is possible to prevent the double exposure on the wafer, and a pattern of constituent elements as desired can be formed. By forming the semitransparent phase shifting portion and the transparent portion with the optimal size combination, even if a light-shielding film is not newly formed, the effective dark portion can be formed. In addition, without increasing the number of processes of forming the mask, the semitransparent phase shifting mask can be produced. Further, as a result of manufacturing the semiconductor device by using the photomask of the present invention, it is possible to form a pattern in which the effects inherent in the semitransparent phase shifting mask are sufficiently utilized, without any problem in the double exposure portion, and also it is possible to realize the reduction of the device area.

It is further understood by those skilled in the art that the foregoing description is a preferred embodiment of the disclosed device and that various changes and modifications may be made in the invention without departing from the spirit and scope thereof.

What is claimed is:

1. A method of manufacturing a semiconductor device, comprising the steps of:

preparing a phase shifting mask including (a) an element forming area having a semitransparent phase shifting film, and (b) a light shielding area provided at a peripheral edge of said element forming area and serving to make an intensity of light having passed through said light shielding area smaller than an intensity of light having passed through said semitransparent phase shifting film, as measured on a to-be-exposed photoresist film, and said light shielding area further including a target pattern for mask aligning; and

transmitting, with a projection exposure optical system, a pattern formed element forming area of said phase shifting mask onto said photoresist film.

2. A method of manufacturing a semiconductor device according to claim 1, wherein said light shielding area includes a scribing area.

8

3. A method of manufacturing a semiconductor device according to claim 2, wherein said target pattern for mask aligning is disposed at said scribing area.

4. A method of manufacturing a semiconductor device according to claim 1, wherein said phase shifting mask includes a plurality of said element forming area.

5. A method of manufacturing a semiconductor device according to claim 1,

wherein said light shielding area includes a semitransparent phase shifting pattern having a semitransparent phase shifting portion and a transparent portion.

6. A method of manufacturing a semiconductor device according to claim 1,

wherein a ratio $\alpha$ of an area of said transparent portion to an area of said semitransparent phase shifting portion is defined as $\alpha = \beta \cdot \sqrt{T}$, where T represents a transmittance of said semitransparent phase shifting portion, and $\beta$ is in a range of $0.5 \leqq \beta \leqq 2.0$.

7. A method of manufacturing a semiconductor device according to claim 1,

wherein the peripheral edge is double-exposed in said transmitting step.

8. A method of manufacturing a semiconductor device, comprising the steps of:

preparing a phase shifting mask including (a) an element forming area having a first semitransparent phase shifting film having a transmittance with respect to exposure light not higher than 25%, and (b) a light shielding area provided at a peripheral edge of said element forming area and serving to make an intensity of light having passed through said light shielding area smaller than an intensity of light having passed through said semitransparent phase shifting film, as measured on a to-be-exposed photoresist film, and said light shielding area further including a target pattern for mask aligning;

preparing a semiconductor substrate at which said photoresist film to be exposed is formed; and

transmitting, with a projection exposure optical system, a pattern formed element forming area of said phase shifting mask onto said photoresist film.

9. A method of manufacturing a semiconductor device according to claim 8, wherein said light shielding area includes a scribing area.

10. A method of manufacturing a semiconductor device according to claim 9, wherein said target pattern for mask aligning is disposed at said scribing area.

11. A method of manufacturing a semiconductor device according to claim 8, wherein said phase shifting mask includes a plurality of said element forming area.

12. A method of manufacturing a semiconductor device according to claim 8, wherein said light shielding area includes a semitransparent phase shifting pattern having a semitransparent phase shifting portion and a transparent portion.

13. A method of manufacturing a semiconductor device according to claim 12,

wherein a ratio $\alpha$ of an area of said transparent portion to an area of said semitransparent phase shifting portion is defined as $\alpha = \beta \cdot \sqrt{T}$, where T represents a transmittance of said semitransparent phase shifting portion, and $\beta$ is in a range of $0.5 \leqq \beta \leqq 2.0$.

14. A method of manufacturing a semiconductor device according to claim 8,

wherein the peripheral edge is double-exposed in said transmitting step.

US 7,115,344 B2

9

**15**. A method of manufacturing a semiconductor device, comprising the steps of:

preparing a transparent phase shifting mask including (a) a hole formation semitransparent phase shifting film formed at an element forming area on a photomask substrate, and (b) a light shielding area provided at a peripheral edge portion of said element forming area and serving to make an intensity of light having passed through said light shielding area smaller than an intensity of light having passed through said semitransparent phase shifting film, as measured on a to-be-exposed photoresist film, said light shielding area further including a target pattern for mask aligning; and

exposing, with a projection exposure optical system, a hole pattern formed on said element forming area of said phase shifting mask onto said photoresist film.

10

**16**. A method of manufacturing a semiconductor device according to claim **15**, wherein said light shielding area includes a scribing area.

**17**. A method of manufacturing a semiconductor device according to claim **16**, wherein said target pattern for mask aligning is disposed at said scribing area.

**18**. A method of manufacturing a semiconductor device according to claim **15**, wherein said phase shifting mask includes a plurality of said element forming area.

**19**. A method of manufacturing a semiconductor device according to claim **15**, wherein a transmittance of said semitransparent phase shifting film with respect to exposure light is not higher that 25%.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,115,344 B2                                    Page 1 of 2
APPLICATION NO. : 10/777060
DATED                  : October 3, 2006
INVENTOR(S)       : N. Hasegawa et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

**In the Claims**

Please amend claims 1 and 8 as follows:

1.  A method of manufacturing a semiconductor device, comprising the steps of:
preparing a phase shifting mask including (a) an element forming area having a semitransparent phase shifting film, and (b) a light shielding area provided at a peripheral edge of said element forming area and serving to make an intensity of light having passed through said light shielding area smaller than an intensity of light having passed through said semitransparent phase shifting film, as measured on a to-be-exposed photoresist film, and said light shielding area further including a target pattern for mask aligning; and
transmitting, with a projection exposure optical system, a pattern formed <u>on said</u> element forming area of said phase shifting mask onto said photoresist film.

8.  A method of manufacturing a semiconductor device, comprising the steps of:
preparing a phase shifting mask including (a) an element forming area having a first semitransparent phase shifting film having a transmittance with respect to exposure light not higher than 25%, and (b) a light shielding area provided at a peripheral edge of said element forming area and serving to make an intensity of light having passed through said light shielding area smaller than an intensity of light having passed through said semitransparent phase shifting film, as measured on a to-be-exposed photoresist film, and said light shielding area further including a target pattern for mask aligning;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.           : 7,115,344 B2                                Page 2 of  2
APPLICATION NO.  : 10/777060
DATED                     : October 3, 2006
INVENTOR(S)        : N. Hasegawa et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

preparing a semiconductor substrate at which said photoresist film to be exposed is formed; and transmitting, with a projection exposure optical system, a pattern formed on said element forming area of said phase shifting mask onto said photoresist film.

Signed and Sealed this

Ninth Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 6



US007116128B2

(12) **United States Patent**          (10) **Patent No.:**     **US 7,116,128 B2**

Kubo                                    (45) **Date of Patent:**          **Oct. 3, 2006**

(54) **SEMICONDUCTOR DEVICE WITH BUS TERMINATING FUNCTION**

(75) Inventor: **Takashi Kubo**, Hyogo (JP)

(73) Assignee: **Renesas Technology Corp.**, Tokyo (JP)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/212,743**

(22) Filed:    **Aug. 29, 2005**

(65)          **Prior Publication Data**

US 2006/0017456 A1    Jan. 26, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 10/391,021, filed on Mar. 19, 2003.

(30)      **Foreign Application Priority Data**

Oct. 23, 2002    (JP)    ............................. 2002-307961

(51) **Int. Cl.**
**H03K 17/16**          (2006.01)
(52) **U.S. Cl.** .......................................... 326/30; 326/87
(58) **Field of Classification Search** .................. 326/30, 326/32, 38, 83, 87
See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,859,877 A | 8/1989 | Cooperman et al. | |
| 5,023,488 A | 6/1991 | Gunning | |
| 5,438,281 A | 8/1995 | Takahashi et al. | |
| 5,726,583 A | 3/1998 | Kaplinsky | |
| 5,949,252 A | 9/1999 | Taguchi | |
| 6,054,881 A * | 4/2000 | Stoenner ..................... | 327/112 |
| 6,239,619 B1 | 5/2001 | Yuan et al. | |
| 6,331,787 B1 | 12/2001 | Whitworth et al. | |
| 6,501,108 B1 | 12/2002 | Suzuki et al. | |

| | | | |
|---|---|---|---|
| 6,714,039 B1 | 3/2004 | Salcido et al. | |
| 6,720,795 B1 | 4/2004 | Partow et al. | |
| 6,754,132 B1 | 6/2004 | Kyung | |
| 6,759,874 B1 * | 7/2004 | Braun et al. ................... | 326/87 |
| 6,768,393 B1 | 7/2004 | Song | |
| 6,777,976 B1 * | 8/2004 | Kuge ........................... | 326/30 |
| 6,809,546 B1 | 10/2004 | Song et al. | |
| 6,853,213 B1 * | 2/2005 | Funaba ........................ | 326/30 |
| 6,924,669 B1 * | 8/2005 | Itoh et al. ................... | 326/87 |
| 6,927,600 B1 * | 8/2005 | Choe ........................... | 326/30 |
| 6,967,500 B1 * | 11/2005 | Lin et al. ................... | 326/30 |
| 2005/0007150 A1 | 1/2005 | Omote | |
| 2005/0194991 A1* | 9/2005 | Dour et al. ................... | 326/30 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 818 734 A2 | 1/1998 |
| JP | 3-238858 A | 10/1991 |
| JP | 5-224790 A | 9/1993 |
| JP | 5-225358 | 9/1993 |
| JP | 5-326846 A | 12/1993 |
| JP | 07-086509 | 3/1995 |

(Continued)

*Primary Examiner*—Linh Nguyen
(74) *Attorney, Agent, or Firm*—McDermott Will & Emery LLP

(57)          **ABSTRACT**

The distance between a drain contact and gate electrode in a terminating transistor, which couples a termination resistor connected to an output terminal to a power source node, is set shorter than in an output transistor, which drives an output node in accordance with an internal signal. The area of the terminating circuit is reduced while the reliability against the surge is maintained. Thus, an output circuit containing the terminating circuit that occupies a small area and is capable of transmitting a signal/data at high speed is provided.

**11 Claims, 17 Drawing Sheets**



**US 7,116,128 B2**
Page 2

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 7-086509 A | 3/1995 | |
| JP | 07-130947 | 5/1995 | |
| JP | 7-130947 A | 5/1995 | |
| JP | 8-17936 A | 1/1996 | |
| JP | 8-204539 A | 8/1996 | |
| JP | 10-20974 A | 1/1998 | |
| JP | 10-65744 | 3/1998 | |
| JP | 10-65744 | 3/1998 | |
| JP | 11-214621 | 8/1999 | |

| | | | |
|---|---|---|---|
| JP | 11-214621 A | 8/1999 | |
| JP | 2000-49251 A | 2/2000 | |
| JP | 2000-338191 A | 12/2000 | |
| JP | 2000-349165 A | 12/2000 | |
| JP | 2001-36073 A | 2/2001 | |
| JP | 2001-127173 | 5/2001 | |
| JP | 2001-127173 A | 5/2001 | |
| JP | 2002-9281 A | 1/2002 | |
| WO | WO 03/049291 A1 | 6/2003 | |

* cited by examiner



FIG.1

## FIG.2



## FIG.3





FIG.4

FIG.5





FIG.6

FIG.7





FIG.8

FIG.9





FIG.10

FIG.11





FIG.12

FIG.13



FIG.14



FIG.15





FIG.16

FIG.17



US 7,116,128 B2

1

# SEMICONDUCTOR DEVICE WITH BUS TERMINATING FUNCTION

## RELATED APPLICATIONS

This application is a continuation of application Ser. No. 10/391,021 filed Mar. 19, 2003, which claims priority of Japanese Application No. 2002-307961, filed Oct. 23, 2002, the contents of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a semiconductor device driving an output node, and specifically, to a semiconductor device with a bus terminating function.

### 2. Description of the Background Art

In a semiconductor device, a transistor connected to a pin terminal is easy to be affected by noises, since it is directly connected to the outside of the device via the pin terminal. Among the noises, one at a level enough to destruct a device (a transistor) is referred to as a surge. A destruction of a semiconductor device by the surge is referred to as electrostatic damage (ESD), which is accompanied by breakdown of a gate insulating film of an MOS transistor (insulated gate field effect transistor) and others. Therefore, for the reliability of the semiconductor device, the breakdown voltage enough to withstand the surge is required.

For an input pin receiving an external signal, usually, an input protection circuit is configured by a diode or a diode-connected transistor (insulated gate field effect transistor), or a field transistor with a sufficiently thick gate insulating film. By this input protection circuit, the surge is caused to flow to a power supply terminal or a ground terminal, and thus transmission of the surge to the internal circuitry is prevented.

The protection circuit is not required for an output circuit, since an output transistor serves as a surge absorbing transistor. However, in an MOS output circuit configured with an MOS transistor, a large current may flow into the output transistor or high electric field may be generated at drain due to the surge voltage, which may result in electrostatic damage. In order to reduce the current and the drain electric field for avoiding such electrostatic damage, the resistance value of drain region (hereinafter referred to as a drain diffusion resistance) in the output transistor must be increased. Usually, in order to increase the drain resistance, the distance between the gate of the output transistor and a drain contact for connecting to the output node is required to be sufficiently long. Consequently, the diffusion region area of the drain portion in the output transistor increases, and hence, the size of the output transistor increases.

An arrangement for preventing electrostatic damage with limited area of the output circuit is proposed in Japanese Patent Laying-Open No. 2001-127173. According to this first prior art document, drain diffusion region is made different in impurity concentration from source diffusion region, to have an increased drain diffusion resistance value.

In a second prior art document, Japanese Patent Laying-Open No. 11-214621, an arrangement is disclosed in which a terminating resistance element and a protection element for this terminating resistance element are provided between an output transistor and an output pad. According to this second prior art document, the electrostatic protection element is formed of an MOS transistor, and in order to increase the resistance of the drain region, i.e., drain diffusion resistance, the distance between gate and drain contact

2

of the MOS transistor is made longer. Taking advantage of this large drain diffusion region area, the terminating resistance element is arranged above the drain region of the electrostatic protection element in order not to increase the layout area of the entire output circuit. The terminating resistance element is a current limiting resistance element for avoiding a reflecting wave such as a ringing in signal transmission, and is connected between the output pad and the output node (drain) of the output transistor.

In a third prior art document, Japanese Patent Laying-Open No. 10-65744, an arrangement is disclosed in which impedance switching means is provided between an output terminal and an output circuit. The impedance switching means is set to a low impedance state in transmission and to a high impedance state in reception, to reduce reflection noises due to capacitive load of transmission path.

According to the arrangement shown in the first prior art document, the impurity concentrations of source and drain in the output transistor must be made different, and hence, the number of manufacturing steps increases. The drain diffusion resistance is continuously connected to an external bus via the pin terminal. If the drain diffusion resistance functions as terminating resistance, then an output signal is driven via high drain diffusion resistance in signal outputting, and thus the signal can not be transmitted at high speed.

According to the arrangement disclosed in the second prior art document, the protection circuit for the terminating resistance element is arranged corresponding to the output circuit. The distance between a drain contact and a gate electrode of the MOS transistor of the protection circuit is large enough to place the terminating resistor thereabove. Accordingly, the interface area between the drain region and the substrate region is made large, and a large drain junction capacitance of this protection circuit is connected to the output pin terminal. Consequently, the parasitic capacitance of the output pin terminal increases, and thus, a signal can not be transmitted at high speed. Further, since the terminating resistance element is connected between the drain of the output transistor and the output pad and functions as a current limiting element for an output signal, the signal can not be output at high speed. Moreover, since the terminating resistance causes a voltage drop, a signal at CMOS level can not be transmitted.

According to the arrangement disclosed in the third prior art document, the impedance switching means is provided for the output pin terminal, which has the impedance switched between a transmission mode and a reception mode. In this case also, however, a protection element against the surge must be provided, which increases the occupying area of the circuit for switching the termination resistance value in accordance with the operation mode. Especially, if the circuit portion for controlling this termination resistance is formed with a transistor having an increased drain diffusion resistance, then the load of the output pin increases accordingly. Thus, a signal can not be transmitted at high speed, and the occupying area of the output circuit increases further. In the third prior art document, the consideration is only given to suppress the ringing in signal transmission and reception, and an arrangement for reducing the output circuit area and for alleviating the load of the transmission path is not considered.

Each of U.S. Pat. No. 6,809,546 B2 and US 2004/0032319 A1 discloses an on-chip termination circuit formed of series connection of a termination resistor and a MOS transistor, but fails to show the specific layout of the termination circuit as in the present application.

US 7,116,128 B2

3

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a semiconductor device capable of transferring a signal accurately at high speed, without increase in circuit area and degradation in reliability.

Another object of the present invention is to provide a semiconductor circuit device with an output circuit containing a terminating circuit, which is capable of transferring a signal of CMOS level at high speed with small occupying area and high reliability.

A semiconductor device according to the present invention includes a first output transistor driving an output node in accordance with an internal signal, a first resistance element having one end connected to the output node, and a first terminating transistor element connected between another end of the first resistance element and a first power supply node and selectively made conductive in accordance with an operation mode designating signal. The distance between a control electrode and a contact of one conduction terminal in the first terminating transistor is shorter than in the first output transistor.

By arranging the terminating circuit inside the semiconductor device, a signal can be transmitted through selective operation of the terminating circuit while maintaining the impedance matching to the bus, even when the system configuration is modified. Therefore, a signal can be transmitted at high speed with no adverse effect by an interconnection line impedance or others.

Additionally, by setting the drain contact-to-gate (control electrode) length in the terminating transistor shorter than in the output transistor, the area will not be increased despite of placing the terminating circuit. Further, by placing the terminating resistance element, the breakdown voltage against the surge of the terminating transistor can be assured. Thus, a reliable semiconductor device with a small occupying area, having an output circuit that is capable of transmitting a signal at high speed can be implemented.

The foregoing and other objects, features, aspects and advantages of the present invention will become more apparent from the following detailed description of the present invention when taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the configuration of a semiconductor device according to a first embodiment of the present invention;

FIG. 2 schematically shows the two dimensional layout of the semiconductor device shown in FIG. 1;

FIG. 3 schematically shows the two dimensional layout of a first modification of the first embodiment of the present invention;

FIG. 4 shows an electric equivalent circuit of the layout shown in FIG. 3;

FIG. 5 schematically shows the two dimensional layout of a second modification of the first embodiment of the present invention;

FIG. 6 shows an electric equivalent circuit of the layout shown in FIG. 5;

FIG. 7 schematically shows the two dimensional layout of a second modification of the first embodiment of the present invention;

FIG. 8 shows an electric equivalent circuit of the layout shown in FIG. 7;

FIG. 9 shows the configuration of a semiconductor device according to a second embodiment of the present invention;

4

FIG. 10 schematically shows the two dimensional layout of the circuit shown in FIG. 9;

FIG. 11 shows the configuration of a first modification of the second embodiment of the present invention;

FIG. 12 schematically shows the two dimensional layout of the circuit shown in FIG. 11;

FIG. 13 shows the configuration of a second modification of the second embodiment of the present invention;

FIG. 14 schematically shows the two dimensional layout of the circuit shown in FIG. 13;

FIG. 15 schematically shows the configuration of a third modification of the second embodiment of the present invention;

FIG. 16 schematically shows the two dimensional layout of the circuit shown in FIG. 15; and

FIG. 17 schematically shows the overall configuration of a semiconductor device according to the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

### First Embodiment

FIG. 1 shows a configuration of a main part of a semiconductor device according to a first embodiment of the present invention. In FIG. 1, an output circuit 1 and a terminating circuit 10 provided for an external output pad 5 are representatively shown. Pad 5 is connected to a pin terminal, which is not shown.

Output circuit 1 includes P-channel MOS transistors 2a and 2b each connected between a power supply node and an output node 3 and selectively made conductive in accordance with an output control signal ZOTH, and N-channel MOS transistors 4a and 4b each connected between output node 3 and a ground node and selectively made conductive in accordance with an output control signal OTL. Power supply voltage VCCQ for the output circuit is supplied to the power supply node, and ground voltage VSSQ for the output circuit is supplied to the ground node. Output node 3 is connected to output pad 5.

The logic levels of output control signals ZOTH and OTL are set in accordance with an operating condition of output circuit 1 and an internal signal. When output control signal ZOTH is at H level (logical high level) and output control signal OTL is at L level (logical low level), MOS transistors 2a, 2b, 4a and 4b are all in an off state (non-conductive state), and output circuit 1 is set to an output high impedance state. In this output high impedance state, output circuit 1 is in standby state. When output control signals ZOTH and OTL are both at H level, MOS transistors 2a and 2b are both in off state while MOS transistors 4a and 4b are both in on state (conductive state), and output node 3 is driven to ground voltage VSSQ level.

When output control signals ZOTH and OTL are both at L level, MOS transistors 2a and 2b are both in on state while MOS transistors 4a and 4b are both in off state. Responsively, output node 3 is driven to power supply voltage for output circuit, or output power supply voltage VCCQ level.

In operation of output circuit 1, output control signals ZOTH and OTL are generated in accordance with an internal signal. The internal signal is internal read data when the semiconductor device shown is applied to a memory device, and based on the internal data and a read operation timing control signal, these output control signals ZOTH and OTL are generated.

Two MOS transistors 2a and 2b, or two MOS transistors 4a and 4b are arranged in parallel for the following reasons.

US 7,116,128 B2

5

These MOS transistors 2a, 2b, 4a, and 4b are each configured with unit MOS transistors, and using a plurality of unit transistors, required driving power is provided to output circuit 1. Therefore, the number of pull-down N-channel MOS transistors for discharging the output and the number of pull-up P-channel transistors for charging the output are determined as appropriate in accordance with a power required for driving external pad 5 and the current drivability of the unit MOS transistor.

Terminating circuit 10 includes a resistance element 13 having one end connected to an output node 12, P-channel MOS transistors 11a and 11b connected between another end of resistance element 13 and a power supply node and receiving a termination control signal ZTERM at their gates, a resistance element 14 having one end connected to an output node 12, and N-channel MOS transistors 15a and 15b connected between the other end of resistance element 14 and a ground node and receiving a termination control signal TERM at their gates.

Voltages VCC and VSS applied to terminating circuit 10 are supplied from a power supply terminal different from that applying voltages VCCQ and VSSQ to output circuit 1. By applying operation power supply voltages VCCQ and VSSQ dedicatedly to output circuit 1, the operation of output circuit 1 can be stabilized, or the power supply noise in an output operation is prevented from being transmitted to other circuits. Voltages VCC and VSS applied to terminating circuit 10 may be supplied from the common power supply terminal that applies voltages VCCQ and VSSQ to output circuit 1. Further, voltages VCC and VCCQ may be at the same voltage level, or may be at different voltage levels.

Termination control signals ZTERM and TERM are control signals complementary to each other. When activating the terminating operation of terminating circuit 10, termination control signal ZTERM is set at L level and termination control signal TERM is set at H level. When deactivating the terminating operation of terminating circuit 10, termination control signal ZTERM is set at H level and termination control signal TERM is set at L level.

As in output circuit 1, in terminating circuit 10 as well, two MOS transistors 11a and 11b at H level side and two MOS transistors 15a and 15b at L level side are arranged, for forming these termination control P- and N-channel switching MOS transistors each with a plurality of unit MOS transistors.

In terminating circuit 10, MOS transistors 11a and 11b are connected to output node 12 via resistance element 13, while MOS transistors 15a and 15b are connected to output node 12 via resistance element 14. Output node 12 is connected to output pad 5. Therefore, MOS transistors 11a, 11b, 15a, and 15b for termination control are not necessarily required to comply with the drain contact-to-gate distance requirement that is specified to assure the reliability against electrostatic damage, and that is the requirement for output MOS transistors 2a, 2b, 4a, and 4b directly connected to the output pin. Accordingly, the drain contact-to-gate distances of MOS transistors 11a and 11b are set shorter than those of MOS transistors 2a and 2b, or the drain contact-to-gate distances of MOS transistors 15a and 15b are set shorter than those of MOS transistors 4a and 4b. By shortening the drain contact-to-gate distance, the drain resistance is reduced, and hence, the layout area of the drain region of each of terminating transistors 11a, 11b, 15a, and 15b is reduced.

The relationship between termination control signals TERM and ZTERM, and output control signals ZOTH and OTL for terminating circuit 10 are not specifically determined. The terminating operation of terminating circuit 10

6

may be activated in a signal/data output operation of output circuit 1. Further, such an arrangement may be employed that the terminating operation of terminating circuit 10 is deactivated in a signal/data output operation of output circuit 1 and a terminating circuit of another circuit connected to a signal bus, not shown, is activated. Still further, where the pad 5 is further connected to a signal input pin and therefore to a not shown input circuit, the terminating operation of terminating circuit 10 may be deactivated or activated in a signal input operation.

The activation period of the terminating operation of terminating circuit 1 may be set in accordance with the condition of a load connected to an external bus.

Therefore, activation/deactivation timing and period of termination control signals TERM and ZTERM needs only to be determined as appropriate in accordance with the termination control condition of the bus of the system to which the semiconductor circuit device is applied.

FIG. 2 shows the two-dimensional layout of MOS transistors in output circuit 1 and terminating circuit 10 shown in FIG. 1. In FIG. 2, MOS transistors 2a and 2b of output circuit 1 are formed in a rectangular active region 18, and output MOS transistors 4a and 4b are formed in a rectangular active region 19 arranged facing to active region 18.

Active region 18 includes a drain impurity region PDa formed in the middle portion, and source impurity regions PSa and PSb formed at opposing sides thereof A gate electrode 22a is arranged between drain impurity region PDa and source impurity region PSa, and a gate electrode 22b is arranged between drain impurity region PDa and source impurity region PSb. Drain impurity region PDa is shared by transistors 2a and 2b. Output control signal ZOTH is commonly applied to these gate electrodes 22a and 22b.

Source impurity regions PSa and PSb are connected to power supply nodes via source contacts 20a and 20b, respectively. Drain impurity region PDa is connected to output node 3 via drain contact 21a. The distance between drain contact 21a and gate electrode 22a is Lpo. Similarly, although not shown explicitly, the distance between drain contact 21a and gate electrode 22b of MOS transistor 2b is also Lpo.

In active region 19 also, an N-type drain impurity region NDa is arranged in the middle portion, and at opposing sides thereof, N-type source impurity regions NSa and NSb are arranged. A gate electrode 22c is arranged between N-type source impurity region NSa and N-type drain impurity region NDa, and a gate electrode 22d is arranged between drain impurity region NDa and source impurity region NSb. Drain impurity region NDa is shared by MOS transistors 4a and 4b. Drain impurity region NDa is connected to output node 3 via drain contact 21b. The distance between drain contact 21b and gate electrode 22c is Lno. Similarly, though not shown explicitly in FIG. 2, the distance between drain contact 21b and gate electrode 22b is also Lno. Source impurity regions NSa and NSb are electrically connected to ground nodes via source contacts 22c and 22d, respectively.

In terminating circuit 10, terminating MOS transistors 11a and 11b are formed in P-type active region 30, while MOS transistors 15a and 15b are formed in N-type active region 32. In P-type active region 30, a drain impurity region PDb is formed in the middle portion, and at opposing sides thereof, source impurity regions PSc and PSd are formed. A gate electrode 22e is provided between drain impurity region PDb and source impurity region PSc, and gate electrode 22f is arranged between drain impurity region PDb and source impurity region PSd.

US 7,116,128 B2

7

Impurity region PDb is shared by MOS transistors 11$a$ and 11$b$. Drain impurity region PDb is connected to the other end of resistance element 13 via drain contact 21$c$. Source impurity regions PSc and PSd are electrically connected to power supply nodes via source contacts 20$e$ and 20$f$, respectively. The distance between drain contact 21$c$ and gate electrode 22$e$ is Lpt, and the distance between drain contact 21$c$ and gate electrode 22$f$ is also Lpt. In FIG. 2, drain contact-to-gate distance of MOS transistor 11$a$ is indicated.

In N-type active region 32, an N-type drain impurity region NDb is formed at the middle portion, and at opposing sides thereof, N-type source impurity regions NSc and NSd are arranged. A gate electrode 22$g$ is arranged between N-type source impurity region NSc and N-type drain impurity region NDb, and a gate electrode 22$h$ is arranged between N-type drain impurity region NDb and N-type source impurity region NSd. Source impurity regions NSc and NSd are electrically connected to ground nodes via source contacts 20$g$ and 20$h$, respectively. Drain impurity region NDb is connected to the other end of resistance element 14 via drain contact 21$d$. Resistance elements 13 and 14 each have the one end connected to node 12. The distance from drain contact 21$d$ to gate electrodes 22$g$ and to 22$h$ of MOS transistor 15$a$ and 15$b$, respectively, is Lnt.

The drain contact-to-gate electrode distance Lpo of MOS transistors 2$a$ and 2$b$ is longer than the drain contact-to-gate electrode distance Lpt of MOS transistors 11$a$ and 11$b$. The drain contact-to-gate electrode distance Lno of MOS transistors 4$a$ and 4$b$ is longer than the drain contact-to-gate electrode distance Lnt of MOS transistors 15$a$ and 15$b$.

If drain impurity regions PDa and PDb are the same in impurity concentration, and if drain impurity regions NDa and NDb are the same in impurity concentration, then shorter drain contact-to-gate electrode distance results in smaller drain resistance. In this case, the electric field relaxation by resistance elements 13 and 14 can compensate for the reduction of drain resistance of MOS transistors 11$a$, 11$b$, 15$a$ and 15$b$ in terminating circuit 10.

Terminating resistance elements 13 and 14 may be configured with diffusion resistance, or may be configured with polysilicon resistance.

As shown in FIG. 2, the length of P-type active region 30 in horizontal direction in FIG. 2 is shorter than P-type active region 18 by at least 2·(Lpo−Lpt). Similarly, the length of N-type active region 32 in horizontal direction is shorter than N-type active region 19 by at least 2·(Lno−Lnt). Therefore, in terminating circuit 10, the occupying area of active regions 30 and 32 can be reduced, as compared to the case of the countermeasure against the electrostatic damage similar to that for MOS transistor 2$a$, 2$b$, 4$a$, and 4$b$ in output circuit 1. Accordingly, the occupying area of terminating circuit 10 can be reduced, and thus to suppress the increase in occupying area of the semiconductor circuit device including this output circuit and terminating circuit 10. The relaxation of electric field/current at drain in terminating transistor 11$a$, 11$b$, and 15$a$, 15$b$ is achieved by resistance elements 13 and 14, respectively, and thus the electrostatic damage of terminating transistors 11$a$, 11$b$, 15$a$, and 15$b$ can be prevented.

Further, by using terminating circuit 10, a signal can be transmitted at high speed via pad 5, while maintaining impedance matching with the bus.

In the arrangement shown in FIG. 2, the drain contact-to-gate electrode distance satisfies the following relation:

Lpo>Lpt, Lno>Lnt

However, the following conditional relation may be satisfied as well:

8

Lpo>Lpt, Lno>Lpt,

Lpo>Lnt, and Lno>Lnt.

In the arrangement shown in FIG. 2, with output transistors 2$a$, 2$b$, 4$a$, and 4$b$ each comprised of a unit transistor, the output circuit 1 is constructed, and similarly in terminating circuit 10, MOS transistors 11$a$, 11$b$, 15$a$, and 15$b$ each comprised of a unit transistor are employed for constructing pull-up and pull-down terminating transistors. However, in accordance with the load of pad 5, the output control transistor or the termination control transistor may be formed using three or more unit transistors. Increasing the numbers of unit transistors employed, the effect of area saving achieved by the decreased drain contact-to-gate electrode distance will be more significant.

First Modification

FIG. 3 schematically shows a layout of transistors in output circuit 1 and terminating circuit 10 according to a first modification of the first embodiment of the present invention. The layout of the semiconductor circuit device shown in FIG. 3 is different from that of FIG. 2 in the following points. No pulling-down termination circuit portion is provided in terminating circuit 10. Terminating resistance element 13 and P-type active region 30 forming P-channel MOS transistors 11$a$ and 11$b$ are provided. In P-type active region 30, the distances Lpt from drain contact 21$c$ to gate electrode 22$e$ and to gate electrode 22$f$, respectively, are set sufficiently shorter as compared with the corresponding distance Lpo of P-channel MOS transistors included in output circuit 1. In this case, the distance Lpt is set shorter than the drain contact-to-gate electrode distance Lno of N-channel MOS transistors of output circuit 1.

The other configuration of the circuit layout shown in FIG. 3 is the same as that shown in FIG. 2, therefore corresponding parts are denoted by identical reference numerals or characters and detailed description thereof will not be repeated.

In the arrangement shown in FIG. 3, the configuration of output circuit 1 is identical to the configuration shown in FIG. 2. In terminating circuit 10, since pulling-down resistance element and N-channel MOS transistors are not provided, the occupying area of terminating circuit 10 as well as the parasitic capacitance associated with node 12 can be decreased, allowing output circuit 1 to drive pad 5 at high speed.

FIG. 4 shows an electric equivalent circuit of the configuration shown in FIG. 3. As shown in FIG. 4, in terminating circuit 10, resistance element 13 has one end connected to node 12, and between this resistance element 13 and power supply node, P-channel MOS transistors 11$a$ and 11$b$ receiving termination control signal ZTERM at their gates are connected.

Output circuit 1 includes, similarly to the configuration shown in FIG. 1, pulling-up transistors 2$a$ and 2$b$, and pulling-down transistors 4$a$ and 4$b$.

Terminating circuit 10 can perform the terminating operation at high speed on node 12 with reduced parasitic capacitance, owing to the small drain diffusion resistance of MOS transistors 11$a$ and 11$b$ and absence of pull-down transistors 15$a$ and 15$b$. The terminating operation condition is the same as described above referring to FIG. 1 and determined as appropriate in accordance with the bus termination condition of the system involved.

Further, in terminating circuit 10, since drain junction capacitances of MOS transistors 15$a$ and 15$b$ shown in FIG. 1 will not be coupled to pad 5 via resistance element 13, the load of pad 5 can be reduced, allowing output circuit 1 to drive the pad 5 at high speed.

US 7,116,128 B2

9

The configuration of output circuit 1 is the same as the configuration of output circuit 1 shown in FIG. 1, and pad 5 is driven via output node 3 in accordance with output signals ZOTH and OTL.

In termination control circuit 10 shown in FIG. 3, in pulling-down operation, pad 5 is pulled up to power supply voltage VCC level. The termination voltage VCC may be the same voltage as voltage VCCQ of output circuit 1, or may be applied from a different power supply terminal. Further, the voltages VCC and VCCQ may be at the same voltage level or may be at different voltage levels. Terminating circuit 10 may be configured only with a pulling-down circuit that drives the pad 5 to ground voltage level in the terminating operation (i.e., may be configured with resistance element 14 and MOS transistors 15a and 15b).

Second Modification

FIG. 5 schematically shows the layout of an output circuit and a terminating circuit according to a second modification of the first embodiment of the present invention. The layout shown in FIG. 5 is different from the layout shown in FIG. 2 in the following points. P-type active region 18 is not arranged, but an N-type active region 19 is arranged in output circuit 1. The distance between drain contact 21b and gate electrode 22c in N-type active region 19 is set to Lno. Source impurity regions NSa and NSb are coupled to ground nodes via source contacts 20c and 20d, respectively.

In output circuit 1, MOS transistors 4a and 4b are arranged to drive output node 3 in accordance with output control signal OTL applied to gate electrodes 22c and 22d. Accordingly, the output circuit 1 drives the external signal line via output pad 5, according to the open-drain scheme.

The configuration of terminating circuit 10 is similar to the layout of terminating circuit 10 shown in FIG. 2, therefore identical reference numerals or characters are allotted to corresponding parts, and detailed description thereof will not be repeated.

In the configuration shown in FIG. 5, the drain contact-to-gate electrode distances Lpt of P-channel MOS transistors 11a and 11b included in terminating circuit 10 are set shorter than the gate electrode-to-drain contact distances Lno of N-channel MOS transistors 4a and 4b included in output circuit 1. Similarly, drain contact-to-gate electrode distances Lnt of N-channel MOS transistors 15a and 15b are set shorter than the drain contact-to-gate electrode distances Lno of N-channel MOS transistors 4a and 4b included in output circuit 1.

This output circuit 1 includes only the circuit of open-drain scheme, which pulls down output node 3 in accordance with output control signal OTL. To output node 3, only the pulling-down N-channel MOS transistors are connected, thus the load of output node 3 is reduced and the pad 5 can be driven at high speed.

FIG. 6 shows an electric equivalent circuit of the configuration shown in FIG. 5. Referring to FIG. 6, in output circuit 1, N-channel MOS transistors 4a and 4b receiving output control signal OTL at their gates are arranged in parallel between output node 3 and ground node. The circuit configuration of the terminating circuit 10 is the same as terminating circuit 10 shown in FIG. 1. Terminating transistors 11a, 11b, 15a and 15b, as well as terminating resistors 13 and 14 are provided.

After output pad 5 is driven to ground voltage VSSQ level by output circuit 1 in accordance with output control signal OTL, the pad 5 can be precharged to power supply voltage VCC level again, using terminating circuit 10. Additionally, since the output circuit of open-drain scheme is employed,

10

the load of output circuit 1 is reduced, and thus an output signal can be generated at high speed.

In the configuration of open-drain scheme output circuit 1 also, in terminating circuit 10, the gate electrode-to-drain contact distance of each of the MOS transistors included therein is set short and thus the occupying area of terminating circuit 10 is sufficiently small. Therefore, an output signal can be generated at high speed accurately while suppressing the increase in circuit occupying area.

Third Modification

FIG. 7 schematically shows a layout of a third modification of the semiconductor device according to the first embodiment of the present invention. The layout of the semiconductor device shown in FIG. 7 is different from the layout of the semiconductor device shown in FIG. 5 in the following points. Resistance element 14 and N-type active region 32 are not provided in terminating circuit 10 and resistance element 13 and P-type active region 30 are provided. Specifically, P-channel MOS transistors 11a and 11b terminating at power supply voltage level are provided in terminating circuit 10. The distances Lpt from drain contact 21c to gate electrodes 22e and 22f of P-channel MOS transistors 11a and 11b, respectively, are set shorter than the drain contact-to-gate electrode distances Lno of N-channel MOS transistors included in output circuit 1. Source impurity regions PSc and PSd are connected to power supply nodes via source contacts 20e and 20f, respectively.

Similarly, in output circuit 1, source impurity regions NSa and NSb in N active region 19 are connected to ground nodes via source contacts 20c and 20d, respectively. Specifically, in output circuit 1, similarly to the configuration shown in FIG. 5, N-channel MOS transistors 4a and 4b are provided, but pulling-up P-channel MOS transistors are not provided.

In the configuration shown in FIG. 7, pad 5 is driven to ground voltage level by N-channel MOS transistors 4a and 4b in accordance with open-drain scheme, and pad 5 is terminated at power supply voltage level.

In the configuration of terminating circuit 10 and output circuit 1 shown in FIG. 7, output pad 5 is driven in open-drain scheme, and terminating circuit 10 terminates output pad 5 to power supply node at appropriate timing in accordance with the bus condition. The loads on output pad 5 are only the drain junction capacitances and the interconnection line capacitances of active regions 19 and 30, and the drain junction capacitances of N-channel MOS transistors in terminating circuit 10 are eliminated, and thus, output pad 5 is driven at higher speed.

FIG. 8 shows an electric equivalent circuit of the semiconductor device shown in FIG. 7. Referring to FIG. 8, in terminating circuit 10, there are arranged resistance element 13, and P-channel MOS transistors 11a and 11b that selectively connect resistance element 13 to power supply node in accordance with termination control signal ZTERM.

In output circuit 1, N-channel MOS transistors 4a and 4b are connected in parallel, which drive output node 3 to ground voltage VSSQ level in accordance with output control signal OTL. Therefore, by driving output pad 5 in the open-drain scheme and by terminating the pad 5 at power supply voltage VCC level, the load of pad 5 is reduced and a signal can be transmitted at high speed. Power supply voltage VCC applied to terminating circuit 10 may be power supply voltage VCCQ, or may be a different voltage.

In this case also, the drain contact-to-gate electrode distance Lpt of each of terminating P-channel MOS transistors 11a and 11b is set sufficiently shorter than the drain contact-to-gate electrode distance Lno of each of N-channel MOS

US 7,116,128 B2

11

transistors 4a and 4b of output circuit 1, whereby the occupying area of terminating circuit 10 is made sufficiently small.

In general, an output pad is driven to ground voltage VSSQ level in the open-drain scheme. Alternatively, a pulling-up transistor for performing a pulling up to power supply voltage level in accordance with an output control signal may be provided in output circuit 1, while a transistor performing a termination at ground voltage level may be provided in terminating circuit 10.

Where both of a P-channel MOS transistor and an N-channel MOS transistor are used in output circuit 1, the drain contact-to-gate electrode distance Lpo of P-channel transistor and the drain contact-to-gate electrode distance Lno of N-channel transistor may not be made equal to each other. Additionally, where both of a P-channel MOS transistor and a N-channel MOS transistor are used in terminating circuit 10, the drain contact-to-gate electrode distance Lpt and the drain contact-to-gate electrode distance Lnt thereof may not be equal to each other.

The minimum requirement is that the drain contact-to-gate electrode distance of the MOS transistor in the terminating circuit is shorter than the drain contact-to-gate electrode distance of the MOS transistor in the output circuit, and the layout area of such terminating MOS transistors is sufficiently smaller than that of output MOS transistors.

As above, according to the first embodiment of the present invention, the drain contact-to-gate electrode distances of terminating MOS transistors are set shorter than those of output MOS transistors. Accordingly, the layout area of terminating circuit can be reduced sufficiently as compared to a configuration with conventional protection mechanism against electrostatic damage, and thus the occupying area of signal output portion can be reduced.

Further, since the terminating circuit is provided in a semiconductor device, the bus termination condition can be optimized in accordance with the bus utilization condition, and thus a signal/data can be transmitted accurately at high speed, while maintaining bus impedance matching.

Second Embodiment

FIG. 9 schematically shows a configuration of an output circuit and a terminating circuit according to a second embodiment of the present invention (hereinafter, both of the circuits are collectively referred to as a semiconductor device). In the configuration shown in FIG. 9, output node 3 of output circuit 1 is electrically connected to pad 5 via interconnection line 50. Terminating circuit 10 is provided distant from pad 5 relative to output circuit 1. A terminating node 12 of terminating circuit 10 is connected to the same interconnection line 50. Terminating circuit 10 and output node 3 of output circuit 1 are electrically connected to pad 5 via common interconnection line 50.

Similarly to the first embodiment, output circuit 1 includes pulling up P-channel MOS transistors 2a and 2b, and pulling down N-channel MOS transistors 4a and 4b, which drive output node 3 in accordance with output control signals ZOTH and OTL, respectively.

Similarly to the first embodiment, terminating circuit 10 includes, as its components, resistance elements 13 and 14, P-channel MOS transistors 11a and 11b that are selectively made conductive in accordance with termination control signal ZTERM, and N-channel MOS transistors 15a and 15b that are selectively made conductive in accordance with termination control signal TERM.

12

The operations of terminating circuit 10 and output circuit 1 are the same as in the first embodiment, and the logic level of termination control signals ZTERM and TERM for terminating circuit 10 is set in accordance with the termination condition of an external bus connected to pad 5 and the operation of output circuit 1.

In the configuration shown in FIG. 9, termination node 12 of terminating circuit 10 and output node 3 of output circuit 1 are connected to pad 5 via common interconnection line 50. This interconnection line 50 extends from pad 5 to terminating circuit 10 via output circuit 1. Therefore, a distance L2 between termination node 12 of terminating circuit 10 and pad 5 is made longer than a distance L1 between output node 3 of output circuit 1 and pad 5.

In operation, output circuit 1 and terminating circuit 10 drive the pad 5 via common interconnection line 50. In output circuit 1, input capacitance to pad 5 exists due to the interconnection line and junction capacitances of MOS transistors 2a, 2b, 4a and 4b. Additionally, there exists a line resistance in interconnection line 50. Accordingly, a low pass filter is formed by the parasitic capacitance and the interconnection line resistance in a path from pad 5 to terminating circuit 10 via interconnection line 50. Even though a surge is generated at pad 5, the steep surge is mitigated by the parasitic low pass filter and then transmitted to terminating circuit 10.

In output circuit 1, MOS transistors 2a, 2b, 4a, and 4b each have the drain contact-to-gate electrode distance set sufficiently long to have large drain resistance, and therefore the reliability against surge is assured. In terminating circuit 10, the surge is mitigated by the parasitic low pass filter formed by output circuit 1 and interconnection line 50, and then transmitted. Therefore, in terminating circuit 10, the requirement of assuring reliability against the surge for MOS transistors 11a, 11b, 15a, and 15b is further relaxed. When the surge is sufficiently mitigated by resistance elements 13 and 14 and the parasitic low pass filter, the drain contact-to-gate electrode distances of MOS transistors 11a, 11b, 15a, and 15b in terminating circuit 10 can be shortened down to the limitation in designing, i.e., to the minimum design size, and thus the occupying area of terminating circuit 10 can be reduced.

FIG. 10 schematically shows a configuration of layout of the semiconductor device shown in FIG. 9. In FIG. 10, output circuit 1 is arranged proximate to pad 5, and terminating circuit 10 is arranged far away from pad 5 as compared to output circuit 1. Termination node 12 of terminating circuit 10 and output node 3 of output circuit 1 are connected to pad 5 by common interconnection line 50.

Output circuit 1 includes P-type active region 18 for forming P-channel MOS transistors, and N-type active region 19 for forming N-channel MOS transistors, as in the first embodiment. In output circuit 1, a part that correspond to a component of output circuit 1 of the first embodiment shown in FIG. 2 is allotted an identical reference numeral or character, and detailed description thereof will not be repeated.

In P-type active region 18, the distances from drain contact 21a, formed in drain impurity region PDa, to gate electrode 22a and to gate electrode 22b each are Lpo. In N-type active region 19, the distances from drain contact 21b, formed in drain impurity region NDa, to gate electrode 22c and to gate electrode 22d each is Lpo. In FIG. 10, only one of the drain contact-to-gate distance for each active region is indicated. By setting the distances Lpo and Lno longer, the drain resistance is increased and the reliability against the surge generated at pad 5 can be assured.

US 7,116,128 B2

13

The layout of terminating circuit 10 is identical to that of terminating circuit 10 shown in FIG. 2, except that it is arranged further away from pad 5 via interconnection line 50 as compared to output circuit 1. As for this terminating circuit 10, corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In P-type active region 30, the distances from drain contact 21c, formed in drain impurity region PDb, to gate electrodes 22e and 22f of MOS transistors 11a and 11b each are Lpt. In N-type active region 32, the distances between drain contact 21d, formed in drain impurity region NDb, and gate electrodes 22g and 22h of MOS transistors 15a and 15b, respectively, are each Lnt. As previously described, since termination node 12 is electrically connected to pad 5 via interconnection line 50 and output node 3, a parasitic low pass filter is connected equivalently to this termination node 12. Accordingly, the drain contact-to-gate electrode distances Lpt and Lnt are set to minimum design size of Lpt (min) and Lnt (min) on designing, respectively. Thus, the layout area of active regions 30 and 32 can be reduced, and hence the occupying area of terminating circuit 10 can further be reduced.

It should be noted that in the second embodiment also, it is not necessary to set Lpt and Lnt equal to each other, nor Lpo and Lno equal to each other.

First Modification

FIG. 11 shows a configuration of a first modification of the second embodiment of the present invention. In a semiconductor device shown in FIG. 11, terminating circuit 10 terminates the pad 5 at power supply voltage VCC. This termination voltage VCC is applied from a power supply terminal different from the terminal that applies power supply voltage VCCQ to output circuit 1. These voltages VCCQ and VCC may be at the same voltage level, or may be at different voltage levels.

Terminating circuit 10 includes resistance element 13 having one end connected to termination node 12, and P-channel MOS transistors 11a and 11b connecting the other end of resistance element 13 to a power supply node in accordance with termination control signal ZTERM.

In terminating circuit 10, no transistor terminating at ground is provided. The configuration of output circuit 1 is identical to that of output circuit 1 shown in FIG. 9, thus corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the configuration shown in FIG. 11 also, termination node 12 of terminating circuit 10 is connected to pad 5 via output node 3 of output circuit 1 by interconnection line 50. Accordingly, the distance L2 from termination node 12 of terminating circuit 10 to pad 5 is sufficiently longer than the distance L1 between output node 3 of output circuit 1 and pad 5, similarly to the configuration shown in FIG. 9. In this interconnection line 50, the parasitic resistance and the parasitic capacitance thereof mitigate the surge abruptly inputted to the output pad 5, and additionally, terminating resistor 13 mitigates the surge voltage, and thus the steep voltage by the surge is changed to a moderate voltage. Accordingly, the drain contact-to-gate electrode distance of MOS transistors 11a and 11b in terminating circuit 10 is set sufficiently shorter than that of MOS transistors 2a and 2b in output circuit 1, and thus the drain resistances of the terminating MOS transistors are reduced.

FIG. 12 schematically shows the layout of the semiconductor device shown in FIG. 11. The layout of the semiconductor device shown in FIG. 12 is identical to that of FIG.

14

10, except that resistance element 14 and N-type active region 32 is removed from terminating circuit 10. Accordingly, in the configuration shown in FIG. 12, the parts corresponding to the components shown in FIG. 10 are allotted with identical reference numerals or characters and detailed description thereof will not be repeated.

In this arrangement where terminating circuit 10 terminates by power supply, the drain contact-to-gate electrode distance Lpt is set sufficiently shorter than the drain contact-to-gate electrode distance Lpo of each of MOS transistors 2a and 2b of output circuit 1, and preferably, the distance Lpt is set to minimum design size Lpt (min). In this case, the distance Lpt is also set shorter than the drain contact-to-gate electrode distance Lno of each discharging MOS transistor in output circuit 1.

Accordingly, also in this the configuration where terminating circuit 10 terminates at power supply voltage VCC, interconnection line 50 has input capacitance of output circuit 1 as well as interconnection line capacitance and interconnection line resistance, and thus a low pass filter is formed, which mitigates the surge for transmission to terminating circuit 10. Even though the drain contact-to-gate electrode distance in terminating circuit 10 is set to minimum design size Lpt (min), since the surge is sufficiently mitigated and then transmitted, the reliability of these transistors 11a and 11b on occurrence of the surge can be sufficiently maintained.

Accordingly, the effect similar to that provided by the configurations shown in FIGS. 9 and 10 can be provided. Further, since terminating circuit 10 only terminates at power supply voltage VCC level and does not terminate at ground level, the occupying area of terminating circuit 10 can further be decreased. Terminating voltage VCC of terminating circuit 10 may be at an identical voltage level to power supply voltage VCCQ or may be at a different voltage level.

Second Modification

FIG. 13 shows a configuration of a second modification of the semiconductor device according to the second embodiment of the present invention. In the semiconductor device shown in FIG. 13, an output circuit of open-drain scheme that drives output node 3 to ground voltage level is employed as output circuit 1. Specifically, N-channel MOS transistors 4a and 4b that drives output node 3 to ground voltage level in accordance with output control signal OTL are provided in output circuit 1. No pulling up P-channel MOS transistors are provided in output circuit 1.

The configuration of terminating circuit 10 is identical to that of terminating circuit 10 shown in FIG. 9, therefore corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated. Termination node 12 of this terminating circuit 10 is connected to pad 5 via output node 3 of output circuit 1 by interconnection line 50. The distance between termination node 12 and pad 5 is L2, while the distance between output node 3 and pad 5 is L1. Even though the surge is generated at pad 5, since transmission of the surge to terminating circuit 10 is made via interconnection line 50, the surge can be sufficiently mitigated and then transmitted to terminating circuit 10.

Accordingly, when output circuit 1 is an output circuit of open-drain scheme also, the input capacitance due to the drain junction capacitances of MOS transistors 4a and 4b as well as the parasitic capacitance of interconnection line 50 as well as the parasitic resistance of interconnection line 50 exists. Therefore, since a low pass filter is parasitically connected to termination node 12, the protection against the

US 7,116,128 B2

15
16

surge is established. Thus, these four MOS transistors 11$a$, 11$b$, 15$a$, and 15$b$ do not require specific countermeasure against surge and their drain-to-gate electrode distances can be reduced, and the layout area of terminating circuit 10 can be reduced accordingly.

FIG. 14 schematically shows the layout of the semiconductor device shown in FIG. 13. The layout shown in FIG. 14 is identical to that shown in FIG. 11, except that P-type active region 15 is removed from output circuit 1, therefore corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the layout shown in FIG. 14, the drain contact-to-gate electrode distance Lpt of each of P-channel MOS transistors 11$a$ and 11$b$ of terminating circuit 10 is set shorter than the drain contact-to-gate electrode distance Lno of each of MOS transistors 4$a$ and 4$b$ of the output circuit, and preferably set to the minimum design size Lpt (min). Similarly, the drain contact-to-gate electrode distance Lnt of each of MOS transistors 15$a$ and 15$b$ of terminating circuit 10 is set shorter than the drain contact-to-gate electrode distance Lno of each of MOS transistors 4$a$ and 4$b$ in output circuit 1, and preferably set to the minimum design size Lnt (min).

As shown explicitly in the layout in FIG. 14, the layout area of active regions 30 and 32 in terminating circuit 10 can be reduced, and the layout area is also reduced in output circuit 1, since only active region 19 is provided therein. Thus, an output circuit, driving the pad 5 in accordance with open-drain scheme at high speed with small occupying area, can be implemented. It should be noted that the ground voltage applied to terminating circuit 10 and the ground voltage applied to output circuit 1 may be applied from the same terminal, or may be from different terminals.

Third Modification

FIG. 15 shows a configuration of a third modification of the second embodiment of the present invention. The configuration shown in FIG. 15 is different from the semiconductor device shown in FIG. 13 in the following points. MOS transistors 11$a$ and 11$b$ for terminating at power supply voltage and resistance element 13 connecting to termination node 12 are provided in terminating circuit 10. These MOS transistors 11$a$ and 11$b$ connect resistance element 13 to a power supply node in accordance with termination control signal ZTERM.

Output circuit 1 has identical configuration to that shown in FIG. 13, and includes N-channel MOS transistors 4$a$ and 4$b$ for driving the pad 5 to ground voltage level via output node 3 in accordance with output control signal OTL.

In the configuration shown in FIG. 15 also, termination node 12 of terminating circuit 10 is electrically connected to pad 5 via output node 3 by interconnection line 50. The distance L2 from termination node 12 to pad 5 and the distance L1 from output node 3 to pad 5 satisfy the relationship of L2>L2, and the surge is sufficiently mitigated by the parasitic low pass filter in interconnection line 50 before arrives at terminating circuit 10. Therefore, the drain contact-to-gate electrode distance of each of MOS transistors 11$a$ and 11$b$ in terminating circuit 10 can be set to the minimum size permissible on designing (minimum design size).

FIG. 16 schematically shows the layout of the semiconductor device shown in FIG. 15. The layout of the semiconductor device shown in FIG. 16 is different from that of the semiconductor device shown in FIG. 14 in the following points. Resistance element 14 and active region 32 are not provided in terminating circuit 10, and instead, resistance element 13 and P-type active region 30 are provided. The other configuration is the same as that shown in FIG. 14, thus corresponding parts are allotted with identical reference numerals or characters, and detailed description thereof will not be repeated.

In the layout shown in FIG. 16, the drain contact-to-gate electrode distance Lpt of each of P-channel MOS transistors 11$a$ and 11$b$ is set shorter than the drain contact-to-gate electrode distance Lno of each of P-channel MOS transistors 4$a$ and 4$b$, and set to the minimum design size Lpt (min).

As shown in FIG. 16, terminating circuit 10 merely includes P-type active region 30 and resistance element 13, and thus its layout area is reduced. Similarly, output circuit 1 merely includes N-type active region 19 and correspondingly, its layout area is reduced. The only restriction for interconnection line 50 is that both of termination node 12 and output node 3 must be connected to interconnection line 50 while satisfying the condition L2>L1.

FIG. 17 schematically shows overall configuration of a semiconductor circuit device according to the present invention. In FIG. 17, a semiconductor circuit device 70 includes output circuit 1 for driving the pad 5 via output node 3 in accordance with output control signals ZOTH and OTL, and terminating circuit 10 for terminating the pad 5 at a prescribed voltage level via terminating node 12 in accordance with termination control signals ZTERM and TERM.

Output circuit 1 includes a pull-up transistor 2 for driving the output node 3 to power supply voltage level in accordance with output control signal ZOTH, and a pull-down transistor 4 for driving the output node 3 to ground voltage level in accordance with output control signal OTL. These pull-up transistor 2 and pull-down transistor 4 correspond to MOS transistors 2$a$, 2$b$ and MOS transistors 4$a$, 4$b$ as described in the first and second embodiments above, respectively. Terminating circuit 10 has the identical configuration to that shown in FIG. 9.

Semiconductor circuit device 70 further includes a main control circuit 72 for controlling various specified operations in accordance with an external control signal, an internal circuit 74 performing a prescribed processing operation under the control of main control circuit 72 to generate output control signals ZOTH and OTL, and a termination control circuit 76 for generating termination control signals ZTERM and TERM under the control of main control circuit 72.

When internal circuit 74 is a memory circuit, the output control signals ZOTH and OTL are generated through combination of an internal read data and an output control signal. When pad 5 is also used as an input pad for a signal input, then prescribed signal/data is applied to main control circuit 72 or internal circuit 74 via this pad 5. When the output pad and the input pad are provided separately, then signals/data are applied to main control circuit 72 and internal circuit 74 via input pads that are not shown, respectively.

Termination control circuit 76 changes the state of termination control signals ZTERM and TERM in accordance with the usage condition of the bus to which semiconductor circuit device 70 is connected.

As output circuit 1 shown in FIG. 17, open-drain type output circuit may be provided only with pull-down transistor 4. Terminating circuit 10 may have any of the configurations shown in FIGS. 9 to 16. To terminating circuit 10, power supply voltage and/or ground voltage may be applied via the same terminal as output circuit 1, or may be applied via different terminals.

As above, according to the second embodiment of the present invention, the terminating circuit and the output

US 7,116,128 B2

17                                                              18

circuit are connected via the common interconnection line, with the terminating circuit arranged further away from the pad as compared to the output circuit. Accordingly, a low pass filter is formed by the parasitic capacitance and the parasitic resistance of the interconnection line, which serves to mitigate the surge. Thus, the drain resistance of the transistors in terminating circuit can be reduced, and the drain contact-to-gate electrode distance can be reduced down to the minimum design size. Accordingly, the layout area of the signal/data output portion can be reduced.

The distance from gate electrode to drain contact corresponds to the distance from a portion of connecting drain node and an internal node together to a contacting portion (interface portion) of the drain region and the channel region. Usually in MOS transistor, a drain high electric field is generated in a portion just under the gate electrode of the drain region. By adjusting the distance to the interface between the drain and the channel through which signal charges propagate, the drain high electric field on occurrence of the surge can be relaxed. Accordingly, the distance between the drain contact and the gate electrode is the distance when seen in two-dimensional layout.

In the above configurations, output circuits are constructed with MOS transistors. Even when the output circuit is constructed with bipolar transistors, the same effect can be achieved by replacing the drain with a collector of a bipolar transistor and the gate with a base of the bipolar transistor.

As above, according to the present invention, the distance between one conduction node and the control electrode of the terminating transistor is set shorter than the distance between one conduction node and the control electrode of the first output transistor driving the output node in accordance with an internal signal. Accordingly, the layout area of terminating circuit can be reduced, and the semiconductor device containing the terminating circuit can be implemented without increasing the layout area.

Although the present invention has been described and illustrated in detail, it is clearly understood that the same is by way of illustration and example only and is not to be taken by way of limitation, the spirit and scope of the present invention being limited only by the terms of the appended claims.

What is claimed is:

1. A semiconductor device comprising:
a pad;
an output circuit including a P channel MOS transistor connected between said pad and a first voltage node, and an N channel MOS transistor connected between said pad and a second voltage node; and
a terminating circuit connected to said pad, and including a first terminating resistance element having one end connected to said pad, first and second P channel terminating unit transistors connected in parallel between another end of said first terminating resistance element and said first voltage node and sharing a first drain impurity region coupled to the other end of said first terminating resistance element, a second terminating resistance element having one end connected to said pad, and first and second N channel terminating unit transistors connected in parallel between another end of said second terminating resistance element and said second voltage node and sharing a second drain impurity region coupled to the other end of said second terminating resistance element.

2. The semiconductor device according to claim 1, wherein

a distance between each gate of the first and second P channel terminating unit transistors and a drain contact connected to the shared first drain impurity region is shorter than a distance between a gate and a drain contact of said first P channel MOS transistor, and

a distance between each gate of the first and second N channel terminating unit transistors and a drain contact connected to the shared second drain impurity region is shorter than a distance between a gate and a drain contact of said first N channel MOS transistor.

3. The semiconductor device according to claim 1, wherein

the P channel MOS transistor comprises first and second P channel MOS unit transistors connected in parallel with each other and sharing a third drain impurity region, and

the N channel MOS transistor comprises first and second N channel MOS unit transistors connected in parallel with each other and sharing a fourth drain impurity region.

4. The semiconductor device according to claim 3, wherein

a distance between each gate of the first and second P channel terminating unit transistors and a drain contact connected to the shared first drain impurity region is shorter than a distance between each gate of the first and second P channel MOS unit transistors and a drain contact connected to the shared third drain impurity region, and

a distance between each gate of the first and second N channel terminating unit transistors and a drain contact connected to the shared second drain impurity region is shorter than a distance between each gate of the first and second N channel MOS unit transistors and a drain contact connected to the shared fourth drain impurity region.

5. A semiconductor device comprising:
a memory circuit;
a pad being used for outputting data read from said memory circuit;
a first N channel transistor pulling-down an output signal delivered to the pad in accordance with the read data, and having a first impurity region to be supplied with a first voltage, a second impurity region coupled to said pad via a first contact disposed thereon, and a first gate electrode disposed between the first impurity region and the second impurity region; and
a terminating circuit connected to the pad and being activated by a terminating operation activating signal and which includes a first terminating resistance element connected to said pad and a first P channel transistor having third and fourth impurity regions to be supplied with a second voltage, a fifth impurity region provided between the third impurity region and the fourth impurity region and coupled to said first terminating resistance element via a second contact disposed thereon, a second gate electrode disposed between the third impurity region and the fifth impurity region, and a third gate electrode disposed between the fourth impurity region and the fifth impurity region in parallel with said second gate electrode, said second gate electrode and said third gate electrode receiving the terminating operation activating signal, a first distance between said second contact and said second gate electrode being shorter than a second distance between said first contact and said first gate electrode.

US 7,116,128 B2

19

**6**. The semiconductor device according to claim **5**, wherein

the first distance and the second distance are the distance in the two dimensional layout.

**7**. The semiconductor device according to claim **5**, wherein

a third distance between said second contact and said third gate electrode is shorter than the second distance.

**8**. The semiconductor device according to claim **5**, further comprising a second P channel transistor pulling-up said output signal delivered to the pad in accordance with the read data, and having a first impurity region of the second P channel transistor to be supplied with a third voltage, a second impurity region of the second P channel transistor coupled to said pad via a third contact disposed thereon, and a first gate electrode of the second P channel transistor disposed between the first and the second impurity region of the second P channel transistor; and

wherein the terminating circuit includes a second terminating resistance element connected to said pad and a second N channel transistor having third and fourth impurity regions of the second N channel transistor to be supplied with a fourth voltage, a fifth impurity region provided between the third impurity region and the fourth impurity region of the second N channel transistor and coupled to said second terminating resistance element via a fourth contact disposed thereon, a second gate electrode of the second N channel transistor disposed between the third impurity region and the fifth impurity region of the second N channel transistor, and a third gate electrode of the second N channel transistor dis-

20

posed between the fourth impurity region and the fifth impurity region of the second N channel transistor in parallel with said second gate electrode of the second N channel transistor, said second gate electrode and said third gate electrode of the second N channel transistor receiving a terminating operation activating signal, a third distance between said fourth contact and said second gate electrode of said second N channel transistor being shorter than said second distance.

**9**. The semiconductor device according to claim **8**, wherein

a fourth distance between said second contact and said third gate electrode of said first P channel transistor being shorter than a fifth distance between said third contact and said first gate electrode of said second P channel transistor.

**10**. The semiconductor device according to claim **9**, further comprising:

a first power supply terminal supplying the first voltage and the fourth voltage; and

a second power supply terminal supplying the second voltage and the third voltage.

**11**. The semiconductor device according to claim **8**, further comprising a first area and a second area which sandwich a virtual straight line which is located so as to pass on the pad,

wherein the first P channel transistor and the second P channel transistor are arranged in the first area, and the first N channel transistor and the second N channel transistor are arranged in the second area.

*     *     *     *     *

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on June 13, 2007, I caused to be electronically filed a true and correct copy of the notice of the foregoing ***Declaration of John M. Seaman in Support of Plaintiff Renesas Technology Corp.'s Answering Brief in Opposition to Defendants' Motion to Consolidate and Stay*** with the Clerk of Court by CM/ECF which will send notification of such filing to the following counsel of record:

> Timothy Devlin, Esquire
> FISH & RICHARDSON, P.C.
> 919 N. Market Street, Suite 1100
> P.O. Box 1114
> Wilmington, DE  19801

> */s/ John M. Seaman*
> John M. Seaman (#3868)

{BMF-W0059506.}