IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 07-54-JJF |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG
ELECTRONICS AMERICA, INC. REPLY BRIEF IN SUPPORT OF THEIR
MOTION TO CONSOLIDATE AND STAY**

Dated: June 20, 2007

FISH & RICHARDSON P.C.
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: tdevlin@fr.com


Michael J. McKeon
Richard A. Sterba
Brian R. Nester (#3581)
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500
(202) 783-5070

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA,
INC.

I, Timothy Devlin, declare as follows:

1.　I am a member of Fish & Richardson P.C., counsel of record in this action for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung"). I am a member of the Bar of the State of Delaware in good standing and am admitted to this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.　Attached hereto as Exhibit 10 is a true and correct copy of an email string between James R. Klaiber and Timothy Devlin dated May 15-16, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June, 2007, at Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Timothy Devlin*
　　　　　　　　　　　　　　　　　　　　　　　　Timothy Devlin (#4241)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2007, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

    Andre G. Bouchard
    John M. Seaman
    BOUCHARD MARGULES &
    FRIEDLANDER, P.A.
    222 Delaware Ave., Suite 1400
    Wilmington, DE 19801

I hereby certify that on June 20, 2007, I have mailed by Federal Express, the document(s) to the following non-registered participants:

    Christopher E. Chalsen
    Michael M. Murray
    James R. Klaiber
    MILBANK, TWEED, HADLEY & MCCLOY, LLP
    1 Chase Manhattan Plaza
    New York, NY 10005

                          */s/ Timothy Devlin*
                          Timothy Devlin

80046059.doc

# Exhibit 10

Case 1:07-cv-00054-JJF    Document 30-2    Filed 06/20/2007    Page 1 of 3

**From:** Timothy Devlin
**Sent:** Wednesday, May 16, 2007 2:46 AM
**To:** 'Klaiber, James'
**Cc:** CChalsen@milbank.com; MMurray@milbank.com; John Seaman; Timothy Devlin
**Subject:** RE: Renesas v. Samsung Schedule Renesas v. Samsung, D.Del. 07-54-JJF

Jim,

This confirms the schedule below, with the one addition that the parties can serve requests after June 1, but the responses for any such requests would be extended to August 13. In other words, June 1 is the first day discovery requests may be served, but not the only day. Please let me know if this comports with your understanding.

Regarding our teleconference, Friday afternoon at 3pm would work for me.

Thanks,
Tim

---

**From:** Klaiber, James [mailto:JKlaiber@milbank.com]
**Sent:** Tuesday, May 15, 2007 3:25 PM
**To:** Timothy Devlin
**Cc:** CChalsen@milbank.com; MMurray@milbank.com; John Seaman
**Subject:** Renesas v. Samsung Schedule Renesas v. Samsung, D.Del. 07-54-JJF

Tim,

As we discussed, we would like to confirm our agreement of the following dates in the above-referenced case:

May 18 - Rule 26(f) discovery planning teleconference.

> Please let us know a convenient time for you on the afternoon of Friday May 18. We will shortly be sending you a proposed scheduling order in the form required by Judge Farnan's March 21 order.

June 1 - Serve first round of discovery requests.

June 4 - RTC's opposition to Samsung's stay/consolidation motion due.

June 11 - Samsung's reply in support of its motion due (based on hand service of oppostion).

July 13 - Hearing on motion before Judge Farnan.

August 13 - responses to first round of discovery requests due.
We will be preparing a short stipulation regarding the June 4 and July 13 dates and will forward this to you shortly.
Best regards,
Jim Klaiber

_____

**Milbank**
**Intellectual Property/Litigation**
**James R. Klaiber**
1 Chase Manhattan Plaza
New York, NY 10005-1413
T: [212-530-5363]   F:[ 212-530-5219]
jklaiber@milbank.com
www.milbank.com

==================================================================

**IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank, Tweed, Hadley & McCloy LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.**

==================================================================

**This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.**