```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

RENESAS TECHNOLOGY CORP.,           :
                                    :
    Plaintiff,                      :
                                    :
v.                                  : Civil Action No. 07-054 JJF
                                    :
SAMSUNG ELECTRONICS CO. LTD.,       :
SAMSUNG ELECTRONICS                 :
AMERICA INC.,                       :
                                    :
    Defendants.                     :

## MEMORANDUM ORDER

Plaintiff, Renesas Technology Corp. has filed three (3) actions against Defendant Samsung. Specifically, Renesas filed a matter before the International Trade Commission ("ITC") (Inv. No. 337-TA-595) and two cases in this Court (<u>Renesas Technology Corp. v. Samsung Electronics Co. Ltd., et al.</u>, C.A. Nos. 07-53 and C.A. Nos. 07-54).

The ITC matter is scheduled to be resolved by June 2008. The 07-53 case in this Court is stayed pending the ITC decision. At issue in the Defendants' present motion is whether I should consolidate this case (C.A. No. 07-54) with the 07-53 case thereby staying both cases until June 2008.

Renesas opposes the consolidation and stay pointing out that its separate filing of the 07-53 and 07-54 cases was intended to avoid just such a result because it argues the patent issues between the cases are distinct.

Samsung argues the standards applied by courts when considering stay applications clearly counsel that the instant motion should be granted.

I have read the parties' submissions and agree that the

relevant factors all weigh heavily in favor of granting the motion. Even if Renesas is correct that the patent issues in 07-54 are distinguishable, without any real prejudice demonstrated, I find that it is prudent to wait for the ITC June 2008 decision.

THEREFORE, IT IS HEREBY ORDERED that:

1) Defendants' Motion to Consolidate and Stay is **GRANTED** (D.I. 24).

2) Upon the issuance of a decision by the International Trade Commission in its matter (Inv. No. 337-TA-595), the parties shall, within ten (10) days arrange a Rule 16 status conference with the Court.

3) Pending a decision of the ITC, this matter is **ADMINISTRATIVELY CLOSED**.

July 11, 2007
DATE

UNITED STATES DISTRICT JUDGE