IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>-and-<br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>Defendants. | Civil Action No. 07-53 (JJF)<br>Civil Action No. 07-54 (JJF)<br><br>**JOINT STATUS REPORT** |

        This Court's Order of March 30, 2007 (D.I. 17) stayed Civil Action No. 07-53 (JJF) pending resolution of ITC Investigation No. 337-TA-595. Paragraph 3 of that Order requested that the parties jointly report on the status of the ITC investigation every 120 days. The Court's Order of July 11, 2007 (D.I. 31) stayed Civil Action No. 07-54 (JJF) and consolidated it with Civil Action No. 07-53 (JJF). Pursuant to these orders, plaintiff Renesas Technology Corp. and defendants Samsung Electronics Co. Ltd. and Samsung Electronics America Inc. submit this Joint Status Report.

        The ITC 595 Investigation is ongoing. The ITC 595 Investigation is targeted for completion on September 2, 2008.

        The next Joint Status Report will be due on March 30, 2008.

DATED: November 30, 2007

| | |
|---|---|
| /s/ Dominick T. Gattuso | /s/ Timothy Devlin |
| Andre G. Bouchard (I.D. No. 2504) | Timothy Devlin (I.D. No. 4241) |
| Dominick T. Gattuso (I.D. No. 3630) | FISH & RICHARDSON P.C. |
| BOUCHARD MARGULES | 919 N. Market Street, Suite 1100 |
| & FRIEDLANDER P.A. | P.O. Box 1114 |
| 222 Delaware Avenue, Suite 1400 | Wilmington, DE 19899-1114 |
| Wilmington, DE 19801 | Telephone: (302) 652-5070 |
| Telephone: 302.573.3500 | Facsimile: (302) 652-0607 |
| abouchard@bmf-law.com | tdevlin@fr.com |
| dgattuso@bmf-law.com | |

OF COUNSEL: (left)

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000
cchalsen@milbank.com
mmurray@milbank.com
jklaiber@milbank.com

*Attorneys for Plaintiff
Renesas Technology Corp.*

OF COUNSEL: (right)

Michael J. McKeon
Brian R. Nester (I.D. No. 3581)
Richard A. Sterba
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500
Telephone: (202) 783-5070

*Attorneys for Defendants
Samsung Electronics Co. Ltd., and Samsung
Electronics America, Inc.*