IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>-and-<br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>Defendants. | Civil Action No. 07-54 (JJF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, through their respective counsel, and pursuant to their Settlement Agreement dated April 25, 2008 (the "Settlement Agreement"), HEREBY STIPULATE AND AGREE to the dismissal of this action with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

| | |
|---|---|
| Dated: April 29, 2008 | Dated: April 29, 2008 |
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | FISH & RICHARDSON P.C. |
| By:  /s/ Sean M. Brennecke<br>Andre G. Bouchard (I.D. No. 2504)<br>David J. Margules (I.D. No. 2254)<br>Sean M. Brennecke (I.D. No. 4686)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Telephone: 302.573.3500<br>abouchard@bmf-law.com<br>dmargules@bmf-law.com<br>sbrennecke@bmf-law.com | By:  /s/ Timothy Devlin<br>Timothy Devlin (I.D. No. 4241)<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>Telephone: (302) 652-5070<br>Facsimile: (302) 652-0607<br>tdevlin@fr.com |

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Christopher E. Chalsen | Michael J. McKeon |
| Michael M. Murray | Brian R. Nester (I.D. No. 3581) |
| James R. Klaiber | Richard A. Sterba |
| MILBANK, TWEED, HADLEY & McCLOY LLP | FISH & RICHARDSON P.C. |
| 1 Chase Manhattan Plaza | 1425 K Street, N.W., 11th Floor |
| New York, New York 10005 | Washington, DC 20005-2500 |
| Telephone: 212.530.5000 | Telephone: (202) 783-5070 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Renesas Technology Corp.* | *Samsung Electronics Co. Ltd. and* |
| | *Samsung Electronics America, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge