IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., <br> -and- <br> SAMSUNG ELECTRONICS AMERICA INC., <br><br> Defendants. | Civil Action No. 07-54 (JJF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, through their respective counsel, and pursuant to their Settlement Agreement dated April 25, 2008 (the "Settlement Agreement"), HEREBY STIPULATE AND AGREE to the dismissal of this action with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

Dated: April 29, 2008

BOUCHARD MARGULES & FRIEDLANDER, P.A.


By: /s/ Sean M. Brennecke
Andre G. Bouchard (I.D. No. 2504)
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dmargules@bmf-law.com
sbrennecke@bmf-law.com

Dated: April 29, 2008

FISH & RICHARDSON P.C.


By: /s/ Timothy Devlin
Timothy Devlin (I.D. No. 4241)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
tdevlin@fr.com

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Christopher E. Chalsen<br>Michael M. Murray<br>James R. Klaiber<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: 212.530.5000 | Michael J. McKeon<br>Brian R. Nester (I.D. No. 3581)<br>Richard A. Sterba<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, DC 20005-2500<br>Telephone: (202) 783-5070 |
| *Attorneys for Plaintiff*<br>*Renesas Technology Corp.* | *Attorneys for Defendants*<br>*Samsung Electronics Co. Ltd. and*<br>*Samsung Electronics America, Inc.* |

IT IS SO ORDERED this 9 day of May, 2008.

_____
United States District Judge