AO 120 (Rev. 3/04)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO.<br>07cv54 | DATE FILED<br>1/26/2007 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Renesas Technology Corp. | | DEFENDANT<br>Samsung Electronics Co.,LTD and<br>Samsung Eelectronics America, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,106,092 B2 | 9/12/2006 | Renesas Tecbnology Corp. |
| 2 | US 7,091,620 B2 | 8/15/2006 | Renesas Technology Corp. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached Stipulation of Dismissal |

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*Nicole M. Selmyer* | DATE<br>5/16/2008 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RENESAS TECHNOLOGY CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD.,<br>-and-<br>SAMSUNG ELECTRONICS AMERICA INC.,<br><br>Defendants. | Civil Action No. 07-54 (JJF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, through their respective counsel, and pursuant to their Settlement Agreement dated April 25, 2008 (the "Settlement Agreement"), HEREBY STIPULATE AND AGREE to the dismissal of this action with prejudice, with each party bearing its own costs and attorney's fees, and subject to the provisions, terms, and conditions of the Settlement Agreement.

Dated: April 29, 2008

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By:  /s/ Sean M. Brennecke
Andre G. Bouchard (I.D. No. 2504)
David J. Margules (I.D. No. 2254)
Sean M. Brennecke (I.D. No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
abouchard@bmf-law.com
dmargules@bmf-law.com
sbrennecke@bmf-law.com

Dated: April 29, 2008

FISH & RICHARDSON P.C.

By:  /s/ Timothy Devlin
Timothy Devlin (I.D. No. 4241)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607
tdevlin@fr.com

Of Counsel:

Christopher E. Chalsen
Michael M. Murray
James R. Klaiber
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212.530.5000

*Attorneys for Plaintiff*
*Renesas Technology Corp.*

Of Counsel:

Michael J. McKeon
Brian R. Nester (I.D. No. 3581)
Richard A. Sterba
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005-2500
Telephone: (202) 783-5070

*Attorneys for Defendants*
*Samsung Electronics Co. Ltd. and*
*Samsung Electronics America, Inc.*

IT IS SO ORDERED this 9 day of May, 2008.

_____
United States District Judge